```
                              FILED IN THE
                            U.S. DISTRICT COURT
                       EASTERN DISTRICT OF WASHINGTON

                              JAN 05 2006

                          JAMES R. LARSEN, CLERK
                          _____DEPUTY
                            RICHLAND, WASHINGTON
```

# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF WASHINGTON

THOMAS A. WAITE,

_Plaintiff / Petitioner_

vs.

THE CHURCH OF JESUS CHRIST OF LATETER DAY SAINTS, A UTAH COPRORATION; ET AL.

_Defendant / Respondent_

Cause #:  CV-05-399-EFS

Declaration of Service of:
SUMMONS IN A CIVIL CASE, COMPLAINT FOR DAMAGES PERSONAL INJURIES AND DEMAND FOR JURY TRIAL

Hearing Date:

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Dec 24 2005 2:30PM at the address of 9031 11TH PL W EVERETT, within the County of SNOHOMISH, State of WASHINGTON, the declarant duly served the above described documents upon STEVEN D BRODHEAD by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with JAMES BRODHEAD/FATHER/CO-RESIDENT A White male approx. 45-55 years of age 6'2"-6'4" in height weighing 220-240 lbs with brown hair, a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subject's legal representative listed above.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated:  December 27, 2005 at Everett, WA

by _[signature]_
   D. Bennett   2004-22

Service Fee Total: $   48.85

ABC Legal Services, Inc.
(206) 521-9000
Tracking #: 3687730

**ORIGINAL
PROOF OF SERVICE**

Eymann, Allison, Hunter & Jones, P.S.
2208 W 2nd Ave
Spokane, WA  99204
509 747-0101