AO 440 (Rev. 8/01) Summons in a Civil Action

**ORIGINAL**
**FILE WITH CLERK'S OFFICE**

# UNITED STATES DISTRICT COURT

**EASTERN** District of **WASHINGTON**

THOMAS A. WAITE,
    Plaintiff,
V.

THE CHURCH OF JESUS CHRIST OF
LATTER DAY SAINTS, a Utah
corporation; DONALD C. FOSSUM;
and STEVEN D. BRODHEAD,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **CV-05-399-EFS**

TO: (Name and address of Defendant)

The Church of Jesus Christ of
  Latter Day Saints
50 East North Temple
16th Floor
Salt Lake City, UT  84150

Donald C. Fossum
740 N 1100th East
Provo, UT  84606

Steven D. Brodhead
9031-11th Place West
Everett, WA  98204

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard C. Eymann
Eymann Allison Fennessy
  Hunter Jones, P.S.
2208 W. Second Avenue
Spokane, WA  99204

Stephen L. Nordstrom
Nordstrom & Nees, P.S.
323 S. Pines Road
Spokane, WA  99206

an answer to the complaint which is served on you with this summons, within ___120___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

James R. Larsen
CLERK

_Renea Demante_
(By) DEPUTY CLERK

DATE  DEC 1 2 2005

Served _____
Relationship _____
Time _____  Date _____
Address _____

Constable Services    561-4278

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the SUMMONS IN A CIVIL CASE & COMPLAINT FOR DAMAGES FOR PERSONAL INJURIES AND DEMAND FOR JURY TRIAL was made by me | DATE **12/21/2005** |
| NAME OF SERVER *(PRINT)* **Kendall Miner** | TITLE **Process Server / Deputy Constable** |

*Check one box below to indicate appropriate method of service*

**THOMAS A WHITE**     v. **THE CHURCH OF JESUS CHRIST OF**     Case #:   **CV05399**
SERVING: **DONALD FOSSUM**

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: **Don Fossum, Father**

☐ Return unexecuted:

☐ Other *(specify)*:

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $76.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service iand Statement of Service Fees s true and correct.

Executed on    **12/21/2005**

SIGNATURE OF SERVER

**47 E. 7200 So., Suite 221**
ADDRESS OF SERVER

**Midvale City, Utah 84047**