AO 440 (Rev. 8/01) Summons in a Civil Action

**ORIGINAL**
**FILE WITH CLERK'S OFFICE**

# UNITED STATES DISTRICT COURT

EASTERN District of WASHINGTON

THOMAS A. WAITE,
    Plaintiff,

v.

THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV-05-399-EFS

TO: (Name and address of Defendant)

The Church of Jesus Christ of Latter Day Saints
50 East North Temple
16th Floor
Salt Lake City, UT 84150

Donald C. Fossum
740 N 1100th East
Provo, UT 84606

Steven D. Brodhead
9031-11th Place West
Everett, WA 98204

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard C. Eymann
Eymann Allison Fennessy
  Hunter Jones, P.S.
2208 W. Second Avenue
Spokane, WA 99204

Stephen L. Nordstrom
Nordstrom & Nees, P.S.
323 S. Pines Road
Spokane, WA 99206

an answer to the complaint which is served on you with this summons, within ___120___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

James R. Larsen
CLERK

_Renee (signature)_
(By) DEPUTY CLERK

DATE: DEC 1 9 2005

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me⁽¹⁾
**DATE:** December 24, 2005

**NAME OF SERVER (PRINT):** Darrell Bennett
**TITLE:** Process Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were: James Brodhead, Father

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 48.85 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-28-05
*Date*

*Signature of Server*

2927 Rockefeller Ave.
Everett, Wa
98201
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS A. WAITE,<br>　　　　　　　　　　Plaintiff / Petitioner<br><br>VS.<br>THE CHURCH OF JESUS CHRIST OF LATETER DAY SAINTS, A UTAH COPRORATION; ET AL.<br>　　　　　　　　　　Defendant / Respondent | Cause #:  **CV-05-399-EFS**<br><br>Declaration of Service of:<br>**SUMMONS IN A CIVIL CASE, COMPLAINT FOR DAMAGES PERSONAL INJURIES AND DEMAND FOR JURY TRIAL**<br><br>Hearing Date:  **ORIGINAL SENT DEC 2 8 2005 FOR FILING** |

**Declaration:**

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of     **Dec 24 2005  2:30PM**
at the address of     **9031 11TH PL W   EVERETT**
within the County of     **SNOHOMISH**          State of     **WASHINGTON**

the declarant duly served the above described documents upon

**STEVEN D BRODHEAD**

by then and there personally delivering     **1**     true and correct copy(ies) thereof, by then presenting to and leaving the same with

**JAMES BRODHEAD/FATHER/CO-RESIDENT  A White male approx. 45-55 years of age 6'2"-6'4" in height weighing 220-240 lbs with brown hair**

a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subject's legal representative listed above.
No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.
Dated:  December 27, 2005 at Everett, WA

by  _D. Bennett    2004-22_ (signature)

The documents listed above were served in accordance with RCW 4.28.080 and/or client instructions. If service was substituted on another person or left with a person that refused to identify themselves, it is incumbent upon the client to notify ABC Legal Services, Inc. immediately in writing if further attempts to serve, serve by mail, or investigate are required. If service was substituted on another person, pursuant to RCW 4.28.080 (16), service shall be complete on the tenth day after a copy of the documents are mailed to the subject at the address where service was made. Documents were not mailed by ABC Legal Services, Inc.

**Service Notes:**
**FATHER SAID S/O IS HOME FOR VACATION WILL GIVE PAPERS TO SON WHEN HE GETS HOME**

| | | | | | |
|---|---|---|---|---|---|
| Documents: | 10.00 | Secretarial: | 0.00 | Other: | 0.00 |
| Travel: | 31.85 | Postage: | 0.00 | Total: | 48.85 |
| Invalid Address ( 0 ) | 0.00 | Photo: | 0.00 | Pre-Paid Retainer: | 0.00 |
| Proof Preparation: | 7.00 | Rush / Special: | 0.00 | **AMOUNT DUE** | **48.85** |
| Summons Copy: | 0.00 | Wait / Stake Out Time: | 0.00 | | |

Client Ref.: **RCE-12256**
Eymann, Allison, Hunter & Jones, P.S.
2208 W 2nd Ave
Spokane, WA   99204
509 747-0101

**CLIENT COPY**
**PROOF OF SERVICE**

Page 1 of 1

ABC Legal Services, Inc.
910 5TH Ave. Seattle, WA 98104
(206) 521-9000
Tracking #: **3687730**



OR_RESIGR14