1  Brian T. Rekofke
2  William D. Symmes
   Benjamin S. Coleman
3  Witherspoon, Kelley, Davenport & Toole
   1100 US Bank Building
4  422 West Riverside
   Spokane, WA 99201
5  (509) 624-5265

6  Attorneys for The Church of Jesus Christ of
          Latter Day Saints and Donald C. Fossum

7

8                    UNITED STATES DISTRICT COURT
9           FOR THE EASTERN DISTRICT OF WASHINGTON

10  THOMAS A. WAITE,

11          Plaintiff,                      Case No.: CV-05-399-EFS

12  vs.                                     NOTICE OF APPEARANCE

13  THE CHURCH OF JESUS CHRIST OF
14  LATTER DAY SAINTS d/b/a
    CORPORATION OF THE PRESIDING
15  BISHOP OF THE CHURCH OF JESUS
    CHRIST OF LATTER DAY SAINTS, a
16  Utah corporation, d/b/a CORPORATION
    OF THE PRESIDENT OF THE CHURCH
17  OF JESUS CHRIST OF LATTER DAY
    SAINTS, a Utah corporation; DONALD C.
18  FOSSUM; and STEVEN D. BRODHEAD,

19          Defendants.

20  **TO:   The above-named Parties;**

21  **TO:   Their counsel of record**

22          **PLEASE TAKE NOTICE** that defendants, **The Church of Jesus Christ**
23  **of Latter Day Saints and Donald C. Fossum** hereby enter their appearance in
24  the above cause and request that all further pleadings and papers herein (except
25  process) be served upon its attorney, the undersigned, at the address below stated.
26  ///

27

28  Notice of Appearance - 1
    G:\C\Church of Jesus Christ adv. Waite\Pleadings\Notice of Appearance 012406 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

Waite v. Church of Jesus Christ, Latter-Day Saints et al     Doc. 7

DATED this 1st day of February, 2006.

**WITHERSPOON, KELLEY, DAVENPORT & TOOLE**

By:   /s/ Brian T. Rekofke
Brian T. Rekofke, WSBA No. 13260
William D. Symmes, WSBA No. 683
Benjamin S. Coleman, WSBA No. 32199
Attorneys for The Church of Jesus Christ
Of Latter Day Saints and Donald C. Fossum

Notice of Appearance - 2
G:\C\Church of Jesus Christ adv. Waite\Pleadings\Notice of Appearance 012406 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of February, 2006, I caused to be electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: (for Waite) Richard E. Eymann and Stephen L. Nordstrom; (for Brodhead) Andrew C. Smythe; and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: NONE.

/s/ Brian T. Rekofke
Brian T. Rekofke, WSBA #13260
William D. Symmes, WSBA #683
Attorneys for The Church of Jesus Christ
of Latter Day Saints and Donald C. Fossum
Witherspoon, Kelley, Davenport & Toole, P.S.
422 W. Riverside, Suite 1100
Spokane, WA 99201
Phone: (509) 624-5265
Fax: (509) 458-2728
btr@wkdtlaw.com

Notice of Appearance - 3
G:\C\Church of Jesus Christ adv. Waite\Pleadings\Notice of Appearance 012406 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265