UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| WAITE, | ) | |
| | ) | |
| Plaintiff, | ) | NO. CV-05-399-EFS |
| | ) | |
| v. | ) | **CONSENT TO PROCEED** |
| | ) | **BEFORE A UNITED STATES** |
| CHURCH OF JESUS CHRIST, | ) | **MAGISTRATE JUDGE** |
| LATTERDAY SAINTS, et al, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to 28 U.S.C. 636(c), the parties in the captioned matter waive their right to proceed before a Judge of the United States District Court and consent to have a full-time United States Magistrate Judge conduct all further proceedings, including the trial and entry of the order of judgment. The parties are aware that, absent a stipulation to take any appeal to a Judge of the District Court, appeals lie directly to the United States Court of Appeals for this Circuit. The parties in this case **agree** that any appeal lies directly to the Ninth Circuit of the United States Court of Appeals.

Plaintiff's Counsel:                              Defense Counsel:

_____     _____

_____     _____

Date:_____        Date:_____

# ORDER

**IT IS ORDERED** that the captioned matter be referred to full-time United States **Magistrate Judge** _____, who will conduct all further proceedings and enter judgment pursuant to 28 U.S.C. 636(c), under the parties' consent.

_____          _____
DATED                           UNITED STATES DISTRICT JUDGE

If you do not wish to consent to a Magistrate Judge, please return this page to:

James R. Larsen, District Court Executive
U.S. District Court, Eastern District of Washington
P.O. Box 1493
Spokane, WA 99210

Your response will remain confidential and will not be reflected in the file.

☐ I *do not* consent to a Magistrate Judge.

Case Name:   Waite v Church of Jesus Christ, Latterday Saints, et al

Case #:        CV-05-399-EFS

Name:

Counsel for: