```
1  Brian T. Rekofke
   William D. Symmes
2  Benjamin S. Coleman
   Witherspoon, Kelley, Davenport & Toole
3  1100 US Bank Building
   422 West Riverside
4  Spokane, WA 99201
   (509) 624-5265
5
6  Attorneys for The Church of Jesus Christ of
         Latter Day Saints and Donald C. Fossum
7
8
                    UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| THOMAS A. WAITE,<br><br>Plaintiff,<br><br>vs.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS d/b/a CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation, d/b/a CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD,<br><br>Defendants. | Case No.: CV-05-399-EFS<br><br>DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1 |

COMES NOW, the above named defendant, The Church of Jesus Christ of Latter Day Saints, d/b/a Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter Day Saints and states pursuant to FRCP 7.1 that it is a non profit religious organization based in Salt Lake City, Utah and is not owned by a parent corporation, nor does any publically held corporation

Disclosure Statement
Pursuant to FRCP 7.1 - 1
G:\C\Church of Jesus Christ adv. Waite\Pleadings\Disclosure Statement 060106 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

Waite v. Church of Jesus Christ, Latterday Saints et al    Doc. 10

Case 2:05-cv-00399-EFS  Document 10  Filed 06/01/2006

1 | own 10% or more of its stock.

2 | DATED this ___ day of June, 2006.

**WITHERSPOON, KELLEY, DAVENPORT & TOOLE**

By: _____
Brian T. Rekofke, WSBA No. 13260
William D. Symmes, WSBA No. 683
Benjamin S. Coleman, WSBA No. 32199
Attorneys for The Church of Jesus
Christ Of Latter Day Saints and Donald
C. Fossum

Disclosure Statement
Pursuant to FRCP 7.1 - 2
G:\C\Church of Jesus Christ adv. Waite\Pleadings\Disclosure Statement 060106 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of June, 2006,

1.1 I electronically filed the foregoing **DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Richard C. Eymann:   eymann@eahjlaw.com

Stephen Nordstrom:   nordstrom8@qwest.net

Andy Smythe:         andy.smythe@painehamblen.com

1.2 I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at the address listed below: NONE.

1.3 I hereby certify that I have hand delivered the document to the following participants at the address listed below: NONE.

_____
Kimberley L. Hunter, Legal Assistant
Witherspoon, Kelley, Davenport & Toole, P.S.
422 West Riverside Avenue, Suite 1100
Spokane, WA 99201-0300
Phone: (509) 624-5265
Fax: (509) 458-2728
kimh@wkdtlaw.com

Disclosure Statement
Pursuant to FRCP 7.1 - 3
G:\C\Church of Jesus Christ adv. Waite\Pleadings\Disclosure Statement 060106 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265