# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS A. WAITE,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CHURCH OF JESUS CHRIST, LATTERDAY SAINTS, et al,<br><br>　　　　　　　　　Defendants. | **Case No.** CV-05-399-EFS<br><br>**CIVIL MINUTES**<br><br>**DATE:** 08/22/06   **LOCATION:** Richland<br><br>**TELEPHONIC SCHEDULING CONF.** |

| | | |
|---|---|---|
| | **Judge   Edward F. Shea** | |
| Debbie Brasel<br>**Courtroom Deputy** | 01<br>**Law Clerk** | Stephanie Smithson<br>**Court Reporter** |
| Richard C. Eymann, telephonically<br>Stephen Layne Nordstrom, telephonically<br>**Plaintiff's Counsel** | | Brian T. Rekofke, telephonically<br>Andrew Campbell Smythe, telephonically<br>**Defendant's Counsel** |

[ ] **Open Court**　　　　　[ ] **Chambers**　　　　　[XXX] **Telecon**　　**By:**

Court and Counsel set the following schedule:

Initial Disclosures by: 30 days from today's date
Discovery Deadline: 05/11/07
Dispositive Motion Deadline: 05/25/07

**In-Person PTC 08/28/07 @ 10:00 a.m. R/EFS**
**J/Trial 09/17/07 @ 9:00 a.m. S/EFS** -10 Days

Other dates to be addressed in Scheduling Order

**[ X ] ORDER FORTHCOMING**

| CONVENED: 9:17 AM | ADJOURNED: 9:27 AM | TIME: 10 MINUTES | CALENDARED [ ] |
|---|---|---|---|