```
Brian T. Rekofke
William D. Symmes
Benjamin S. Coleman
Witherspoon, Kelley, Davenport & Toole
1100 US Bank Building
422 West Riverside
Spokane, WA 99201
(509) 624-5265

Attorneys for The Church of Jesus Christ of
    Latter Day Saints and Donald C. Fossum
```

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS A. WAITE,<br><br>    Plaintiff,<br><br>vs.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS d/b/a CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation, d/b/a CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD,<br><br>    Defendants. | Case No.: CV-05-399-EFS<br><br>ANSWER OF DEFENDANTS CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS AND FOSSUM |

The Church of Jesus Christ of Latter Day Saints ("the Church") and Donald C. Fossum, through their attorneys Brian T. Rekofke, William D. Symmes, and Benjamin S. Coleman of Witherspoon, Kelley, Davenport & Toole, answer Plaintiff's Complaint as follows:

///

Answer of Defendants LDS Church and Fossum - 1
G:\C\Church of Jesus Christ adv. Waite\Pleadings\Answer to Complaint 013006 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

## I. PARTIES

1.1 Admit Mr. Waite was a resident of California and that on August 21, 2003, was a full-time missionary for the Church in Spokane. The remainder is denied.

1.2 Admit.

1.3 Admit that on August 21, 2003 Donald Fossum was a full-time missionary for the Church in Spokane. The remainder is denied.

1.4 Admit.

## II. JURISDICTION AND VENUE

2.1 Admit.

## III. NATURE OF OCCURRENCE

3.1 Admit that on or about August 21, 2003, Plaintiff was a passenger riding in the bed of a truck owned by the Church and driven by Mr. Fossum. Admit Mr. Fossum was traveling northbound on Adams Road. Admit Mr. Fossum stopped completely at the intersection of Adams and 8th Avenue, which is a four way stop sign intersection located in Spokane Valley, Washington. Admit that Defendant Brodhead was driving a 1988 Honda at a high rate of speed eastbound on 8th Avenue. Deny there were no visual obstructions for observing traffic approaching from the left. Admit Defendant Brodhead failed to stop at the intersection and plowed into the vehicle driven by Mr. Fossum. Deny Mr. Fossum drove into the intersection with knowledge that Mr. Brodhead was approaching in a fast moving vehicle from the left. Admit Plaintiff suffered injuries as a result of the crash caused by

Answer of Defendants LDS Church and Fossum - 2
G:\C\Church of Jesus Christ adv. Waite\Pleadings\Answer to Complaint 013006 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

Defendant Brodhead. Deny the remainder.

### IV. FIRST CAUSE OF ACTION
### Negligence of Defendant Fossum

4.1 (a) - (c)   Deny.

### I. SECOND CAUSE OF ACTION
### Negligence of Defendant Brodhead

5.1   Defendants reallege and incorporate their answers as set forth in paragraphs 1.1 through 4.1 herein.

5.2 (a) - (d)   Admit.

### VI. THIRD CAUSE OF ACTION
### Negligence of Defendant LDS Church

6.1   Defendants reallege and incorporate their answers as set forth in paragraphs 1.1 through 5.2 herein.

6.2 (a) - (f)   Deny.

### VII. FOURTH CAUSE OF ACTION
### Breach of Fiduciary Duty

7.1   Defendants reallege and incorporate their answers as set forth in paragraphs 1.1 through 6.2 herein.

7.2   Defendants deny a fiduciary relationship existed between the Church and Mr. Waite. The Church admits that a special relationship existed between the Church and its missionaries, who have been called by their faith to leave their state of residence to move to the State of Washington for two years.

7.3   The Church admits that its missionaries devote a substantial amount of their time to missionary work, are not otherwise employed and that the Church supplies the basic needs of its missionaries including medical care, housing, food and

Answer of Defendants LDS Church and Fossum - 3
G:\C\Church of Jesus Christ adv. Waite\Pleadings\Answer to Complaint 013006 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

transportation. Deny that the Church's missionaries are "vulnerable", but admit that a "special relationship" existed between Mr. Waite and the Church.

7.4 The Church admits that missionaries undergo extensive training, including training in personal safety and careful instruction in automobile safety and that each missionary was expected to follow church teachings, rules and direction. The Church specifically denies the inference that Plaintiff could not and did not question riding in the bed of the pick up truck and avers that its missionaries were specifically instructed and agreed in writing not to ride unsecured in any vehicle.

7.5 Defendants admit Mr. Waite suffered injuries from the motor vehicle collision caused by Defendant Brodhead but deny that such injuries are the result of any negligence on behalf of the Church and/or Mr. Fossum.

7.6 Deny.

### VIII. INJURIES AND DAMAGES

8.1 Admit Plaintiff suffered some damage. Deny the nature and extent of damage described in this paragraph and deny any negligence.

### IX. LIMITED PHYSICIAN-PATIENT WAIVER

9.1 This is a legal conclusion to which no answer is required,

### X. JURY DEMAND

10.1 This is a request of the court to which no answer is required.

Answer of Defendants LDS Church and Fossum - 4
G:\C\Church of Jesus Christ adv. Waite\Pleadings\Answer to Complaint 013006 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

## XI. AFFIRMATIVE DEFENSES

By way of further answer to Plaintiff's Complaint and by way of affirmative defense, The Church and Fossum allege as follows:

11.1    Plaintiff has failed to state a claim upon which relief may be granted.

11.2 Plaintiff's injuries were caused by the acts or omissions of persons or entities over whom these answering Defendants exercised no authority or control. Fault should be apportioned to those persons or entities pursuant to Washington Statute and these answering Defendants are not responsible for any fault so apportioned.

11.3 Plaintiff was negligent in disregarding Church policy and rules when he decided to ride unsecured in the back of a truck.

11.4 The sole cause of the accident resulting in Plaintiff's injuries was the negligent act of Defendant Brodhead.

11.5 Plaintiff's claims are barred by the First Amendment of the Constitution, specifically, the free exercise clause and the establishment clause.

11.6 Plaintiff assumed the risk of damage when he rode unsecured in the truck.

11.7 Due to his failure to follow Church policy and rules regarding riding unsecured in a vehicle, Plaintiff is estopped to maintain his claim.

Answer of Defendants LDS Church and Fossum - 5
G:\C\Church of Jesus Christ adv. Waite\Pleadings\Answer to Complaint 013006 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

11.8 Defendants reserve the right to amend this answer in the future to include any affirmative defense or any other matter constituting an avoidance which may become apparent through the process of discovery.

WHEREFORE, having fully answered Plaintiff's Complaint and reserving affirmative defenses, Defendants The Church and Fossum pray that Plaintiff's Complaint be dismissed with prejudice and that these Defendants be awarded their costs and reasonable attorney's fees, together with such other and further relief as the Court may deem just and equitable.

DATED this 25th day of August, 2006.

                  WITHERSPOON, KELLEY, DAVENPORT
                  & TOOLE

By: _____
Brian T. Rekofke, WSBA No. 13260
William D. Symmes, WSBA No. 683
Benjamin S. Coleman, WSBA No. 32199
Attorneys for The Church of Jesus
Christ Of Latter Day Saints and
Donald C. Fossum

Answer of Defendants LDS Church and Fossum - 6
G:\C\Church of Jesus Christ adv. Waite\Pleadings\Answer to Complaint 013006 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of August, 2006, I caused to be electronically filed the foregoing **ANSWER OF DEFENDANTS CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS AND FOSSUM** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: (for Waite) Richard C. Eymann and Stephen L. Nordstrom; (for Brodhead) Andrew C. Smythe; and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: NONE.

/s/ Brian T. Rekofke
Brian T. Rekofke, WSBA #13260
William D. Symmes, WSBA #683
Benjamin S. Coleman, WSBA #32199
Attorneys for The Church of Jesus Christ of Latter Day Saints and Donald C. Fossum
Witherspoon, Kelley, Davenport & Toole, P.S.
422 W. Riverside, Suite 1100
Spokane, WA 99201
Phone: (509) 624-5265
Fax: (509) 458-2728
btr@wkdtlaw.com
wds@wkdtlaw.com
bsc@wkdtlaw.com

Answer of Defendants LDS Church and Fossum - 7
G:\C\Church of Jesus Christ adv. Waite\Pleadings\Answer to Complaint 013006 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265