1  RICHARD C. EYMANN
   Eymann, Allison, Fennessy, Hunter & Jones, P.S.
2  2208 West Second Avenue
   Spokane, WA 99204
3  (509) 747-0101

4  STEPHEN L. NORDSTROM
   Nordstrom & Nees, P.S.
5  323 S. Pines Road
   Spokane, WA 99206
6  (509) 924-9800

7  Attorneys for Plaintiff

8  UNITED STATES DISTRICT COURT FOR THE

9  EASTERN DISTRICT OF WASHINGTON

10 

| THOMAS A. WAITE,<br><br>Plaintiff,<br><br>vs.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS d/b/a CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation, d/b/a CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD,<br><br>Defendants. | No. CV-05-399-EFS<br><br>**MOTION TO EXPEDITE HEARING ON PARTIES' STIPULATED MOTION TO CONTINUE EXPERT DISCLOSURE DATES** |
|---|---|

All parties request their Stipulated Motion to Continue Expert Disclosure Dates be set for hearing on October 30, 2006. The parties have all agreed to the Motion to Continue, consequently, there is no reason for delay. Further, if the Motion to Continue is granted, it will provide immediate assistance to the parties who continue to use their best efforts to coordinate with their experts to get their reports completed and submitted in a timely manner.

MOTION TO EXPEDITE HEARING ON PARTIES'
STIPULATED MOTION TO CONTINUE EXPERT
DISCLOSURE DATES-1
(motion to expedite hearing.wpd)

**EYMANN ALLISON FENNESSY HUNTER JONES**

2208 WEST SECOND AVENUE• SPOKANE, WA 99204
TELEPHONE: (509) 747-0101 • FAX: (509) 458-5977

A copy of the proposed Order on Motion to Expedite Hearing on Parties' Stipulated Motion to Continue Expert Disclosure Dates is attached hereto.

DATED this 24th day of October, 2006.

EYMANN ALLISON FENNESSY HUNTER JONES, P.S.

BY  s/ Richard C. Eymann
RICHARD C. EYMANN, WSBA #7470
Co-counsel for Plaintiff

NORDSTROM & NEES, P.S.

BY  *Telephonically approved 10/23/06*
STEPHEN L. NORDSTROM, WSBA #11267
Co-counsel for Plaintiff

PAINE HAMBLEN COFFIN BROOKE & MILLER

BY  *Telephonically approved 10/23/06*
ANDREW C. SMYTHE, WSBA #7948
Counsel for Defendant Brodhead

WITHERSPOON KELLEY DAVENPORT & TOOLE

BY  *Telephonically approved 10/24/06*
BRIAN T. REKOFKE, WSBA #13260
Attorney for Defendants LDS Church
and Donald C. Fossum

MOTION TO EXPEDITE HEARING ON PARTIES'
STIPULATED MOTION TO CONTINUE EXPERT
DISCLOSURE DATES-2
(motion to expedite hearing.wpd)

**EYMANN ALLISON FENNESSY HUNTER JONES**
2208 WEST SECOND AVENUE• SPOKANE, WA 99204
TELEPHONE:  (509) 747-0101 • FAX: (509) 458-5977

**CERTIFICATE OF SERVICE**

I, RICHARD C. EYMANN, hereby certify that on the 24th day of October, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following participants:

Brian T. Rekofke
Witherspoon Kelley Davenport & Toole
1100 U.S. Bank Building
422 W. Riverside Avenue
Spokane, WA 99201

Andrew C. Smythe
Paine Hamblen Coffin Brooke & Miller
717 W. Sprague Avenue, Suite 1200
Spokane, WA 99201

                                      s/Richard C. Eymann
                                **RICHARD C. EYMANN**

MOTION TO EXPEDITE HEARING ON PARTIES' STIPULATED MOTION TO CONTINUE EXPERT DISCLOSURE DATES-3
(motion to expedite hearing.wpd)

EYMANN ALLISON FENNESSY HUNTER JONES
2208 WEST SECOND AVENUE• SPOKANE, WA 99204
TELEPHONE: (509) 747-0101 • FAX: (509) 458-5977