1  RICHARD C. EYMANN
   Eymann, Allison, Fennessy, Hunter & Jones, P.S.
2  2208 West Second Avenue
   Spokane, WA 99204
3  (509) 747-0101

4  STEPHEN L. NORDSTROM
   Nordstrom & Nees, P.S.
5  323 S. Pines Road
   Spokane, WA 99206
6  (509) 924-9800

7  Attorneys for Plaintiff

8  UNITED STATES DISTRICT COURT FOR THE

9  EASTERN DISTRICT OF WASHINGTON

| THOMAS A. WAITE, | No. CV-05-399-EFS |
|---|---|
| Plaintiff, | **ORDER ON MOTION TO EXPEDITE HEARING ON PARTIES' STIPULATED MOTION TO CONTINUE EXPERT DISCLOSURE DATES** |
| vs. | |
| THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS d/b/a CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation, d/b/a CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD, | |
| Defendants. | |

The Court, having reviewed and considered the Motion to Expedite Hearing on Parties' Stipulated Motion to Continue Expert Disclosure Dates, and good cause being shown, now, therefore,

IT IS HEREBY ORDERED:

The parties' Motion to Expedite is GRANTED.

ORDER ON MOTION TO EXPEDITE HEARING ON PARTIES' STIPULATED MOTION TO CONTINUE EXPERT DISCLOSURE DATES-1
(order on motion to expedite hearing.wpd)

**EYMANN ALLISON FENNESSY HUNTER JONES**
2208 WEST SECOND AVENUE• SPOKANE, WA 99204
TELEPHONE: (509) 747-0101 • FAX: (509) 458-5977

1     DONE IN OPEN COURT this _____ day of _____, 2006.

2

3

4

                                            HONORABLE EDWARD F. SHEA
5                                               U.S. District Court Judge

6 Presented by:

7 EYMANN ALLISON FENNESSY
      HUNTER JONES, P.S.

8

9 BY:  s/Richard C. Eymann
      RICHARD C. EYMANN. WSBA #7470
10   Co-counsel for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26                                           **EYMANN ALLISON FENNESSY HUNTER JONES**

27 ORDER ON MOTION TO EXPEDITE HEARING
    ON PARTIES' STIPULATED MOTION TO CONTINUE     2208 WEST SECOND AVENUE• SPOKANE, WA 99204
    EXPERT DISCLOSURE DATES-2                                      TELEPHONE: (509) 747-0101 • FAX: (509) 458-5977
28 (order on motion to expedite hearing.wpd)