Waite v. Church of Jesus Christ, Latterday Saints et al Doc. 23

RICHARD C. EYMANN
Eymann, Allison, Fennessy, Hunter & Jones, P.S.
2208 West Second Avenue
Spokane, WA 99204
(509) 747-0101

STEPHEN L. NORDSTROM
Nordstrom & Nees, P.S.
323 S. Pines Road
Spokane, WA 99206
(509) 924-9800

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS A. WAITE,<br>Plaintiff,<br>vs.<br>THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS d/b/a CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation, d/b/a CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD,<br>Defendants. | No. CV-05-399-EFS<br>**NOTICE OF HEARING ON MOTION FOR EXPEDITED HEARING ON THE PARTIES' STIPULATED MOTION TO CONTINUE EXPERT DISCLOSURE DATES**<br>**Oral Argument Not Requested** |

TO: CLERK OF THE COURT, and

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

Notice is hereby given that the Motion for Expedited Hearing on the Parties' Stipulated Motion to Continue Expert Disclosure Dates will be brought for expedited hearing on October 30, 2006, before the Honorable Edward F. Shea of the United

NOTICE OF HEARING ON MOTION FOR EXPEDITED HEARING ON THE PARTIES' STIPULATED MOTION TO CONTINUE EXPERT DISCLOSURE DATES-1
(notice of hearing on mot for expedited hearing.wpd)

EYMANN ALLISON FENNESSY HUNTER JONES
2208 WEST SECOND AVENUE• SPOKANE, WA 99204
TELEPHONE: (509) 747-0101 • FAX: (509) 458-5977

Dockets.Justia.com

States District Court for the Eastern District of Washington. Oral argument is not requested.

DATED this 24th day of October, 2006.

EYMANN ALLISON FENNESSY HUNTER JONES, P.S.

BY s/ Richard C. Eymann
RICHARD C. EYMANN, WSBA #7470
Co-counsel for Plaintiff

NOTICE OF HEARING ON MOTION FOR EXPEDITED HEARING ON THE PARTIES' STIPULATED MOTION TO CONTINUE EXPERT DISCLOSURE DATES-2
(notice of hearing on mot for expedited hearing.wpd)

EYMANN ALLISON FENNESSY HUNTER JONES
2208 WEST SECOND AVENUE• SPOKANE, WA 99204
TELEPHONE: (509) 747-0101 • FAX: (509) 458-5977

## CERTIFICATE OF SERVICE

I, RICHARD C. EYMANN, hereby certify that on the 24th day of October, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following participants:

Brian T. Rekofke
Witherspoon Kelley Davenport & Toole
1100 U.S. Bank Building
422 W. Riverside Avenue
Spokane, WA 99201

Andrew C. Smythe
Paine Hamblen Coffin Brooke & Miller
717 W. Sprague Avenue, Suite 1200
Spokane, WA 99201

s/Richard C. Eymann
**RICHARD C. EYMANN**

NOTICE OF HEARING ON MOTION FOR EXPEDITED HEARING ON THE PARTIES' STIPULATED MOTION TO CONTINUE EXPERT DISCLOSURE DATES-3
(notice of hearing on mot for expedited hearing.wpd)

EYMANN ALLISON FENNESSY HUNTER JONES
2208 WEST SECOND AVENUE• SPOKANE, WA 99204
TELEPHONE: (509) 747-0101 • FAX: (509) 458-5977