1    RICHARD C. EYMANN
Eymann, Allison, Fennessy, Hunter & Jones, P.S.
2    2208 West Second Avenue
Spokane, WA 99204
3    (509) 747-0101

4    STEPHEN L. NORDSTROM
Nordstrom & Nees, P.S.
5    323 S. Pines Road
Spokane, WA 99206
6    (509) 924-9800

7    Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS A. WAITE,<br><br>                        Plaintiff,<br>vs.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS d/b/a CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation, d/b/a CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD,<br><br>                       Defendants. | No. CV-05-399-EFS<br><br>**PARTIES' STIPULATED MOTION TO CONTINUE EXPERT DISCLOSURE DATES** |

## I. RELIEF REQUESTED

Given the complexity of this motor vehicle accident case, the critical importance of the parties' expert evidence and the full schedules of trial counsel, the parties respectfully request the following changes to the current case Scheduling Order as to expert disclosure dates only:

PARTIES' STIPULATED MOTION TO CONTINUE
EXPERT DISCLOSURE DATES-1
(stipulated motion to continue expert disclosure dates.wpd)

**EYMANN ALLISON FENNESSY HUNTER JONES**
2208 WEST SECOND AVENUE• SPOKANE, WA 99204
TELEPHONE: (509) 747-0101 • FAX: (509) 458-5977

1  Plaintiff's CR 26(a)(2) Expert Disclosures:  from 11/5/06 to 11/20/06

2  Defense CR 26(a)(2) Expert Disclosures:   from 1/6/07 to 1/22/07

3  Plaintiff's Rebuttal Disclosures:    from 2/27/07 to 3/14/07

4  The parties agree that the September 17, 2007 trial date will remain firm.

## II.  LOCAL RULE 37.1(b) COMPLIANCE

All parties agree to this proposal.

## III.  AUTHORITY

The factual and legal bases supporting the requested relief are contained in the Memorandum of Points and Authorities filed in support of this Motion.

## IV.  CONCLUSION

Based on the good cause shown and on the parties' agreement, the plaintiff and defendants respectfully request the Court revise the Scheduling Order as set forth above.

A copy of the proposed Order Granting Parties' Stipulated Motion to Continue Expert Disclosure Dates is attached hereto.

DATED this 24th day of October, 2006.

EYMANN ALLISON FENNESSY HUNTER
JONES, P.S.

BY  s/ Richard C. Eymann
    RICHARD C. EYMANN, WSBA #7470
    Co-counsel for Plaintiff

NORDSTROM & NEES, P.S.

BY  *Telephonically approved 10/23/06*
    STEPHEN L. NORDSTROM, WSBA #11267
    Co-counsel for Plaintiff

PARTIES' STIPULATED MOTION TO CONTINUE
EXPERT DISCLOSURE DATES-2
(stipulated motion to continue expert disclosure dates.wpd)

**EYMANN ALLISON FENNESSY HUNTER JONES**
2208 WEST SECOND AVENUE• SPOKANE, WA 99204
TELEPHONE:  (509) 747-0101 • FAX: (509) 458-5977

PAINE HAMBLEN COFFIN BROOKE & MILLER

BY  *Telephonically approved 10/23/06*
ANDREW C. SMYTHE, WSBA #7948
Counsel for Defendant Brodhead

WITHERSPOON KELLEY DAVENPORT & TOOLE

BY  *Telephonically approved 10/24/06*
BRIAN T. REKOFKE, WSBA #13260
Attorney for Defendants LDS Church
 and Donald C. Fossum

PARTIES' STIPULATED MOTION TO CONTINUE
EXPERT DISCLOSURE DATES-3
(stipulated motion to continue expert disclosure dates.wpd)

**E**YMANN **A**LLISON **F**ENNESSY **H**UNTER **J**ONES

2208 WEST SECOND AVENUE• SPOKANE, WA 99204
TELEPHONE: (509) 747-0101 • FAX: (509) 458-5977

**CERTIFICATE OF SERVICE**

I, RICHARD C. EYMANN, hereby certify that on the 24th day of October, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following participants:

Brian T. Rekofke
Witherspoon Kelley Davenport & Toole
1100 U.S. Bank Building
422 W. Riverside Avenue
Spokane, WA 99201

Andrew C. Smythe
Paine Hamblen Coffin Brooke & Miller
717 W. Sprague Avenue, Suite 1200
Spokane, WA 99201

                                        s/Richard C. Eymann
                                  **RICHARD C. EYMANN**

PARTIES' STIPULATED MOTION TO CONTINUE
EXPERT DISCLOSURE DATES-4
(stipulated motion to continue expert disclosure dates.wpd)

**EYMANN ALLISON FENNESSY HUNTER JONES**
2208 WEST SECOND AVENUE• SPOKANE, WA 99204
TELEPHONE: (509) 747-0101 • FAX: (509) 458-5977