RICHARD C. EYMANN
Eymann, Allison, Fennessy, Hunter & Jones, P.S.
2208 West Second Avenue
Spokane, WA 99204
(509) 747-0101

STEPHEN L. NORDSTROM
Nordstrom & Nees, P.S.
323 S. Pines Road
Spokane, WA 99206
(509) 924-9800

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS A. WAITE,<br><br>        Plaintiff,<br>vs.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS d/b/a CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation, d/b/a CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD,<br><br>        Defendants. | No. CV-05-399-EFS<br><br>**ORDER GRANTING PARTIES' STIPULATED MOTION TO CONTINUE EXPERT DISCLOSURE DATES** |

The Court, having reviewed and considered the parties' Stipulated Motion to Continue Expert Disclosure Dates, and good cause being shown, now, therefore,

IT IS HEREBY ORDERED:

The parties' Stipulated Motion to Continue Expert Disclosure Dates is GRANTED. The expert disclosure deadlines as set forth in the Scheduling Order are adjusted as follows:

ORDER GRANTING PARTIES' STIPULATED
MOTION TO CONTINUE EXPERT DISCLOSURE
DATES-1
(order on stipulated motion to continue expert disclosure dates.wpd)

**EYMANN ALLISON FENNESSY HUNTER JONES**

2208 WEST SECOND AVENUE• SPOKANE, WA 99204
TELEPHONE: (509) 747-0101 • FAX: (509) 458-5977

1  Plaintiff's CR 26(a)(2) Expert Disclosures: from 11/5/06 to 11/20/06

2  Defense CR 26(a)(2) Expert Disclosures: from 1/6/07 to 1/22/07

3  Plaintiff's Rebuttal Disclosures: from 2/27/07 to 3/14/07

4  All other deadlines remain the same.

5  DONE IN OPEN COURT this _____ day of _____, 2006.

_____
HONORABLE EDWARD F. SHEA
U.S. District Court Judge

Presented by:

EYMANN ALLISON FENNESSY
   HUNTER JONES, P.S.

BY:  s/Richard C. Eymann
     RICHARD C. EYMANN. WSBA #7470
     Co-counsel for Plaintiff

ORDER GRANTING PARTIES' STIPULATED
MOTION TO CONTINUE EXPERT DISCLOSURE
DATES-2
(order on stipulated motion to continue expert disclosure dates.wpd)

**EYMANN ALLISON FENNESSY HUNTER JONES**

2208 WEST SECOND AVENUE• SPOKANE, WA 99204
TELEPHONE: (509) 747-0101 • FAX: (509) 458-5977