1  RICHARD C. EYMANN
   Eymann, Allison, Fennessy, Hunter & Jones, P.S.
2  2208 West Second Avenue
   Spokane, WA  99204
3  (509) 747-0101

4  STEPHEN L. NORDSTROM
   Nordstrom & Nees, P.S.
5  323 S. Pines Road
   Spokane, WA 99206
6  (509) 924-9800

7  Attorneys for Plaintiff

8                  UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF WASHINGTON

10 | THOMAS A. WAITE,                          | No. CV-05-399-EFS

11 |                              Plaintiff,

12 |     vs.                                   | **ORDER GRANTING PARTIES'**
                                                | **STIPULATED MOTION TO**
13 | THE CHURCH OF JESUS CHRIST OF             | **CONTINUE EXPERT**
   | LATTER DAY SAINTS d/b/a                   | **DISCLOSURE DATES and**
14 | CORPORATION OF THE PRESIDING              | **MOTION TO EXPEDITE**
   | BISHOP OF THE CHURCH OF JESUS             | **HEARING THEREON**
15 | CHRIST OF LATTER DAY SAINTS, a
   | Utah corporation, d/b/a
16 | CORPORATION OF THE PRESIDENT
   | OF THE CHURCH OF JESUS CHRIST
17 | OF LATTER DAY SAINTS, a Utah
   | corporation; DONALD C. FOSSUM;
18 | and STEVEN D. BRODHEAD,

   |                              Defendants.
19

20     The Court, having reviewed and considered the parties' Stipulated Motion to

21 Continue Expert Disclosure Dates (Ct. Rec. 24) and Motion to Expedite Hearing

22 thereon (Ct. Rec. 21), and good cause being shown, now HEREBY ORDERS:

23     The parties' Stipulated Motion to Continue Expert Disclosure Dates (Ct. Rec.

24 24) and Motion to Expedite Hearing thereon (Ct. Rec. 21) are GRANTED.  The

25

26                              **EYMANN ALLISON FENNESSY HUNTER JONES**

27 ORDER GRANTING PARTIES' STIPULATED
   MOTION TO CONTINUE EXPERT DISCLOSURE          2208 WEST SECOND AVENUE• SPOKANE, WA 99204
   DATES-1                                      TELEPHONE:  (509) 747-0101 • FAX: (509) 458-5977
   (0399. extend. expert. deadlines. wpd)

Dockets.Justia.com

1  expert disclosure deadlines as set forth in the Amended Scheduling Order (Ct. Rec.

2  19) are adjusted as follows:

3      Plaintiff's CR 26(a)(2) Expert Disclosures:  from 11/5/06 to 11/20/06

4      Defense CR 26(a)(2) Expert Disclosures:    from 1/6/07 to 1/22/07

5      Plaintiff's Rebuttal Disclosures:              from 2/27/07 to 3/14/07

6  All other deadlines remain the same.

7      DONE IN OPEN COURT this 24th day of October, 2006.

8

9

10                              S/ Edward F. Shea
                                HONORABLE EDWARD F. SHEA
11                              U.S. District Court Judge

12  Presented by:

13  EYMANN ALLISON FENNESSY
        HUNTER JONES, P.S.
14

15  BY:   s/Richard C. Eymann
          RICHARD C. EYMANN. WSBA #7470
16        Co-counsel for Plaintiff

17

18

19

20

21

22  Q:\Civil\2005\0399.extend.expert.deadlines.wpd

23

24

25

26                              EYMANN ALLISON FENNESSY HUNTER JONES

27  ORDER GRANTING PARTIES' STIPULATED
    MOTION TO CONTINUE EXPERT DISCLOSURE        2208 WEST SECOND AVENUE• SPOKANE, WA 99204
    DATES-2                                      TELEPHONE: (509) 747-0101 • FAX: (509) 458-5977
    (0399.extend.expert.deadlines.wpd)