# Exhibit "E"

94

Dockets.Justia.com



**INCORPORATED**
Forensic Accountants
& Litigation Consultants

November 20, 2006

Mr. Stephen L. Nordstrom
Nordstrom & Nees, P.S.
323 S. Pines Road
Spokane, WA  99206

Re:  Mr. Thomas Waite

Dear Mr. Nordstrom:

I have prepared calculations of the future lost earnings and benefits for Mr. Thomas Waite as a result of the injuries he sustained on August 21, 2003.  I have prepared calculations based on two alternatives identified by Mr. Anthony Choppa, M.Ed., C.R.C., C.C.M.  Alternative 1 is based on Mr. Waite obtaining a Bachelor's degree in Civil Engineering compared to a post-injury position as an Engineering Technician requiring an Associate's degree.  Alternative 2 is based on Mr. Waite's pre-injury earning capacity being in line with the U.S. average male with a Bachelor's degree compared to a post-injury earning capacity that is in line with the U.S. average male with an Associate's degree.

| Opinions and Conclusions[1] | | |
|---|---|---|
| | Civil Engineer | Average BA |
| Total Lost Earnings & Benefits | $   585,245 | $   644,768 |

## Key Assumptions and Data Sources

*Level of Earnings (Alternative 1)* – It was indicated in the November 13, 2006 Preliminary Vocational Report prepared by Mr. Anthony Choppa, M.Ed., C.R.C., C.C.M., that Mr. Waite's intended pre-injury vocational goal was to become a Civil Engineer.  Mr. Choppa has estimated an entry-level salary of $43,679 (2005 dollars) based on Mr. Waite becoming a Civil Engineer.  I have estimated that Mr. Waite would complete his Bachelor's degree and enter the workforce effective

---

[1] Detailed calculations are attached.  All amounts are at their present values.

*601 West Main Avenue, Suite 814*
*Spokane, WA  99201*
*e-mail: harperinc@qwest.net*
*website: www.econexpert.com*
*509.747.5850, FAX 509.747.5859*



Mr. Stephen L. Nordstrom
Re: Mr. Thomas Waite
11/20/2006
Page 2

July 1, 2009. Earnings have been grown through 2015 at 2.5% based on the 10-year forecasted inflation rate compiled by the Federal Reserve Bank of Philadelphia. Beginning in 2016 earnings have been grown at 3.0% based on the 20-year historical consumer price index for wages. I have also included an annual merit increase of 3.7% based on Mr. Waite reaching the experienced level of earnings for a Civil Engineer after 20-years.

*Mitigation Earnings (Alternative 1)* – Mr. Choppa states the following in his November 13, 2006 Preliminary Vocational Report:

> *The nature and extent of the impairments he (Tom) experiences will prevent him from successfully competing for and performing as a Civil Engineer. Tom will be capable of working full time, but the position will require more structure and routine as a result of his ongoing cognitive impairment. Thus, it would be more likely that Tom will be employed in a position such as a Computer Drafter or Engineering Technician, as compared to his pre-injury capacity as a Civil Engineer.*

Mr. Choppa has estimated a mitigation base salary of $35,360 (2005 dollars) based on Mr. Waite becoming an Engineering Technician and Computer Assisted Design and Drafter which requires an Associate's degree. Mr. Choppa has indicated that it will likely take Mr. Waite up to 2 years longer to complete an Associate degree post-injury which is supported by the limited class load that Mr. Waite was able to maintain during his first full academic year since the injury. I have therefore estimated that Mr. Waite would complete his Associate's degree and enter the workforce effective July 1, 2009. Earnings have been grown through 2015 at 2.5% based on the 10-year forecasted inflation rate compiled by the Federal Reserve Bank of Philadelphia. Beginning in 2016 earnings have been grown at 3.0% based on the 20-year historical consumer price index for wages. I have also included an annual merit increase of 2.7% based on Mr. Waite reaching the experienced level of earnings for an Engineer Technician after 20-years.

*Level of Earnings (Alternative 2)* – Mr. Choppa indicated that if Mr. Waite had not completed a Civil Engineering degree, then his pre-injury earning capacity would have been in line with the average earnings for U.S. males with a Bachelor's degree. I have estimated earnings for Alternative 2 based on the U.S. average earnings for males with a Bachelor's degree. Earnings have been grown through 2015 at 2.5% based on the 10-year forecasted inflation rate compiled by the Federal Reserve Bank of Philadelphia. Beginning in 2016 earnings have been grown at 3.0% based on the 20-year historical consumer price index for wages. An amount has also been included for merit and experience based on the average U.S. male holding a Bachelor's degree.

*Mitigation Earnings (Alternative 2)* – Mr. Choppa indicated that if Mr. Waite does not obtain a position as an Engineering Technician, then his post-injury earning capacity would be in line with the average earnings for U.S. males with an Associate's degree.

96

Mr. Stephen L. Nordstrom
Re: Mr. Thomas Waite
11/20/2006
Page 3

Mitigation earnings for Alternative 2 have been based on the U.S. average earnings for males with an Associate's degree. Earnings have been grown through 2015 at 2.5% based on the 10-year forecasted inflation rate compiled by the Federal Reserve Bank of Philadelphia. Beginning in 2016 earnings have been grown at 3.0% based on the 20-year historical consumer price index for wages. An amount has also been included for merit and experience based on the U.S. male holding an Associate's degree.

*Health Benefits* – I have assumed no loss related to employer provided health benefits for both alternatives.

*Retirement Benefits* – Retirement benefits for all positions have been based on the U.S. average employer costs for retirement contributions of 6.1%.

*Worklife Expectancy* – Mr. Waite's worklife expectancy has been based on updated worklife expectancy tables that were originally published by the U.S. Bureau of Labor Statistics.

*Present Value Discount Rate* – U.S. Government bond rates with maturities similar to the loss periods have been utilized to determine a discount rate of 4.7%.

*Expert Qualifications* – A current Curriculum Vitae is attached to demonstrate my expert qualifications.

*Fee Arrangement* – My fee is billed at the rate of $225 per hour. The rates of other staff members who work under my direction and control are billed at the rates in effect at the time the work is performed. The outcome of this litigation has no bearing upon the receipt or billing of fees.

*Data Sources and Documents Relied Upon* –

- November 13, 2006 Preliminary Vocational Report prepared by Mr. Anthony Choppa.
- Telephone interview with Mr. Anthony Choppa.
- Telephone interview with Mr. Thomas Waite.
- October 17, 2006 Deposition of Mr. Thomas Waite.
- U.S. Census Bureau, Money Income in the United States, 2005.
- U.S. Department of Labor, Bureau of Labor Statistics, Occupational Employment and Wages, May 2005.
- Federal Reserve Bank of Philadelphia, "Survey of Professional Forecasters," November 13, 2006.

Mr. Stephen L. Nordstrom
Re: Mr. Thomas Waite
11/20/2006
Page 4

- U.S. Department of Labor, Bureau of Labor Statistics, Consumer Price Index – Urban Wage Earners and Clerical Workers, U.S. City Average, All Items (CPI-W).

- U.S. Bureau of Labor Statistics, Employer Costs per Hour Worked for Employee Compensation and Costs as a Percent of Total Compensation, December 2005.

- Skoog, Gary and Ciecka, Jim, A Markov (Increment-Decrement) Model of Labor Force Activity: Extended Tables of Central Tendency, Variation, and Probability Intervals, Journal of Legal Econometrics, v.11, no.1, 2003.

- Federal Reserve Statistical Release, November 15, 2006.

*Exhibits* – Exhibits could include detailed calculations and data sources or summaries prepared from this information.

*On Going Discovery* – To the extent any revised information becomes available through the discovery process, it may result in modifications to this report.

Very truly yours,
HARPER INCORPORATED

Daniel J. Harper, CPA/ABV, ASA, MBA

Enclosures
waite.001e.xls

98

Thomas Waite

Alternative 1: Civil Engineering Degree

Date of Birth:    8/16/1983
Date of Injury:   8/21/2003
Date of Trial:    9/17/2007

Discount Rate:  4.7%
Growth Rates:   5.0%  average wages

| Year | Age | No. of Months | COLA Growth | Merit Growth | Annual Earnings | Adjusted Annual | 6.1% Retirement | Total Earnings | Less Mitigation | Total Loss | Present Value |
|------|-----|------|------|------|--------|--------|--------|---------|---------|--------|--------|
| 2009 | 25 | 6 | | | 48,213 | 24,107 | 1,471 | 25,578 | 20,705 | 4,873 | 4,295 |
| 2010 | 26 | 12 | 2.5% | 3.7% | 51,203 | 51,203 | 3,123 | 54,326 | 43,576 | 10,750 | 9,049 |
| 2011 | 27 | 12 | 2.5% | 3.7% | 54,378 | 54,378 | 3,317 | 57,695 | 45,853 | 11,842 | 9,521 |
| 2012 | 28 | 12 | 2.5% | 3.7% | 57,750 | 57,750 | 3,523 | 61,273 | 48,250 | 13,023 | 10,000 |
| 2013 | 29 | 12 | 2.5% | 3.7% | 61,331 | 61,331 | 3,741 | 65,072 | 50,772 | 14,300 | 10,488 |
| 2014 | 30 | 12 | 2.5% | 3.7% | 65,134 | 65,134 | 3,973 | 69,107 | 53,426 | 15,681 | 10,985 |
| 2015 | 31 | 12 | 2.5% | 3.7% | 69,173 | 69,173 | 4,220 | 73,393 | 56,218 | 17,175 | 11,491 |
| 2016 | 32 | 12 | 3.0% | 3.7% | 73,809 | 73,809 | 4,502 | 78,311 | 59,437 | 18,874 | 12,061 |
| 2017 | 33 | 12 | 3.0% | 3.7% | 78,755 | 78,755 | 4,804 | 83,559 | 62,841 | 20,718 | 12,645 |
| 2018 | 34 | 12 | 3.0% | 3.7% | 84,033 | 84,033 | 5,126 | 89,159 | 66,439 | 22,720 | 13,244 |
| 2019 | 35 | 12 | 3.0% | 3.7% | 89,664 | 89,664 | 5,470 | 95,134 | 70,244 | 24,890 | 13,858 |
| 2020 | 36 | 12 | 3.0% | 3.7% | 95,673 | 95,673 | 5,836 | 101,509 | 74,266 | 27,243 | 14,487 |
| 2021 | 37 | 12 | 3.0% | 3.7% | 102,085 | 102,085 | 6,227 | 108,312 | 78,518 | 29,794 | 15,133 |
| 2022 | 38 | 12 | 3.0% | 3.7% | 108,926 | 108,926 | 6,644 | 115,570 | 83,014 | 32,556 | 15,793 |
| 2023 | 39 | 12 | 3.0% | 3.7% | 116,226 | 116,226 | 7,090 | 123,316 | 87,767 | 35,549 | 16,471 |
| 2024 | 40 | 12 | 3.0% | 3.7% | 124,015 | 124,015 | 7,565 | 131,580 | 92,793 | 38,787 | 17,165 |
| 2025 | 41 | 12 | 3.0% | 3.7% | 132,326 | 132,326 | 8,072 | 140,398 | 98,106 | 42,292 | 17,875 |
| 2026 | 42 | 12 | 3.0% | 3.7% | 141,194 | 141,194 | 8,613 | 149,807 | 103,724 | 46,083 | 18,603 |
| 2027 | 43 | 12 | 3.0% | 3.7% | 150,656 | 150,656 | 9,190 | 159,846 | 109,664 | 50,182 | 19,349 |
| 2028 | 44 | 12 | 3.0% | 3.7% | 160,752 | 160,752 | 9,806 | 170,558 | 115,943 | 54,615 | 20,113 |
| 2029 | 45 | 12 | 3.0% | 3.7% | 171,525 | 171,525 | 10,463 | 181,988 | 122,582 | 59,406 | 20,895 |
| 2030 | 46 | 12 | 3.0% | 0.0% | 176,671 | 176,671 | 10,777 | 187,448 | 126,259 | 61,189 | 20,556 |
| 2031 | 47 | 12 | 3.0% | 0.0% | 181,971 | 181,971 | 11,100 | 193,071 | 130,047 | 63,024 | 20,222 |
| 2032 | 48 | 12 | 3.0% | 0.0% | 187,430 | 187,430 | 11,433 | 198,863 | 133,948 | 64,915 | 19,894 |
| 2033 | 49 | 12 | 3.0% | 0.0% | 193,053 | 193,053 | 11,776 | 204,829 | 137,966 | 66,863 | 19,571 |
| 2034 | 50 | 12 | 3.0% | 0.0% | 198,845 | 198,845 | 12,130 | 210,975 | 142,105 | 68,870 | 19,253 |
| 2035 | 51 | 12 | 3.0% | 0.0% | 204,810 | 204,810 | 12,493 | 217,303 | 146,368 | 70,935 | 18,941 |
| 2036 | 52 | 12 | 3.0% | 0.0% | 210,954 | 210,954 | 12,868 | 223,822 | 150,760 | 73,062 | 18,633 |
| 2037 | 53 | 12 | 3.0% | 0.0% | 217,283 | 217,283 | 13,254 | 230,537 | 155,283 | 75,254 | 18,330 |
| 2038 | 54 | 12 | 3.0% | 0.0% | 223,801 | 223,801 | 13,652 | 237,453 | 159,942 | 77,511 | 18,033 |
| 2039 | 55 | 12 | 3.0% | 0.0% | 230,515 | 230,515 | 14,061 | 244,576 | 164,739 | 79,837 | 17,740 |
| 2040 | 56 | 12 | 3.0% | 0.0% | 237,430 | 237,430 | 14,483 | 251,913 | 169,681 | 82,232 | 17,452 |
| 2041 | 57 | 12 | 3.0% | 0.0% | 244,553 | 244,553 | 14,918 | 259,471 | 174,772 | 84,699 | 17,168 |
| 2042 | 58 | 12 | 3.0% | 0.0% | 251,890 | 251,890 | 15,365 | 267,255 | 180,016 | 87,239 | 16,890 |
| 2043 | 59 | 12 | 3.0% | 0.0% | 259,447 | 259,447 | 15,826 | 275,273 | 185,416 | 89,857 | 16,615 |
| 2044 | 60 | 12 | 3.0% | 0.0% | 267,230 | 267,230 | 16,301 | 283,531 | 190,979 | 92,552 | 16,346 |
| 2045 | 61 | 12 | 3.0% | 0.0% | 275,247 | 275,247 | 16,790 | 292,037 | 196,708 | 95,329 | 16,080 |

36.5  years

5,913,848   4,089,127   1,824,721   585,245

99

Thomas Waite

**Mitigation (Alternative 1): Engineering Technician**

Growth Rates:  4.4%  average wages

| Year | Age | No. of Months | COLA Growth | Merit Growth | Annual Earnings | Adjusted Annual | 6.1% Retirement | Total Mitigation |
|------|-----|---------------|-------------|--------------|-----------------|-----------------|-----------------|------------------|
| 2009 | 25 | 6 | | | 39,031 | 19,515 | 1,190 | 20,705 |
| 2010 | 26 | 12 | 2.5% | 2.7% | 41,071 | 41,071 | 2,505 | 43,576 |
| 2011 | 27 | 12 | 2.5% | 2.7% | 43,217 | 43,217 | 2,636 | 45,853 |
| 2012 | 28 | 12 | 2.5% | 2.7% | 45,476 | 45,476 | 2,774 | 48,250 |
| 2013 | 29 | 12 | 2.5% | 2.7% | 47,853 | 47,853 | 2,919 | 50,772 |
| 2014 | 30 | 12 | 2.5% | 2.7% | 50,354 | 50,354 | 3,072 | 53,426 |
| 2015 | 31 | 12 | 2.5% | 2.7% | 52,986 | 52,986 | 3,232 | 56,218 |
| 2016 | 32 | 12 | 3.0% | 2.7% | 56,020 | 56,020 | 3,417 | 59,437 |
| 2017 | 33 | 12 | 3.0% | 2.7% | 59,228 | 59,228 | 3,613 | 62,841 |
| 2018 | 34 | 12 | 3.0% | 2.7% | 62,619 | 62,619 | 3,820 | 66,439 |
| 2019 | 35 | 12 | 3.0% | 2.7% | 66,205 | 66,205 | 4,039 | 70,244 |
| 2020 | 36 | 12 | 3.0% | 2.7% | 69,996 | 69,996 | 4,270 | 74,266 |
| 2021 | 37 | 12 | 3.0% | 2.7% | 74,004 | 74,004 | 4,514 | 78,518 |
| 2022 | 38 | 12 | 3.0% | 2.7% | 78,241 | 78,241 | 4,773 | 83,014 |
| 2023 | 39 | 12 | 3.0% | 2.7% | 82,721 | 82,721 | 5,046 | 87,767 |
| 2024 | 40 | 12 | 3.0% | 2.7% | 87,458 | 87,458 | 5,335 | 92,793 |
| 2025 | 41 | 12 | 3.0% | 2.7% | 92,466 | 92,466 | 5,640 | 98,106 |
| 2026 | 42 | 12 | 3.0% | 2.7% | 97,761 | 97,761 | 5,963 | 103,724 |
| 2027 | 43 | 12 | 3.0% | 2.7% | 103,359 | 103,359 | 6,305 | 109,664 |
| 2028 | 44 | 12 | 3.0% | 2.7% | 109,277 | 109,277 | 6,666 | 115,943 |
| 2029 | 45 | 12 | 3.0% | 2.7% | 115,534 | 115,534 | 7,048 | 122,582 |
| 2030 | 46 | 12 | 3.0% | 0.0% | 119,000 | 119,000 | 7,259 | 126,259 |
| 2031 | 47 | 12 | 3.0% | 0.0% | 122,570 | 122,570 | 7,477 | 130,047 |
| 2032 | 48 | 12 | 3.0% | 0.0% | 126,247 | 126,247 | 7,701 | 133,948 |
| 2033 | 49 | 12 | 3.0% | 0.0% | 130,034 | 130,034 | 7,932 | 137,966 |
| 2034 | 50 | 12 | 3.0% | 0.0% | 133,935 | 133,935 | 8,170 | 142,105 |
| 2035 | 51 | 12 | 3.0% | 0.0% | 137,953 | 137,953 | 8,415 | 146,368 |
| 2036 | 52 | 12 | 3.0% | 0.0% | 142,092 | 142,092 | 8,668 | 150,760 |
| 2037 | 53 | 12 | 3.0% | 0.0% | 146,355 | 146,355 | 8,928 | 155,283 |
| 2038 | 54 | 12 | 3.0% | 0.0% | 150,746 | 150,746 | 9,196 | 159,942 |
| 2039 | 55 | 12 | 3.0% | 0.0% | 155,268 | 155,268 | 9,471 | 164,739 |
| 2040 | 56 | 12 | 3.0% | 0.0% | 159,926 | 159,926 | 9,755 | 169,681 |
| 2041 | 57 | 12 | 3.0% | 0.0% | 164,724 | 164,724 | 10,048 | 174,772 |
| 2042 | 58 | 12 | 3.0% | 0.0% | 169,666 | 169,666 | 10,350 | 180,016 |
| 2043 | 59 | 12 | 3.0% | 0.0% | 174,756 | 174,756 | 10,660 | 185,416 |
| 2044 | 60 | 12 | 3.0% | 0.0% | 179,999 | 179,999 | 10,980 | 190,979 |
| 2045 | 61 | 12 | 3.0% | 0.0% | 185,399 | 185,399 | 11,309 | 196,708 |

36.5  years

4,089,127

100

Thomas Waite

Alternative 2: U.S. Average Male with BA Degree

Date of Birth:      8/16/1983
Date of Injury:     8/21/2003
Date of Trial:      9/17/2007

Discount Rate: 4.7%
Growth Rates:  5.3%  average wages

| Year | Age | No. of Months | COLA Growth | Merit Growth | Annual Earnings | Adjusted Annual | 6.1% Retirement | Total Earnings | Less Mitigation | Total Loss | Present Value |
|------|-----|------|------|------|--------|--------|--------|---------|---------|--------|--------|
| 2009 | 25 | 6 | | | 40,805 | 20,403 | 1,245 | 21,648 | 15,836 | 5,812 | 5,122 |
| 2010 | 26 | 12 | 2.5% | 6.4% | 44,441 | 44,441 | 2,711 | 47,152 | 34,033 | 13,119 | 11,043 |
| 2011 | 27 | 12 | 2.5% | 6.4% | 48,401 | 48,401 | 2,952 | 51,353 | 36,568 | 14,785 | 11,887 |
| 2012 | 28 | 12 | 2.5% | 6.4% | 52,714 | 52,714 | 3,216 | 55,930 | 39,293 | 16,637 | 12,776 |
| 2013 | 29 | 12 | 2.5% | 6.4% | 57,411 | 57,411 | 3,502 | 60,913 | 42,220 | 18,693 | 13,710 |
| 2014 | 30 | 12 | 2.5% | 6.4% | 62,526 | 62,526 | 3,814 | 66,340 | 45,366 | 20,974 | 14,692 |
| 2015 | 31 | 12 | 2.5% | 4.3% | 66,803 | 66,803 | 4,075 | 70,878 | 48,746 | 22,132 | 14,808 |
| 2016 | 32 | 12 | 3.0% | 4.3% | 71,706 | 71,706 | 4,374 | 76,080 | 52,620 | 23,460 | 14,992 |
| 2017 | 33 | 12 | 3.0% | 4.3% | 76,969 | 76,969 | 4,695 | 81,664 | 56,504 | 25,160 | 15,356 |
| 2018 | 34 | 12 | 3.0% | 4.3% | 82,619 | 82,619 | 5,040 | 87,659 | 60,673 | 26,986 | 15,731 |
| 2019 | 35 | 12 | 3.0% | 4.3% | 88,683 | 88,683 | 5,410 | 94,093 | 65,151 | 28,942 | 16,114 |
| 2020 | 36 | 12 | 3.0% | 3.6% | 94,492 | 94,492 | 5,764 | 100,256 | 69,959 | 30,297 | 16,111 |
| 2021 | 37 | 12 | 3.0% | 3.6% | 100,681 | 100,681 | 6,142 | 106,823 | 75,122 | 31,701 | 16,101 |
| 2022 | 38 | 12 | 3.0% | 3.6% | 107,276 | 107,276 | 6,544 | 113,820 | 78,360 | 35,460 | 17,202 |
| 2023 | 39 | 12 | 3.0% | 3.6% | 114,303 | 114,303 | 6,972 | 121,275 | 81,737 | 39,538 | 18,319 |
| 2024 | 40 | 12 | 3.0% | 3.6% | 121,790 | 121,790 | 7,429 | 129,219 | 85,260 | 43,959 | 19,453 |
| 2025 | 41 | 12 | 3.0% | 3.0% | 129,122 | 129,122 | 7,876 | 136,998 | 88,934 | 48,064 | 20,315 |
| 2026 | 42 | 12 | 3.0% | 3.0% | 136,889 | 136,889 | 8,350 | 145,239 | 92,767 | 52,472 | 21,183 |
| 2027 | 43 | 12 | 3.0% | 3.0% | 145,123 | 145,123 | 8,853 | 153,976 | 97,211 | 56,765 | 21,887 |
| 2028 | 44 | 12 | 3.0% | 3.0% | 153,852 | 153,852 | 9,385 | 163,237 | 101,868 | 61,369 | 22,600 |
| 2029 | 45 | 12 | 3.0% | 3.0% | 163,106 | 163,106 | 9,949 | 173,055 | 106,747 | 66,308 | 23,323 |
| 2030 | 46 | 12 | 3.0% | 0.0% | 167,999 | 167,999 | 10,248 | 178,247 | 111,860 | 66,387 | 22,302 |
| 2031 | 47 | 12 | 3.0% | 0.0% | 173,039 | 173,039 | 10,555 | 183,594 | 117,218 | 66,376 | 21,298 |
| 2032 | 48 | 12 | 3.0% | 0.0% | 178,230 | 178,230 | 10,872 | 189,102 | 120,899 | 68,203 | 20,901 |
| 2033 | 49 | 12 | 3.0% | 0.0% | 183,577 | 183,577 | 11,198 | 194,775 | 124,695 | 70,080 | 20,513 |
| 2034 | 50 | 12 | 3.0% | 0.0% | 189,084 | 189,084 | 11,534 | 200,618 | 128,610 | 72,008 | 20,131 |
| 2035 | 51 | 12 | 3.0% | 0.0% | 194,757 | 194,757 | 11,880 | 206,637 | 132,648 | 73,989 | 19,756 |
| 2036 | 52 | 12 | 3.0% | 0.0% | 200,600 | 200,600 | 12,237 | 212,837 | 136,814 | 76,023 | 19,388 |
| 2037 | 53 | 12 | 3.0% | 0.0% | 206,618 | 206,618 | 12,604 | 219,222 | 140,918 | 78,304 | 19,073 |
| 2038 | 54 | 12 | 3.0% | 0.0% | 212,817 | 212,817 | 12,982 | 225,799 | 145,145 | 80,654 | 18,764 |
| 2039 | 55 | 12 | 3.0% | 0.0% | 219,202 | 219,202 | 13,371 | 232,573 | 149,499 | 83,074 | 18,459 |
| 2040 | 56 | 12 | 3.0% | 0.0% | 225,778 | 225,778 | 13,772 | 239,550 | 153,984 | 85,566 | 18,159 |
| 2041 | 57 | 12 | 3.0% | 0.0% | 232,551 | 232,551 | 14,186 | 246,737 | 158,604 | 88,133 | 17,865 |
| 2042 | 58 | 12 | 3.0% | 0.0% | 239,528 | 239,528 | 14,611 | 254,139 | 165,027 | 89,112 | 17,252 |
| 2043 | 59 | 12 | 3.0% | 0.0% | 246,714 | 246,714 | 15,050 | 261,764 | 171,727 | 90,037 | 16,649 |
| 2044 | 60 | 12 | 3.0% | 0.0% | 254,115 | 254,115 | 15,501 | 269,616 | 178,699 | 90,917 | 16,057 |
| 2045 | 61 | 12 | 3.0% | 0.0% | 261,738 | 261,738 | 15,966 | 277,704 | 185,954 | 91,750 | 15,476 |

36.5 years

5,650,522    3,697,276    1,953,246    644,768

/ 0 /

Thomas Waite

**Mitigation (Alternative 2): U.S. Average Male with AA Degree**

Growth Rates:  5.0%  average wages

| Year | Age | No. of Months | COLA Growth | Merit Growth | Annual Earnings | Adjusted Annual | 6.1% Retirement | Total Mitigation |
|------|-----|---------------|-------------|--------------|-----------------|-----------------|-----------------|------------------|
| 2009 | 25 | 6 | | | 29,852 | 14,926 | 910 | 15,836 |
| 2010 | 26 | 12 | 2.5% | 5.0% | 32,076 | 32,076 | 1,957 | 34,033 |
| 2011 | 27 | 12 | 2.5% | 5.0% | 34,466 | 34,466 | 2,102 | 36,568 |
| 2012 | 28 | 12 | 2.5% | 5.0% | 37,034 | 37,034 | 2,259 | 39,293 |
| 2013 | 29 | 12 | 2.5% | 5.0% | 39,793 | 39,793 | 2,427 | 42,220 |
| 2014 | 30 | 12 | 2.5% | 5.0% | 42,758 | 42,758 | 2,608 | 45,366 |
| 2015 | 31 | 12 | 2.5% | 5.0% | 45,943 | 45,943 | 2,803 | 48,746 |
| 2016 | 32 | 12 | 3.0% | 5.0% | 49,595 | 49,595 | 3,025 | 52,620 |
| 2017 | 33 | 12 | 3.0% | 4.4% | 53,255 | 53,255 | 3,249 | 56,504 |
| 2018 | 34 | 12 | 3.0% | 4.4% | 57,185 | 57,185 | 3,488 | 60,673 |
| 2019 | 35 | 12 | 3.0% | 4.4% | 61,405 | 61,405 | 3,746 | 65,151 |
| 2020 | 36 | 12 | 3.0% | 4.4% | 65,937 | 65,937 | 4,022 | 69,959 |
| 2021 | 37 | 12 | 3.0% | 4.4% | 70,803 | 70,803 | 4,319 | 75,122 |
| 2022 | 38 | 12 | 3.0% | 1.3% | 73,855 | 73,855 | 4,505 | 78,360 |
| 2023 | 39 | 12 | 3.0% | 1.3% | 77,038 | 77,038 | 4,699 | 81,737 |
| 2024 | 40 | 12 | 3.0% | 1.3% | 80,358 | 80,358 | 4,902 | 85,260 |
| 2025 | 41 | 12 | 3.0% | 1.3% | 83,821 | 83,821 | 5,113 | 88,934 |
| 2026 | 42 | 12 | 3.0% | 1.3% | 87,434 | 87,434 | 5,333 | 92,767 |
| 2027 | 43 | 12 | 3.0% | 1.8% | 91,622 | 91,622 | 5,589 | 97,211 |
| 2028 | 44 | 12 | 3.0% | 1.8% | 96,011 | 96,011 | 5,857 | 101,868 |
| 2029 | 45 | 12 | 3.0% | 1.8% | 100,610 | 100,610 | 6,137 | 106,747 |
| 2030 | 46 | 12 | 3.0% | 1.8% | 105,429 | 105,429 | 6,431 | 111,860 |
| 2031 | 47 | 12 | 3.0% | 1.8% | 110,479 | 110,479 | 6,739 | 117,218 |
| 2032 | 48 | 12 | 3.0% | 0.1% | 113,948 | 113,948 | 6,951 | 120,899 |
| 2033 | 49 | 12 | 3.0% | 0.1% | 117,526 | 117,526 | 7,169 | 124,695 |
| 2034 | 50 | 12 | 3.0% | 0.1% | 121,216 | 121,216 | 7,394 | 128,610 |
| 2035 | 51 | 12 | 3.0% | 0.1% | 125,022 | 125,022 | 7,626 | 132,648 |
| 2036 | 52 | 12 | 3.0% | 0.1% | 128,948 | 128,948 | 7,866 | 136,814 |
| 2037 | 53 | 12 | 3.0% | 0.0% | 132,816 | 132,816 | 8,102 | 140,918 |
| 2038 | 54 | 12 | 3.0% | 0.0% | 136,800 | 136,800 | 8,345 | 145,145 |
| 2039 | 55 | 12 | 3.0% | 0.0% | 140,904 | 140,904 | 8,595 | 149,499 |
| 2040 | 56 | 12 | 3.0% | 0.0% | 145,131 | 145,131 | 8,853 | 153,984 |
| 2041 | 57 | 12 | 3.0% | 0.0% | 149,485 | 149,485 | 9,119 | 158,604 |
| 2042 | 58 | 12 | 3.0% | 1.1% | 155,539 | 155,539 | 9,488 | 165,027 |
| 2043 | 59 | 12 | 3.0% | 1.1% | 161,854 | 161,854 | 9,873 | 171,727 |
| 2044 | 60 | 12 | 3.0% | 1.1% | 168,425 | 168,425 | 10,274 | 178,699 |
| 2045 | 61 | 12 | 3.0% | 1.1% | 175,263 | 175,263 | 10,691 | 185,954 |

36.5  years                                                          3,697,276

102



**Harper**

INCORPORATED
Forensic Accountants
& Litigation Consultants

November 20, 2006

Mr. Stephen L. Nordstrom
Nordstrom & Nees, P.S.
323 S. Pines Road
Spokane, WA  99206

Re:  Mr. Thomas Waite

Dear Mr. Nordstrom:

I have prepared calculations of Mr. Thomas Waite's future long-term care needs based on the November 2006 Preliminary Care Plan prepared by Mr. Anthony Choppa, M.Ed., C.R.C., C.C.M.

| Opinions and Conclusions[1] | |
|---|---|
| Estimated Value of Future Care Needs | $   214,653 |

### Key Assumptions and Data Sources

*Long-Term Care* -- The present value of the long-term care plan has been estimated based on the November 2006 Preliminary Care Plan prepared by Mr. Anthony Choppa, M.Ed., C.R.C., C.C.M..

*Growth Rates* – Future growth rates have been estimated based on the Consumer Price Index for the following expenditure categories (see table):

---

[1] Detailed calculations are attached.  All amounts are at their present values.

*601 West Main Avenue, Suite 814*
*Spokane, WA  99201*
*e-mail: harperinc@qwest.net*
*website: www.econexpert.com*
*509.747.5850, FAX 509.747.5859*

*103*

Mr. Stephen L. Nordstrom
Re: Mr. Thomas Waite
11/20/2006
Page 2

|  | 15 Yr Avg | CPI-U | Used |
|---|---|---|---|
| CPI-U | 2.6% |  | 2.6% |
| CPI-W | 2.7% |  | 2.7% |
| Prescription Medications | 4.3% | 2.6% | 3.5% |
| Physician Services | 3.8% | 2.6% | 3.2% |
| Other Medical Professionals | 2.9% | 2.6% | 2.8% |
| Hospital & Related Services | 6.1% | 2.6% | 4.4% |
| Registered Nurses/Aides | 2.9% |  | 2.9% |

*Life Expectancy* – Mr. Waite's remaining life expectancy has been based on the Washington State Insurance Commissioner's life expectancy table.

*Present Value Discount Rate* – U.S. Government bond rates with maturities similar to the loss periods have been utilized to determine a discount rate of 4.7%.

*Fee Arrangement* -- My fee is billed at the rate of $225 per hour. The rates of other staff members who work under my direction and control are billed at the rates in effect at the time the work is performed. The outcome of this litigation has no bearing upon the receipt or billing of fees.

*Data Sources and Documents Relied Upon* –

- November 2006 Preliminary Care Plan prepared by Mr. Anthony Choppa, M.Ed., C.R.C., C.C.M.

- Telephone Interview with Mr. Anthony Choppa.

- Historical Consumer Price Index for All Urban Consumers (CPI-U): U.S. City Average by Commodity and Service Group and Detailed Expenditure Categories, U.S. Department of Labor, Bureau of Labor Statistics.

- Median weekly earnings of wage and salary workers who usually work full time, by detailed (3 digit census code) occupation, 1990 -- 2005, Bureau of Labor Statistics.

- Federal Reserve Statistical Release, www.federalreserve.gov, November 15, 2006.

- Washington Insurance Commissioner Life Expectancy Table.

104

Mr. Stephen L. Nordstrom
Re: Mr. Thomas Waite
11/20/2006
Page 3


*Exhibits* – Exhibits could include detailed calculations and data sources or summaries prepared from this information.

*On Going Discovery* – To the extent any revised information becomes available through the discovery process, it may result in modifications to this report.


Very truly yours,

HARPER INCORPORATED


Daniel J. Harper, CPA/ABV, ASA, MBA

Enclosures

waite.002e.doc

*105*

Thomas Waite
Future Care Needs

Date of Birth:      8/16/1983
LCP Plan Date:      Nov-06

Discount Rate: 4.7%
Growth Rates:           var        2.8%       4.4%        3.5%       2.9%        var

| Year | Age | No of Months | Projected Evaluations | Projected Therapeutic Modalities | Diagnostics | Medications | Home Care/ Residential Care | Educational/ Vocational Needs | | Total | Present Value |
|------|-----|------|------|------|------|------|------|------|--|------|------|
| 2006 | 23 | 2 | 0 | 0 | 0 | 96 | 0 | 0 | | 96 | 95 |
| 2007 | 24 | 12 | 1,978 | 22,928 | 316 | 596 | 0 | 4,806 | | 30,624 | 29,026 |
| 2008 | 25 | 12 | 185 | 15,652 | 330 | 617 | 0 | 4,936 | | 21,720 | 19,663 |
| 2009 | 26 | 12 | 191 | 8,049 | 344 | 639 | 0 | 5,069 | | 14,292 | 12,357 |
| 2010 | 27 | 12 | 197 | 8,274 | 359 | 661 | 0 | 0 | | 9,491 | 7,838 |
| 2011 | 28 | 12 | 2,212 | 8,506 | 375 | 684 | 0 | 0 | | 11,777 | 9,289 |
| 2012 | 29 | 12 | 209 | 5,129 | 393 | 708 | 4,987 | 3,045 | | 14,471 | 10,902 |
| 2013 | 30 | 12 | 216 | 1,556 | 411 | 733 | 1,711 | 0 | | 4,627 | 3,329 |
| 2014 | 31 | 12 | 223 | 1,600 | 429 | 759 | 1,761 | 0 | | 4,772 | 3,279 |
| 2015 | 32 | 12 | 2,473 | 1,645 | 448 | 786 | 1,812 | 0 | | 7,164 | 4,702 |
| 2016 | 33 | 12 | 237 | 1,691 | 468 | 814 | 1,865 | 0 | | 5,075 | 3,182 |
| 2017 | 34 | 12 | 245 | 1,861 | 488 | 842 | 1,919 | 0 | | 5,355 | 3,206 |
| 2018 | 35 | 12 | 253 | 1,787 | 509 | 871 | 1,975 | 0 | | 5,395 | 3,085 |
| 2019 | 36 | 12 | 2,766 | 1,837 | 531 | 901 | 2,032 | 0 | | 8,067 | 4,406 |
| 2020 | 37 | 12 | 269 | 1,888 | 554 | 933 | 2,091 | 0 | | 5,735 | 2,992 |
| 2021 | 38 | 12 | 278 | 1,941 | 579 | 966 | 2,152 | 0 | | 5,916 | 2,948 |
| 2022 | 39 | 12 | 287 | 1,995 | 604 | 1,000 | 2,214 | 4,013 | | 10,113 | 4,813 |
| 2023 | 40 | 12 | 3,093 | 2,051 | 630 | 1,035 | 2,278 | 0 | | 9,087 | 4,130 |
| 2024 | 41 | 12 | 305 | 2,108 | 656 | 1,071 | 2,344 | 0 | | 6,484 | 2,815 |
| 2025 | 42 | 12 | 315 | 2,167 | 685 | 1,108 | 2,412 | 0 | | 6,687 | 2,773 |
| 2026 | 43 | 12 | 325 | 2,228 | 715 | 1,147 | 2,482 | 0 | | 6,897 | 2,732 |
| 2027 | 44 | 12 | 3,459 | 2,452 | 747 | 1,187 | 2,554 | 0 | | 10,399 | 3,934 |
| 2028 | 45 | 12 | 346 | 2,354 | 780 | 1,229 | 2,628 | 0 | | 7,337 | 2,651 |
| 2029 | 46 | 12 | 357 | 2,420 | 815 | 1,272 | 2,704 | 0 | | 7,568 | 2,611 |
| 2030 | 47 | 12 | 368 | 2,488 | 851 | 1,317 | 2,782 | 0 | | 7,806 | 2,573 |
| 2031 | 48 | 12 | 3,868 | 2,558 | 889 | 1,363 | 2,863 | 0 | | 11,541 | 3,633 |
| 2032 | 49 | 12 | 392 | 2,630 | 928 | 1,411 | 2,946 | 0 | | 8,307 | 2,498 |
| 2033 | 50 | 12 | 405 | 2,704 | 969 | 1,460 | 3,031 | 0 | | 8,569 | 2,461 |
| 2034 | 51 | 12 | 418 | 2,780 | 1,012 | 1,511 | 3,119 | 0 | | 8,840 | 2,424 |
| 2035 | 52 | 12 | 4,326 | 2,858 | 1,056 | 1,564 | 3,209 | 0 | | 13,013 | 3,409 |
| 2036 | 53 | 12 | 445 | 2,938 | 1,102 | 1,619 | 3,302 | 0 | | 9,406 | 2,353 |
| 2037 | 54 | 12 | 459 | 3,235 | 1,149 | 1,676 | 3,398 | 0 | | 9,917 | 2,370 |
| 2038 | 55 | 12 | 474 | 3,105 | 1,200 | 1,735 | 3,497 | 0 | | 10,011 | 2,285 |
| 2039 | 56 | 12 | 4,838 | 3,192 | 1,252 | 1,796 | 3,598 | 0 | | 14,676 | 3,199 |
| 2040 | 57 | 12 | 505 | 3,281 | 1,307 | 1,859 | 3,702 | 0 | | 10,654 | 2,218 |
| 2041 | 58 | 12 | 521 | 3,373 | 1,364 | 1,924 | 3,809 | 0 | | 10,991 | 2,186 |
| 2042 | 59 | 12 | 538 | 3,467 | 1,424 | 1,991 | 3,919 | 0 | | 11,339 | 2,154 |
| 2043 | 60 | 12 | 5,412 | 3,564 | 1,487 | 2,061 | 4,033 | 0 | | 16,557 | 3,004 |
| 2044 | 61 | 12 | 573 | 3,664 | 1,552 | 2,133 | 4,150 | 0 | | 12,072 | 2,092 |
| 2045 | 62 | 12 | 591 | 3,767 | 1,620 | 2,208 | 4,270 | 0 | | 12,456 | 2,061 |
| 2046 | 63 | 12 | 610 | 3,872 | 1,692 | 2,285 | 4,394 | 0 | | 12,853 | 2,031 |
| 2047 | 64 | 12 | 6,055 | 4,264 | 1,766 | 2,365 | 4,521 | 0 | | 18,971 | 2,864 |
| 2048 | 65 | 12 | 650 | 4,091 | 1,843 | 2,448 | 4,652 | 0 | | 13,684 | 1,973 |
| 2049 | 66 | 12 | 671 | 4,206 | 1,924 | 2,534 | 4,787 | 0 | | 14,122 | 1,945 |
| 2050 | 67 | 12 | 692 | 4,324 | 2,009 | 2,623 | 4,926 | 0 | | 14,574 | 1,917 |
| 2051 | 68 | 12 | 6,773 | 4,445 | 2,098 | 2,715 | 5,069 | 0 | | 21,100 | 2,651 |
| 2052 | 69 | 12 | 737 | 4,569 | 2,191 | 2,810 | 5,216 | 0 | | 15,523 | 1,863 |
| 2053 | 70 | 12 | 761 | 4,697 | 2,288 | 2,908 | 5,367 | 0 | | 16,021 | 1,836 |
| 2054 | 71 | 12 | 785 | 4,829 | 2,388 | 3,010 | 5,523 | 0 | | 16,535 | 1,810 |
| 2055 | 72 | 12 | 7,576 | 4,964 | 2,493 | 3,115 | 5,683 | 0 | | 23,831 | 2,491 |
| 2056 | 73 | 12 | 836 | 5,103 | 2,604 | 3,224 | 5,848 | 0 | | 17,615 | 1,759 |
| 2057 | 74 | 12 | 863 | 5,246 | 2,719 | 3,337 | 6,018 | 0 | | 18,183 | 1,734 |
| 2058 | 75 | 12 | 891 | 5,393 | 2,838 | 3,454 | 6,193 | 0 | | 18,769 | 1,710 |
| 2059 | 76 | 2 | 1,413 | 924 | 494 | 596 | 1,062 | 0 | | 4,489 | 391 |
| | | 52.3 | 73,865 | 212,650 | 60,675 | 85,707 | 166,808 | 21,869 | | 621,574 | 214,653 |

106



# Curriculum Vitae
### Daniel J. Harper, CPA/ABV, ASA, MBA

**OCCUPATION:**   President, Harper Incorporated

**AREAS OF SPECIALIZATION:**   Business valuations, forensic accounting, and quantification of business or personal economic loss; providing accounting, auditing business consulting, and tax planning services to small and large closely-held businesses.

**EXPERT WITNESS:**   Washington and Idaho (Judge and Jury Trials)

**EDUCATION:**

Bachelor of Business Administration
   Washington State University - 1973

Bachelor of Accounting
   Washington State University – 1974

Masters of Business Administration (MBA)
   University of Washington – 2003

**PROFESSIONAL ASSOCIATIONS:**

American Institute of Certified Public Accountants
Washington Society of Certified Public Accountants
Accreditation In Business Valuation (AICPA 1998)
American Society of Appraisers
National Association of Forensic Economics
American Academy of Economic and Financial Experts

**EXPERIENCE:**

| | |
|---|---|
| 1993 - Present | Harper Incorporated, President |
| 1991 - 1992 | McFarland & Alton, P.S., President and C.E.O. |
| 1984 - 1990 | McFarland & Alton, P.S., Shareholder in Charge of Practice Development and Audit Department, Technical Supervision and New Service Department |
| 1975 - 1983 | McFarland & Alton, P.S., Professional Audit Staff Providing Public Accounting Services |

*601 West Main Avenue, Suite 814*
*Spokane, WA 99201*
*e-mail: harperinc@qwest.net*
*website: www.econexpert.com*
*509.747.5850, FAX 509.747.5859*

107

**PUBLISHED:**             The Federal Credit Union (10-90)
                          Credit Union Industry Technical & Marketing Manuals (6-91)
                          The Credit Union Auditor Newsletter (5-91)
                          The Journal of Business

**SPEAKER/
PRESENTATIONS/
COMMITTEES:**             American Institute of Certified Public Accountants National Credit
                              Union Conference
                          National Association of Federal Credit Unions National Conference
                          Washington State Credit Union League Annual Convention
                          Combined Washington and Oregon Credit Union Leagues Controller
                              Conference
                          Eastern Washington Chapter of the Associated General Contractors
                              Annual Meeting
                          Supervisory Committee Training Seminar
                          Associated Regional Accounting Firms National Partners Meeting
                          National Electrical Contractors Association
                          Associated Builders and Contractors
                          Associated Regional Accounting Firms, Past National Chairman for
                              Construction and Credit Union Committees
                          Calculation of Damages in Personal Injury and Wrongful Death
                              Cases, Costa Mesa, California
                          Calculation of Damages in Personal Injury and Wrongful Death
                              Cases, St. Louis, Missouri
                          Practice Development Institute -- Wrongful Death and Personal Injury
                              Cases, Chicago, Illinois
                          Calculation of Damages in Personal Injury and Wrongful Death
                              Cases, Jacksonville, Florida
                          AICPA National Advanced Litigation Services Conference, New
                              Orleans, Louisiana
                          Accounting for Goodwill and Intangible Assets, WSCPA,
                              Spokane, WA
                          Determining Economic Damages, Spokane Bar Association,
                              Spokane, WA

*108*



**INCORPORATED**
Forensic Accountants
& Litigation Consultants

# Fee Schedule

## Hourly Rates

| | |
|---|---|
| Dan Harper, Principal, CPA/ABV, ASA, MBA | $225 |
| Economist | $215 |
| Senior Associate CPA | $195 |
| Associate Economist | $150 |
| Clerical | $ 65 |

*601 West Main Avenue, Suite 814*
*Spokane, WA 99201*
*e-mail: harperinc@qwest.net*
*website: www.econexpert.com*
*509.747.5850, FAX 509.747.5859*

109



**INCORPORATED**
Forensic Accountants
& Litigation Consultants

# Daniel J. Harper, CPA/ABV, ASA, MBA
## List of Cases Testified as an Expert on at Trial or by Deposition in the Last Five Years

| Name of Case | Name of Court |
|---|---|
| Saad v. Saad | Superior Court of State of Washington, County of Spokane, December 1999 |
| Molly/Schweiger v. Reinland | Superior Court of State of Washington, County of Spokane, December 1999 |
| Robin Costello v. Deaconess Medical Center | Superior Court of State of Washington, County of Spokane, March 2000 |
| Clark E. Kinney and Barbara E. Kinney v. Kenneth Cook, and Spokane Freightliner | Superior Court of State of Washington, County of Spokane, March 2000 |
| Feedcom Enterprises, Inc. v. Heinz Kaiser Steel Building Company | United States District Court, Eastern District of Washington, April 2000 |
| Silverthorn v. Ford Motor Co. | United States District Court, Eastern District of Washington, May 2000 |
| Goroch v. Omak Machine Shop | Superior Court of State of Washington, County of Okanogan, May 2000 |
| Wapato School District v. McGowan Rogers Surveying | Superior Court of State of Washington, Yakima County, June 2000 |
| Hill v. Merritt Brothers Lumber | Superior Court of State of Washington, Spokane County, October 2000 |
| Feighner vs Stroup, et al. | Superior Court of State of Washington, County of Spokane, November 2000 |
| Miller vs Miller | Superior Court of State of Washington, County of Spokane, November 2000 |

*601 West Main Avenue, Suite 814*
*Spokane, WA 99201*
*e-mail: harperinc@qwest.net*
*website: www.econexpert.com*
*509.747.5850, FAX 509.747.5859*



# Daniel J. Harper, CPA/ABV, ASA, MBA
## List of Cases Testified as an Expert on at Trial or by Deposition in the Last Five Years (Continued)

| Name of Case | Name of Court |
|---|---|
| Isherwood & Associates v. The Burlington Northern, et al. | United States District Court Eastern District of Washington at Spokane, February 2001 |
| Danielle Y. Allmand v. Department of Transportation, State of Washington and Jerry Compton | United States District Court Eastern District of Washington at Spokane, February 2001 |
| Trunkenbolz v. Trunkenbolz | Superior Court of State of Washington, County of Spokane, March 2001 |
| Quad City Construction v. Advanta | Idaho Federal Bankruptcy Court Moscow, Idaho, March 2001 |
| Dr. Dexter v. Pemco | Arbitration, Moses Lake, WA, April 2001 |
| Seberro v. USSA | Arbitration, Spokane, WA, April 2001 |
| Spokane Mental Health v. Spokane County | Superior Court of State of Washington, County of Spokane, May 2001 |
| Dr. Rundle v. City of Spokane | Superior Court of State of Washington, County of Spokane, June 2001 |
| Imhoff v. URM Stores | Superior Court of State of Washington, County of Spokane, June 2001 |
| Alton Automotive Centers, Inc. v. Challenger Lifts, Inc. | Superior Court of State of Washington, County of Spokane, May 2002 |
| Hicks v. Hicks | Superior Court of State of Washington, County of Spokane, May 2002 |
| Anders v. Plenum Communications, Inc. | Superior Court of State of Washington, County of Spokane, May 2002 |

# Daniel J. Harper, CPA/ABV, ASA, MBA
## List of Cases Testified as an Expert on at Trial or by Deposition in the Last Five Years (Continued)

| Name of Case | Name of Court |
|---|---|
| Ameenjohn Stanisky, Azim Stanisky and Fayroza Stanisky v. Marcia McKay, DO and Pullman Family Medicine | Superior Court of State of Washington, County of Whitman, July 2002 |
| Jean and Peter Clark v. Family Health Center of Spokane, | Superior Court of State of Washington, County of Whitman, September 2002 |
| William and Janet Taylor v. Walla Walla Clinic | Superior Court of State of Washington, County of Walla Walla, March 2003 |
| Cindy Britts v. Dept. of Social & Health Services, Consolidated Support Services | Superior Court of State of Washington, County of Spokane, March 2003 |
| Cheryl L. Forbes and Colleen A. Myers v. American Building Maintenance | Superior Court of State of Washington, County of Spokane, April 2003 |
| Kempf (Safe-T-Tow) v. Butler | Superior Court of State of Washington, County of Spokane, May 2003 |
| Michael Scarpelli v. Neal Williams | Superior Court of State of Washington, County of Spokane, May 2003 |
| David Coulson v. Pliant Corp. | Superior Court of State of Washington, County of Spokane, May 2003 |
| Schade Towers, LLC v. United Security Bank | Superior Court of State of Washington, County of Spokane, May 2003 |
| Michael Alvarado v. Marshall S. Stander | Superior Court of State of Washington, County of Grant, June 2003 |
| Marzetta v. Marzetta | Superior Court of State of Washington, County of Spokane, June 2003 |
| Richards v. Sicilia et al | Superior Court of State of Washington, County of Spokane, June 2003 |

112

## Daniel J. Harper, CPA/ABV, ASA, MBA
## List of Cases Testified as an Expert on at Trial or by
## Deposition in the Last Five Years (Continued)

| Name of Case | Name of Court |
| --- | --- |
| Terri Francisco-Farrell v. Local Union 112 | Richland Federal District Court of State of Washington, July 2003 |
| Taplett v. Major Marketing Services, Inc., et al. | Superior Court of State of Washington, County of Spokane, July 2003 |
| Tri-State Foods, Inc. v. Vitality Foodservice, Inc. | Superior Court of State of Washington, County of Spokane, August 2003 |
| Shawn Ferger v. Valley Foursquare Church | Superior Court of State of Washington, County of Spokane, August 2003 |
| Tina Kempe d/b/a Miler's Espresso v. Safeco Property and Casualty Insurance Company | Superior Court of State of Washington, County of Spokane, September 2003 |
| Wallis D. Hubbard v. Spokane County, et al. | Superior Court of State of Washington, County of Spokane, September 2003 |
| Natalya Daranutsa v. City of Spokane | Superior Court of State of Washington, County of Spokane, November 2003 |
| City of Spokane v. River Park Square, LLC | Superior Court of State of Washington, County of Spokane, November 2003 |
| Best Franchising, Inc., and Hawthorn Suites Franchising, Inc. vs. Terry P. Wynia, et al. | Superior Court of State of Washington, County of Spokane, November 2003 |
| Bernard Taylor, and The B. Taylor Group, LLC, v. Altek, Inc. | Arbitration Spokane, Washington, November 2003 |
| A. Casey Mathieu v. Bilodeau et al. | Superior Court of State of Washington, County of Spokane, December 2003 |
| Darrin Miller and Cynthia Miller v. U-Haul of Washington, a Washington Corporation | Superior Court of State of Washington, County of Spokane, February 2004 |

4

113

# Daniel J. Harper, CPA/ABV, ASA, MBA
## List of Cases Testified as an Expert on at Trial or by Deposition in the Last Five Years (Continued)

| Name of Case | Name of Court |
|---|---|
| Albert F. Sutlick, Jr., and Cheryl A. Sutlick; and Albert F. Sutlick, Jr. v. Walla Walla General Hospital, a Corporation; Blue Mountain Medical Group, a Business Entity; and Robert D. Betz, M.D. | Superior Court of State of Washington, County of Walla Walla, March 2004 |
| Susan Messinger v. U.S. Bancorp; a Delaware Corporation. | United States District Court Eastern District of Washington, County of Spokane, March 2004 |
| Guy E. Katz v. Michelle E. Katz | Superior Court of State of Washington, County of Spokane, March 2004 |
| Paul Madden and Janice Madden, husband and wife, and the marital community composed thereof, and Paul Madden, as Guardian for Jenny Madden, Hillary Madden, and Whitney Madden, all minors v. Ronald Nielsen, M.D., Judith Nielsen, M.D., and Ronald and Judith Nielsen, husband and wife, and the marital community composed thereof; William Brooks and Jane Doe Brooks, husband and wife and the marital community composed thereof; and Okanogan-Douglas County Hospital District d/b/a Okanogan-Douglas County Hospital. | Arbitration Seattle, Washington, April 2004 |
| Kenneth R. Taplett and Patricia S. Taplett, husband and wife, v. Major Marketing Services, Inc., a Washington Corporation; George W. Scott and Leslie A. Scott, husband and wife; and Michael L. Wallach and Michaele J. Wallach, husband and wife. | Superior Court of State of Washington, County of Spokane, April 2004 |
| D.L. Futures, Inc. v. Esposito, Tombari, George, Topliff & Campbell, P.S., and Joseph A. Esposito. | Deposition Spokane, Washington, September 2004 |

# Daniel J. Harper, CPA/ABV, ASA, MBA
## List of Cases Testified as an Expert on at Trial or by Deposition in the Last Five Years (Continued)

C.J.M., a minor, by and through Michelle K. Wolkey, his guardian ad litem v. Empire Health Services, a Washington corporation, d/b/a Deaconess Medical Center, and d/b/a Deaconess Child Care Center.

Deposition
Spokane, Washington, September 2004

James Roy Sharp v.
Glyn K. Best and Jane Doe Best

Deposition
Spokane, Washington, September 2004

Harry J. Parris, individually, as parent of Tesia Parris, as personal representative of Tesia Parris and the Estate of Tesia Parris, and as parent and guardian of Tawny Parris, a minor, and Tori Parris, a minor; Celeste Seidler, individually, as parent of Tesia Parris, and as parent and guardian of Tawny Parris, a minor, and Tori Parris, a minor, v. Abdualwahab Al-Jazairy; Robert B. Fiorentino, individually and as agent/employee of the State of Washington (Washington State Patrol); and The State of Washington.

Superior Court of State of Washington, County of Spokane, October 2004

Carroll Construction v. Spokane County

Arbitration
Spokane, Washington, October 2004

Lucindea Amundson, individually and as Personal Representative of the Estate of Jason Carl Delgado, deceased; Travis Allen; Darrell Allen and Angela Allen, husband and wife, v. State of Washington, Department of Transporation.

Adams County Superior Court, Ritzville, Washington, October 2004

William Goble d/b/a Goble Farms v. Bleyhl Farm Service, Inc.

Deposition
Spokane, Washington, November 2004

Martha J. Rehn v. Richard R. Rehn.

Superior Court of the State of Washington, County of Spokane, November 2004

6

*115*

## Daniel J. Harper, CPA/ABV, ASA, MBA
## List of Cases Testified as an Expert on at Trial or by
## Deposition in the Last Five Years (Continued)

| | |
|---|---|
| Anita K. Neill, Wife, and as Personal Representative of the Estate of Mark T. Neill, v. Dennis L. Simpson, M.D. and James O. Duffy, M.D. | Deposition<br>Spokane, Washington, November 2004 |
| Blanchat v. Blanchat | Superior Court of the State of Washington, County of Spokane, March 2005 |
| Poco, L.L.C. (Mark Peterson) v. Farmers Crop Insurance Group Alliance, Inc. | Mediation<br>Kennewick, Washington, March 2005 |
| City of Spokane v. Perkins Coie | Deposition<br>Spokane, Washington, April 2005 |
| Werschler v. Werschler | Superior Court of the State of Washington<br>Spokane, Washington, May 2005 |
| Brooklyn Iron Works, Inc. | Mediation<br>Spokane, Washington, May 2005 |
| Brunjes v. Brunjes | Superior Court of the State of Washington<br>County of Spokane, May 2005 |
| Jimmy Thomas v. Spokane Transit Authority | Deposition<br>Spokane, Washington, May 2005 |
| Waynco Construction, Inc. v. Good Samaritan | Arbitration<br>Spokane, Washington, June 2005 |
| Courtney Strange v. City of Spokane, a municipal corporation; Sarah Wolverton, a single woman; and Jerry Wolverton and Darcie Wolverton, husband and wife | Deposition<br>Spokane, Washington, June 2005 |
| Walter B. Dahlke v. Norlift, Inc., a Washington Corporation | Deposition<br>Spokane, Washington, June 2005 |
| Susan Jones v. U.S. Bank | Deposition<br>Spokane, Washington, October 2005 |

116

# Daniel J. Harper, CPA/ABV, ASA, MBA
## List of Cases Testified as an Expert on at Trial or by Deposition in the Last Five Years (Continued)

| Name of Case | Name of Court |
|---|---|
| Cheryl Patrick v. Estate of Andrew Dyk, deceased; and Melvin Dyk and Cindy Dyk, husband and wife, and the marital community composed thereof | Deposition<br>Spokane, Washington, November 2005 |
| Roberta Scholz v. State, et al. | Deposition<br>Spokane, Washington, November 2005 |
| Donald Rebman v. Jonathan Perry, M.D. | Deposition<br>Spokane, Washington, March 2006 |
| Sharon Russell v. Prevocational | Superior Court of the State of Washington<br>County of Spokane, March 2006 |
| William Kelley v. Eastern Washington University | Deposition<br>Spokane, Washington, March 2006 |
| Stat Network v. Lance Haynie | Deposition<br>Spokane, Washington, April 2006 |
| ESP v. Oregon Central Credit Union | Deposition<br>Spokane, Washington, April 2006 |
| Donald L. Rebman v. The Burlington Northern and Santa Fe Railway Company, a Delaware Corporation; Jonathan R. Perry, M.D.; Kadlec Medical Center, a Washington Corporation; John Doe and/or Jane Doe Health Care Providers 1-5, Defendants. | District Court Eastern District of Washington<br>Richland, Washington, August 2006 |
| Harry Ries, Guardian Ad Litem, On behalf of the Estates of Deryk Gaddis, a minor child, and Kristopher Gaddis, a minor child, v. Janet Hoke and "John Doe Hoke," husband and wife, v. Dean Gaddis and Jennifer Gaddis, husband and wife. | Superior Court, State of Washington<br>Ephrata, Washington, August 2006 |

# Daniel J. Harper, CPA/ABV, ASA, MBA
# List of Cases Testified as an Expert on at Trial or by Deposition in the Last Five Years (Continued)

| Name of Case | Name of Court |
| --- | --- |
| Mark Peterson, Poco, LLC v. Farmers Crop Insurance Alliance. | Arbitration<br>Kennewick, Washington, September 2006 |
| John Hale v. Wellpinit School District | Deposition<br>Spokane, Washington, September 2006 |
| Cruz v. Cruz | Superior Court of the State of Washington County of Spokane, Washington, September 2006 |
| Steve Breeden v. Kaiser Aluminum | Deposition<br>Spokane, Washington, October 2006 |
| Steelman-Duff v. Idaho Department of Transportation | Arbitration<br>Boise, Idaho, November 2006 |

118