1  RICHARD C. EYMANN
   Eymann Allison Hunter Jones, P.S.
2  2208 West Second Avenue
   Spokane, WA 99201-5417
3  (509) 747-0101

4  STEPHEN L. NORDSTROM
   Nordstrom & Nees, P.S.
5  323 S. Pines Road
   Spokane, WA 99206
6  (509) 924-9800

7  Attorneys for Plaintiff

8  UNITED STATES DISTRICT COURT FOR THE

9  EASTERN DISTRICT OF WASHINGTON

10 THOMAS A. WAITE,                                No. CV-05-399-EFS

11                         Plaintiff,              **PLAINTIFF'S FIRST
                                                   SUPPLEMENTAL
12    vs.                                          IDENTIFICATION OF EXPERT
                                                   WITNESSES AND DISCLOSURE
13 THE CHURCH OF JESUS CHRIST OF                   OF EXPERTS' PRELIMINARY
   LATTER DAY SAINTS d/b/a                         REPORTS**
14 CORPORATION OF THE PRESIDING
   BISHOP OF THE CHURCH OF JESUS
15 CHRIST OF LATTER DAY SAINTS, a
   Utah corporation, d/b/a
16 CORPORATION OF THE PRESIDENT
   OF THE CHURCH OF JESUS CHRIST
17 OF LATTER DAY SAINTS, a Utah
   corporation; DONALD C. FOSSUM;
18 and STEVEN D. BRODHEAD,

19                         Defendants.

20    Plaintiff, by and through his undersigned attorneys, hereby submits the

21 following supplemental expert witness disclosure:

22
      1.   William A. Burkhart, Ph.D.
23         Ballinger Professional Offices
           20056 - 19th Avenue NE
24         Shoreline, WA 98155

25    Dr. Burkhart's updated CV is attached as Exhibit "A."

26
                                                EYMANN ALLISON HUNTER JONES P.S.
27
   PLAINTIFF'S FIRST SUPPLEMENTAL                2208 WEST SECOND AVENUE• SPOKANE, WA 99201-5417
28 IDENTIFICATION OF EXPERT WITNESSES...-1       TELEPHONE: (509) 747-0101 • FAX: (509) 458-5977
   (Plaintiff's 1st supp Identification of Expert Witnesses.wpd)

1  Plaintiff reserves the right to further supplement his disclosures as discovery is
2  ongoing.
3  DATED this 28th day of November, 2006.

4  EYMANN ALLISON HUNTER JONES, P.S.

6  BY   s/ Richard C. Eymann
      RICHARD C. EYMANN, WSBA #7470
      Co-counsel for Plaintiff

7  NORDSTROM & NEES, P.S.

9  BY   *Telephonically approved  11/28/06*
      STEPHEN L. NORDSTROM, WSBA #11267
10     Co-counsel for Plaintiff

PLAINTIFF'S FIRST SUPPLEMENTAL
IDENTIFICATION OF EXPERT WITNESSES...-2
(Plaintiff's 1st supp Identification of Expert Witnesses.wpd)

EYMANN ALLISON HUNTER JONES P.S.
2208 WEST SECOND AVENUE• SPOKANE, WA 99201-5417
TELEPHONE: (509) 747-0101 • FAX: (509) 458-5977

# CERTIFICATE OF SERVICE

I, RICHARD C. EYMANN, hereby certify that on the 28th day of November, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following participants:

Brian T. Rekofke
Witherspoon Kelley Davenport & Toole
1100 U.S. Bank Building
422 W. Riverside Avenue
Spokane, WA 99201

Andrew C. Smythe
Paine Hamblen Coffin Brooke & Miller
717 W. Sprague Avenue, Suite 1200
Spokane, WA 99201

          s/Richard C. Eymann
        **RICHARD C. EYMANN**

PLAINTIFF'S FIRST SUPPLEMENTAL
IDENTIFICATION OF EXPERT WITNESSES...-3
(Plaintiff's 1st supp Identification of Expert Witnesses.wpd)

EYMANN ALLISON HUNTER JONES P.S.
2208 WEST SECOND AVENUE • SPOKANE, WA 99201-5417
TELEPHONE: (509) 747-0101 • FAX: (509) 458-5977

# Exhibit "A"

Curriculum Vitae

**William A. Burkhart, Ph.D., ABPN**

Ballinger Professional Offices, 20056 19th Ave NE, Shoreline, WA 98155
Phone: 206-365-1435, Fax 206-365-1428, Email
WA License PY1203, Tax ID 91-1532973

## Graduate Training and Certification

*Board Certification: Neuropsychology.* (March 1999) American Board of Professional Neuropsychology, Diplomate

*Post-Doctoral Supervision: Post-Acute Residential Head Injury Rehabilitation.* (Jan 1988 – Nov 1990) Alvin McLean, Jr., Ph.D. – Community Re-Entry Services of Washington.

*Post-Doctoral Fellowship: Inpatient Neuropsychology.* (March 1985 – Nov 1985) Sureyya S. Dikmen, Ph.D. – University of Washington, University Hospital, Department of Rehabilitation Medicine.

*Post-Doctoral Fellowship: Pain Psychology.* (Sep 1984 – Feb 1985) Wilbert E. Fordyce, Ph.D. – University of Washington, University Hospital, Pain Clinic

*Post-Doctoral Residency: Medical Psychology / Behavioral Medicine.* (Sep 1981 – Aug 1982) Michael Wise, M.D. & Reed M. Larsen, Ph.D. – Wilford Hall USAF Medical Center.

*Graduate Degree: Clinical Psychology.* (August 1981) – Fuller Graduate School of Psychology, Ph.D.

*Pre-Doctoral Internship: Community Mental Health* (Sep 1980 – Aug 1981) Linda Friar, Ph.D. – Ingleside Mental Health Center

*Pre-Doctoral Internship: Inpatient Psychological Testing* (Jul 1979 – Aug 1980) Michael P. Maloney, Ph.D. – Los Angeles County – University of Southern California Medical Center.

## Professional Activities and Work History

**Private Practitioner:** neuropsychology evaluation/consultation and treatment; chronic pain, medical rehabilitation, and general psychology services. (Sep 1985 – Present).

**Neuropsychological Consultant:** Deep Brain Stimulation Program, Seattle Neuroscience Institute, Swedish Medical Center. (Sep 2005 – Present).

**Neuropsychological Consultant:** Deep Brain Stimulation Program, Northwest Hospital. (Jan 2003 – Present).

**Inpatient Geriatric Neuropsychologist:** Geriatric Psychiatry Unit, Geropsychiatry Services, Northwest Hospital. (Jan 1999 – Present).

Curriculum Vitae, **William A. Burkhart, Ph.D., ABPN**  page 2

(Professional Activities and Work History, continued)

**Inpatient Rehabilitation Neuropsychologist**: Medical Rehabilitation Unit, Northwest Hospital. (Jan 1988 – Present).

**Industrial Injury Rehabilitation Consultant**: TRIAD Rehabilitation Solutions. (Sep 1995 – Apr 2000).

**Senior Neuropsychologist**: Community Re-Entry Services of Washington. (Jan 1988 – Nov 1990).

**Pain Psychologist**: Seattle VA Medical Center. (Aug 1987 – Nov 1987).

**Behavioral Medicine Consultant / General Practitioner**: David Grant USAF Medical Center. (Sep 1985 – Jul 1987).

**Behavioral Medicine Consultant / General Practitioner**: Ellsworth AFB Regional Hospital. (Sep 1982 – Aug 1984).

## Affiliated Associations

American College of Professional Neuropsychology

American Psychological Association

APA Division 40 / Neuropsychology

APA Division 22 / Rehabilitation Psychology

Brain Injury Association of Washington

International Neuropsychological Society

National Academy of Neuropsychology

Washington State Psychological Association

## Publications and Presentations

Young, R.F., Shumway-Cook, A., Vermeulen, S.S., Grimm, P., Blasko, J., Posweitz, A, Burkhart, W.A., Goiney, R. (1998) Gamma knife radiosurgery as a lesioning technique for movement disorder surgery, Journal of Neurosurgery, 89, 183-193.

Burkhart, W.A. (1997) Neuropsychological considerations in gamma knife treatment of Parkinson's disease, Northwest Neuroscience Institute Journal, 4(3), 2-3.

Burkhart, W.A. (1997) Neuropsychological aspects of parkinson's disease, presented at the Pacific Northwest Neuropsychological Society.