**OBC VOCATIONAL SYSTEMS, INC.**

**PRELIMINARY CARE PLAN**
**NAME: THOMAS WAITE**
**DOI: 8/21/03**

### PROJECTED EVALUATIONS

| ITEM | PURPOSE | PROVIDER | AGE/INITIATED AGE/SUSPENDED | REPLACEMENT RATE | BASE COST |
|---|---|---|---|---|---|
| Neurological Evaluation, Monitoring and Treatment | Monitor neurological sequelae including cognitive deficits and seizure status. Management of pharmacologic intervention. | Susan Skinner, M.D. or local provider | Current Age to Life Expectancy | Office visit in approximately 6 months, then average yearly | $144.00 - $202.00 per visit |
| Neuropsychological Re-evaluations | Ongoing monitoring of cognitive and emotional status, provide recommendations to address treatment options and/or appropriate accommodations with regard to educational/vocational pursuits and other challenges. | William Burkhart, Ph.D. or local provider | Current Age to Life Expectancy | Average every 3 – 5 years | $1,750.00 per evaluation |

Page 1

9

**PRELIMINARY CARE PLAN**
**NAME: THOMAS WAITE**
DOI: 8/21/03

| ITEM | PURPOSE | PROVIDER | AGE/INITIATED AGE/SUSPENDED | REPLACEMENT RATE | BASE COST |
|---|---|---|---|---|---|
| Psychotherapy (Individual) | Address cognitive behavioral intervention for symptoms of depression and anxiety, and assist with attention, concentration and ability to focus. | Barry Moss, Ph.D., Lauren Schwartz, Ph.D., or local provider | Current Age to Life Expectancy | Average 2 times per week for 18 months<br><br>Then 1 time per week for 3 – 5 years<br><br>Then 6 – 12 times per year to Life Expectancy | $135.00 - $150.00 per session |
| Cognitive Remediation Evaluation, Monitoring and Treatment | Periodic consultation with a Speech Language Pathologist to assist Thomas with maintaining and updating his compensatory strategies during major life changes including job and relationship changes. Communication and coordination with Psychotherapist. | Rancho Los Amigos, Newport Language & Speech Center, or local provider | Current Age to Life Expectancy | 3 – 6 sessions total | $60.00 - $120.00 per session |

**PROJECTED THERAPEUTIC MODALITIES**

Page 2


VOCATIONAL SYSTEMS, INC.

PRELIMINARY CARE PLAN
NAME: THOMAS WAITE
DOI: 8/21/03

| ITEM | PURPOSE | PROVIDER | AGE/INITIATED AGE/SUSPENDED | REPLACEMENT RATE | BASE COST |
|---|---|---|---|---|---|
| Dilantin Level | Monitor therapeutic medication levels and health status. | Lakeview Medical Offices, Anaheim, CA, or local provider | Current Age to Life Expectancy | In approximately 6 months, then average 1 time per year | $121.00 each |
| Complete Blood Count (CBC) | Monitor for general health status. | Lakeview Medical Offices, Anaheim, CA, or local provider | Current Age to Life Expectancy | In approximately 6 months, then average 1 time per year | $71.00 each |
| Alanine Aminotransferase (ALT) | Monitor liver function. | Lakeview Medical Offices, Anaheim, CA, or local provider | Current Age to Life Expectancy | In approximately 6 months, then average 1 time per year | $49.00 each |
| Aspartate Aminotransferase (AST) | Monitor liver function. | Lakeview Medical Offices, Anaheim, CA, or local provider | Current Age to Life Expectancy | In approximately 6 months, then average 1 time per year | $47.00 each |
| Venipuncture | Blood draw | Lakeview Medical Offices, Anaheim, CA, or local provider | Current Age to Life Expectancy | In approximately 6 months, then average 1 time per year | $15.00 each |

DIAGNOSTICS

**PRELIMINARY CARE PLAN**
**NAME: THOMAS WAITE**
**DOI: 8/21/03**

| ITEM | PURPOSE | PROVIDER | AGE/INITIATED AGE/SUSPENDED | REPLACEMENT RATE | BASE COST |
|---|---|---|---|---|---|
| Dilantin* (400 mg) night | Manage and reduce risk of seizures. | Walgreens or local pharmacy | Current Age to Life Expectancy | Monthly | $48.00 |
| Celexa | Manage depression. | Walgreens or local pharmacy | Current Age to Life Expectancy | Monthly | Pending |

MEDICATIONS[1]

---

[1] Reflects current use. Physician may choose to alter or change medication over time. Dr. Burkhart recommends antidepressant medication such as Celexa be included.

Page 4



**PRELIMINARY CARE PLAN**
**NAME: THOMAS WAITE**
**DOI: 8/21/03**

| ITEM | PURPOSE | PROVIDER | AGE/INITIATED AGE/SUSPENDED | REPLACEMENT RATE | BASE COST |
|---|---|---|---|---|---|
| Case Management | Coordinate medical and rehabilitation providers, identify appropriate providers, and access resources to assure cost effectiveness, quality of services and crisis intervention. | Local Certified Rehabilitation Counselor or Certified Case Manager | Current Age to Life Expectancy | Average 1 time per month (2 – 3 hours) for the first year upon completion of school <br><br> Then 1 time per quarter (2 – 3 hours) for life | $115.00 - $165.00 per hour |

**HOME CARE/RESIDENTIAL CARE**

\* Services currently being provided by mother.

Page 5

13



PRELIMINARY CARE PLAN
NAME: THOMAS WAITE
DOI: 8/21/03

| ITEM | PURPOSE | PROVIDER | AGE/INITIATED AGE/SUSPENDED | REPLACEMENT RATE | BASE COST |
|---|---|---|---|---|---|
| Tutoring | Specific one-on-one assistance with study skills due to continued memory and organizational impairment. | Fullerton College or local provider | Current Age for 2 – 3 years | Weekly (1 – 2 hours) (Professional intervention above and beyond peer tutoring) | $60.00 per hour |
| Functional Vocational Assessment/Counseling | Provide informational input for curriculum planning and transition from school to post schoolwork. Provide and determine vocational skills, information regarding interests, time management, self-regulation on the job, and appropriate behavior. | Local Certified Rehabilitation Counselor | Current Age to Life Expectancy | Minimum 1 – 2 times (15 – 20 hours each) | $130.00 - $165.00 per hour |

EDUCATIONAL/VOCATIONAL NEEDS

14