1  RICHARD C. EYMANN
   Eymann Allison Hunter Jones, P.S.
2  2208 West Second Avenue
   Spokane, WA 99201-5417
3  (509) 747-0101

4  STEPHEN L. NORDSTROM
   Nordstrom & Nees, P.S.
5  323 S. Pines Road
   Spokane, WA 99206
6  (509) 924-9800

7  Attorneys for Plaintiff

8              UNITED STATES DISTRICT COURT FOR THE
9                 EASTERN DISTRICT OF WASHINGTON

| THOMAS A. WAITE, | No. CV-05-399-EFS |
|---|---|
| Plaintiff, | **PLAINTIFF'S SECOND SUPPLEMENTAL IDENTIFICATION OF EXPERT WITNESSES AND DISCLOSURE OF EXPERTS' PRELIMINARY REPORTS** |
| vs. | |
| THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS d/b/a CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation, d/b/a CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD, | |
| Defendants. | |

Plaintiff, by and through his undersigned attorneys, hereby supplements his original and first supplemental expert witness disclosure as follows:

1. Anthony J. Choppa, M.Ed., C.R.C.
   Vocational Rehabilitation Counselor
   OSC Vocational Systems, Inc.
   10132 NE 185th
   Bothell, WA 98011

PLAINTIFF'S SECOND SUPPLEMENTAL
IDENTIFICATION OF EXPERT WITNESSES...-1
(Plaintiff's 2nd supp Identification of Expert Witnesses.wpd)

EYMANN ALLISON HUNTER JONES P.S.
2208 WEST SECOND AVENUE • SPOKANE, WA 99201-5417
TELEPHONE: (509) 747-0101 • FAX: (509) 458-5977

Dockets.Justia.com

Susan Skinner, M.D.'s executed letter with her initialed Life Care Plan as prepared by Mr. Choppa are attached as Exhibit "A."

Plaintiff reserves the right to further supplement his disclosures as discovery is ongoing.

DATED this 3rd day of January, 2007.

EYMANN ALLISON HUNTER JONES, P.S.

BY  s/ Richard C. Eymann
    RICHARD C. EYMANN, WSBA #7470
    Co-counsel for Plaintiff

NORDSTROM & NEES, P.S.

BY  *Telephonically approved  1/3/07*
    STEPHEN L. NORDSTROM, WSBA #11267
    Co-counsel for Plaintiff

---

**EYMANN ALLISON HUNTER JONES P.S.**

PLAINTIFF'S SECOND SUPPLEMENTAL
IDENTIFICATION OF EXPERT WITNESSES…-2
(Plaintiff's 2nd supp Identification of Expert Witnesses.wpd)

2208 WEST SECOND AVENUE• SPOKANE, WA 99201-5417
TELEPHONE:  (509) 747-0101 • FAX: (509) 458-5977

# CERTIFICATE OF SERVICE

I, RICHARD C. EYMANN, hereby certify that on the 3rd day of January, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following participants:

Brian T. Rekofke
Witherspoon Kelley Davenport & Toole
1100 U.S. Bank Building
422 W. Riverside Avenue
Spokane, WA 99201

Andrew C. Smythe
Paine Hamblen Coffin Brooke & Miller
717 W. Sprague Avenue, Suite 1200
Spokane, WA 99201

s/Richard C. Eymann
RICHARD C. EYMANN

PLAINTIFF'S SECOND SUPPLEMENTAL
IDENTIFICATION OF EXPERT WITNESSES...-3
(Plaintiff's 2nd supp Identification of Expert Witnesses.wpd)

EYMANN ALLISON HUNTER JONES P.S.
2208 WEST SECOND AVENUE• SPOKANE, WA 99201-5417
TELEPHONE: (509) 747-0101 • FAX: (509) 458-5977

# Exhibit "A"



**OSC VOCATIONAL SYSTEMS, INC.**

November 13, 2006

Susan Skinner, M.D.
411 N. Lakeview Ave.
Anaheim, CA 92807

Re:     Thomas Waite

DOI:   08/21/03

Dear Dr. Skinner:

Thank you for speaking with us regarding Thomas Waite's current and future needs. To ensure we have accurately understood your medical and rehabilitation recommendations, please review the enclosed Preliminary Care Plan to ensure it reflects what is necessary and appropriate for treatment of his traumatic brain injury.

Upon your review, please provide your concurrence and/or comment on the format provided below as to whether the Care Plan, on a more probable than not basis, reflects your recommendations for Thomas.

_____ The medical and rehabilitation recommendations contained in the Care Plan are necessary and appropriate for Thomas Waite.

Comments: *I agree with those parts of plan assigned to my name, although I suspect your cost assessments of labs are high.*

Susan Skinner, M.D.                                                                 Date  11/21/06

√ **Main Office (Bothell)** • 10132 N.E. 185th
Bothell, WA 98011 • (425) 486-4040
Fax: (425) 486-8701

☐ Mt. Vernon Office • 1419 E. College Way
Mt. Vernon, WA 98273 • (360) 424-6239
Fax: (360) 428-4161

☐ Olympia Office • 2101 4th Ave Suite 101
Olympia, WA 98506 • (360) 352-5078
Fax: (360) 352-5417

☐ Edmonds Office • 7500 212th St. S.W., Suite 110
Edmonds, WA 98026 • (425) 672-9600
Fax: (425) 776-5375

☐ Burien Office • 601 SW 152nd St
Burien, WA 98166 • (206) 243-1300
Fax: (206) 243-0366

☐ Kingston Office • 26121 Calvary Lane Suite 250
Kingston, WA 98346 • (360) 297-0531
Fax: (360) 297-0532

☐ Moses Lake Office • 406 W. Broadway, Suite G
Moses Lake, WA 98837 • (509) 766-0379
Fax: (509) 765-1392

☐ Bellingham Office • 114 W. Magnolia St., Suite303
Bellingham, WA 98225 • (360) 734-9163
Fax: (360) 738-9524

☐ Tacoma Office • 917 Pacific Ave #308
Tacoma, WA 98402 • (253) 779-5485
Fax: (253) 779-5486

☐ Spokane Office • 1814 N. Normandie
Spokane, WA 99205 • (509) 325-7766
Fax: (509) 325-7666

5

Thomas Waite
November 13, 2006
Page 2

Please return the signature page with your signature via facsimile at 425-486-8701 or in the enclosed self-addressed, stamped envelope. Thank you for your assistance.

Sincerely,

*Tony Choppa*

Anthony J. Choppa, M.Ed., CRC, CCM
Rehabilitation Counselor/Case Manager

Enclosures: Preliminary Care Plan
             Self-addressed envelope

cc: Richard Eymann
    Thomas Waite c/o Richard Eymann

# PRELIMINARY

# CARE PLAN

# FOR

# THOMAS WAITE

# CURRENT AGE TO LIFE EXPECTANCY

## NOVEMBER 2006

Anthony J. Choppa, M.Ed., C.R.C., C.C.M.
OSC Vocational Systems, Inc.
10132 NE 185th St.
Bothell, WA  98011

## TABLE OF CONTENTS

PROJECTED EVALUATIONS ................................................................ 1

PROJECTED THERAPEUTIC MODALITIES ...................................... 2

DIAGNOSTICS ......................................................................................... 3

MEDICATIONS ........................................................................................ 4

HOME CARE/RESIDENTIAL CARE ...................................................... 5

EDUCATIONAL/VOCATIONAL NEEDS ............................................... 6

**OEC VOCATIONAL SYSTEMS, INC.**

PRELIMINARY CARE PLAN
NAME: THOMAS WAITE
DOI: 8/21/03

| ITEM | PURPOSE | PROVIDER | AGE/INITIATED AGE/SUSPENDED | REPLACEMENT RATE | BASE COST |
|---|---|---|---|---|---|
| Neurological Evaluation, Monitoring and Treatment | Monitor neurological sequelae including cognitive deficits and seizure status. Management of pharmacologic intervention. | Susan Skinner, M.D. or local provider | Current Age to Life Expectancy | Office visit in approximately 6 months, then average yearly | $144.00 - $202.00 per visit |
| Neuropsychological Re-evaluations | Ongoing monitoring of cognitive and emotional status, provide recommendations to address treatment options and/or appropriate accommodations with regard to educational/vocational pursuits and other challenges. | William Burkhart, Ph.D. or local provider | Current Age to Life Expectancy | Average every 3 – 5 years | $1,750.00 per evaluation |

PROJECTED EVALUATIONS

Page 1

9

**PRELIMINARY CARE PLAN**
**NAME: THOMAS WAITE**
DOI: 8/21/03

| ITEM | PURPOSE | PROVIDER | AGE/INITIATED AGE/SUSPENDED | REPLACEMENT RATE | BASE COST |
|---|---|---|---|---|---|
| Psychotherapy (Individual) | Address cognitive behavioral intervention for symptoms of depression and anxiety, and assist with attention, concentration and ability to focus. | Barry Moss, Ph.D., Lauren Schwartz, Ph.D., or local provider | Current Age to Life Expectancy | Average 2 times per week for 18 months<br>------<br>Then 1 time per week for 3 – 5 years<br>------<br>Then 6 – 12 times per year to Life Expectancy | $135.00 - $150.00 per session |
| Cognitive Remediation Evaluation, Monitoring and Treatment | Periodic consultation with a Speech Language Pathologist to assist Thomas with maintaining and updating his compensatory strategies during major life changes including job and relationship changes. Communication and coordination with Psychotherapist. | Rancho Los Amigos, Newport Language & Speech Center, or local provider | Current Age to Life Expectancy | 3 – 6 sessions total | $60.00 - $120.00 per session |

**PROJECTED THERAPEUTIC MODALITIES**

Page 2

10



PRELIMINARY CARE PLAN
NAME: THOMAS WAITE
DOI: 8/21/03

| ITEM | PURPOSE | PROVIDER | AGE/INITIATED AGE/SUSPENDED | REPLACEMENT RATE | BASE COST |
|---|---|---|---|---|---|
| Dilantin Level | Monitor therapeutic medication levels and health status. | Lakeview Medical Offices, Anaheim, CA, or local provider | Current Age to Life Expectancy | In approximately 6 months, then average 1 time per year | $121.00 each |
| Complete Blood Count (CBC) | Monitor for general health status. | Lakeview Medical Offices, Anaheim, CA, or local provider | Current Age to Life Expectancy | In approximately 6 months, then average 1 time per year | $71.00 each |
| Alanine Aminotransferase (ALT) | Monitor liver function. | Lakeview Medical Offices, Anaheim, CA, or local provider | Current Age to Life Expectancy | In approximately 6 months, then average 1 time per year | $49.00 each |
| Aspartate Aminotransferase (AST) | Monitor liver function. | Lakeview Medical Offices, Anaheim, CA, or local provider | Current Age to Life Expectancy | In approximately 6 months, then average 1 time per year | $47.00 each |
| Venipuncture | Blood draw | Lakeview Medical Offices, Anaheim, CA, or local provider | Current Age to Life Expectancy | In approximately 6 months, then average 1 time per year | $15.00 each |

DIAGNOSTICS

**OSC VOCATIONAL SYSTEMS, INC.**

PRELIMINARY CARE PLAN
NAME: THOMAS WAITE

DOI: 8/21/03

| ITEM | PURPOSE | PROVIDER | AGE/INITIATED AGE/SUSPENDED | REPLACEMENT RATE | BASE COST |
|---|---|---|---|---|---|
| Dilantin* (400 mg) night | Manage and reduce risk of seizures. | Walgreens or local pharmacy | Current Age to Life Expectancy | Monthly | $48.00 |
| Celexa | Manage depression. | Walgreens or local pharmacy | Current Age to Life Expectancy | Monthly | Pending |

MEDICATIONS[1]

---

[1] Reflects current use. Physician may choose to alter or change medication over time. Dr. Burkhart recommends antidepressant medication such as Celexa be included.

Page 4

12

OEC VOCATIONAL SYSTEMS, INC.

**PRELIMINARY CARE PLAN**
**NAME: THOMAS WAITE**
**DOI: 8/21/03**

| ITEM | PURPOSE | PROVIDER | AGE/INITIATED AGE/SUSPENDED | REPLACEMENT RATE | BASE COST |
|---|---|---|---|---|---|
| Case Management | Coordinate medical and rehabilitation providers, identify appropriate providers, and access resources to assure cost effectiveness, quality of services and crisis intervention. | Local Certified Rehabilitation Counselor or Certified Case Manager | Current Age to Life Expectancy | Average 1 time per month (2 – 3 hours) for the first year upon completion of school<br><br>Then 1 time per quarter (2 – 3 hours) for life | $115.00 - $165.00 per hour |

**HOME CARE/RESIDENTIAL CARE**

\* Services currently being provided by mother.

Page 5

13

**OEC VOCATIONAL SYSTEMS, INC.**

**PRELIMINARY CARE PLAN**
**NAME: THOMAS WAITE**
**DOI: 8/21/03**

### EDUCATIONAL/VOCATIONAL NEEDS

| ITEM | PURPOSE | PROVIDER | AGE/INITIATED AGE/SUSPENDED | REPLACEMENT RATE | BASE COST |
|---|---|---|---|---|---|
| Tutoring | Specific one-on-one assistance with study skills due to continued memory and organizational impairment. | Fullerton College or local provider | Current Age for 2 – 3 years | Weekly (1 – 2 hours) (Professional intervention above and beyond peer tutoring) | $60.00 per hour |
| Functional Vocational Assessment/Counseling | Provide informational input for curriculum planning and transition from school to post schoolwork. Provide and determine vocational skills, information regarding interests, time management, self-regulation on the job, and appropriate behavior. | Local Certified Rehabilitation Counselor | Current Age to Life Expectancy | Minimum 1 – 2 times (15 – 20 hours each) | $130.00 - $165.00 per hour |

14