| | |
|---|---|
| 1 | Brian T. Rekofke |
| 2 | Ross P. White<br>Witherspoon, Kelley, Davenport & Toole |
| 3 | 1100 US Bank Building<br>422 West Riverside |
| 4 | Spokane, WA 99201<br>(509) 624-5265 |
| 5 | |
| 6 | Attorneys for LDS and Donald C. Fossum |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| 9 | THOMAS A. WAITE, | |
| 10 | Plaintiff, | Case No.: CV-05-399-EFS |
| 11 | vs. | |
| 12-17 | THE CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD,<br><br>Defendants. | ORDER ON MOTION TO EXPEDITE HEARING ON DEFENDANTS' MOTION TO CONTINUE EXPERT DISCLOSURE DATES FOR NEUROPSYCHOLOGY OPINIONS |

The Court, having reviewed and considered the Motion to Expedite Hearing on Defendants' Motion to Continue Expert Disclosure Dates For Neuropsychology Opinions, and good cause being shown, now, therefore,

**IT IS HEREBY ORDERED:**

The Defendants' Motion to Expedite is Granted.

ORDER ON MOTION TO EXPEDITE HEARING ON
DEFENDANTS' MOTION TO CONTINUE
EXPERT DISCLOSURE DATES FOR NEUROPSYCHOLOGY ...- 1
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion to Continue Expert Disclosure\Order Granting Motion for Expedited Hearing 011507 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

1   DONE IN OPEN COURT this ____ day of _____, 2007.

2

3

4   HONORABLE EDWARD F. SHEA
    U.S. District Court Judge

5   Presented by:

6

7   **WITHERSPOON, KELLEY, DAVENPORT & TOOLE**

8

9

10  By:   /s/ Brian T. Rekofke
          Brian T. Rekofke, WSBA No. 13260
11        Ross P. White, WSBA No. 12136
          Attorneys for LDS and Donald Fossum

12

13  **PAINE, HAMBLEN, COFFIN, BROOKE & MILLER**

14

15

16  By:   /s/ Andrew Smythe
          Andrew C. Smythe, WSBA No. 7948
17        Attorneys for Steven D. Brodhead

18

19

20

21

22

23

24

25

26

27  ORDER ON MOTION TO EXPEDITE HEARING ON
    DEFENDANTS' MOTION TO CONTINUE
28  EXPERT DISCLOSURE DATES FOR NEUROPSYCHOLOGY ...- 2
    G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion to Continue Expert Disclosure\Order Granting Motion for Expedited Hearing 011507 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265