1  Brian T. Rekofke
   Ross P. White
2  Witherspoon, Kelley, Davenport & Toole
   1100 US Bank Building
3  422 West Riverside
   Spokane, WA 99201
4  (509) 624-5265
5
   Attorneys for LDS and Donald C. Fossum
6

7             UNITED STATES DISTRICT COURT
8         FOR THE EASTERN DISTRICT OF WASHINGTON

| THOMAS A. WAITE, | |
|---|---|
| Plaintiff, | Case No.: CV-05-399-EFS |
| vs. | |
| THE CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD, | NOTICE OF HEARING ON MOTION FOR EXPEDITED HEARING ON DEFENDANTS' MOTION TO CONTINUE EXPERT DISCLOSURE DATES CONCERNING NEUROPSYCHOLOGICAL OPINIONS<br><br>**Oral Argument Not Requested** |
| Defendants. | |

TO:   THE CLERK OF THE COURT, and

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

**Notice is hereby given** that Defendants' Motion For Expedited Hearing on Defendants' Motion to Continue Expert Disclosure Dates Concerning Neuropsychological Opinions will be brought for hearing on Friday, January 19, 2007, at 6:30 p.m., before the Honorable Edward F. Shea of the United States District Court for the Eastern District of Washington. Oral argument is not

---

NOTE FOR HEARING ON EXPEDITED MOTION
ON DEFENDANTS' MOTION TO CONTINUE
EXPERT DISCLOSURE DATES FOR NEUROPSYCHOLOGY ...- 1
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion to Continue Expert Disclosure\Notice of Hearing 011507 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

1 | requested.

2 | DATED this 16th day of January, 2007.

3 | **WITHERSPOON, KELLEY, DAVENPORT & TOOLE**

By: /s/ Brian T. Rekofke
Brian T. Rekofke, WSBA No. 13260
Ross P. White, WSBA No. 12136
Attorneys for LDS and Donald Fossum

**PAINE, HAMBLEN, COFFIN, BROOKE & MILLER**

By: /s/ Andrew Smythe
Andrew C. Smythe, WSBA No. 7948
Attorneys for Steven D. Brodhead

---

NOTE FOR HEARING ON EXPEDITED MOTION
ON DEFENDANTS' MOTION TO CONTINUE
EXPERT DISCLOSURE DATES FOR NEUROPSYCHOLOGY ...- 2
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion to Continue Expert Disclosure\Notice of Hearing 011507 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

# CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of January, 2007:

1. I electronically filed the foregoing **Notice of Hearing On Motion For Expedited Hearing On Defendants' Motion To Continue Expert Disclosure Dates Concerning Neuropsychological Opinions** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

   (for Waite) Richard C. Eymann and Stephen L. Nordstrom;
   (for Brodhead) Andrew C. Smythe

2. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at the address listed below: **None.**

3. I hereby certify that I have hand delivered the document to the following participants at the addresses listed below: **None**.

Kimberley L. Hunter, Legal Assistant
Witherspoon, Kelley, Davenport & Toole, P.S.
422 W. Riverside Ave., #1100
Spokane, WA 99201-0300
Phone: 509-624-5265
Fax: 509-478-2728
kimh@wkdtlaw.com

NOTE FOR HEARING ON EXPEDITED MOTION
ON DEFENDANTS' MOTION TO CONTINUE
EXPERT DISCLOSURE DATES FOR NEUROPSYCHOLOGY ...- 3
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion to Continue Expert Disclosure\Notice of Hearing 011507 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265