Brian T. Rekofke
Ross P. White
Witherspoon, Kelley, Davenport & Toole
1100 US Bank Building
422 West Riverside
Spokane, WA 99201
(509) 624-5265

Attorneys for LDS and Donald C. Fossum

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS A. WAITE,<br><br>    Plaintiff,<br><br>vs.<br><br>THE CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD,<br><br>    Defendants. | Case No.: CV-05-399-EFS<br><br>DEFENDANTS' MOTION TO CONTINUE EXPERT DISCLOSURE DATES FOR NEUROPSYCHOLOGY OPINIONS |

## I. RELIEF REQUESTED

Given the complexity of this motor vehicle accident case, the critical importance of the parties' expert evidence and the full schedules of trial counsel, the Defendants respectfully request the following changes to the current Amended Scheduling Order as to the following dates for expert disclosure dates only:

    Defense CR 26(a)(2) Expert Disclosures

    concerning neuropsychological opinions:    from 1/22/07 to 2/16/07

DEFENDANTS' MOTION TO CONTINUE
EXPERT DISCLOSURE DATES FOR NEUROPSYCHOLOGY ...- 1
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion to Continue Expert Disclosure\Motion to Continue Expert Disclosure Dates for Neuropshchology....wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

## II. BASIS

Defendant's neuropsychologist is not able to conduct his IME until February 7-8, 2007.

The further factual and legal basis supporting the requested relief are contained in the Affidavit of Brian T. Rekofke and Memorandum of Points and Authorities filed in support of this Motion.

## III. CONCLUSION

Defendants respectfully request the Court revise the Amended Scheduling Order as set forth above.

A copy of the proposed Order Granting Defendant's Motion To Continue Expert Disclosure Dates For Neuropsychology is attached.

DATED this 16th day of January, 2007.

**WITHERSPOON, KELLEY, DAVENPORT & TOOLE**

By: /s/ Brian T. Rekofke
Brian T. Rekofke, WSBA No. 13260
Ross P. White, WSBA No. 12136
Attorneys for LDS and Donald Fossum

**PAINE, HAMBLEN, COFFIN, BROOKE & MILLER**

By: /s/ Andrew Smythe
Andrew C. Smythe, WSBA No. 7948
Attorneys for Steven D. Brodhead

DEFENDANTS' MOTION TO CONTINUE
EXPERT DISCLOSURE DATES FOR NEUROPSYCHOLOGY ...- 2
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion to Continue Expert Disclosure\Motion to Continue Expert Disclosure Dates for Neuropshchology....wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

# CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of January, 2007:

1. I electronically filed the foregoing **Defendants' Motion to Continue Expert Disclosure Dates for Neuropsychology Opinions** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

   (for Waite) Richard C. Eymann and Stephen L. Nordstrom;
   (for Brodhead) Andrew C. Smythe

2. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at the address listed below: **None.**

3. I hereby certify that I have hand delivered the document to the following participants at the addresses listed below: **None**.

_____
Kimberley L. Hunter, Legal Assistant
Witherspoon, Kelley, Davenport & Toole, P.S.
422 W. Riverside Ave., #1100
Spokane, WA 99201-0300
Phone: 509-624-5265
Fax: 509-478-2728
kimh@wkdtlaw.com

DEFENDANTS' MOTION TO CONTINUE
EXPERT DISCLOSURE DATES FOR NEUROPSYCHOLOGY ...- 3
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion to Continue Expert Disclosure\Motion to Continue Expert Disclosure Dates for Neuropshchology....wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265