Brian T. Rekofke
Ross P. White
Witherspoon, Kelley, Davenport & Toole
1100 US Bank Building
422 West Riverside
Spokane, WA 99201
(509) 624-5265

Attorneys for LDS and Donald C. Fossum

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS A. WAITE,<br><br>Plaintiff,<br><br>vs.<br><br>THE CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD,<br><br>Defendants. | Case No.: CV-05-399-EFS<br><br>ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE EXPERT DISCLOSURE DATES FOR NEUROPSYCHOLOGY OPINIONS |

The Court, having reviewed and considered the Defendant's stipulated Motion to Continue Expert Disclosure Dates For Neuropsychology Opinions, and good cause being shown, now, therefore,

**IT IS HEREBY ORDERED:**

The parties Motion to Continue Expert Disclosure Dates For Neuropsychology is **GRANTED**. The expert disclosure deadlines as set forth in the Amended Scheduling Order are adjusted as follows:

ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE
EXPERT DISCLOSURE DATES FOR NEUROPSYCHOLOGY ...- 1
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion to Continue Expert Disclosure\Order Granting Stipulated Motion to Continue Expert Disclosure Dates for Neuropshchology....wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0300
(509) 624-5265

1     Defense CR 26(a)(2) Expert Disclosures

2     concerning the neuropsychological opinions: from 1/22/07 to 2/16/07

3 All other deadlines remain the same.

4     DONE IN OPEN COURT this ____ day of _____, 2007.

                                      _____
                                      HONORABLE EDWARD F. SHEA
                                      U.S. District Court Judge

Presented by:

**WITHERSPOON, KELLEY, DAVENPORT & TOOLE**

By:   /s/ Brian T. Rekofke
      Brian T. Rekofke, WSBA No. 13260
      Ross P. White, WSBA No. 12136
      Attorneys for LDS and Donald Fossum

ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE
EXPERT DISCLOSURE DATES FOR NEUROPSYCHOLOGY ...- 2

G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion to Continue Expert Disclosure\Order Granting Stipulated Motion to Continue Expert Disclosure Dates for Neuropshchology....wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265