1  Brian T. Rekofke
   Ross P. White
2  Witherspoon, Kelley, Davenport & Toole
   1100 US Bank Building
3  422 West Riverside
   Spokane, WA 99201
4  (509) 624-5265
5
   Attorneys for LDS and Donald C. Fossum
6

7                UNITED STATES DISTRICT COURT
8          FOR THE EASTERN DISTRICT OF WASHINGTON

9  THOMAS A. WAITE,
10        Plaintiff,                          Case No.: CV-05-399-EFS
11  vs.
                                              AFFIDAVIT OF BRIAN T.
12  THE CORPORATION OF THE                    REKOFKE IN SUPPORT OF
    PRESIDING BISHOP OF THE CHURCH            DEFENDANTS' MOTION TO
13  OF JESUS CHRIST OF LATTER DAY             CONTINUE EXPERT
    SAINTS, a Utah corporation; THE           DISCLOSURE DATES FOR
14  CORPORATION OF THE PRESIDENT              NEUROPSYCHOLOGY
    OF THE CHURCH OF JESUS CHRIST             OPINIONS
15  OF LATTER DAY SAINTS, a Utah
    corporation; DONALD C. FOSSUM; and
16  STEVEN D. BRODHEAD,
17        Defendants.
18

19  STATE OF WASHINGTON    )
                           :ss
20  County of Spokane      )

21        Brian T. Rekofke, being first duly sworn upon oath, deposes and says:

22        1.   I am one of the attorneys for the LDS Defendants and Donald

23  Fossum and make this affidavit on personal knowledge.

24        2.   Plaintiff has identified five (5) experts, including a forensic

25  neuropsychologist, William Burkhart.

26

27  AFFIDAVIT OF BRIAN T. REKOFKE IN SUPPORT OF
    DEFENDANTS' MOTION TO CONTINUE
28  EXPERT DISCLOSURE DATES FOR NEUROPSYCHOLOGY ...- 1
    G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion to Continue Expert Disclosure\Aff of BTR in Support of Motion to Contine 0115007 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

1  3.  Dr. Burkhart's opinions are based on his testing/evaluation of plaintiff, Thomas Waite.

4.  To respond to Plaintiff's neuropsychological expert, Defendants have retained neuropsychologist Dr. Frederick Wise.

5.  As with Plaintiff's experts, Dr. Wise needs to test/evaluate Thomas Waite prior to being able to render opinions.

6.  For this reason, Defendants respectfully request additional time to disclose the expert report of Dr. Wise.

7.  Dr. Wise is scheduled to conduct his examination of Thomas Waite on February 7-8, 2007, in Seattle.

8.  This is the earliest that Dr. Wise can test and evaluate Thomas Waite.

9.  Dr. Wise has promised to expedite his IME report.

10.  Defendants will file expert reports from their remaining experts on January 22, 2007.

11.  Defendants respectfully request additional time to submit expert reports by Dr. Wise following his evaluation.

12.  Defendants request the disclosure of Dr. Wise's opinions be continued from January 22, 2007 to February 16, 2007.

13.  This extension will not impact the discovery cut-off of May 11, 2007.

14.  This extension will not impact the trial date of September 7, 2007.

15.  Defendants will stipulate to an extension of time for Plaintiff to designate rebuttal experts.

///
///
///

AFFIDAVIT OF BRIAN T. REKOFKE IN SUPPORT OF
DEFENDANTS' MOTION TO CONTINUE
EXPERT DISCLOSURE DATES FOR NEUROPSYCHOLOGY ...- 2
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion to Continue Expert Disclosure\Aff of BTR in Support of Motion to Contine 0115007 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | _____<br>Brian T. Rekofke |
| 7 | SUBSCRIBED AND SWORN to before me this 16th day of January, 2007. |
| 8 | |
| 9 | |
| 10 | Print Name: Kimberley L. Hunter |
| 11 | NOTARY PUBLIC in and for the<br>State of Washington, residing in Spokane |
| 12 | My Commission expires: 3/15/09 |

[Notary seal: KIMBERLEY LEE HUNTER, COMMISSION EXPIRES MARCH 15, 2009, NOTARY PUBLIC, STATE OF WASHINGTON]

AFFIDAVIT OF BRIAN T. REKOFKE IN SUPPORT OF
DEFENDANTS' MOTION TO CONTINUE
EXPERT DISCLOSURE DATES FOR NEUROPSYCHOLOGY ...- 3
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion to Continue Expert Disclosure\Aff of BTR in Support of Motion to Contine 0115007 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of January, 2007:

1. I electronically filed the foregoing **Affidavit of Brian T. Rekofke in Support of Defendants' Motion to Continue Expert Disclosure Dates for Neuropsychology Opinions** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

   (for Waite) Richard C. Eymann and Stephen L. Nordstrom;
   (for Brodhead) Andrew C. Smythe

2. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at the address listed below: **None.**

3. I hereby certify that I have hand delivered the document to the following participants at the addresses listed below: **None.**

_____
Kimberley L. Hunter, Legal Assistant
Witherspoon, Kelley, Davenport & Toole, P.S.
422 W. Riverside Ave., #1100
Spokane, WA 99201-0300
Phone: 509-624-5265
Fax: 509-478-2728
kimh@wkdtlaw.com

AFFIDAVIT OF BRIAN T. REKOFKE IN SUPPORT OF
DEFENDANTS' MOTION TO CONTINUE
EXPERT DISCLOSURE DATES FOR NEUROPSYCHOLOGY ...- 4
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion to Continue Expert Disclosure\Aff of BTR in Support of Motion to Contine 011507 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265