Brian T. Rekofke
Ross P. White
Witherspoon, Kelley, Davenport & Toole
1100 US Bank Building
422 West Riverside
Spokane, WA 99201
(509) 624-5265

Attorneys for LDS and Donald C. Fossum

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS A. WAITE,<br><br>    Plaintiff,<br><br>vs.<br><br>THE CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD,<br><br>    Defendants. | Case No.: CV-05-399-EFS<br><br>NOTICE OF HEARING ON DEFENDANTS' MOTION TO CONTINUE EXPERT DISCLOSURE DATES CONCERNING NEUROPSYCHOLOGICAL OPINIONS<br><br>**Oral Argument Not Requested** |

TO:   THE CLERK OF THE COURT, and

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

     **Notice is hereby given** that Defendants' Motion to Continue Expert Disclosure Dates Concerning Neuropsychological Opinions will be brought for hearing on Friday, January 19, 2007, at 6:30 p.m., before the Honorable Edward F. Shea of the United States District Court for the Eastern District of Washington. Oral argument is not requested.

NOTE FOR HEARING ON DEFENDANTS' MOTION
TO CONTINUE EXPERT DISCLOSURE DATES - 1
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion to Continue Expert Disclosure\Notice of Hearing re Motion to Continue 011507 (klh).wpd

WITHERSPOON. KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

1    DATED this 16th day of January, 2007.

2                    **WITHERSPOON, KELLEY, DAVENPORT**
                              **& TOOLE**
3

4
          By:    /s/ Brian T. Rekofke
5                Brian T. Rekofke, WSBA No. 13260
                 Ross P. White, WSBA No. 12136
6                Attorneys for LDS Church and Donald Fossum

7                **PAINE, HAMBLEN, COFFIN, BROOKE**
                            **& MILLER**
8

9

10        By:      /s/ Andrew Smythe
11               Andrew C. Smythe, WSBA No. 7948
                 Attorneys for Steven D. Brodhead
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

1

# CERTIFICATE OF SERVICE

2

3     I hereby certify that on the 16th day of January, 2007:

4

5     1.    I electronically filed the foregoing        **Notice of Hearing On**
            **Defendants' Motion To Continue Expert Disclosure Dates**
6           **Concerning Neuropsychological Opinions** with the Clerk of the
7           Court using the CM/ECF System which will send notification of
            such filing to the following:
8

9
            (for Waite) Richard C. Eymann and Stephen L. Nordstrom;
10          (for Brodhead) Andrew C. Smythe

11
      2.    I hereby certify that I have mailed by United States Postal Service
12          the document to the following non-CM/ECF participants at the
13          address listed below: **None.**

14
      3.    I hereby certify that I have hand delivered the document to the
15          following participants at the addresses listed below: **None.**

16

17

18

19          _____
            Kimberley L. Hunter, Legal Assistant
20          Witherspoon, Kelley, Davenport & Toole, P.S.
            422 W. Riverside Ave., #1100
21          Spokane, WA 99201-0300
            Phone: 509-624-5265
22          Fax: 509-478-2728
            kimh@wkdtlaw.com
23

24

25

26

27
      NOTE FOR HEARING ON DEFENDANTS' MOTION
28    TO CONTINUE EXPERT DISCLOSURE DATES - 3
      G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion to Continue Expert Disclosure\Notice of Hearing re Motion to Continue 011507 (klh) wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265