Brian T. Rekofke
William D. Symmes
Benjamin S. Coleman
Ross P. White
Witherspoon, Kelley, Davenport & Toole
1100 US Bank Building
422 West Riverside
Spokane, WA 99201
(509) 624-5265

Attorneys for LDS and Donald C. Fossum

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS A. WAITE,<br><br>    Plaintiff,<br><br>vs.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS d/b/a CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation, d/b/a CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD,<br><br>    Defendants. | Case No.: CV-05-399-EFS<br><br>NOTICE OF APPEARANCE |

**TO:   The above-named Parties;**

**TO:   Their counsel of record**

   **PLEASE TAKE NOTICE** that defendants, **The Church of Jesus Christ of Latter Day Saints and Donald C. Fossum** hereby enter their appearance in the above cause and request that all further pleadings and papers herein (except

Notice of Appearance - 1
G:\C\Church of Jesus Christ 14001\Waite 3\Pleadings\Notice of Appearance 011707 (jg).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
**A PROFESSIONAL SERVICE
CORPORATION
ATTORNEYS & COUNSELORS**

**1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265**

process) be served upon its attorney, the undersigned, at the address below stated.

DATED this 17th day of January, 2007.

WITHERSPOON, KELLEY, DAVENPORT & TOOLE

By: _____
Ross P. White, WSBA No. 12136
Attorneys for LDS and Donald C. Fossum

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of January, 2007, I caused to be electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: (for Waite) Richard E. Eymann and Stephen L. Nordstrom; (for Brodhead) Andrew C. Smythe; and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: NONE.

_____
Ross P. White, WSBA No. 12136
Attorneys for LDS and Donald C. Fossum
Witherspoon, Kelley, Davenport & Toole, P.S.
422 W. Riverside, Suite 1100
Spokane, WA 99201
Phone: (509) 624-5265
Fax: (509) 458-2717
rpw@wkdtlaw.com

Notice of Appearance - 2
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Notice of Appearance 011707 (jg).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265