```
 1  Brian T. Rekofke
    Ross P. White
 2  Witherspoon, Kelley, Davenport & Toole
    1100 US Bank Building
 3  422 West Riverside
    Spokane, WA 99201
 4  (509) 624-5265

 5  Attorneys for The Church of Jesus Christ of
        Latter-day Saints and Donald C. Fossum
 6
 7                      UNITED STATES DISTRICT COURT
 8                  FOR THE EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| THOMAS A. WAITE,<br><br>   Plaintiff,<br><br>vs.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS d/b/a CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation, d/b/a CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD,<br><br>   Defendants. | Case No.: CV-05-399-EFS<br><br>LDS AND DONALD C. FOSSUM'S IDENTIFICATION OF EXPERT WITNESSES AND DISCLOSURE OF EXPERTS' PRELIMINARY REPORTS |

The above-named defendants, hereby submit the following expert disclosures:

1. Matthew D. Mecham, MS, PE
   Motion Research Associates
   125 West Burton
   Salt Lake City, UT 84115

Mr. Mecham is an engineer/accident reconstructionist. He is expected to testify that defendant Brodhead was the sole cause of the motor vehicle accident involved in this case. Mr. Mecham's preliminary expert report, curriculum vitae, case listings and fee schedule are attached as Exhibit 1. Mr. Mecham is available

LDS AND DONALD C. FOSSUM'S IDENTIFICATION OF
EXPERT WITNESSES AND DISCLOSURE OF EXPERTS'
PRELIMINARY REPORTS - 1

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Disclosure of Experts and
Experts Preliminary Rpts.wpd

1 for deposition within 30 days after the deposition of Plaintiff's expert, John
2 Hunter.

      3.      Scott Kimbrough, Ph.D., PE
Motion Research Associates
125 West Burton
Salt Lake City, UT 84115

Mr. Kimbrough is a forensic engineer, accident reconstructionist, and expert in human factors. Mr. Kimbrough is expected to testify that Mr. Brodhead was the sole cause of the accident and that based on human factors and the Rules of the Road for the State of Washington, defendant Fossum was fault free. Mr. Kimbrough's preliminary expert report, curriculum vitae, case listings and fee schedule are attached as Exhibit 2. Mr. Kimbrough is available for deposition within 30 days after the deposition of Plaintiff's expert, John Hunter.

      3.      Frederick Wise, Ph.D.
Department of Psychiatry and Behavioral Sciences
University of Washington, HMC
Seattle, WA 98195

Dr. Wise is a neuropsychologist. He will testify concerning his neuropsychological evaluation of Plaintiff, as well as comment on other neuropsychological and psychological evaluations performed on Mr. Waite. Dr. Wise's preliminary expert report will be provided within a reasonable time after his IME. Dr. Wise's curriculum vitae and case listings are attached as Exhibit 3. Dr. Wise will be available for deposition within 30 days after the deposition of Plaintiff's expert, Dr. William Burkhart.

      4.      Angelique Tindall, Ph.D.
St. Luke's Rehabilitation Institute
711 South Cowley
Spokane, WA 99202

Dr. Tindall is a clinical psychologist. She will testify concerning her testing of Mr. Waite which occurred on December 6, 2004. Dr. Tindall's report and curriculum vitae are attached as Exhibit 4. Dr. Tindall does not typically testify in Court and has no case listing. Dr. Tindall is available for deposition on Fridays

LDS AND DONALD C. FOSSUM'S IDENTIFICATION OF
EXPERT WITNESSES AND DISCLOSURE OF EXPERTS'
PRELIMINARY REPORTS - 2

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Disclosure of Experts and Experts Preliminary Rpts.wpd

with sufficient notice to accommodate her schedule.

  5. William H. Burke, Ph.D.
William H. Burke & Associates
Nobles Island, #7
500 Market Street, Suite 6
Portsmouth, New Hampshire 03801

Dr. Burke is a certified rehabilitation counselor and life care planner. He is expected to testify concerning Mr. Waite's residual impairments and disabilities as well as future care needs. Dr. Burke will also comment on the conclusions and opinions of Anthony Choppa. Dr. Burke's preliminary expert report, curriculum vitae, case listings and fee schedule are attached as Exhibit 5. Dr. Burke will make himself available for deposition in New Hampshire in March with the exception of March 1st, 2nd, 15th and 16th.

  6. David Knowles, Ph.D.
3302 Fuhrman Avenue East, #111
Seattle, WA 98102

Dr. Knowles is an economist. He is expected to testify concerning the economic loss of Thomas Waite and other issues bearing upon economic damages. Dr. Knowles will also comment on the opinions of Dan Harper. Dr. Knowles' preliminary report, curriculum vitae, case listings and fee schedule are attached as Exhibit 6. Dr. Knowles is available for deposition on March 6 and 7, 2007.

  7. Defendants reserve the right to supplement these disclosures listed above as the discovery process proceeds.

DATED this 22nd day of January, 2007.

           WITHERSPOON, KELLEY, DAVENPORT
           & TOOLE

         By: /s/ Brian T. Rekofke
           Brian T. Rekofke, WSBA No. 13260
           Ross P. White, WSBA No. 12136
           Attorneys for The Church of Jesus Christ of
           Latter-day Saints and Donald C. Fossum

LDS AND DONALD C. FOSSUM'S IDENTIFICATION OF
EXPERT WITNESSES AND DISCLOSURE OF EXPERTS'
PRELIMINARY REPORTS - 3

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Disclosure of Experts and Experts Preliminary Rpts.wpd

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of January, 2007:

1. I electronically filed the foregoing **LDS AND DONALD C. FOSSUM'S IDENTIFICATION OF EXPERT WITNESSES AND DISCLOSURE OF EXPERTS' PRELIMINARY REPORTS** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

   (for Waite) Richard C. Eymann and Stephen L. Nordstrom;
   (for Brodhead) Andrew C. Smythe

2. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at the address listed below: **None.**

3. I hereby certify that I have hand delivered the document to the following participants at the addresses listed below: **None.**

_____
Kimberley L. Hunter, Legal Assistant
Witherspoon, Kelley, Davenport & Toole, P.S.
422 W. Riverside Ave., #1100
Spokane, WA 99201-0300
Phone: 509-624-5265
Fax: 509-478-2728
kimh@wkdtlaw.com

LDS AND DONALD C. FOSSUM'S IDENTIFICATION OF EXPERT WITNESSES AND DISCLOSURE OF EXPERTS' PRELIMINARY REPORTS - 4

WITHERSPOON. KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Disclosure of Experts and Experts Preliminary Rpts.wpd