# EXHIBIT 3

34

## CURRICULUM VITAE

### Frederick Wise, Ph.D.

| | |
|---|---|
| **ADDRESS:** | Department of Psychiatry and Behavioral Sciences<br>University of Washington, HMC<br>Seattle, Washington 98195<br>Telephone: (206) 341-4116 |
| **EDUCATION:** | Long Beach State University, Long Beach, CA<br>B.A., Psychology, 1971 |
| | Michigan State University, East Lansing, MI<br>M.A., Clinical Psychology, 1974 |
| | Michigan State University, East Lansing, MI<br>Ph.D., Clinical Psychology, 1981 |
| **POST-GRADUATE TRAINING:** | University of California at Los Angeles<br>Neuropsychiatric Institute, CA<br>Clinical Psychology Internship, 1978-1979 |
| | University of Michigan, Ann Arbor, MI with<br>Aaron Smith, Ph.D.<br>Clinical Neuropsychology, 1980-1981 |
| | Department of Psychiatry and Behavioral Sciences<br>University of Washington, Seattle, WA<br>Clinical-Community Psychology Fellowship, 1981-1982<br>Clinical Neuropsychology Fellowship, 1982-1983 |
| **HONORS:** | B.A., cum laude, Long Beach State University, 1971 |
| | Ford Foundation Fellowship, 1973-1977 |
| **FACULTY POSITIONS HELD:** | University of Alaska, Ketchikan, AK<br>Instructor, 1981-1982 |
| | University of Washington Medical School, Seattle, WA<br>Department of Psychiatry & Behavioral Sciences<br>Clinical Instructor, 1983-1987 |

35

Curriculum Vitae
Frederick Wise, Ph.D.
Page 2

| | |
|---|---|
| **Faculty Positions Held, cont'd:** | University of Washington Medical School, Seattle, WA<br>Department of Psychiatry & Behavioral Sciences<br>Clinical Assistant Professor, 1987-1991 |
| | University of Washington Medical School, Seattle, WA<br>Department of Psychiatry & Behavioral Sciences<br>Clinical Associate Professor, 1991-present |
| **LICENSURE:** | State of Washington, 1983, Clinical Psychologist<br>#868 |
| **ORGANIZATIONS:** | International Neuropsychological Society,<br>1982-present |
| | Pacific Northwest Neuropsychological Society,<br>1986-present |
| | National Academy of Neuropsychology, 1995-present |

**SELECTED PRESENTATIONS:**

Wise, F.  Delivery of substance abuse services to American Indians.  Invited paper presented at Native American Issues Conference, April, 1978.

Wise, F.  The mental health and family development of American Indians. Invited paper presented at UCLA Rehabilitation Conference, November, 1978.

Wise, F.  Social service delivery to Native Americans.  Invited paper at UCLA Rehabilitation Conference, April, 1979.

Wise, F.  Use of the MMPI in a medical setting.  Paper presented at Consultation-Liaison Grand Rounds, UCLA Neuropsychiatric Institute, December, 1979.

Maxwell, J.K., Pepping, M., Wise, F., & Townes, B.D.  Validity of the Peabody Picture Vocabulary Test (PPVT) as a measure of adult intelligence. Presented at the 12. Kongress fur Angewandte Psychologie Berufsband, Deutscher Psychologen, Dusseldorf, September, 1983.

Wise, F.  Neuropsychological Assessment. Invited address presented to Disability Insurance Section of DSHS, State of Washington, July, 1986.



Curriculum Vitae
Frederick Wise, Ph.D.
Page 3

| | |
|---|---|
| **Selected Presentations, cont'd:** | Wise, F.  Neuropsychology & Toxic Solvent Exposure. Presented at International Neuropsychological Society, Houston, Texas, February, 1984. |
| | Wise, F.  The Neuropsychology of Violence.  Invited paper presented at University of Washington, Harborview Medical Center, April, 1987. |
| | Wise, F.  Neuropsychological Sequelae of Alcohol/Substance Abuse.  Invited address, Department of Social and Health Services, State of Washington, September, 1987. |
| **GRANTS:** | State of Michigan - Office of Substance Abuse:  Coordination and Training Substance Abuse Programs for Native Americans.  F. Wise and W. Cross, 1978, $30,000. |
| | State of Alaska - Office of Family and Youth Services: Child Abuse Prevention in Southeastern Alaska, 1981, $71,000. |
| **BIBLIOGRAPHY:** | Wise, F.  Disparate personality shifts among laboratory subgroups.  Unpublished masters thesis, Michigan State University, 1974. |
| | Wise, F.  Formal and informal support groups in an urban Indian community.  Ph.D. dissertation, Michigan State University, 1981. |
| | Russell, R.K., Wise, F., & Stratoudakis, J.  (1976). Treatment of test anxiety by cue-controlled relaxation and systematic desensitization.  Journal of Counseling Psychology, 23(6), 583-586. |
| | Russell, R.K. & Wise, F. (1976).  Treatment of speech anxiety by cue-controlled relaxation and desensitization with professional and paraprofessional counselors.  Journal of Counseling Psychology, 23(6), 583-586. |
| | Wise, F. & Miller, N. (1983).  The mental health of the American Indian child.  In G.J. Powell, A. Morales, J. Yamamoto (Eds.), The Psychosocial Development of Minority Group Children (pp. 344-361).  New York: Brunner/Mazel, Inc. |
| | Maxwell, J.K. & Wise, F.  (1984).  PPVT IQ validity in adults: a measure of vocabulary, not of intelligence.  Journal of Clinical Psychology, 40(4), 1048-1053. |

37

Curriculum Vitae
Frederick Wise, Ph.D.
Page 4

| | |
|---|---|
| **Bibliography, cont'd:** | Maxwell, J.K., Wise, F., Pepping, M., Townes, B.D., Peel, J., & Preston, M. (1984). Fingertip number-writing errors by psychiatric patients. Perceptual & Motor Skills, 59, 933-934. |

**PROFESSIONAL**
**EXPERIENCE:**

**Administration:**  Coordinator - Michigan Indian Health Consortium, 1977-1978.

Coordinator - Native American Issues Conference, 1978.

Coordinator - Child Abuse Prevention Program, Gateway Mental Health Center, Ketchikan, AK, 1981-1982.

Department Head, Involuntary Treatment Evaluation Services, Harborview Medical Center, Seattle, WA, 1983-present.

Acting Director, Neuropsychology Laboratory, Harborview Medical Center, Seattle, WA, 1984-1985.

**Consultation:**  Metlakatla Indian Reservation, Metlakatla, Alaska, 1985.

Department of Social & Health Services, Medical Consultant to Division of Disability Insurance, State of Washington, 1986-2001.

Highline Evaluation Treatment Facility, involuntary treatment evaluation, 1984-99.

Northwest Evaluation & Treatment Center, involuntary treatment evaluation, 1985-99.

New Medico Head Injury Rehabilitation, neuropsychology/rehabilitation, 1990-1991.

Neurocare of Washington, neuropsychology/rehabilitation, 1992-1993.

The Greenery, neuropsychology/rehabilitation, 1991-1993,

Phoenix Rehabilitation, neuropsychology/rehabilitation, 11/93-95.

*August, 2004*

# ASSOCIATES IN REHABILITATION & NEUROPSYCHOLOGY

1600 East Jefferson Street, Suite 602, Seattle WA 98122
Telephone (206) 320-3888  Fax (206) 320-3865

*Consultants*

Thomas Boll, Ph. D.
Robert Fraser, Ph. D., C. R. C.
Frederick Wise, Ph. D.
Allen Wyler, M. D.

## FORENSIC FEE SCHEDULE OF FREDERICK WISE, Ph.D.

Fees:

1.  Neuropsychological evaluation including testing, scoring,
    interpretation, and clinical interview ........................................................................ $1,800.00/
    Out of town ................................................................................................................. $2,400

1.  Review of records, consultations with attorneys, and
    preparation of report: ............................................................................................ $  250.00 per hour

1.  Depositions, court hearings/testimony (1 hour minimum): ...................................... $  350.00 per hour

Cancellations:

1.  Appointments for clinical interview canceled with less than
    72 hours notice .......................................................................................................... $   400.00

1.  Neuropsychological testing appointments canceled with less than
    1 week notice.............................................................................................................. $1,000.00

1.  Depositions canceled with less than 72 hours notice will be charged for the time reserved.

February 27, 2006

