# EXHIBIT 5

56



WILLIAM H. BURKE
& ASSOCIATES, INC.

Nobles Island, No.7
500 Market Street
Portsmouth, NH 03801

777 S. Flagler Drive
West Tower, 8ᵗʰ Floor
West Palm Beach, FL 33401

fax 603 431-5057
800 896-5057

January 17, 2007

Brian Rekofke, Esq.
Witherspoon, Kelley, Davenport & Toole
1100 US Bank Bldg.
422 West Riverside Ave.
Spokane, WA 99201

Re: Thomas Waite

Dear Mr. Rekofke:

I had the opportunity to review medical records, educational records and
depositions in the case of Thomas Waite. I also had the opportunity to
review an expert report prepared by Anthony Choppa, M.Ed. The purpose
of this review was to assess the extent to which Mr. Waite was injured
secondary to a motor vehicle crash that occurred in August of 2003. In
addition and based upon his injuries opinions are presented regarding Mr.
Waite's needs for future care and treatment as well as his future labor
market access and earning capacity.

The following records were reviewed in conducting this analysis.

1. American Medical Response

2. Deaconess Medical Center

3. Northwest Med STAR

57

4. Rancho Los Amigos National Rehabilitation Center

5. Kaiser Permanente Medical Center

6. Saint Jude Medical Center

7. Care Ambulance Service

8. Susan Skinner, M.D.

9. Spokane Valley ENT

10. William Boelter, M.D.

11. Anthony Choppa, M.Ed.

12. Fullerton Union High School

13. Fullerton College

14. Depositions of:
    a. Thomas Waite, 10/17/06
    b. Orley Waite, 10/17/06
    c. Carol Waite, 10/17/06

Thomas Waite is a 23 year old young man who was injured secondary to a motor vehicle crash on 8/21/03. At the time of the motor vehicle crash Mr. Waite was a Mormon missionary assigned to Spokane, Washington. Mr. Waite was treated acutely at Deaconess Medical Center in Spokane, Washington through 9/10/03. His discharge diagnoses were closed head injury, possible ligamentous injury at C5-6, occipital fracture and aspiration pneumonia. On 9/10/03 Mr. Waite was transferred to the Rancho Los Amigos National Rehabilitation Center.

Mr. Waite was engaged in a course of rehabilitation at Rancho Los Amigos through 10/2/03. At the time he was discharged home to the care of his parents in Fullerton, California. Following his discharge he followed up at



2

the Rancho Los Amigos Outpatient Clinic. An audiology evaluation in October of 2003 revealed a hearing loss in the left ear.

In November of 2003 Mr. Waite established Neurology follow-up with Susan Skinner, M.D. She noted that he showed marked improvement in neurologic function following his rehabilitation. She cleared him to drive a motor vehicle and noted that he would probably be ready to resume his missionary work in January of 2004.

Mr. Waite followed up with Dr. Skinner in December of 2003 and she cleared him to resume his missionary work. Mr. Waite returned to Spokane, Washington and continued his missionary work. He completed his missionary assignment in the spring of 2004.

Mr. Waite was re-examined by Dr. Skinner in February of 2006 at the request of his attorney. She noted that he presented with a loss of hearing in the left ear and decreased sense of taste and smell. She noted that he denied any personality changes and had not presented with seizure activity. He denied significant cognitive changes. On examination she noted that he presented as alert and cooperative. She noted he was very personable and did not show any cognitive deficits. Her impressions were that Mr. Waite has very minimal neurologic sequelae that include slight hearing loss in the left ear and decreased sense of taste and smell. She noted that otherwise he has been remarkably fortunate neurologically and is very functional by his description. She noted that no further follow-up was necessary and he should return to the clinic as needed.

In June of 2006 Mr. Waite presented with the onset of seizure activity. He was treated at the Saint Jude Medical Center ER. Secondary to his seizure activity he was prescribed anticonvulsant medications. As a result of the onset of seizure activity Mr. Waite followed-up with Dr. Skinner in June of 2006. Her impression was that he presented with new onset seizure activity and continued his anti-seizure medications. In late July of 2006 Mr. Waite followed up with Dr. Skinner. She continued his medications and cleared him to resume driving. She recommended follow-up in three months.

At the present time Mr. Waite is living with his parents in Fullerton, California. He is attending Fullerton Junior College and is employed part time in his uncle's engineering business.

In November of 2006 an expert report was presented by Anthony Choppa, M.Ed. Mr. Choppa presented opinions regarding Mr. Waite's needs for future care and treatment as well as opinions regarding his future labor market access and earning capacity.

Mr. Choppa presented his opinions regarding Mr. Waite's future care needs in a document titled "Preliminary Care Plan for Thomas Waite". Mr. Choppa's plan was reviewed by Dr. Skinner who medically endorsed his recommendations for neurology follow-up, anti-convulsant medications and ongoing laboratory studies to monitor his medication levels and liver function.

In addition to those recommendations considered medically necessary by Dr. Skinner Mr. Choppa presented a number of additional recommendations that have not been recommended or prescribed over the last three years. He recommended neuropsychological re-evaluation every three to five years. However neuropsychological re-evaluation has not been recommended or prescribed by his treating physicians. Further, Dr. Skinner noted in February of 2006 that Mr. Waite does not show cognitive deficits and she did not endorse those recommendations when she reviewed the care plan.

Mr. Choppa further recommends ongoing psychotherapy and cognitive remediation. Mr. Waite testified in his deposition that he did begin seeing a counselor in the spring of 2006. His mother testified in her deposition that he had two visits with this counselor through the date of her deposition in October of 2006. However when Dr. Skinner reviewed the care plan she did not endorse the recommended psychotherapy. Mr. Waite has not been referred for cognitive therapy and again, Dr. Skinner has opined that he presents without cognitive deficits. She also did not endorse this recommendation.

Mr. Choppa presents recommendations for ongoing case management to coordinate what he describes as medical and rehabilitation providers. Mr. Waite's present treatment is limited to follow-up with Dr. Skinner and medications to manage his seizure activity. He certainly can manage his medical follow-up independently and will not require case management services. Further, Dr. Skinner did not endorse this recommendation.



4

Mr. Choppa recommends two to three years of tutoring. However this service is being provided to Mr. Waite through the college tutoring center, further Mr. Waite testified in his deposition that he had no time for additional tutoring services. Mr. Choppa finally recommends a vocational assessment and vocational counseling one to two times over Mr. Waite's life. This service also has not been recommended or prescribed over the last three years and if Mr. Waite felt he required vocational rehabilitation assistance this service is available through the California Vocational Rehabilitation Agency.

Attached as Appendix "A" is a future care plan consistent with those recommendations made by Mr. Waite's treating physicians over the last three years and consistent with Dr. Skinner's opinions.

Mr. Choppa presents his opinions regarding Mr. Waite's future labor market access and earning capacity in a letter to Richard Eymann on 11/13/06. Mr. Choppa opines that after completing college Mr. Waite will be capable of employment as an engineering technician or computer assisted design and drafter with an expected annual salary of $35,360 per year.

However he states that Mr. Waite's vocational goal was to become a civil engineer and he uses the average annual earnings of a civil engineer as a "reasonable benchmark" for Mr. Waite's pre-injury earning capacity. Based upon this opinion Mr. Choppa concludes that Mr. Waite will experience a loss of earnings over his work life.

However it should be noted that according to the Department of Labor the occupation of civil engineer (005-061-014) requires superior numerical skills and mathematical reasoning. Individuals who are successful in this occupation require a high level of mathematical competency including competence in logarithms, linear equations, quadratic equations, binomial theorems, analytical geometry, calculus and statistics.

In the depositions of Mr. Waite and Mr. Waite's father it was noted that Mr. Waite struggled with math throughout his academic years. In the ninth grade Mr. Waite earned grades of "C" in basic high school math. In the tenth grade he failed integrated algebra. During his twelfth grade year he earned a "B" in algebra I. In preparation for a course of study in civil engineering Mr. Waite would have required additional mathematical



5

prerequisites including geometry, algebra II, statistics, pre-calculus and very possibly calculus. Considering Mr. Waite's mathematical competency he certainly could not have been expected to succeed in a civil engineering degree program and this occupation could not be considered a reasonable benchmark of his pre-injury earning capacity.    If in fact Mr. Waite's vocational goal was to work in the engineering industry he would have been limited to work as an engineering technician or computer assisted drafter. Given Mr. Choppa's opinion that he currently has the capacity to maintain employment in such an occupation he will not experience a loss of earnings over his work life.

The opinions presented in this report will be reconsidered as additional data becomes available.

If I can be of further assistance, please do not hesitate to contact me.

Sincerely,

William H. Burke, Ph.D.

WHB/lw



# APPENDIX "A"

## REHABILITATION & LIFE CARE PLAN



## I. MEDICAL CARE: Routine

| RECOMMENDATIONS | FREQUENCY/DURATION | COST ESTIMATE |
|---|---|---|
| 1. Neurology exam | 1x/yr | 144-202/yr |
| 2. Lab studies (Dilantin level, CBC, liver function) | 1x/yr | 303/yr |

## II. MEDICATION

| RECOMMENDATIONS | FREQUENCY/DURATION | COST ESTIMATE |
|---|---|---|
| 1. Dilantin | 300mg QHS | 411.23/yr |

Total Annual Costs: $858.23-$916.23



8



**Curriculum Vitae | William H. Burke**

Nobles Island, No. 7 | 500 Market Street | Portsmouth, NH 0380
West Tower, 8th Floor | 777 South Flagler Drive | West Palm Beach, FL 33401
Tel (603) 431-4762 | Fax (603) 431-5057 | Email: info@whburke.com

### Education:

Ph.D., Rehabilitation Services, Department of Counseling Psychology, The Florida State University, Tallahassee. (June, 1985)

M.A., Rehabilitation Counseling, Department of Social and Behavioral Sciences, University of South Florida, Tampa. (June, 1973)

B.S., Psychology, cum laude, Northwest Missouri State University, Maryville. (June, 1971)

### Certification/Licensure:

Certified Rehabilitation Counselor (CRC) #23138
The Commission on Rehabilitation Counselor Certification.

Certified Case Manager (CCM) #M-00381
The Commission for Case Management Certification

Board Certified Rehabilitation Consultant; Diplomate #C4-544
The American Board of Professional Disability Consultants

Board Certified Disability Analyst #2253;
The American Board of Disability Analysts

Licensed Rehabilitation Counselor #91, Commonwealth of Massachusetts.

Licensed Rehabilitation Provider #WC 1001582
State of Florida, Division of Workers Compensation

Certified Vocational Rehabilitation Provider #236
State of New Hampshire, Department of Labor

### Present Position:

**President, William H. Burke & Associates, Portsmouth, NH & West Palm Beach, FL.** William H. Burke & Associates is an international rehabilitation and disability management practice that specializes in the analysis, treatment planning and case management of individuals with brain and spinal cord injury, amputations, burns, chronic pain, orthopedic injuries and other severe disabilities. Specialized rehabilitation services are provided to the medical, legal and insurance communities in five primary areas: Comprehensive case analysis, rehabilitation planning, life care planning, vocational evaluation and assessment of post injury employability, and case management and utilization review.

### Affiliated Activities:

**Editor**, *Rehabilitation Resources Press*. Portsmouth, NH

**Senior Editor**, *Rehabilitation and Treatment of Traumatic Brain Injury*. H.D.I. Publishing Company, Houston, TX.

**Editorial Review Board**, *Journal of Rehabilitation*.

**Editorial Review Board**, *Journal of Applied Rehabilitation Counseling*.



**Editorial Advisory Board**, *The Neurolaw Letter.*

**Editorial Board**, *The Disability Analyst.*

**Member, Professional Advisory Council**, The American Board of Disability Analysts.

**Lecturer**, National Directory of Lecturers, Rehabilitation Research and Training Center on Severe Traumatic Brain Injury. Medical College of Virginia, Richmond, VA.

**Member**, Governor's Committee to Study Head Injury in New Hampshire. Appointed by Governor John H. Sununu, June, 1987.

**Member**, Professional Advisory Committee, Vista Centre, a residence for the Traumatically Head Injured, Ontario, Canada. Appointed January, 1987.

**Member**, National Head Injury Foundation Standing Committee's 1) Education and Training, 2) Membership, 3) Task Force on Life Long Care, 1985 - 1990.

**Member**, New York State Head Injury Association Vocational Task Force. Final report submitted to N.Y. Department of Education, November, 1986.

### Past Professional Activity:

Optimal Environments, Inc., Tampa, FL Clinical Director (7/94 - 11/95)

Florida Institute for Neurologic Rehabilitation Director of Rehabilitation (7/92-7/94)

New Medico Head Injury Rehabilitation System
Executive Director, Highwatch Rehabilitation Center (8/86-7/92)
Director, New Medico Rehabilitation Center of Florida (1/86-9/86)
Director, Timber Ridge Ranch ( 1/85-1/86)

Father Flanagan's Boys' Home, Boys Town, Nebraska
Director, Father Flanagan's Boys Town of Florida (5/83-1/85)
Assistant Director, Group Home Development (5/81-5/83)
Certified Family Teacher (6/79-5/81)

New York State Division for Youth, Albany, New York
Director of Training & Organizational Development (1/76-6/79)

General Systems Associates, Ann Arbor, Michigan
Organization and Management Consultant (4/75-1/76)

State of Florida Division of Youth Services, Jacksonville, Florida
Halfway House Superintendent (1/74-4/75)

Pasco County Schools, Dade City, Florida
School Social Worker (6/72-1/74) Classroom Teacher, 6th grade (8/71-6/72)

### Professional Academic Employment History:

**Assistant Professor and Director**, Human Services Program, School of Social and Behavioral Sciences, College of St. Mary, Omaha, Nebraska (1980-1981). Courses taught include: Introduction to Human Services, Behavior Therapy, Human Service Management, Assessment Techniques in Human Services, Value Clarification, Introduction to Research.

**Adjunct Assistant Professor/Instructor**, University of Nebraska, Lincoln; College of St. Mary, Omaha; Empire State College, New Paltz, New York, Marywood College, Scranton, Pennsylvania, Chicago State University, Chicago, Florida A & M University, Tallahassee. Courses taught included: Introduction to Human Services, Behavior Therapy, Behavior Analysis with Children and Adolescents, Management of Social Service Agencies, Developing Community Based Service Programs, Research Design and Methodology, Single Subject Research Design, Management of Organizational Behavior, Individual Counseling, Methods of Group Counseling, Counseling Minority and Disadvantaged Adolescents, Introduction to Public Administration, Systems Change.

### Publications:

Burke, W.H., Elliot, T. & McAllister, D. (2000) *Assistive Technology for Upper Extremity Disabilities.* Portsmouth, NH: Rehabilitation Resources Press.



Burke, W.H., Elliot, T. & McAllister, D. (1999) *Home Health Care in America: A State by State Guide to Nursing Board Regulations & Delegation of Responsibility.* Portsmouth, NH: Rehabilitation Resources Press.

Burke, W.H. (1996) Catastrophic Injury: A Model of Disability Analysis, Treatment Planning and Case Management. In Anchor, K. *Disability Analysis Handbook: Tools for Independent Practice.* Dubuque, Iowa: Kendall Hunt.

Burke, W.H. (1995) Defending Rehabilitation and Life Care Plans. In Price, D.R. & Lees-Haley, P. *The Insurers Handbook on Psychological Injury Claims.* Washington D.C.: IW Publications.

Burke, W.H. (Ed.) (1995). *The Handbook of Forensic Rehabilitation.* Houston: HDI Publishers.

Burke, W.H. (1995) The Rehabilitation Expert: Analysis and Management of Brain Injury and Other Neurologic Disorders. In Burke,W.H. (Ed.) *The Handbook of Forensic Rehabilitation.* Houston: HDI Publishers.

Sellars, C.W. & Burke, W.H. (1995) Pediatric Brain Injury: Analysis and Management. In Burke W.H., *The Handbook of Forensic Rehabilitation.* Houston: HDI Publishers.

Burke, W.H. & Patterson, A.S. (1994). *An Integrated Rehabilitation Assessment and Treatment Plan.* FINR: Wauchula, FL.

Burke, W.H. , Price, D.R. & Price D.C. (1993). Claims Analysis of Rehabilitation Plans in Mild Closed Head Injury Cases. *Claims,* June, 68-75.

Price, D.R., Burke, W.H. & Price D.C. (1993). Identification of fictitious closed head injury claims. *Claims,* May, 37-40.

Burke, W.H., Zencius, A., Wesolowski, M.D. & Doubleday, F. (1991). Improving executive function disorders in brain injured clients. *Brain Injury,* 5 (3), 241-252.

Zencius, A., Wesolowski, M.D., Burke, W.H. & McQuade, P. (1991) Memory checklists: A method of teaching functional skills to brain damaged adults. *Behavior Residential Treatment*, 6 (1), 1 - 10.

Zencius, A., Wesolowski, M.D., Krankowski, T., & Burke, W.H. (1991). Memory notebook training with traumatically brain injured clients. *Brain Injury,* 5 (3), 321-325.

Burke, W.H., Wesolowski, M.D., Buyer, D.M., & Zawlocki, R.J. (1990). The rehabilitation of adolescents with traumatic brain injury: Outcome and follow-up. *Brain Injury,* 4 (4), 371-378.

Burke, W.H. (1993). The Analysis of Pre-Existing Alcohol Abuse Following Traumatic Brain Injury. *Insurance/Defense Review,* Winter, 1-2.

Burke, W.H. & Bird, B (1992) Violence and the Brain-injured Patient. In Smoyak, S.A. and Blair, T.D. *Violence and Abuse: Implications for Psychiatric Treatment.* N.J.: Slack, Inc.

Burke, W.H., Blackerby, W.F. & Wesolowski, M.D. (Eds) (1988); 2nd Edition (1996)
*Rehabilitation and Treatment of Traumatic Brain Injury.* A series of 20 books. Houston, TX: HDI Publishers.

*Series titles include:*

   Burke, W.H., Guth, M., Guare, R., & Wesolowski, M.D. (1988). *Head Injury Rehabilitation: An Overview.*

   Burke, W.H. & Wesolowski, M.D. (1988). *Applied Behavior Analysis in Brain Injury Rehabilitation.*

   Wesolowski, M.D. & Burke, W.H. (1988). *Managing Anger and Aggression.*

   Burke, W.H. & Wesolowski, M.D. (1988). *Developing Community Living Skills: Teaching Methods.*

   Burke, W.H., Zawlocki, R.J., Wesolowski, M.D. & Guth, M.D. (1988). *Developing Social Skills: A Social Competence Approach.*

   Wesolowski, M.D., Zencius, A., & Burke, W.H. (1988). *Developing Motivation in Head Injured Clients.*

   Guare, R., Samson, M., Guth, M., Warren, S., & Burke, W.H. (1988). *Developing the Rehabilitation Plan after Traumatic Brain Injury.*

   Guth, M., Garmen, C., Warren, S., Parent, N., & Burke, W.H. (1988). *Accessing Community Resources:*

**Discharge Planning.**

Wesolowski, M.D., Zencius, A., & Burke, W.H. (1988). *Developing Self Control after TBI.*

Guth, M., Burke, W.H. & Wesolowski, M.D. (1988). *Increasing Self Awareness in TBI Rehabilitation.*

Burke, W.H., Molinaro, D., Krankowski, T., & Wesolowski, M.D. (1988). *Supported Employment and TBI.*

Blackerby, W. (1988). *Sexuality after TBI.*

Weinstien, A., Moos, E. & O'Connor, M. (1988). *Management of Memory Disorder.*

Guare, R. & Sampson, M. (1988). *Management of Attention Deficits.*

Wesolowski, M.D. & Zawlocki, R. (1988). *Teaching Job Seeking Skills.*

Lewis, F. (1988). *Developing Adaptive Work Behaviors.*

Guth, M. (1988). *The Role of the Family in TBI Rehabilitation.*

Hopewell, C.A. (1988). *Adaptive Driving after TBI.*

Ylvisaker, M. (1988). *Management of Communication and Language Deficits.*

Ylvisaker, M. (1988). *Head Injury Rehabilitation with Children and Adolescents.*

Burke, W.H. & Wesolowski, M.D. (1987) *Community Living Skill Development: A Guide for Head Injury Rehabilitation.* Center Ossipee, NH: Highwatch Rehabilitation Center.

Burke, W.H., McGrath, N., Schmidt, N., Souza, J. (1990). *Understanding Brain Injury: A Guide for Families and Friends.* Lynn, MA: New Medico Head Injury System.

Burke, M.D., Palma, L.J. & Burke, W.H. (1982). *Parents Teaching Children: A New Approach to an Old Tradition.* Boystown, Nebraska: Father Flanagan's Boys' Home.

Burke, W.H., Burke, M.D., Baron, R-K, Cunningham, P.J., Palma, L.J. & Phillips, E.L. (1982). *Family and Community Living Skill Development*. Boystown, Nebraska: Father Flanagan's Boys' Home.

Burke, W.H. & Wesolowski, M.D. (1988). Community re-entry outcomes in brain injured adults and adolescents. *Research Forum*, 3 (2), 1-3.

Wesolowski, M.D. & Burke, W.H. (1988). Behavior management techniques. In P. Deutsch & K. Fralish (Eds.). *Innovations in Head Injury Rehabilitation*. New York: Mathew Bender.

Hopewell, C.A., Burke, W.H., Wesolowski, M.D., & Guare, R. (1990). Behavioral learning therapies for the traumatically brain injured patient. In Wood, R.L. & Fussey, I. *Cognitive Rehabilitation in Perspective*. London: Taylor & Francis Ltd.

Burke, W.H., Wesolowski, M.D. & Guth, M. (1988). Comprehensive head injury rehabilitation: An outcome evaluation. *Brain Injury*, 2, (4), 313-322.

Burke, W.H., Wesolowski, M.D., & Zencius, A. (1988). Long term programs in head injury rehabilitation. *Cognitive Rehabilitation*, 6, (1), 38-41.

Burke, W.H. & Wesolowski, M.D. (1987). Applied behavior analysis in head injury rehabilitation. *Headlines*, winter, 10-11.

Lane, I., Wesolowski, M.D., & Burke, W.H. (1987). Teaching socially appropriate behavior to eliminate hoarding in a brain injured adult. *Research Forum*, 2 (3), 3-5.

Burke, W.H., Wesolowski, M.D. & Lane, I. (1988). A positive approach to the treatment of aggressive brain injured clients. *International Journal of Rehabilitation Research*, 11 (3), 235-241.

Burke, W.H. & Wesolowski, M.D. (1988). Applied behavior analysis in the rehabilitation of brain injured clients. *Rehabilitation Nursing*, 13 (4), 186-188.



Lane, I., Wesolowski, M.D. & Burke, W.H. (1989). Teaching socially appropriate behavior to eliminate hoarding in a brain injured adult. **Behavior Therapy and Experimental Psychiatry**, 20 (1), 79-82.

Zencius, A.H., McQuade, P., Wesolowski, M.D. & Burke, W.H. (1989). Antecedent control in the treatment of brain injured clients. **Brain Injury**, 3 (2), 199-205.

Zencius, A.H., Wesolowski, M.D. & Burke, W.H. (1989). Comparing motivational systems with two non-compliant head injured adolescents. **Brain Injury**, 3 (1), 67-71.

Burke, W.H. & Burkhead, E.J. (1989). Runaway children in America: A review of the literature. **Education and Treatment of Children**, 12 (1), 73-81.

Burke, W.H. & Lewis, F. (1986). Management of maladaptive social behavior of a brain injured adult. **International Journal of Rehabilitation Research**, 9, (4), 335-342. Lewis, F., Burke, W.H & Carrillo, R. (1987).

Lewis, F., Burke, W.H. & Carrillo, R. (1986). Model for rehabilitation of head injured adults in the post-acute setting. **Journal of Applied Rehabilitation Counseling**, 18 (2), 39-45.

Burke, W.H. & Joyce, D. (1985). The interdisciplinary approach works! A clinical commentary. **Headlines**, Fall, 6-7.

Weber, D.E. & Burke, W.H. (1985). An alternative approach to treating delinquent youth. **Residential Group Care and Treatment**, 3, (3), 65-85.

Zencius, A., Burke, W.H.. Wesolowski, M.D. & Hough, S. (1990). Managing hypersexual disorders in brain injured clients. **Brain Injury**, 4, (2), 175-181.

Zencius, A., Wesolowski, M. & Burke, W.H. (1990). The use of a visual cue to reduce profanity in a brain injured adult.. **Behavioral Residential Treatment**, 5, (3), 143-147.

Zencius, A., Wesolowski, M.D. & Burke, W.H. (1990). Memory checklist: A method of teaching functional skills to brain damaged adults. **Behavioral Residential Treatment**, 5 (5), 247-257.

Zencius, A., Wesolowski, M.D.. & Burke, W.H. (1990). A comparison of four strategies to improve memory after TBI. **Brain Injury**, 4, (1), 33-38.

Burke, W.H., Patrick, J. & Patrick, P.P. (1985). **Professional Parenting.** Boys Town, Nebraska: Father Flanagan's Boys' Home.

Weber, D.E., Burke, W.H., Thompson, L., Blase, K.A., O'Kane, S., & Luger, R. (1983). **Group Home Development.** A workshop manual (456 pp.). Boys Town, Nebraska: Father Flanagan's Boys' Home.

Burke, W.H. (1982). **Managing Performance Improvement: Behavior Analysis Techniques.** Boys Town, Nebraska: Father Flanagan's Boys' Home.

Burke, W.H., Bastien, J.S., Criste, A., & Freeman, E.J. (1981). **Management for the 80's: Maximizing Human Resources.** A workshop manual (289 pp.), Boys Town, Nebraska: Father Flanagan's Boys' Home.

Burke, W.H. (1981). **A Guide to Problem Solving in Human Services.** Boys Town, Nebraska: Father Flanagan's Boys' Home.

Burke, W.H. (1981). **Principles of Time Management.** Boys Town, Nebraska: Father Flanagan's Boys' Home.

Burke, W.H. (1978). **Responsibility Charting in Human Services.** Highland, New York: New York State Division for Youth.

**Referred Presentations:**

**Neuroanatomical Correlates of Behavior in Brain Injury Survivors.** International Association for Behavior Analysis, 20th Annual Convention, Atlanta, GA, 1994.

**Social Networks and Social Competence.** International Association for Behavior Analysis, 20th Annual Convention, Atlanta, GA, 1994.

**Treating Non-compliance.** International Association for Behavior Analysis, 20th Annual Convention, Atlanta, GA 1994.

**Assessing and Facilitating Community Integration in Persons with Disabilities.** Florida Association for Behavior Analysis. Ft. Lauderdale, 1993.



**Integrating Individuals with Traumatic Brain Injury and Behavior Problems in the Community.** Florida Association for Behavior Analysis, Ft. Lauderdale, 1993.

**Managing Sexual Disorders in TBI Clients.** Head Injury Frontiers 1990. The National Head Injury Foundation, 9th Annual National Symposium, New Orleans, 1990.

**Improving Executive Function Disorders in Brain Injured Clients.** Head Injury Frontiers 1990. The National Head Injury Foundation, 9th Annual Symposium, New Orleans, 1990.

**Rehabilitation of Adolescents with TBI.** Head Injury Frontiers 1990. The National Head Injury Foundation, 9th Annual National Symposium, New Orleans, 1990.

**Managing Sexual Disorders in Clients with Head Injury.** National Head Injury Foundation, 8th Annual National Symposium, Chicago, 1989.

**Teaching Prosocial Behaviors to TBI Survivors.** National Head Injury Foundation, 8th Annual National Symposium, Chicago, 1989.

**Treatment of Physically Aggressive TBI Clients.** National Head Injury Foundation, 8th Annual National Symposium, Chicago, 1989.

**Treatment of Sexual Dysfunction Following Traumatic Brain Injury.** International Association for Behavior Analysis, 15th Annual Convention, Milwaukee, WI, 1989.

**Antecedent Control in the Treatment of Traumatic Brain Injury.** International Association for Behavior Analysis, 15th Annual Convention, Milwaukee, WI, 1989.

**Behavior Analysis Methods in Head Injury Rehabilitation.** Association for Behavior Analysis, 14th Annual Convention, Philadelphia, PA, 1988.

**Rehabilitation Methods to Improve Executive Functioning.** 3rd Annual Symposium on Advances in Head Injury Rehabilitation, Dallas, TX, 1988.

**Supported Employment with Head Injured Clients.** 3rd Annual Symposium on Advances in Head Injury Rehabilitation, Dallas, TX, 1988.

**A Positive Approach to the Treatment of Aggressive Brain Injured Clients.** 4th National Traumatic Brain Injury Symposium, Baltimore, MD, 1988; Association for Behavior Analysis, 14th Annual Convention, Philadelphia, PA, 1988.

**Differences in Sizes of Social Networks Among Disability Types and Ages.** National Head Injury Foundation 6th Annual Symposium, San Diego, CA, 1987.

**Teaching Socially Appropriate Behavior to Eliminate Hoarding in a Brain Injured Client.** Berkshire Conference on Behavior Analysis and Therapy, Amherst, MA, 1987.

**A Reinforcement Approach to the Treatment of Physically Aggressive Brain Injured Clients.** Berkshire Conference on Behavior Analysis and Therapy, Amherst, MA, 1987.

**Behavioral Treatment of Traumatic Brain Injury: A Symposium.** Association for Behavior Analysis, 13th Annual Convention, Nashville, TN, 1987.

**Management of Maladaptive Behavior in a Brain Injured Adult.** Association for Behavior Analysis, 13th Annual Convention, Nashville, TN, 1987.

**Management of Maladaptive Behavior in a Brain Injured Adult.** Association for Behavior Analysis, 13th Annual Convention, Nashville, TN, 1987.

**Applied Behavior Analysis: Behavior Management in Residential Settings.** 2nd Annual Symposium on Advances in Head Injury Rehabilitation. Dallas, TX, 1987.

**Cognitive Rehabilitation: Issues and Answers.** 2nd Annual Symposium on Advances in Head Injury Rehabilitation. Dallas, TX, 1987.

**Behavior Management of Agitated and Aggressive Patients.** 2nd Annual Symposium on Advances in Head Injury Rehabilitation, Dallas, TX, 1987.

**Vocational Programs and Approaches in Head Injury Rehabilitation.** New York State Head Injury Association, 4th Annual Conference, Syracuse, NY, 1986.

**Drugs and Alcohol and the Head Injured Survivor.** New York State Head Injury Association, 4th Annual Conference, Syracuse, NY, 1986.

**Evaluating Client Progress and Outcome: Behavior Analysis Research Designs.** Head Trauma: From Injury to Independence Seminar, Kansas City Rehabilitation Institute, Kansas City, Missouri, 1985.

**Applied Behavior Analysis Techniques to Manage Agitated and Aggressive Behavior.** Head Trauma: From Injury to Independence Seminar, Kansas City Rehabilitation Institute, Kansas City, Missouri, 1985.

**The Role of Evaluation in the Refinement and Dissemination of a Model Treatment Program.** Florida Association for Behavior Analysis 4th Annual Meeting, Orlando, Florida, 1984.

**Teaching Parents to Teach Children.** National Teaching Family Association 5th Annual Conference, Omaha, Nebraska, 1982.

**Managing Performance Improvement: Applied Behavior Analysis Strategies.** National Teaching Family Association 5th Annual Conference, Omaha, Nebraska, 1982.

**Time Management.** National Teaching Family Association 4th Annual Conference, Ashville, North Carolina, 1981

**Developing Community Based Group Homes: Variables Critical to Success.** National Teaching Family Association 4th Annual Conference, Ashville, North Carolina, 1981.

**Managing Your Assistant: A Leadership Strategy for Teaching Parents.** Teaching Family Association 3rd Annual Conference, Kansas City, Missouri, 1980.
National

**Invited Presentations:**

**The Life Care Plan: A Method of Estimating Damages.** New Hampshire Trial Lawyers Association, Manchester, NH 2002

**Evaluation and Defense of the Life Care Plan.** The Forensic Network, Key West, FL 1999; Las Vegas, NV 2000; Jackson Hole, WY 2001; New Orleans, LA 2002

**Handling Psychological and Neuropsychological Injury Claims.** Insurance/Defense Network, Atlanta, GA 1998.

**Managing the Neurologic Injury Claim.** Annual Conference on Emotional and Psychological Injury Claims. The Insurance/Defense Network, Lake Tahoe, NV 1998

**Achieving Rehabilitation Goals.** Facing the Challenges of Traumatic Brain Injury. Florida Brain Injury Association. Tallahassee, FL 1998.

**Back and Knee Injuries.** American Contractors Insurance Group Safety and Claims Management Workshop. New Orleans, LA 1997.

**Management of Complex Injury Claims.** 17th Annual National Workers Compensation and Occupational Medicine Seminar. Hyannis, MA, 1997.

**Evaluation of Pediatric Brain Injury and the Brain Damaged Baby.** Medical Malpractice and Catastrophic Damages Conference. Chicago, IL, San Diego, CA, 1996.

**Estimating Damages in Brain Injury Litigation.** Traumatic Brain Injury: A Plaintiff and Defendant's Perspective. Atlanta 1996.

**The Forensic Analysis of Costs in Head Injury Claims.** Insurance/Defense Network, Las Vegas, NV, 1995; Hilton Head, SC, 1996.

**Claims Analysis and Defense of Organic Brain Syndrome and the Brain Injury Claim.** Defense of Damages Conference & Seminar; Insurance/Defense Network, Atlanta, GA, Dallas, TX, 1995; Breckenridge, CO, 1996.

**Analysis and Defense of Pediatric Brain Injury and the Brain Damaged Baby.** Defense of Damages Conference & Seminar; Insurance/Defense Network, Atlanta, GA, Dallas, TX, 1995.

**Facing the Challenges of Traumatic Brain Injury.** Florida Head Injury Association, Panama City; Ft. Myers, 1995.

**Vocational Rehabilitation after Minor Brain Injury.** Minor Head Trauma. Annual West Virginia Head Injury Association



Conference, Charleston, WV, 1993.

**Case Management and Cost Containment in Brain Injury.** Managing Traumatic Brain Injury. United Health Care Corp., Minneapolis, MN, 1993.

**Rehabilitation after Brain Injury.** Southeastern Neuroscience Nursing Symposium. Tampa, 1993

**Cost Containment and Brain Injury Rehabilitation.** Tampa, Miami, Jacksonville,Chicago, Minneapolis, 1993.

**Cost Containment and the Brain Injury Claim.** Florida Institute for Neurologic Rehabilitation Seminar. Orlando, FL, 1992.

**Cost Containment in Neurologic Rehabilitation: A Triage Approach.** Cost Analogies for Post Acute Care. New Orleans, LA, 1992.

**The Future of Neurologic Rehabilitation: Breaking Down the Barriers.** The 2nd Annual Neurobehavioral Management Seminar. Philadelphia, Seattle, Boston, 1992.

**Cost Containment in Brain Injury Rehabilitation.** The Travelers Companies, Hartford, CT, 1992.

**Analysis and Defense of Catastrophic Injury Claims in Head and Spinal Injury.** Defense of Damages Conference and Seminars. The Insurance/Defense Network. Hilton Head, SC, Las Vegas, NV, 1992.

**Analysis and Defense of Brain Injury Claims.** Defense of Damages Conference and Seminars. The Insurance/Defense Network. Hilton Head, SC, Las Vegas, NV, 1992.

**Treatment of the Cognitive and Behavioral Consequences of Traumatic Brain Injury Rehabilitation in Hawaii: Gaining Momentum.** Rehabilitation Association of Hawaii and Hawaii Rehab Counseling Association Annual Conference, 1991.

**Pediatric Brain Injury: Looking to the Future.** Taking Steps Toward Recovery: A Seminar on Neurologic Interventions for Children, Adolescents and Young Adults. Milwaukee; Memphis; Garden City, L.I.; Apple Valley, CA, 1991.

**Estimating Damages in Brain Injury Cases.** Litigating the Brain Injury Case. Los Angeles, CA, 1991.

**Head Injury Rehabilitation Today and Directions for the Future.** Keynote address. Arkansas Head Injury Conference, Little Rock, AR, 1991.

**A Theoretical Overview of Neurobehavioral Rehabilitation.** Examining Brain Injury, Sayre, PA, 1991.

Treating the Aggressive Brain Injured Patient. Examining Brain Injury, Sayre, PA, 1991.

**Outcomes of Head Injury Rehabilitation and Directions for the Future.** Keynote Address. Arkansas Head Injury Foundation 3rd Annual Conference. Little Rock, AR, 1991.

**Rehabilitation and Life Long Planning following Traumatic Brain Injury.** Psychology and the Law Conference. Corpus Christi, TX, 1991.

**Life Care Planning as a Method to Estimate Damages in Brain Injury Cases.** North Carolina Trial Lawyers Association Conference, Raleigh, 1990; Tennessee Trial Lawyers Association Conference, Nashville, TN, 1991.

**Neurobehavioral Rehabilitation in Moving Forward Through Change.** 6th National Traumatic Brain Injury Symposium: Decade of the Brain, Baltimore, Maryland, 1991.

**Long Term Outcome Following Pediatric Head Trauma.** The 2nd National Conference on Pediatric Neurotrauma, New York City, 1990.

**Beyond Acute Care: Applied Research and Outcomes.** Treatment Strategies in Head Injury Rehabilitation, Portland, Maine, 1990.

**Advances in Head Injury Treatment: Changing the Outcome.** Head Injury in the 1990's. The Insight Seminar, Toronto, 1990.

**The Efficacy of Neurobehavioral Rehabilitation.** 1989 Kentucky Head Injury Association Conference. Lexington, Kentucky, 1989.

**Outcome Research in Traumatic Brain Injury Rehabilitation.** The 4th Annual New Mexico Head Injury Foundation Conference. Albuquerque, NM, 1989.



**The Efficacy of Neurobehavioral Rehabilitation.** Traumatic Brain Injury: Trends in Rehabilitation. St. Mary's Regional Medical Center Neuro-Rehabilitation Symposium. Reno, Nevada, 1989.

**Behavior: Day to Day Management.** Closed Head Injury. A Continuum of Care Approach. Dartmouth College, Hanover, NH, 1989.

**Establishing Long Term Behavior Management Programs.** Closed Head Injury: A Continuum of Care Approach. Dartmouth College, Hanover, NH, 1989.

**A Model for Behavior Management.** Closed Head Injury: A Continuum of Care Approach. Dartmouth College, Hanover, NH, 1989.

**Rehabilitation Needs: Life Care Planning.** North Carolina Academy of Trial Lawyers. Head Injury Seminar, Raleigh, N.C., 1989.

**Neurorehabilitation.** The National Conference on Pediatric Neurotrauma, Chicago, Illinois, 1988.

**The Use of Antecedent Control to Improve Memory in Brain-Injured Clients.** 22nd Annual AABT Convention, New York, NY, 1988.

**Issues in Behavioral Rehabilitation.** Long Island Head Injury Awareness Day. Garden City, Long Island, 1988.

**Behavior Management Strategies for Teaching Motivation and Insight.** New Hampshire Head Injury Foundation, 2nd Annual Professional Conference, Durham, NH, 1987.

**Management Strategies for the Socially Inappropriate and Aggressive Patient.** New Hampshire Head Injury Foundation, 2nd Annual Professional Conference, Durham, NH, 1987.

**Residual Cognitive and Behavioral Deficits following Traumatic Brain Injury: Intervention Strategies for Professionals and Families.** Keynote Address, New Jersey Head Injury Association, 5th Annual Seminar, Metuchen, New Jersey, 1986.

**Traumatic Brain Injury: Residual Cognitive Deficits and Strategies for Rehabilitation.** Hot Springs Rehabilitation Center, Hot Springs, Arkansas, 1985.

**Community Re-Entry Training for the Head Injured: A Focus on Cognitive, Vocational and Psycho-social Needs.** The Counsel for Exceptional Children Annual Conference, Hot Springs, Arkansas, 1985.

**Rehabilitation of the Traumatically Brain Injured.** Crawford Rehabilitation Seminar, Mobile, Alabama, 1985.

**Cognitive and Behavioral Programming in Head Injury Rehabilitation.** North Texas Head Injury Foundation, Fort Worth, Texas, 1985.

**Traumatic Brain Injury: Roads to Recovery.** The New Medico Head Injury System Seminar, Cleveland, Columbus, Cincinnati, Philadelphia, 1985.

**Neurobehavioral Management of the Head Injured Individual.** Mid-South Head Injury Foundation, Memphis, Tennessee, 1985.

**Residential Post-Acute Rehabilitation of Closed Head Injury.** Kansas Head Injury Association, Kansas City, Missouri, 1985.

**Application of Behavior Analysis Procedures in the Rehabilitation of Traumatic Brain Injury.** International Rehabilitation Association, Little Rock, Arkansas, 1985.

**The Teaching Family Model: Applying Behavior Analysis to Residential Treatment.** Florida Mental Health Institute Conference on Residential Treatment, Tampa, Florida, 1984.

**A Practical Approach to Effective Management.** Southern Regional Training Conference, Child Welfare League of America, New Orleans, Louisiana, 1983.

**Management for the 80's: Maximizing Human Resources.** Workshop presented to Department of Youth Care, Boys Town, Nebraska (1981, 1982); State of New Jersey Division of Children and Family Services, Trenton, New Jersey (1981); Institute for Behavior Research, Washington, D.C. (1982).

**Human Service Management for the 80's.** College of St. Mary Spring Symposium, Omaha, Nebraska, 1981.

**Training Human Service Generalists.** Fordham University Social Work Symposium, New York, New York, 1978.

**Alternatives to Institutionalizing Delinquent Youth.** University of Michigan School of Social Work Summer Symposium, 1975.



**Professional Affiliations:**

**American Psychological Association**

**American Counseling Association**

**American Rehabilitation Counseling Association**

**American Chronic Pain Association**

**American Academy of Pain Management**

**Brain Injury Association**

**Brain Injury Association of Florida**

**Brain Injury Association of New Hampshire**

**Individual Case Management Association**

**National Association of Rehabilitation Professionals in the Private Sector**

**National Rehabilitation Association**

**National Spinal Cord Injury Association**

**Case Management Society of America**

**Amputee Coalition of America**

*REV: 1/28/03*

^click here to go back to top

Copyright 2002 | All rights reserved | William H. Burke, PhD

# TRIAL TESTIMONY

| CASE | ATTORNEY | DATE | CITY/STATE |
|------|----------|------|------------|
| G. Taks | Lauren Handler | 1/8/03 | Morristown, NJ |
| J. Clark | Brian Rekofke | 1/29/03 | Spokane, WA |
| M. Podsedly | Michael Appel | 2/10/03 | Boston, MA |
| W. Hopper | Francis Young | 2/21/03 | White Plains, NY |
| M. Stymest | Deborah Santello | 3/4/03 | Lowell, MA |
| G. Fields | Kathy Dougherty | 3/26/03 | Columbus, OH |
| J. Hourihan | Arthur Siegel | 6/19/03 | Cooperstown, NY |
| M. Francis | Mark Morrisette | 11/18/03 | Concord, NH |
| L. Rutherford | Kathy Dougherty | 5/6/04 | Columbus, OH |
| I. Swenson | Joseph Wadland | 5/10/04 | Boston, MA |
| C. Thorndike | Stephen Wade | 5/12/04 | Bangor, ME |
| B. Hall | Steven Latici | 5/20/04 | N. Haverhill, NH |
| D. Brooks | Ernest Alvino | 6/1/04 | Woodbury, NJ |
| D. Lomon | Daniel Deutsch | 9/20/04 | Cambridge, MA |
| P. McCrone | Kevin Leach | 11/12/04 | Dover, NH |
| M. Marvel | Les Palmer | 2/23/05 | Fort Worth, TX |
| H. Choi | Paul Leavis | 3/7/05 | Boston, MA |
| J. Kroft | Michael Mackey | 3/11/05 | Albany, NY |
| M. Burr | Kenneth Blumenthal | 4/6/05 | Columbus, OH |
| T. Peters-Thill | Kenneth Blumenthal | 5/17/05 | Columbus, OH |
| M. Sturman | John E. Hart | 7/13/05 | Portland, OR |
| S. Crisp | Arden Curry | 9/22/05 | Charleston, WV |
| B. Falconer | Carolyn Latti | 11/9/05 | Bangor, ME |
| N. Pelletier | Joseph Burns | 12/1/05 | Waterbury, CT |
| H. Bergeron | Richard Fradette | 12/12/05 | Concord, NH |
| N. Tejada | James Lynch | 1/27/06 | Newark, NJ |
| O. Quinn | Gregory Mills | 3/3/06 | Albany, NY |
| P. Abrams | John Vincent | 3/16/06 | Mt. Vernon, OH |
| K. Nielson | Cory Meyer | 4/6/06 | Chicago, IL |
| D. Krock | Jeffrey Hensley | 8/17/06 | Palm Harbor, FL |
| V. Grenier | Thomas Craig | 8/23/06 | Manchester, NH |
| S. Shaw | Joseph McKittrick | 9/12/06 | Portsmouth, NH |
| T. Hawkins | Joseph King | 9/27/06 | Atlanta, GA |
| L. MacDonald | Erik Simenson | 10/27/06 | Brentwood, NH |
| O. Kipman | Pinchas Zeltzer | 11/15/06 | Haifa, Israel |
| J. Mendez | Jonathan Rice | 12/1/06 | Bronx, NY |
| D. Pool | James Lynch | 1/8/07 | Morristown, NJ |

## DEPOSITIONS

| CASE | ATTORNEY | DATE | CITY/STATE |
|------|----------|------|------------|
| D. Whaley | Christopher Kelly | 1/10/03 | Greenville, SC |
| T. Blake | Rex Smith | 1/13/03 | Atlanta, GA |
| N. LePage | Mary Kehoe | 1/27/03 | Burlington, VT |
| T. Higgins | Buddy Paul | 1/28/03 | Spokane, WA |
| J. Kelley | David Robinson | 2/7/03 | Fort Worth, TX |
| A. De Luna Magana | Steven Springer | 2/11/02 | Dallas, TX |
| G. Fields | Kathy Dougherty | 2/27/03 | Columbus, OH |
| H. Oldham | Michael Koffman | 3/13/03 | Boston, MA |
| R. McGuire | Kelly Puls | 3/17/03 | Ft. Worth, TX |
| D. Markle | Kathy Dougherty | 4/2/03 | Columbus, OH |
| C. McCray | Mark Prost | 4/8/03 | St. Louis, Missouri |
| E. Bush | Judson Graves | 4/18/03 | Atlanta, GA |
| G. Thacker | Thomas Carlock | 4/21/03 | Atlanta, GA |
| C. Peake | Kevin Dugan | 6/2/03 | Manchester, NH |
| C. Huh | Kathy Dougherty | 7/7/03 | Columbus, OH |
| D. Markle | Kathy Dougherty | 7/8/03 | Columbus, OH |
| W. Lupoli | James Boumil | 7/11/03 | Lowell, MA |
| J. Kidd | Mark Boyd | 7/15/03 | Ft. Lauderdale, FL |
| M. Simpson | Kevin Leach | 7/21/03 | Manchester, NH |
| H. Olivarez | Steve Gonzalez | 8/28/03 | McAllen, TX |
| H. Choi | Deborah Santello | 9/3/03 | Boston, MA |
| L. Scaggs | Jeff Beausay | 9/4/03 | Columbus, OH |
| J. Nicklis | Kathy Dougherty | 9/15/03 | Columbus, OH |
| K. Nielsen | Corey Meyer | 9/17/03 | Chicago, IL |
| R. Schifferns | Jerry Kirksey | 9/24/03 | Edmond, OK |
| T. Lewis | Chester Tennyson | 9/25/03 | Lincoln, ME |
| J. Dobson | Jeff Beausay | 9/26/03 | Columbus, OH |
| L. Rutherford | Kathy Dougherty | 10/8/03 | Columbus, OH |
| R. Hester | Douglas Suter | 10/28/03 | Columbus, OH |
| K. Sallette | John Richards | 11/3/03 | Ft. Lauderdale, FL |
| B. Hall | Steven Latici | 11/10/03 | Gilford, NH |
| S. Zatkulak | Marie Reilly | 11/11/03 | Philadelphia, PA |
| T. Thompson | Timothy Van Eman | 11/17/03 | Columbus, OH |
| P. Forrest | John Snyder | 12/203 | Philadelphia, PA |
| T. Zimmer | Daniel Glassman | 12/10/03 | Gainesville, FL |
| D. Burt | Randy Moore | 12/15/03 | Fort Worth, TX |
| B. Greenia | Steven Bredice | 1/12/04 | Essex Junction, VT |
| D. Watson | Paul Boyd | 2/19/04 | W. Palm Beach, FL |
| I. Swenson | Joseph Wadland | 3/8/04 | Boston, MA |
| H. Mendoza | Roy Spezia | 3/12/04 | Austin, TX |
| L. Saria | Michael Bee | 3/15/04 | Charleston, WV |
| K. Wallace | Dan McDonald | 4/15/04 | Fort Worth, TX |
| M. Salinas | William Garza | 4/29/04 | McAllen, TX |
| V. Spencer | David Heinlein | 5/18/04 | Boston, MA |
| C. Baker | Kelly Puls | 6/16/04 | Fort Worth, TX |
| L. Campbell | Gerald Cook | 6/21/04 | Boston, MA |
| Y. Vasquez | Luis Martinez | 7/12/04 | Miami, FL |
| K. Walker | Victoria Davis | 7/23/04 | Atlanta, GA |
| P. McGhee | Michael Bee | 8/16/04 | Charleston, WV |
| L. Culleiton | Michael Bee | 8/16/04 | Charleston, WV |
| C. Verner | John Hart | 8/23/04 | Fort Worth, TX |





| M. Marvel | Les Palmer | 8/27/04 | Waco, TX |
|---|---|---|---|
| M. Elswick | Arden Curry | 9/13/04 | Charleston, WV |
| D. Fried | James King | 10/5/04 | Spokane, WA |
| P. McCrone | Kevin Leach | 10/7/04 | Manchester, NH |
| U. Labossiere | Hubert McGinley | 10/12/04 | W. Palm Beach, FL |
| L. Devoe | James King | 10/13/04 | Spokane, WA |
| R. Davilla-Torres | Henry Vazquez | 11/13/04 | San Juan, PR |
| D. Zegunis | Jeffry Spears | 12/10/04 | Rockford, IL |
| E. Marzan | Henry Vazquez | 1/22/05 | South Beach, FL |
| C. Reeves | Mark Hall | 2/1/05 | Burlington, VT |
| B. Wood-Lewis | William Leckerling | 2/4/05 | Burlington, VT |
| L. Doherty | Kenneth Brown | 2/28/05 | Manchester, NH |
| J. Spencer | Stephen Wade | 3/25/05 | Auburn, ME |
| B. Manning | Alan Cantor | 4/14/05 | Boston, MA |
| C. Segretario | Stephen Wade | 4/15/05 | Auburn, ME |
| R. Berwanger | Elgine McArdle | 4/19/05 | Morgantown, WV |
| E. Meyer | Eric Gibbs | 4/27/05 | Orlando, FL |
| T. Harris | Brian Kilbane | 5/5/05 | Grand Rapids, MI |
| J. Davis | Michael Rourke | 5/16/05 | Columbus, OH |
| S. Bohlin | Steven Lewis | 6/1/05 | Washington, DC |
| M. Landman | John Richards | 6/2/05 | Ft. Lauderdale, FL |
| D. Mayberry | Robert Dellecker | 6/9/05 | W. Palm Beach, FL |
| S. Pouliot | Karen Wolf | 6/14/05 | New Haven, CT |
| K. Dukes | Bruce Ferriel | 9/6/05 | Elizabethtown, KY |
| R. Young | John Hart | 10/3/05 | Fort Worth, TX |
| N. Tejada | James Lynch | 10/14/05 | Paramus, NJ |
| L. Desclos | Kevin Leach | 10/17/05 | Manchester, NH |
| C. Laag | Paul Bradley | 10/18/05 | Wilmington, DE |
| F. Omar | Dimaris Martinez | 10/19/05 | San Juan, PR |
| N. Pelletier | Joseph Burns | 11/4/05 | Hartford, CT |
| D. Mayberry | Robert Dellecker | 11/17/05 | W. Palm Beach, FL |
| V. Saladino | Kevin McAndrew | 12/21/05 | Woodbury, NY |
| C. Maitre | Aaron Levine | 1/5/06 | Washington, DC |
| M. Neville | Thomas Craig | 1/12/06 | Manchester, NH |
| L. Lapensee | Francis Morrison | 1/18/06 | Boston, MA |
| R. Bonhomme | Mark Boyd | 2/7/06 | West Palm Beach, FL |
| T. Tomson | Kenneth Blumenthal | 2/17/06 | Columbus, OH |
| S. Groppenbacher | Mark Shoemaker | 2/23/06 | Woodbury, NJ |
| H. Ellis | Jon Uman | 2/23/06 | Gainesville, FL |
| J. Miller | Michael Rourke | 2/24/06 | Columbus, OH |
| D. Cosmillo | Nancy LaVista | 2/28/06 | West Palm Beach, FL |
| M. Harlow | Amy Larson | 3/14/06 | Troy, Michigan |
| G. Arbelo | Andrew Bray | 3/23/06 | Fort Lauderdale, FL |
| M. Neville | Thomas Craig | 3/29/06 | Manchester, NH |
| J. Benoit | Laura Johnston | 4/11/06 | Reston, VA |
| F. Howard | Robert Miller | 4/26/06 | Columbus, OH |
| R. Rice | William Cade | 5/4/06 | Albany, NY |
| B. Shaw | Sumner Lipman | 5/15/06 | Bangor, ME |
| B. & S. Manos | Patrick Koenen | 5/16/06 | Appleton, WI |
| J. Dow | Thomas Fay | 6/22/06 | Boston, MA |
| A. Johnson | David Gottesman | 7/18/06 | Nashua, NH |
| T. Hawkins | Joseph King | 7/26/06 | Atlanta, GA |
| J. McKinley | Greg Brunton | 8/22/06 | Columbus, OH |
| P. Mace | Sumner Lipman | 8/25/06 | Augusta, ME |
| C. Shippy | Michael Bee | 8/31/06 | Charleston, W.VA |
| J. Tayler | Bernard Van Ogtrop | 9/11/06 | Wilmington, DE |
| O. Johnigan | Alan Brown | 9/21/06 | Tyler, TX |

| P. Riggs | Robert Bonsignore | 11/21/06 | Boston, MA |
| J. Pinkham | Sumner Lipman | 11/27/06 | Augusta, ME |
| A. Rubenacker | Robert Larsen | 11/28/06 | Chicago, IL |
| M. Bazzell | Bill T. Walker | 12/8/06 | Granite City, IL |
| J. Stanley | Robert Campbell | 12/21/06 | Charleston, WV |



## FEE SCHEDULE

LIFE CARE PLANNING ............................................................$300 per hour

The Life Care Plan provides a comprehensive and detailed outline of future needs and services as well as the frequency, duration and costs over the patients lifetime.

CASE ANALYSIS .......................................................................$300 per hour

Case analysis involves review of medical, rehabilitation, psychological, educational and employment records to determine the extent of disability, identify pre-existing conditions and recommend additional evaluations and further rehabilitation. In addition, analysis of other experts' Life Care Plans can be conducted.

LOST EARNING CAPACITY ANALYSIS .................................$300 per hour

Evaluation of Labor Market Access and future earning capacity is conducted utilizing transferable work skills analysis. Occupations available to the disabled person and annual wages are outlined.

CONSULTATION ....................................................................... $300 per hour

DEPOSITION & TESTIMONY TIME: ................................... $350 per hour (min. 4 hrs)

RETAINER FOR SERVICES ............................................$3,500

*RETAINER FOR DEPOSITION/TESTIMONY.............. $350 per hour (min. 4 hrs)
                                                                          plus expenses

*Retainer will be refunded in full if we are notified 10 working days in advance that scheduled testimony has been canceled or must be rescheduled.

Fees are subject to change with 30 days notice

Revised 4/18/06

79