# EXHIBIT 6



DAVID R. KNOWLES, Ph.D.

*Economist*

3302 Fuhrman Avenue East, Suite 111 • Seattle, WA 98102
Phone (206) 860-9477 • Fax (206) 323-3952

January 18, 2007

Brian T. Rekofke
Witherspoon, Kelley,
 Davenport & Toole
Attorneys & Counselors
1100 U.S. Bank Building
422 West Riverside
Spokane, kWA  99201-0302

    Re: Waite v. LDS Church

Dear Mr. Rekofke:

You have asked me to review my file for the purpose of ascertaining the possible economic loss sustained to Thomas Waite. I have reviewed plaintiff's expert reports (John Hunter, Dr. Duane Green, Dr. William Burkhart, Tony Choppa, and Dan Harper). I have also reviewed Dr. William Burke's report authored on January 17, 2007.

My analysis will assume the vocational and life care assumptions opined by Dr. Burke.

My observations and conclusions are the following:

- Based on Mr. Burke's vocational assumptions, my analysis does not include an earning loss calculation (note page 6 of his report);

- Mr. Burke's life care plan identifies an annual care cost of $858 to $916;

- According to U.S. National Center for Health Statistics, Mr. Waite's current life expectancy is 53.2 years;

- Present value calculations must account for the time value of money. Receiving income earlier than would normally be the case has economic value because the early money can be invested and generate additional income. Simultaneously, the identified future income stream must often be adjusted to account for annual expected growth (for instance, earnings received in the future would normally increase because of the impact of productivity gains and normal inflationary pressure).

$8 \setminus$

Brian Rekofke
Waite Matter
January 18, 2007
Page 2 of 3

Present value calculations can account for both phenomena (yields on early money received and expected future annual growth in the income stream) by examining the relationship between the expected future rate of return from investing a sum of money (the discount rate) and the future expected annual growth in the income stream that is being estimated.
The net discount for present value calculations is equal to the future expected annual yields for a conservative investment minus the future expected annual growth in the income stream.

Present value calculations are generated using a 2.00 net discount. This is based on researching the relationship between average annual yields in conservative investments versus the annual growth rate of earnings. Specifically, the net discount conclusion is first based on examining the yields on three-year government bonds from 1953 to the present. This average annual yield is equal to 6.2 percent.

This financial instrument was selected because it represents a conservative investment for an intermediate time period. This is an appropriate instrument for present value calculations that have a definitive time period (intermediate to long-term).

This yield figure is compared to the annual growth in weekly earnings in the United States from 1953 to the present. This index represents the typical growth in annual wages. It controls for the different levels of hourly work generated by the average worker in the United States. During this time period, earnings changed an average of 4.11 percent per year;

Based on the above information, the present value of Mr. Waite's life care plan is equal to the following range **$27,948 to $29,836**.

You have requested that I offer my observations on Mr. Harpers economic loss estimate. At this point I am unaware of how Mr. Harper determined his wage growth rates or his discount rate. The absolute numbers he uses for his present value calculation look inappropriate (for the majority of his earnings calculations, Mr. Harper uses a negative net discount rate-an unusual conclusion for present value calculations).

I also disagree with Mr Choppa assuming Mr. Waite would have become an engineer. Having an uncle that is an engineer is not a proper foundation for assuming Mr. Waite would have gone to college and graduated as an engineer (engineering curriculum is especially challenging and requires an academic prowess that may not have been apparent with Mr. Waite's past school endeavors).

If you have any questions with regard to my analysis, please contact my office.



Brian Rekofke
Waite Matter
January 18, 2007
Page 3 of 3

Sincerely,

David R. Knowles, Ph.D.



## DAVID R. KNOWLES, Ph.D.
3302 Fuhrman Ave. East, Suite 111
Seattle, WA 98102
206/860-9477

### VITA

## Education

| | |
|---|---|
| Ph.D., Economics | Washington State University, August 1978 |
| B.A., Economics | Washington State University, June 1973 |
| B.A., Political Science | Washington State University, June 1969 |

Dissertation Topic:    Evaluating the Impact of Federal Counter-Recessional Job Creation Programs within the State of Washington: A Case Study of the Jobs and Unemployment Assistance Act of 1974.

## Fields of Interest    Labor Economics, Industrial Organization, Managerial Economics

## Professional Organizations

American Economic Association
Western Economic Association
Industrial Relations Research Association
Seattle Economics Club

## Experience

1979 to Present    Consulting Economist

Analyzing economic issues in the legal, labor and business environment.

Present    Adjunct Professor of Economics, Albers School of Business, Seattle University

1978 to 1994    Associate Professor of Economics, Albers School of Business, Seattle University

In addition to teaching principles courses to the undergraduates and managerial economics to the MBA students, I teach a labor economics course and a graduate seminar on contemporary labor-management issues.

9/81 to 12/85    Research Associate for Westat Research Corp., Washington, D.C.

This project was a research activity funded by the Department of Labor for examining the impact of the New Job Training Partnership Act.

4/81 to 8/81    Research Associate for the Woodrow Wilson School of Public and International Affairs, Princeton University

This Project involved examining the fiscal impact of the Department of Labor's Public Service Employment Program.

9/79 to 9/80    Investigator, Institute of Public Service, Seattle University

I was responsible for developing a cost/benefit model for the State of Washington's on-going Consolidated Employment and Training Project. The



David R. Knowles, Ph.D.
Page 2

> project's major task was to centralize the City of Tacoma's E.S., WIN and CETA activities under one administrative agency.

## Experience, cont.

9/77 to 9/78
Economist for the Antitrust Division, Department of Justice, Chicago Regional Office

I was responsible for advising a staff of 20 attorneys on economic matters relating to their antitrust activities. The work entailed practical application of microeconomic and industrial organization theory to actual corporate memorandums recommending specific action on prospective mergers and existing criminal conspiracy trials.

## Conference Papers, Presentations and Publications

"Estimating Cost of Care and Economic Loss in Brain Injury" in Forensic Neuropsychology, with Margaret A. West

"The Tacoma, Washington, ACARCO Cooper Smelter Dislocated Worker Project" in Worker Dislocation: Case Studies of Causes and Cures, edited by Robert F. Cook. W.E. Upjohn Institute for Employment Research, Kalamazoo, Michigan

"The Implementation of J.T.P.A. in the State of Washington," to a Department of Labor sponsored conference on the New Job Training Partnership Act

"Identifying Comparable Cities for Public Sector Arbitration" to Washington State Council of Firefighters Spring Seminar, Richland, Washington

"Critiquing Economic Analysis Used in Legal Environments" in Defense Council Report

"The Accumulated Savings Approach in Survival Actions" in Defense Council Report

Invited participant, National Bureau of Economic Research on the Economics of Trade Unions, Cambridge, Massachusetts

"Using Work Stoppage as a Viable Collective Bargaining Tool in the Public Sector" for Western Economic Association, Los Angeles

"The Economics of Wage Comparability" for International Personnel Management Association, Seattle, Washington

Moderator, Albers Business Forum, Seattle University, 1980 - 1985

"The Market and Government Sponsored Enterprise: A Case Study," with Philip R. P. Coelho in Explorations in the New Economic History, Academic Press

Moderator, "Economic Forecast of Puget Sound" for 1981 Collective Bargaining Labor Management Institute

A Design for Evaluating the Effects of Consolidating Employment and Training Resources in Tacoma, Washington with William Blanchard, United State Department of Labor Grant # 31-53-78-02

"Occupational Outlook for the 1980's" for the National Association of Rehabilitation, Louisville, Kentucky



David R. Knowles, Ph.D.
Page 3
Panelist, "Stages of Faculty Collective Bargaining," the Northwest Region of the College and University Personnel Association, Seattle, Washington

## Conference Papers, Presentations and Publications, cont.

"Responsible Collective Bargaining in Today's Economic Environment" for 1980 Collective Bargaining Labor-Management Institute, Edgewater Inn, Seattle Washington

"PSE in Washington: An Impact Analysis," Executive Development Seminar, Seattle University

"Job Creation Programs as Effective Counter-Recessional Tools," Western Economic Meetings

"Impact of Energy Alternatives on Puget Sound Employment" commissioned paper for Seattle METRO Center YMCA, by HEW Environment and Education Grant

"Developing A Manpower Program Supply System for the State of Washington" with V. Lane Rawlings, Institute for Manpower Studies Workshop, Oregon State University

"The Market and Government-Sponsored Enterprise: A Case Study" with Philip R.P. Coelho, Western Economic Meeting

"Long-Run Alternatives in Employment Development and Training," Washington State University

## Awards and Activities

Member, Washington State University College of Business & Economics Board of Advisors

Recipient, Professor of the Year Award, (Seattle University's MBA Association)

Recipient of Seattle University's Summer Fellowship Award

Chairperson, Albers School of Business Curriculum Committee

Faculty Representative for Alpha Kappa Psi, Business Service Fraternity

Member, Industrial Relations Research Association, Steering Committee

Member, Seattle University's Academic Council

Member, Seattle University's Academic Planning Committee

Member, Seattle University's Ad Hoc Committee on Productivity

Member, Balance of State Planning Advisory Council

Designated Alternate on Washington State's Employment Service Council

Chairperson, Albers School of Business Forum Selection Committee, 1980-1985

Member, Albers School of Business Library Committee



David R. Knowles, Ph.D.
Page 4

Member, Albers School of Business Curriculum Committee

Omicron Delta Epsilon (National Economic Honorary)

87

**DAVID R. KNOWLES, Ph.D.**
**DEPOSITION AND TRIAL TESTIMONY**
**JANUARY 2002 THROUGH MARCH 2006**
**Page 1 of 12**

| Case Name | Invoice Billing | Testimony |
|---|---|---|
| Meher v. Goodyear Tire, et al | George Kargianis<br>2025 1st Ave., Suite A<br>Seattle, WA 98121 | Deposition Testimony |
| Strakos v. Home Depot | Janet Rice<br>Attorney at Law | Deposition Testimony |
| Beffert v. Union Pacific Railroad Company | Andrew Weisbecker<br>701 5th Ave., Suite 4301<br>Seattle, WA 98104 | Deposition Testimony |
| Burkey v. Premier Chemicals, et al | Gary Cooper<br>PO Box 4229<br>Pocatello, ID 83205-4229 | Deposition Testimony |
| Osborn, et al v. State of Washington | Cynthia Morgan<br>5316 Orchard St. W.<br>Tacoma, WA 98467-3633 | Deposition Testimony |
| Poll v. Alaska Airlines | Jimmie L. Williams<br>Dombroff & Gilmore<br>1025 Thomas Jefferson St. NW, #300<br>Washington, DC 20007-5201 | Deposition Testimony |
| Michele Jones v. Group Health, et al | Eric L. Freise<br>108 S. Washington St., Suite 400<br>Seattle, WA 98104 | Trial Testimony |
| MacPherson v. Group Health Cooperative | Corrie Yackulic<br>810 3rd Ave., Suite 500<br>Seattle, WA 98104 | Deposition Testimony |
| Tricia Murphy v. AirTouch Paging, etla | Gregory Evans<br>Sansome St., Suite 400<br>San Francisco, CA 94111-3143 | Deposition Testimony |
| Kenneth Humes v. Fritz Companies, Inc. | David Kohles<br>7208 267th NW, Suite 103<br>Stanwood, WA 98292 | Deposition Testimony |
| Richard Roberts, et ux<br>v. AT&T Corp, et al | David Beninger<br>701 5th Ave., Suite 6700<br>Seattle, WA 98104 | Deposition Testimony |
| Randal Wilson v. Allied Grinders | Susan Stahlfeld<br>601 Union St., Suite 4400<br>Seattle, WA 98101 | Deposition Testimony |
| Mukunda E. Egen v. Hnz, et al | Michael R. Fendall<br>1000 SW Broadway<br>Portland, OR 97205 | Trial Testimony |



**DAVID R. KNOWLES, Ph.D.**
**DEPOSITION AND TRIAL TESTIMONY**
**JANUARY 2002 THROUGH MARCH 2006**
**Page 2 of 12**

| Case Name | Invoice Billing | Testimony |
|---|---|---|
| Tom Carpenter v. TCI Cablevision, et al | Steve Chance<br>119 N. Commercial St., Suite 275<br>Bellingham, WA 98225 | Deposition Testimony |
| Rick Carter v. American Honda | Benjamin Lance<br>Keller Rohrback<br>1201 3rd Ave., Suitei 3200<br>Seattle, WA 98101-3052 | Deposition Testimony |
| Clark Bellessa v. Union Pacific Railroad | Bill Waechter<br>2025 1st Ave., Penthouse Suite<br>Seattle, WA 98121 | Deposition Testimony |
| Kenneth Humes v. Fritz Companies, Inc. | Scott A. Samuelson<br>705 5th Ave., South, Suite 150<br>Seattle, WA 98104-4425 | Trial Testimony |
| No v. Schweizer Aircraft Company, et al | Edward Hemingway<br>675 S. Lane St., Suite 300<br>Seattle, WA 98104 | Deposition Testimony |
| Jeffrey Smith, et al v. State of Washington | John Kirschner, AAG<br>AG of Washington, Tort Claims<br>900 4th Ave., Suite 2200<br>Seattle, WA 98164-1012 | Trial Testimony |
| Raymond Brown Estate v. Big Trees | Boyd Wiley<br>317 S. Meridian<br>Puyallup, WA 98371 | Deposition Testimony |
| Strawn v. Farmers Insurance, et al | Michael Hoffman<br>Hoffman, Hart & Wagner<br>1000 SW Broadway<br>Portland, OR 97205 | Trial Testimony |
| Gausman v. Snohomish County PUD | Thomas Bierlein<br>5837 221st Pl SE<br>Issaquah, WA 98027 | Deposition Testimony |
| Gary Russell v. Fidelity & Casualty Ins. | Joseph Brusic<br>PO Box 88<br>Yakima, WA 98907 | Deposition Testimony |
| Terry B. Coon v. BOP Pressure Testers | John Stevenson<br>3700 Montrose Blvd.<br>Houston, TX 77006 | Deposition Testimony |
| Wright v. Fred Hutchinson | David Breskin<br>Short Cressman<br>999 3rd Ave., Suite 3000<br>Seattle, WA 98104-4088 | Deposition Testimony |



**DAVID R. KNOWLES, Ph.D.**
**DEPOSITION AND TRIAL TESTIMONY**
**JANUARY 2002 THROUGH MARCH 2006**
**Page 3 of 12**

| Case Name | Invoice Billing | Testimony |
|---|---|---|
| Jon Larson v. Prgressive Suspension, Inc | Martin Fox<br>2033 6th Ave., Suite 800<br>Seattle, WA 98121 | Deposition Testimony |
| Kathleen Gray v. MSDW<br>and Curt Hammond | Stephanie P. Berntsen<br>Schwabe, Williamson & Wyatt, PC<br>1420 5th Ave., Sutie 3010<br>Seattle, WA 98101-2393 | Trial Testimony |
| Wright v. Fred Hutchinson | Bill Leedom<br>1700 7th Ave., Suite 1900<br>Bennett Bigelow & Leedom<br>Seattle, WA 98104 | Trial Testimony |
| Mason v. Group Health, et al | Rebecca Ringer<br>Attorney at Law<br>505 Madison, Suite 300<br>Seattle, WA 98104 | Deposition Testimony |
| Blum v. Sumitomo Rubber<br>Industries, Ltd., et al | Phillip Arnold<br>Attorney at Law<br>2125 5th Ave.<br>Seattle, WA 98121 | Deposition Testimony |
| Cloud, et al v. Seattle Public School Dist. | Jeff Keane<br>Attorney at Law<br>14205 SE 36th St., Suite 325<br>Bellevue, WA 98006-1505 | Deposition Testimony |
| Havey v. Sear's Inc., et al | Charles Bragnham<br>Attorney at Law<br>3219 McKinney Ave.<br>Dallas, TX 75204-2472 | Deposition Testimony |
| Alison Young v. Ben Franklin Trust | Robert Manheimer<br>Attorney at Law<br>1501 4th Ave., Suite 1700<br>Seattle, WA 98101-3660 | Deposition Testimony |
| Gena M. Yousa v. Evergreen, et al | Trina Williams<br>McIntyre & Barns<br>1215 4th Ave., Suite 920<br>Seattle, WA 98161-1030 | Trial Testimony |
| Crisp v. Swank Enterprises, et al | Thomas V. Duleich<br>Schwabe, Williamson & Wyatt<br>1211 SW 5th Ave., Suites 1600-1900<br>Portland, OR 97204 | Trial Testimony |
| Downing v. Pro Insulation, et al | Terry Abeyta<br>Attorney at Law<br>1102 W. Yakima Ave.<br>Yakima, WA 98902-3029 | Deposition Testimony |



**DAVID R. KNOWLES, Ph.D.**
**DEPOSITION AND TRIAL TESTIMONY**
**JANUARY 2002 THROUGH MARCH 2006**
**Page 4 of 12**

| Case Name | Invoice Billing | Testimony |
|---|---|---|
| Keiter v. Dow, et al | Connie Elkins McKelvey<br>Hoffman, Hart & Wagner<br>1000 SW Broadway, 20th Floor<br>Portland, OR 97205 | Trial Testimony |
| Kelli Young v. Wolff, et al | Richard S. Lowell<br>Magnuson Lowell, PS<br>PO Box 98073-3037<br>Redmond, WA 98073-3037 | Trial Testimony |
| Angela Jaramillo v. Ford Motor Co. | Paul Whelan<br>Attorney at Law<br>200 2nd Ave. W.<br>Seattle, WA 98119 | Deposition Testimony |
| Zilko v. Golden Alaska Seafoods,<br>Inc. and Ocean Leader, Inc. | David Kohles<br>Attorney at Law<br>7208 267th NW, Suite 103<br>Stanwood, WA 98292 | Deposition Testimony |
| Anderson v. Vleck, MD., et al | Frank Morris<br>1601 Cooper Pt. Rd.<br>Olympia, WA 98502 | Deposition Testimony |
| Creech v. ACANDS, Inc., et al | David Stewart<br>Attorney at Law<br>621 SW Morrison St., Suite 950<br>Portland, OR 97205 | Deposition Testimony |
| Eoll v. Vertical Transportation<br>Services, Inc. | Thomas H. Fain<br>Fain, Sheldon, Anderson & VanDerhoef<br>999 3rd Ave., Suite 3610<br>Seattle, WA 98104-4038 | Trial Testimony |
| Becky Jones v. Advisory Board<br>of NW District and Church<br>of the Nazarene | George Telquist<br>Attorney at Law<br>3415 W. Falls Ave.<br>Kennewick, WA 99336 | Deposition Testimony |
| Zilko v. Golden Alaska Seafoods,<br>Inc. and Ocean Leader, Inc. | Donald P. Parinkovich<br>Le Gros Buchanan & Paul<br>701 5th Ave., Sutie 2500<br>Seattle, WA 98104-7051 | Trial Testimony |
| Creech v. ACANDS, Inc., et al | P. Arley Harrel<br>Williams, Kastner & Gibbs<br>PO Box 21926<br>Seattle, WA 98111-3926 | Trial Testimony |
| Bret A. Evans Matter | Ray Kahler<br>Attorney at Law<br>413 8th St.,<br>Hoquiam, WA 98550 | Deposition Testimony |



**DAVID R. KNOWLES, Ph.D.**
**DEPOSITION AND TRIAL TESTIMONY**
**JANUARY 2002 THROUGH MARCH 2006**
**Page 5 of 12**

| Case Name | Invoice Billing | Testimony |
|---|---|---|
| Higgins v. Intex Recreation Corp. | Roger Felice<br>1312 N. Monroe St.<br>Spokane, WA 99201 | Deposition Testimony |
| Higgins v. Intex Recreation Corp. | Irving Paul<br>Huppin, Ewing, Anderson & Paul<br>221 N. Wall St., Sutie 500<br>Spokane, WA 99201-0824 | Trial Testimony |
| Kimberly Kennedy, et al v.<br>Clark County, et al | John Connelly<br>Attorney at Law<br>1201 Pacific Ave., Suite 2200<br>Tacoma, WA 98401-1157 | Deposition Testimony |
| Grubb v. Columbia Capital,<br>Dr. Dickason, South Sound<br>Women's Center, et al | Scott T. Schauermann<br>Hoffman, Hart & Wagner<br>1000 SW Broadway<br>Portland, OR 97205 | Trial Testimony |
| Mehrer v. Goodyear Tire, et al | George Kargianis<br>Attorney at Law<br>2025 1st Ave., Suite A<br>Seattle, WA 98121 | Deposition Testimony |
| Stratakos v. Home Depot | Janet Rice | Deposition Testimony |
| Beffert v. Union Pacific Railroad | Andrew Weisbecker<br>Attorney at Law<br>701 5th Ave., Suite 4301<br>Seattle, WA 98104 | Deposition Testimony |
| Burkey v. Premier Chemicals, et al | Gary Cooper<br>PO Box 4229<br>Pocatello, ID 83205-4229 | Deposition Testimony |
| Osborn, et al v. State of Washington | Cynthia Morgan<br>5316 Orchard St. W.<br>Tacoma, WA 98467-3633 | Deposition Testimony |
| Poll v. Alaska Airlines | Jimmie L. Williams<br>Dombroff & Gilmore<br>1025 Thomas Jefferson St., NW., Suite 300<br>Washington, DC 20007-5201 | Deposition Testimony |
| Michele Jones v. Group Health, et al | Eric L. Freise<br>Freise & Welchman<br>108 S. Washington St., Suite 400<br>Seattle, WA 98104 | Trial Testimony |
| MacPherson v. Group Health | Corrie Yackulic<br>Attorney at Law<br>810 3rd Ave., Suite 500<br>Seattle, WA 98104 | Deposition Testimony |

**DAVID R. KNOWLES, Ph.D.**
**DEPOSITION AND TRIAL TESTIMONY**
**JANUARY 2002 THROUGH MARCH 2006**
**Page 6 of 12**

| Case Name | Invoice Billing | Testimony |
|---|---|---|
| Tricia Murphy v. AirTouch Paging, et al | Gregory Evans<br>Attorney at Law<br>400 Sansome St.<br>San Francisco, CA 94111-3143 | Deposition Testimony |
| Kenneth Humes v. Fritz Companies, Inc. | David Kohles<br>Attorney at Law<br>7208 267th NW, Suite 103<br>Stanwood, WA 98292 | Deposition Testimony |
| Richard M. Roberts, et ux v. AT&T<br>Corp. and Quang Vo, et al | David Beninger<br>Attorney at Law<br>701 5th Ave., Suite 6700<br>Seattle, WA 98104 | Deposition Testimony |
| Randall Wilson v. Allied Grinders | Susan Stahlfeld<br>Attorney at Law<br>601 Union St., Suite 4400<br>Seattle, WA 98101 | Deposition Testimony |
| Tom Carpenter v. TCI Cablevision<br>of Washington, et al | Steve Chance<br>Attorney at Law<br>119 N. Commercial St., Suite 275<br>Bellingham, WA 98225 | Deposition Testimony |
| Farrow v. Group Health | Jason Epstein<br>Attorney at Law<br>801 Kirkalnd Ave., Suite 100<br>Kirkland, WA 98033 | Deposition Testimony |
| Seng v. Levitz, et al | Kara Heikkila<br>Attorney at Law<br>999 3rd Ave., Suite 2600<br>Seattle, WA 98`03-30`` | Deposition Testimony |
| Seng v. Levitz, et al<br>2nd deposition | Steve Fury<br>Attorney at Law<br>PO Box 20397<br>Seattle, WA 98102 | Deposition Testimony |
| Jeffrey Smith, et al v. State of<br>Washington, et al | Cynthia Morgan<br>5316 Orchard St. W.<br>Tacoma, WA 98467-3633 | Deposition Testimony |
| Mukunda E. Egen v. Hinz, et al | Michael R. Fendall<br>Hoffman, Hart & Wagner<br>1000 SW Broadway, 20th Floor<br>Portland, OR 97205 | Trial Testimony |
| Rick Carter v. American Honda | James Horton<br>Blair Schaefer Hutchison & Wolfe<br>105 W Evergreen Blvd.<br>Vancouver, WA 98666-1148 | Deposition Testimony |



## DAVID R. KNOWLES, Ph.D.
## DEPOSITION AND TRIAL TESTIMONY
## JANUARY 2002 THROUGH MARCH 2006
### Page 7 of 12

| Case Name | Invoice Billing | Testimony |
|---|---|---|
| Kenneth Humes v. Fritz Companies, Inc. | Scott A. Sauelson<br>Martens Ragen, PS<br>705 Union 1st Fl, 705 5th Ave, South, # 150<br>Seattle, WA 98104-4425 | Trial Testimony |
| No v. Schweizer Aircraft Co., et al | Edward Hemingway<br>675 S. Lane St., Suite 300<br>Seattle, WA 98104 | Deposition Testimony |
| Rakestraw, et al v. Asbestos Corp.<br>Limited, et al | David R. East<br>Perkins Coie<br>1201 3rd Ave., Suite 4800<br>Seattle, WA 98101-3099 | Deposition Testimony |
| Jeffrey Smith, et al v. State of WA | John Kirschner, AAG<br>Attorney General of Washington<br>Tort Claims Division<br>900 4th Ave., Suite 2200<br>Seattle, WA 98164-1012 | Trial Testimony |
| Raymond Brown Estate v. Big Trees | Boyd Wiley<br>Attorney at Law<br>317 S. Meridian<br>Puyallup, WA 98371 | Deposition Testimony |
| Saldana v. Evergreen Hospital<br>Medical Center | Joel Cunningham<br>701 5th Ave., Suite 6700<br>Seattle, WA 98104-7016 | Deposition Testimony |
| Strawn v. Farmers Ins., et al | Michael Hoffman<br>Hoffman, Hart & Wagner<br>1000 SW Broadway<br>Portland, OR 97205 | Trial Testimony |
| Gausman v. Snohomish County<br>PUD No. 1 | Thomas Bierlein<br>5837 221st Pl SE<br>Issaquah, WA 98027 | Deposition Testimony |
| Gary Russell v. Fidelity & Casualty<br>Insurance Company | Joseph Brusic<br>Attorney at Law<br>PO Box 88<br>Yakima, WA 98907 | Deposition Testimony |
| Terry Coon v. BOP Pressure Testers | John Stevenson<br>3700 Montrose Blvd.<br>Houston, TX 77006 | Deposition Testimony |
| Wright v. Fred Hutchinson | David Breskin<br>Attorney at Law<br>999 3rd Ave., Suite 3000<br>Seattle, WA 98104-4088 | Deposition Testimony |



# DAVID R. KNOWLES, Ph.D.
## DEPOSITION AND TRIAL TESTIMONY
## JANUARY 2002 THROUGH MARCH 2006
### Page 8 of 12

| Case Name | Invoice Billing | Testimony |
|---|---|---|
| Jon Larson v. Progressive Suspension Inc., et al | Martin Fox<br>Attorney at Law<br>2033 6th Ave., Suite 600<br>Seattle, WA 98121 | Deposition Testimony |
| Escude v. de Reg, MD and Evergreen Hospital, et al | Carl Lopez<br>Attorney at Law<br>1510 14th Ave.<br>Seattle, WA 98122 | Deposition Testimony |
| Kathleen Gray v. MSDW and Curt Hammond | Stephanie P. Berntsen<br>Schwabe, Williamson & Wyatt, PC<br>1420 5th Ave., Sutie 3010<br>Seattle, WA 98101-2393 | Trial Testimony |
| Wright v. Fred Hutchinson | Bill Leedom<br>Bennett Bigelow & Leedom<br>1700 7th Ave., Suite 1900<br>Seattle, WA 98104 | Trial Testimony |
| Mason v. Group Health, et al | Rebecca Ringer<br>Attorney at Law<br>505 Madison, Suite 300<br>Seattle, WA 98104 | Deposition Testimony |
| Blum v. Sumitomo Rubber Industries, Ltd., et al | Phillip Arnold<br>Attorney at Law<br>2125 5th Ave.<br>Seattle, WA 98121 | Deposition Testimony |
| Cloud, et al v. Seattle Public School District | Jeff Keane<br>Attorney at Law<br>14205 SE 36th St., Suite 325<br>Bellevue, WA 98006-1505 | Deposition Testimony |
| Havey v. Sear's Inc., et al | Charles Bragnham<br>3219 McKinney Ave.<br>Dallas, TX 75204-2472 | Deposition Testimony |
| Alison Young v. Ben Franklin Trust | Robert Manheimer<br>Attorney at Law<br>1501 4th Ave., Suite 1700<br>Seattle, WA 98101-3660 | Deposition Testimony |
| Gena M. Yousa v. Evergreen, et al | Trina Williams<br>McIntyre & Barns<br>1215 4th Ave., Suite 920<br>Seattle, WA 98161-1030 | Trial Testimony |
| Crisp v. Swank Enterprises, et al | Thomas V. Duleich<br>Schwabe, Williamson & Wyatt<br>1211 SW 5th Ave., Suites 1600-1900<br>Portland, OR 97204 | Trial Testimony |

### DAVID R. KNOWLES, Ph.D.
### DEPOSITION AND TRIAL TESTIMONY
### JANUARY 2002 THROUGH MARCH 2006
### Page 9 of 12

| Case Name | Invoice Billing | Testimony |
|---|---|---|
| Downing v. Pro Insulation, et al | Terry Abeyta<br>Attorney at Law<br>1102 W. Yakima Ave.<br>Yakima, WA  98902-3029 | Deposition Testimony |
| Keiter v. Dow, et al | Connie Elkins McKelvey<br>Hoffman, Hart & Wagner<br>1000 SW Broadway, 20th Floor<br>Portland, OR  97205 | Trial Testimony |
| Kelli Young v. Wolff, et al | Richard S. Lowell<br>Magnuson Lowell, PS<br>PO Box 98073-3037<br>Redmond, WA  98073-3037 | Trial Testimony |
| Angie Breed Matter | Patrick McMahon<br>Attorney at Law<br>PO Box 2965<br>Wenatchee, WA  98807-2965 | Deposition Testimony |
| Dechene v. St. Paul Insurance Co | John Durkin<br>Attorney at Law<br>6602 19th St. W.<br>Tacoma, WA  98466-6193 | Deposition Testimony |
| Sitzler v. Wong | Jeffrey Herman<br>1325 4th Ave., Suite 535<br>Seattle, WA  98101 | Deposition Testimony |
| Fried v. Holbert, MD | Mike Williams<br>Attorney at Law<br>601 West Riverside Ave., Suite 1900<br>Spokane, WA  99201 | Deposition Testimony |
| Washington v. Chang | Lory Lybeck<br>Attorney at Law<br>7525 SE 24th S., Suite 500<br>Mercer Island, WA  98040 | Deposition Testimony |
| MSDW v. Anderson, et al | Stephanie P. Berntsen<br>Schwabe, Williamson & Wyatt<br>1420 5th Ave., Suite 3010<br>Seattle, WA  98101-2393 | Trial Testimony |
| Dedelow v. Seattle Cancer<br>Care Alliance, et al | Jennifer Apitz<br>Attorney at Law<br>2020 A Street SE., Suite 102<br>Auburn, WA  98002 | Deposition Testimony |
| Bersos v. Franke, et al | Steven Fury<br>Attorney at Law<br>PO Box 20397<br>Seattle, WA  98102 | Deposition Testimony |



**DAVID R. KNOWLES, Ph.D.**
**DEPOSITION AND TRIAL TESTIMONY**
**JANUARY 2002 THROUGH MARCH 2006**
**Page 10 of 12**

| Case Name | Invoice Billing | Testimony |
|---|---|---|
| Sharbono v. Universal Underwriters Group | Robert Novasky<br>Attorney at Law<br>1501 Market St., Suite 300<br>Tacoma, WA 98402-3333 | Deposition Testimony |
| Turkheimer v. Karin Lynn Fisheries | Robert Kraft<br>Attorney at Law<br>720 3rd Ave., Suite 1800<br>Seattle, WA 98104 | Deposition Testimony |
| Sharbono v. Universal Underwriters Group | Dan'L W. Bridges<br>Attorney at Law<br>2135 – 112th Ave. NE, Suite 120<br>Bellevue, WA 98004-2912 | Trial Testimony |
| Harrell, et al v. Dept. of Corrections, et al | Thadeus Martin<br>Gordon Thomas<br>1201 Pacific Ave. S., Suite 2200<br>Tacoma, WA 98410 | Deposition Testimony |
| Gerard Au Fook v. Outboard Marine,<br>Hi-Lex Corp, et al | Joy D. O'Sullivan<br>O'Sullivan & Blotch<br>400 Mercer Street, Suite 301<br>Seattle, WA 98109 | Trial Testimony |
| Harrell, et al v. Dept. of Corrections, et al | Eric A. Mentzer, AAG<br>Attorney General of Washington<br>Tort Claims Division<br>PO Box 40126<br>Olympia, WA 98504-0126 | Trial Testimony |
| Washington v. Chang | Gregg L. Tinker<br>Tinker Kidman, Inc., PS<br>Attorneys at Law<br>705 2nd Ave., Suite 610<br>Seattle, WA 98104 | Trial Testimony |
| State of Washington v. Thesaurus Fine<br>Arts, Inc., Steven Cheung and Linda<br>Su Cheung | Cheryl Kringle AAG<br>Attorney General of Washington<br>900 4th Ave., Suite 2000<br>Seattle, WA 98164-1012 | Deposition Testimony |
| Wester v. Hemphill | William McGonagle<br>Attorney at Law<br>PO Box 10400<br>Bainbridge Island, WA 98110 | Deposition Testimony |
| Sturman v. Women's Healthcare<br>Associates, LLC, et al | Troy S. Bundy<br>Hoffman, Hart & Wagner<br>1000 SW Broadway<br>Portland, OR 97205 | Trial Testimony |



### DAVID R. KNOWLES, Ph.D.
### DEPOSITION AND TRIAL TESTIMONY
### JANUARY 2002 THROUGH MARCH 2006
### Page 11 of 12

| Case Name | Invoice Billing | Testimony |
|-----------|-----------------|-----------|
| Howard v. Dana Blackham, MD | Tom Harris<br>Attorney at Law<br>2025 1st Ave., Suite 250<br>Seattle, WA 98121-2147 | Deposition Testimony |
| Michael Rodgers v. Union Pacific<br>Railroad Company | George Kargianis<br>Attorney at Law<br>701 5th Ave., Suite 4760<br>Seattle, WA 98104 | Deposition Testimony |
| Gagner v. N. Joseph Lynch, et al | Robert Carter<br>1800 9th Ave., Suite 1630<br>Seattle, WA 98101-1322 | Deposition Testimony |
| Karin Coppernoll v. Doyle, Toperosky | John Budlong<br>100 2nd Ave. S, Suite 200<br>Edmonds, WA 98020 | Deposition Testimony et al |
| Dena Pipkin as Personal Representative<br>of the Estate of Joshua Hightower<br>v. The Burlington Northern and<br>Santa Fe Railway Co. | Mike Withey<br>Attorney at Law<br>200 2nd Ave. W.<br>Seattle, WA 98119-4204 | Deposition Testimony |
| Smith, Martin, Inc. v. Allied Waste<br>Management | Deisney Miller<br>Cozen O'Connor<br>1201 3rd Ave., Suite 5200<br>Seattle, WA 98101-3071 | Deposition Testimony |
| Northern Oyster Co. v.<br>State of Washington | Darrell Cochran<br>Attorney at Law<br>PO Box 1157<br>Tacoma, WA 98401 | Deposition Testimony |
| Bianca Faust v. Loyal Moose<br>Lodge, et al | William E. Fitzharris, Jr.<br>Kingman, Peabody, Pierson & Fitzharris<br>505 Madison St., Suite 300<br>Seattle, WA 98104 | Trial Testimony |
| Northern Oyster Co. v.<br>State of Washington | Steve Puz, AG<br>Attorney General of Washington<br>Tort Claims Division<br>PO Box 40126<br>Olympia, WA 98504-0126 | Trial Testimony |
| Richard P. Culley Matter | William Waechter<br>Lee Smart Cook & Patterson<br>701 Pike Street, Suite 1800<br>Seattle, WA 98101-3929 | Deposition Testimony |
| Stuart v. Swinerton | Brian Hodges<br>Attorney at Law<br>7525 SE 24th St., Suite 500<br>Mercer Island, WA 98040 | Deposition Testimony |



**DAVID R. KNOWLES, Ph.D.**
**DEPOSITION AND TRIAL TESTIMONY**
**JANUARY 2002 THROUGH MARCH 2006**
**Page 12 of 12**

| **Case Name** | **Invoice Billing** | **Testimony** |
|---|---|---|
| Richard Drippon Matter | August G. Cifelli<br>Lee Smart Cook Martin & Patterson<br>701 Pike St., Sutie 1800<br>Seattle, WA 98101-3929 | Trial Testimony |
| Kettler v. PeaceHealth | Elizabeth A. Cooley<br>Hoffman, Hart, Wagner<br>1000 SW Broadway, 20th Floor<br>Portland, OR 97205 | Trial Testimony |
| Estrada v. Yeh, et al | John Connelly<br>Attorney at Law<br>2301 N. 30th St.<br>Tacoma, WA 98403 | Deposition Testimony |
| Strong v. Farmers Arbitration | Jeff Damasiewicz<br>Attorney at Law<br>101 E. Market St., Suite 525<br>Aberdeen, WA 98520 | Deposition Testimony |
| McPhee v. Neups, Inc. | James M. Shaker<br>Ryan, Swanson & Cleveland<br>1201 3rd Ave., Suite 3400<br>Seattle, WA 98101-3034 | Trial Testimony |

99

**David R. Knowles, Ph.D.**
*Economist*
3302 Fuhrman Ave. East, Suite 111
Seattle, WA 98102
Phone 206/860-9477    Fax 206/323-3952

## FEE SCHEDULE

Research and Consultation                        $390.00 per hour
(Economic reports - 5 hour minimum)

Deposition or Trial Testimony                     $490.00 per hour

Initial file processing (1 hour)                  $390.00

(Effective January 1, 2007)

Tax ID Number: 91-1342116

\DD