

**MRA FORENSIC SCIENCES**

January 22, 2007

Brian Rekofke, Esq.
Witherspoon, Kelley, Davenport & Toole
1100 U.S. Bank Building
422 West Riverside Avenue
Spokane, WA 99201

RE:  Waite vs. LDS Church, et al.

Dear Mr. Rekofke:

This report conveys the findings of an investigation of an automobile accident involving your client.

**Background:**

On August 21, 2003, around 2:10 in the afternoon, an accident occurred at the intersection of 8th Avenue and Adams Road, in Spokane, Washington. Traffic at the subject intersection in question was controlled by 4-way stop signs. The accident involved a 2003 Dodge pickup truck, driven by Donald Fossum, and a 1988 Honda Accord, driven by Steve Brodhead. As events unfolded, the pickup truck was headed north on Adams and had come to a stop at the intersection. After looking in both directions and seeing that there were no vehicles in the vicinity of the intersection, the driver of the pickup truck proceeded to enter the intersection. At the same, and unbeknownst to the driver of the pickup, the Honda was heading east on 8th and approaching the intersection at an extremely high rate of speed. Not only was the driver of the Honda driving in a reckless manner, he was not familiar with the road he was on and did not know there was a stop sign ahead at the subject intersection. When the driver of the Honda finally realized there was a stop sign, he slammed on his brakes but was not able to stop before entering the intersection and striking the side of the pickup truck.