**EXHIBIT "A"**

**to Declaration of**

**Stephen L. Nordstrom**

Medical Record #: G140292
Account #: G636340

ST. LUKE'S REHABILITATION INSTITUTE
711 S. COWLEY STREET
SPOKANE, WASHINGTON 99202

REPORT OF NEUROPSYCHOLOGICAL EVALUATION
CONFIDENTIAL

| | |
|---|---|
| NAME: | Waite, Thomas L. |
| AGE: | 21 |
| BIRTHDATE: | |
| HANDEDNESS: | Right-handed |
| MARITAL STATUS: | Single |
| OCCUPATION: | Missionary |
| DATE OF INJURY: | 8-21-03 |
| DATE OF ASSESSMENT: | 12-6-04 |

**REASON FOR REFERRAL:** Thomas Waite is a 21-year-old, right-handed, Caucasian male with a history of traumatic brain injury suffered in a motor vehicle accident that occurred on August 21, 2003. He was hospitalized at Deaconess Medical Center from until September 10, 2003, and was transferred to Rancho Los Amigos National Rehabilitation Center in California where he stayed until October 2, 2003. Since that time he has participated in 2 neuropsychological evaluations, in October of 2003 and May of 2004. He was referred for repeat neuropsychological evaluation to determine his current level of cognitive functioning and assist in treatment planning.

**CURRENT COMPLAINTS AND GOALS AS OBTAINED FROM PATIENT:** Thomas reported his primary concern as his ability to acquire new skills in pursuing a career. He is also fearful of getting another head injury and no longer participates in previously enjoyed activities such as surfing, dirt bike riding and rock climbing. His goal is to pursue a college degree in engineering or a career in communications as a writer and/or artist.

**HISTORY OF INJURY AS OBTAINED FROM PATIENT:** Thomas reported that his last memory prior to the accident was riding his bike through Spokane approximately 2 weeks before the accident. His next clear memory is being in California at Rancho Los Amigos. He has been told that he was riding in the back of a truck with 5 other missionaries. The accident occurred when another vehicle struck the truck and Thomas was thrown from the truck.

5