1  RICHARD C. EYMANN
   Eymann Allison Hunter Jones, P.S.
2  2208 West Second Avenue
   Spokane, WA 99201-5417
3  (509) 747-0101

4  STEPHEN L. NORDSTROM
   Nordstrom & Nees, P.S.
5  323 South Pines Road
   Spokane, WA 99206
6  (509) 924-9800

7  Attorneys for Plaintiff

8              UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF WASHINGTON

10 | THOMAS A. WAITE,                        | No. CV-05-399-EFS
11 |                              Plaintiff, | **PLAINTIFF'S MOTION FOR**
12 | vs.                                     | **PARTIAL SUMMARY**
   |                                         | **JUDGMENT RE: AFFIRMATIVE**
13 | THE CHURCH OF JESUS CHRIST OF           | **DEFENSES**
   | LATTER DAY SAINTS d/b/a
14 | CORPORATION OF THE PRESIDING
   | BISHOP OF THE CHURCH OF JESUS
15 | CHRIST OF LATTER DAY SAINTS, a
   | Utah corporation, d/b/a
16 | CORPORATION OF THE PRESIDENT
   | OF THE CHURCH OF JESUS CHRIST
17 | OF LATTER DAY SAINTS, a Utah
   | corporation; DONALD C. FOSSUM;
18 | and STEVEN D. BRODHEAD,
19 |                            Defendants.

20     Plaintiff, by and through his undersigned attorneys, hereby moves the Court for

21 an order granting his Motion for Partial Summary Judgment Re: Affirmative

22 Defenses. This Motion is made pursuant to Fed.R.Civ.P. 56 and LR 56.1 and is

23

24

25

26                                                    **EYMANN ALLISON HUNTER JONES P.S.**

27 PLAINTIFF'S MOTION FOR PARTIAL
   SUMMARY JUDGMENT RE: AFFIRMATIVE           2208 WEST SECOND AVENUE• SPOKANE, WA 99201-5417
   DEFENSES - 1                                TELEPHONE: (509) 747-0101 • FAX: (509) 458-5977
28 (motion for psj re affirmative defenses.wpd)

1  based upon the records and files herein as well as the Memorandum of Authorities and

2  Declaration of Stephen L. Nordstrom filed herewith.

3  DATED this 30th day of January, 2007.

EYMANN ALLISON HUNTER JONES, P.S.

BY  s/ Richard C. Eymann
    RICHARD C. EYMANN, WSBA #7470
    Co-counsel for Plaintiff

NORDSTROM & NEES, P.S.

BY  *Telephonically approved 1/30/07*
    STEPHEN L. NORDSTROM, WSBA #11267
    Co-counsel for Plaintiff

---

PLAINTIFF'S MOTION FOR PARTIAL
SUMMARY JUDGMENT RE: AFFIRMATIVE
DEFENSES - 2
(motion for psj re affirmative defenses.wpd)

**EYMANN ALLISON HUNTER JONES P.S.**

2208 WEST SECOND AVENUE• SPOKANE, WA 99201-5417
TELEPHONE: (509) 747-0101 • FAX: (509) 458-5977

# CERTIFICATE OF SERVICE

I, RICHARD C. EYMANN, hereby certify that on the 30th day of January, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following participants:

Brian T. Rekofke
Witherspoon Kelley Davenport & Toole
1100 U.S. Bank Building
422 W. Riverside Avenue
Spokane, WA 99201

Andrew C. Smythe
Paine Hamblen Coffin Brooke & Miller
717 W. Sprague Avenue, Suite 1200
Spokane, WA 99201

                                              s/Richard C. Eymann
                                         **RICHARD C. EYMANN**

PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: AFFIRMATIVE DEFENSES - 3
(motion for psj re affirmative defenses.wpd)

**EYMANN ALLISON HUNTER JONES P.S.**
2208 WEST SECOND AVENUE• SPOKANE, WA 99201-5417
TELEPHONE:  (509) 747-0101 • FAX: (509) 458-5977