RICHARD C. EYMANN
Eymann Allison Hunter Jones, P.S.
2208 West Second Avenue
Spokane, WA 99201-5417
(509) 747-0101

STEPHEN L. NORDSTROM
Nordstrom & Nees, P.S.
323 South Pines Road
Spokane, WA 99206
(509) 924-9800

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS A. WAITE,<br><br>Plaintiff,<br><br>vs.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS d/b/a CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation, d/b/a CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD,<br><br>Defendants. | No. CV-05-399-EFS<br><br>**NOTICE OF HEARING ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: AFFIRMATIVE DEFENSES**<br><br>**Oral Argument Requested** |

TO:   CLERK OF THE COURT, and

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

   Notice is hereby given that the plaintiff's Motion for Partial Summary Judgment Re: Affirmative Defenses will be brought for hearing on March 22, 2007 at 1:30 p.m.

NOTICE OF HEARING ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: AFFIRMATIVE DEFENSES - 1
(notice of hearing on mot for psj re affirmative defenses.wpd)

**EYMANN ALLISON HUNTER JONES P.S.**
2208 WEST SECOND AVENUE• SPOKANE, WA 99201-5417
TELEPHONE: (509) 747-0101 • FAX: (509) 458-5977

in Spokane before the Honorable Edward F. Shea of the United States District Court for the Eastern District of Washington.  Oral argument is requested.

DATED this 30th day of January, 2007.

EYMANN ALLISON HUNTER JONES, P.S.


BY  s/ Richard C. Eymann
RICHARD C. EYMANN, WSBA #7470
Co-counsel for Plaintiff

NOTICE OF HEARING ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: AFFIRMATIVE DEFENSES - 2
(notice of hearing on mot for psj re affirmative defenses.wpd)

**EYMANN ALLISON HUNTER JONES P.S.**

2208 WEST SECOND AVENUE• SPOKANE, WA 99201-5417
TELEPHONE:  (509) 747-0101 • FAX: (509) 458-5977

**CERTIFICATE OF SERVICE**

I, RICHARD C. EYMANN, hereby certify that on the 30th day of January, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following participants:

Brian T. Rekofke
Witherspoon Kelley Davenport & Toole
1100 U.S. Bank Building
422 W. Riverside Avenue
Spokane, WA 99201

Andrew C. Smythe
Paine Hamblen Coffin Brooke & Miller
717 W. Sprague Avenue, Suite 1200
Spokane, WA 99201

                              s/Richard C. Eymann
                          **RICHARD C. EYMANN**

NOTICE OF HEARING ON PLAINTIFF'S MOTION
FOR PARTIAL SUMMARY JUDGMENT RE:
AFFIRMATIVE DEFENSES - 3
(notice of hearing on mot for psj re affirmative defenses.wpd)

**EYMANN ALLISON HUNTER JONES P.S.**

2208 WEST SECOND AVENUE• SPOKANE, WA 99201-5417
TELEPHONE:  (509) 747-0101 • FAX: (509) 458-5977