HONORABLE EDWARD F. SHEA

ANDREW C. SMYTHE, WSBA #7948
PAINE HAMBLEN LLP
717 West Sprague Avenue, Suite 1200
Spokane, Washington 99201-3505
(509) 455-6000

Attorneys for Defendant Brodhead

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON

THOMAS A. WAITE,

    Plaintiff,

vs.

THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS d/b/a/ CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah Corporation, d/b/a CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD,

    Defendant.

No. CV-05-399-EFS

DEFENDANT STEVEN BRODHEAD'S JOINDER IN CHURCH DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING AFFIRMATIVE DEFENSES

## I. JOINDER

Defendant Steven D. Brodhead joins in the Church defendants' and Fossum's "Memorandum in Response to Plaintiff's Motion for Partial Summary Judgment Regarding Affirmative Defenses." Defendant Steven Brodhead adopts all facts and arguments asserted by those defendants as his own.

DEFENDANT STEVEN BRODHEAD'S JOINDER IN CHURCH DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING AFFIRMATIVE DEFENSES - PAGE 1

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000

DATED this 12th day of February, 2007.

PAINE HAMBLEN LLP


By: s/ Andrew C. Smythe
Andrew C. Smythe, WSBA #7948
Attorneys for Defendant Brodhead

DEFENDANT STEVEN BRODHEAD'S JOINDER IN CHURCH DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING AFFIRMATIVE DEFENSES - PAGE 2

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000

# CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of February, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following participants:

Mr. Brian T. Rekofke
William D. Symmes
Benjamin S. Coleman
Witherspoon, Kelley, Davenport & Toole
1100 U.S. Bank Bldg.
422 W. Riverside
Spokane, WA 99201

Mr. Richard C. Eymann
Eymann, Allison, et al
2208 West Second Avenue
Spokane, WA 99204-0917

Mr. Stephen Layne Nordstrom
Ford Nees & Nordstrom
South 323 Pines Road
Spokane, WA 99206

s/ ANDREW C. SMYTHE
Andrew C. Smythe, WSBA No. 7948
Attorney for Defendant Brodhead

I:\Spodocs\00016\00437\plead\00484342.DOC.dlp

DEFENDANT STEVEN BRODHEAD'S JOINDER IN CHURCH DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING AFFIRMATIVE DEFENSES - PAGE 3

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000