Brian T. Rekofke
Ross P. White
Witherspoon, Kelley, Davenport & Toole
1100 US Bank Building
422 West Riverside
Spokane, WA 99201
(509) 624-5265

Attorneys for LDS and Donald C. Fossum

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS A. WAITE,<br><br>        Plaintiff,<br><br>vs.<br><br>THE CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD,<br><br>        Defendants. | Case No.: CV-05-399-EFS<br><br>DEFENDANT CHURCH AND FOSSUM'S LR 56 STATEMENT OF FACTS |

Defendant, The Church of Jesus Christ of Latter Day Saints (the "Church"), by and through its attorneys, Witherspoon, Kelley, Davenport & Toole, P.S., hereby submit the following LR 56.1 Statement of Material Facts in Support of its opposition to Plaintiff's Motion for Summary Judgment Re: Affirmative Defenses and Responsive Statement of Facts.

DEFENDANT CHURCH AND FOSSUM LR 56
STATEMENT OF FACTS - 1
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Waite MSJ\LR 56 Statement of Facts 020807 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

# STATEMENT OF FACTS AND RESPONSIVE STATEMENT OF FACTS

## I. Church's Response to Plaintiff's Statement of Facts

1. Plaintiff's Fact # 1 is admitted. Plaintiff was a Missionary for the Church.

2. Plaintiff's Fact #2 is admitted. Missionaries are required to sign a Driving Contract.

3. Plaintiff's Fact #3 is admitted. Plaintiff signed a Driving Contract.

4. Plaintiff's Fact #4 is admitted. The Driving Contract requires missionaries to wear seatbelts at all times while a vehicle is moving.

5. Plaintiff's Fact #5 is admitted. At the time of the collision plaintiff was riding in the cargo bed of a Church owned pickup truck without a seatbelt. Defendant Church objects to Plaintiff's citation to the Declaration of James T. Ross as that declaration is incomplete and unsigned. FRCP 56(e).

## II. Church's Material Facts

1. Prior to becoming a missionary, Mr. Waite knew riding in the back of a pickup truck was "obviously not the safest place to be." Aff. of White, Exh. A. (Depo. of Thomas Waite 90:15-25; 91:15-20.)

2. Mr. Waite signed a contract agreeing to abide by certain rules relative to vehicles while a missionary. Aff. of Ross White Exh. B. (Thomas Waite Deposition, 100:15-101:14; 102:7-14, Exhibit 3)

3. The contract was part of an overall safety program that included lectures, videos, written tests and handbooks. Aff. of Ross White, Exh. C. (Kevin Ludlow Deposition, 30:2 -31:2; 33:3-34:5; 56:4-58:23.)

4. The missionaries' truck was struck by defendant Steven Brodhead. Aff. of White, Exh. D. (Deposition of Stephen Brodhead, 40:4-16.)

DEFENDANT CHURCH AND FOSSUM LR 56
STATEMENT OF FACTS - 2
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Waite MSJ\LR 56 Statement of Facts 020807 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

5.  Mr. Waite was ejected from the truck cargo hold and suffered injuries. Aff. of White, Exh. E. (Depo. Of Brodhead, 42:2-21.)

DATED this 12th day of February, 2007.

      WITHERSPOON, KELLEY, DAVENPORT & TOOLE

By: _____
Brian T. Rekofke, WSBA No. 13260
Ross P. White, WSBA No. 12136
Attorneys for LDS and Donald Fossum

DEFENDANT CHURCH AND FOSSUM LR 56
STATEMENT OF FACTS - 3
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Waite MSJ\LR 56 Statement of Facts 020807 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

# CERTIFICATE OF SERVICE

I hereby certify that on the /27 day of February, 2007:

1. I electronically filed the foregoing **DEFENDANT CHURCH AND FOSSUM'S LR 56 STATEMENT OF FACTS** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

    (for Waite) Richard C. Eymann and Stephen L. Nordstrom;
    (for Brodhead) Andrew C. Smythe

2. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at the address listed below: **None.**

3. I hereby certify that I have hand delivered the document to the following participants at the addresses listed below: **None.**

Ross P. White
Witherspoon, Kelley, Davenport & Toole, P.S.
422 W. Riverside Ave., #1100
Spokane, WA 99201-0300
Phone: 509-624-5265
Fax: 509-478-2728
rpw@wkdtlaw.com

DEFENDANT CHURCH AND FOSSUM LR 56
STATEMENT OF FACTS - 4
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Waite MSJ\LR 56 Statement of Facts 020807 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265