```
1  Brian T. Rekofke
   Ross P. White
2  Witherspoon, Kelley, Davenport & Toole
   1100 US Bank Building
3  422 West Riverside
   Spokane, WA 99201
4  (509) 624-5265

5  Attorneys for The Church of Jesus Christ of
       Latter-day Saints and Donald C. Fossum
6
7
                UNITED STATES DISTRICT COURT
8            FOR THE EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| THOMAS A. WAITE,<br><br>    Plaintiff,<br><br>vs.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS d/b/a CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation, d/b/a CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD,<br><br>    Defendants. | Case No.: CV-05-399-EFS<br><br>AFFIDAVIT OF ROSS P. WHITE |

STATE OF WASHINGTON   )
                     ) ss.
County of Spokane    )

ROSS P. WHITE, being first duly sworn, upon oath, deposes and says:

1. I am one of the attorneys for the Church defendant and Donald Fossum, and make this Affidavit on personal knowledge.

2. Attached hereto as Exhibits A and B are excerpts from the deposition of Thomas Waite, taken on October 17, 2006.

3. Attached hereto as Exhibit C are excerpts from the deposition of Kevin Ludlow, taken on November 10, 2006.

AFFIDAVIT OF ROSS P. WHITE - 1

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Waite MSJ\AFF of RPW.wpd:ks

1      4.    Attached hereto as Exhibits D and E are excerpts from the deposition
2  of Steven D. Brodhead, taken on December 11, 2006.

_____
ROSS P. WHITE

SUBSCRIBED AND SWORN to before me this ___ day of February, 2007.

_____
Print Name: Kimberley Lee Hunter
NOTARY PUBLIC in and for the State
of Washington, residing in Spokane
My Commission expires: 3/15/09

[Notary Seal: KIMBERLEY LEE HUNTER, COMMISSION EXPIRES MARCH 15, 2009, NOTARY PUBLIC, STATE OF WASHINGTON]

AFFIDAVIT OF ROSS P. WHITE - 2

G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Waite MSJ\AFF of RPW.wpd:ks

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

# CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of February, 2007:

1. I electronically filed the foregoing **AFFIDAVIT OF ROSS P. WHITE** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

    (for Waite) Richard C. Eymann and Stephen L. Nordstrom;
    (for Brodhead) Andrew C. Smythe

2. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at the address listed below: **None**.

3. I hereby certify that I have hand delivered the document to the following participants at the addresses listed below: **None**

_____
Ross P. White
Witherspoon, Kelley, Davenport & Toole, P.S.
422 W. Riverside Ave., #1100
Spokane, WA 99201-0300
Phone: 509-624-5265
Fax: 509-478-2728
rpw@wkdtlaw.com

AFFIDAVIT OF ROSS P. WHITE - 3

G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Waite MSJ\AFF of RPW.wpd:ks

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265