1 | Brian T. Rekofke
2 | Ross P. White
  | Witherspoon, Kelley, Davenport & Toole
3 | 1100 US Bank Building
  | 422 West Riverside
4 | Spokane, WA 99201
  | (509) 624-5265

Attorneys for LDS and Donald C. Fossum

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS A. WAITE, <br><br> Plaintiff, <br><br> vs. <br><br> THE CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD, <br><br> Defendants. | Case No.: CV-05-399-EFS <br><br> MOTION TO EXPEDITE HEARING ON DEFENDANTS' MOTION TO EXTEND EXPERT DISCLOSURE DATE FOR NEUROPSYCHOLOGY OPINIONS |

Defendants request their Motion to Extend Expert Disclosure Dates For Neuropsychology Opinions be set for hearing on Friday, February 16, 2007, at 6:30 p.m. If the Motion to Extend is granted, it will provide immediate assistance to the Defendants who continue to use their best efforts to coordinate with their experts to get his report completed and submitted in a timely manner.

A copy of the proposed Order on Motion to Expedite Hearing on Defendants' Motion to Extend Expert Disclosure Dates Concerning Neuropsychology Opinions is attached hereto.

DEFENDANTS' MOTION TO EXTEND EXPERT
DISCLOSURE DATES FOR NEUROPSYCHOLOGY OPINIONS- 1
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion (2nd) to Continue Expert Disclosure\Motion for Expedited Hearing 021307 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

DATED this 14th day of February, 2007.

**WITHERSPOON, KELLEY, DAVENPORT & TOOLE**

By:  /s/ Ross P. White
Brian T. Rekofke, WSBA No. 13260
Ross P. White, WSBA No. 12136
Attorneys for LDS and Donald Fossum

**PAINE, HAMBLEN, COFFIN, BROOKE & MILLER**

By:  /s/ Andrew Smythe
Andrew C. Smythe, WSBA No. 7948
Attorneys for Steven D. Brodhead

DEFENDANTS' MOTION TO EXTEND EXPERT
DISCLOSURE DATES FOR NEUROPSYCHOLOGY OPINIONS- 2
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion (2nd) to Continue Expert Disclosure\Motion for Expedited Hearing 021307 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

# CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of February, 2007:

1. I electronically filed the foregoing **Motion To Expedit Hearing On Defendants' Motion To Extend Expert Disclosure Dates For Neuropsychology Opinions** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

   (for Waite) Richard C. Eymann and Stephen L. Nordstrom;
   (for Brodhead) Andrew C. Smythe

2. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at the address listed below: **None.**

3. I hereby certify that I have hand delivered the document to the following participants at the addresses listed below: **None.**

　　　　　　　　　　/s/ Ross P. White
　　　　　　　　　　Ross P. White
　　　　　　　　　　Witherspoon, Kelley, Davenport & Toole, P.S.
　　　　　　　　　　422 W. Riverside Ave., #1100
　　　　　　　　　　Spokane, WA 99201-0300
　　　　　　　　　　Phone: 509-624-5265
　　　　　　　　　　Fax: 509-478-2728
　　　　　　　　　　rpw@wkdtlaw.com

DEFENDANTS' MOTION TO EXTEND EXPERT
DISCLOSURE DATES FOR NEUROPSYCHOLOGY OPINIONS- 3
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion (2nd) to Continue Expert Disclosure\Motion for Expedited Hearing 021307 (klh).wpd

WITHERSPOON. KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265