1  Brian T. Rekofke
   Ross P. White
2  Witherspoon, Kelley, Davenport & Toole
   1100 US Bank Building
3  422 West Riverside
   Spokane, WA 99201
4  (509) 624-5265
5
   Attorneys for LDS and Donald C. Fossum
6
7
                    UNITED STATES DISTRICT COURT
8              FOR THE EASTERN DISTRICT OF WASHINGTON

9  THOMAS A. WAITE,
10      Plaintiff,                    Case No.: CV-05-399-EFS
11  vs.                               (PROPOSED)
                                      ORDER ON MOTION TO
12  THE CORPORATION OF THE            EXPEDITE HEARING ON
    PRESIDING BISHOP OF THE CHURCH    DEFENDANTS' MOTION TO
13  OF JESUS CHRIST OF LATTER DAY     EXTEND EXPERT
    SAINTS, a Utah corporation; THE   DISCLOSURE DATES FOR
14  CORPORATION OF THE PRESIDENT      NEUROPSYCHOLOGY
    OF THE CHURCH OF JESUS CHRIST     OPINIONS
15  OF LATTER DAY SAINTS, a Utah
    corporation; DONALD C. FOSSUM; and
16  STEVEN D. BRODHEAD,
17      Defendants.
18

19      The Court, having reviewed and considered the Motion to Expedite
20  Hearing on Defendants' Motion to Extend Expert Disclosure Dates For
21  Neuropsychology Opinions, and good cause being shown, now, therefore,
22      **IT IS HEREBY ORDERED:**
23      The Defendants' Motion to Expedite is Granted.
24
25
26
27  ORDER ON MOTION TO EXPEDITE HEARING ON
    DEFENDANTS' MOTION TO EXTEND EXPERT
28  DISCLOSURE DATES FOR NEUROPSYCHOLOGY ...- 1
    G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion (2nd) to Continue Expert Disclosure\Order Granting Motion for Expedited Hearing 021307 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

1     DONE IN OPEN COURT this _____ day of _____, 2007.

2

3                          _____

4                       HONORABLE EDWARD F. SHEA
                        U.S. District Court Judge

5 Presented by:

6

7 **WITHERSPOON, KELLEY, DAVENPORT & TOOLE**

8

9

10 By:   /s/ Ross P. White
        Brian T. Rekofke, WSBA No. 13260

11        Ross P. White, WSBA No. 12136
       Attorneys for LDS and Donald Fossum

12

13 **PAINE, HAMBLEN, COFFIN, BROOKE & MILLER**

14

15

16 By:   /s/ Andrew Smythe
        Andrew C. Smythe, WSBA No. 7948

17        Attorneys for Steven D. Brodhead

18

19

20

21

22

23

24

25

26

27 ORDER ON MOTION TO EXPEDITE HEARING ON
DEFENDANTS' MOTION TO EXTEND EXPERT

28 DISCLOSURE DATES FOR NEUROPSYCHOLOGY ...- 2
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion (2nd) to Continue Expert Disclosure\Order Granting Motion for Expedited Hearing 021307 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265