Brian T. Rekofke
Ross P. White
Witherspoon, Kelley, Davenport & Toole
1100 US Bank Building
422 West Riverside
Spokane, WA 99201
(509) 624-5265

Attorneys for LDS and Donald C. Fossum

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS A. WAITE,<br><br>Plaintiff,<br><br>vs.<br><br>THE CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD,<br><br>Defendants. | Case No.: CV-05-399-EFS<br><br>NOTICE OF HEARING ON MOTION FOR EXPEDITED HEARING ON DEFENDANTS' MOTION TO CONTINUE EXPERT DISCLOSURE DATES CONCERNING NEUROPSYCHOLOGICAL OPINIONS<br><br>**Oral Argument Not Requested** |

TO: THE CLERK OF THE COURT, and

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

**Notice is hereby given** that Defendants' Motion For Expedited Hearing on Defendants' Motion to Extend Expert Disclosure Date Concerning Neuropsychological Opinions will be brought for hearing on Friday, February 16, 2007, at 6:30 p.m., before the Honorable Edward F. Shea of the United States District Court for the Eastern District of Washington. Oral argument is not

NOTE FOR HEARING ON EXPEDITED MOTION
ON DEFENDANTS' MOTION TO CONTINUE
EXPERT DISCLOSURE DATES FOR NEUROPSYCHOLOGY ...- 1
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion (2nd) to Continue Expert Disclosure\Notice of Hearing re expedited motion 021307 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

1 | requested.

2 | DATED this 14th day of February, 2007.

3 | **WITHERSPOON, KELLEY, DAVENPORT & TOOLE**

6 | By: /s/ Ross P. White
Brian T. Rekofke, WSBA No. 13260
Ross P. White, WSBA No. 12136
Attorneys for LDS and Donald Fossum

8 | **PAINE, HAMBLEN, COFFIN, BROOKE & MILLER**

11 | By: /s/ Andrew Smythe
Andrew C. Smythe, WSBA No. 7948
Attorneys for Steven D. Brodhead

NOTE FOR HEARING ON EXPEDITED MOTION
ON DEFENDANTS' MOTION TO CONTINUE
EXPERT DISCLOSURE DATES FOR NEUROPSYCHOLOGY ...- 2
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion (2nd) to Continue Expert Disclosure\Notice of Hearing re expedited motion 021307 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

# CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of February, 2007:

1. I electronically filed the foregoing **Notice of Hearing On Motion For Expedited Hearing On Defendants' Motion To Extend Expert Disclosure Dates Concerning Neuropsychological Opinions** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

   (for Waite) Richard C. Eymann and Stephen L. Nordstrom;
   (for Brodhead) Andrew C. Smythe

2. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at the address listed below: **None.**

3. I hereby certify that I have hand delivered the document to the following participants at the addresses listed below: **None.**

        /s/ Ross P. White
        Ross P. White
        Witherspoon, Kelley, Davenport & Toole, P.S.
        422 W. Riverside Ave., #1100
        Spokane, WA 99201-0300
        Phone: 509-624-5265
        Fax: 509-478-2728
        rpw@wkdtlaw.com

NOTE FOR HEARING ON EXPEDITED MOTION
ON DEFENDANTS' MOTION TO CONTINUE
EXPERT DISCLOSURE DATES FOR NEUROPSYCHOLOGY ...- 3
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion (2nd) to Continue Expert Disclosure\Notice of Hearing re expedited motion 021307 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265