| | |
|---|---|
| 1 | Brian T. Rekofke |
| 2 | Ross P. White<br>Witherspoon, Kelley, Davenport & Toole |
| 3 | 1100 US Bank Building<br>422 West Riverside |
| 4 | Spokane, WA 99201<br>(509) 624-5265 |
| 5 | |
| | Attorneys for LDS and Donald C. Fossum |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS A. WAITE,<br><br>    Plaintiff,<br><br>vs.<br><br>THE CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD,<br><br>    Defendants. | Case No.: CV-05-399-EFS<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXTEND EXPERT DISCLOSURE DATES FOR NEUROPSYCHOLOGY OPINIONS |

The Court, having reviewed and considered the Defendant's stipulated Motion to Extend Expert Disclosure Date For Neuropsychology Opinions, and good cause being shown, now, therefore,

**IT IS HEREBY ORDERED:**

The parties Motion to Extend Expert Disclosure Dates For Neuropsychology is **GRANTED**. The expert disclosure deadlines as set forth in the Amended Scheduling Order are adjusted as follows:

ORDER GRANTING DEFENDANTS' MOTION TO EXTEND
EXPERT DISCLOSURE DATES FOR NEUROPSYCHOLOGY ...- 1
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion (2nd) to Continue Expert Disclosure\Order Granting Motion to Extend Expert Disclosure Date 021307 (klh)..wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

1  Defense CR 26(a)(2) Expert Disclosures
2  concerning the neuropsychological opinions: from 02/16/07 to 03/05/07.
3  All other deadlines remain the same.
4  DONE IN OPEN COURT this ___ day of _____, 2007.
5
6  _____
7  HONORABLE EDWARD F. SHEA
   U.S. District Court Judge
8  Presented by:
9
10 **WITHERSPOON, KELLEY, DAVENPORT & TOOLE**
11
12
13 By:  /s/ Ross P. White
     Brian T. Rekofke, WSBA No. 13260
14   Ross P. White, WSBA No. 12136
     Attorneys for LDS and Donald Fossum

28 ORDER GRANTING DEFENDANTS' MOTION TO EXTEND
   EXPERT DISCLOSURE DATES FOR NEUROPSYCHOLOGY ...- 2
   G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion (2nd) to Continue Expert Disclosure\Order Granting Motion to Extend Expert Disclosure Date 021307 (klh)..wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265