1  Brian T. Rekofke
   Ross P. White
2  Witherspoon, Kelley, Davenport & Toole
   1100 US Bank Building
3  422 West Riverside
   Spokane, WA 99201
4  (509) 624-5265

5  Attorneys for LDS and Donald C. Fossum

6

7              UNITED STATES DISTRICT COURT
8          FOR THE EASTERN DISTRICT OF WASHINGTON

| THOMAS A. WAITE, | |
|---|---|
| Plaintiff, | Case No.: CV-05-399-EFS |
| vs. | |
| THE CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD, | NOTICE OF HEARING ON DEFENDANTS' MOTION TO EXTEND EXPERT DISCLOSURE DATES CONCERNING NEUROPSYCHOLOGICAL OPINIONS<br><br>**Oral Argument Not Requested** |
| Defendants. | |

TO:   THE CLERK OF THE COURT, and

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

**Notice is hereby given** that Defendants' Motion to Extend Expert Disclosure Date Concerning Neuropsychological Opinions will be brought for hearing on Friday, February 16, 2007, at 6:30 p.m., before the Honorable Edward F. Shea of the United States District Court for the Eastern District of Washington. Oral argument is not requested.

---

NOTE FOR HEARING ON DEFENDANTS' MOTION
TO EXTEND EXPERT DISCLOSURE DATES - 1
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion (2nd) to Continue Expert Disclosure\Notice of Hearing re Motion to Continue 021307 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

1  DATED this 14th day of February, 2007.

2  **WITHERSPOON, KELLEY, DAVENPORT & TOOLE**

4
5  By: /s/ Ross P. White
   Brian T. Rekofke, WSBA No. 13260
   Ross P. White, WSBA No. 12136
6  Attorneys for LDS Church and Donald Fossum

7  **PAINE, HAMBLEN, COFFIN, BROOKE & MILLER**

10  By: /s/ Andrew Smythe
11  Andrew C. Smythe, WSBA No. 7948
    Attorneys for Steven D. Brodhead

28  NOTE FOR HEARING ON DEFENDANTS' MOTION
    TO EXTEND EXPERT DISCLOSURE DATES - 2
    G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion (2nd) to Continue Expert Disclosure\Notice of Hearing re Motion to Continue 021307 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

# CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of February, 2007:

1. I electronically filed the foregoing **Notice of Hearing On Defendants' Motion To Extend Expert Disclosure Date Concerning Neuropsychological Opinions** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

   (for Waite) Richard C. Eymann and Stephen L. Nordstrom;
   (for Brodhead) Andrew C. Smythe

2. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at the address listed below: **None.**

3. I hereby certify that I have hand delivered the document to the following participants at the addresses listed below: **None.**

/s/ Ross P. White
Ross P. White
Witherspoon, Kelley, Davenport & Toole, P.S.
422 W. Riverside Ave., #1100
Spokane, WA 99201-0300
Phone: 509-624-5265
Fax: 509-478-2728
rpw@wkdtlaw.com

NOTE FOR HEARING ON DEFENDANTS' MOTION
TO EXTEND EXPERT DISCLOSURE DATES - 3
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion (2nd) to Continue Expert Disclosure\Notice of Hearing re Motion to Continue 021307 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265