1  Brian T. Rekofke
   Ross P. White
2  Witherspoon, Kelley, Davenport & Toole
   1100 US Bank Building
3  422 West Riverside
   Spokane, WA 99201
4  (509) 624-5265
5
   Attorneys for LDS and Donald C. Fossum
6
7
                    UNITED STATES DISTRICT COURT
8               FOR THE EASTERN DISTRICT OF WASHINGTON
9
   THOMAS A. WAITE,
10
          Plaintiff,                    Case No.: CV-05-399-EFS
11
   vs.
12                                      MEMORANDUM OF POINTS
   THE CORPORATION OF THE                AND AUTHORITIES IN
   PRESIDING BISHOP OF THE CHURCH        SUPPORT OF DEFENDANTS'
13 OF JESUS CHRIST OF LATTER DAY         MOTION TO EXTEND
   SAINTS, a Utah corporation; THE       EXPERT DISCLOSURE DATE
14 CORPORATION OF THE PRESIDENT          CONCERNING
   OF THE CHURCH OF JESUS CHRIST         NEUROPSYCHOLOGY
15 OF LATTER DAY SAINTS, a Utah          OPINIONS
   corporation; DONALD C. FOSSUM; and
16 STEVEN D. BRODHEAD,
17        Defendants.
18

## I. RELIEF REQUESTED

Given the complexity of this motor vehicle accident case, the critical importance of the parties' expert evidence and the full schedules of trial counsel, Defendants respectfully request the following changes to the current Amended Scheduling Order as to expert disclosure dates concerning neuropsychological opinions only:

Defense CR 26(a)(2) Expert Disclosures

concerning neuropsychological opinions:    from 02/16/07 to 03/05/07

MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION
TO EXTEND EXPERT DISCLOSURE DATES FOR
NEUROPSYCHOLOGY OPINIONS ...- 1
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion (2nd) to Continue Expert Disclosure\Memo in Support of Motion to Extend Expert Disclosure Date 021307 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

Defendants submit that the September 17, 2007 trial date will remain firm, and this adjustment in dates will not impact the discovery cutoff of May 11, 2007.

The reason for the requested continuance is that due to no fault of the parties, Dr. Wise had a scheduling conflict for February 7-8, 2007. The testing has been re-scheduled for February 23 and 24, 2007. Dr. Wise will be able to complete his report no later than March 5, 2007.

## II. DISCOVERY STATUS

### A. BACKGROUND

This case arises out of a motor vehicle accident which occurred on or about August 21, 2003, that resulted in plaintiff Thomas Waite sustaining an alleged traumatic brain injury. The claims include negligence against the two defendant drivers, Donald Fossum and Steven Brodhead, and additional claims against defendant LDS Church.

### B. LAY WITNESS DISCOVERY

The parties have worked diligently to provide initial disclosures, answer discovery and schedule depositions. Defendants have deposed plaintiff Thomas Waite and plaintiff's parents. The Plaintiff has taken the depositions of three persons identified by defendant LDS in Salt Lake City on November 9 and 10, 2006. Additional depositions have been taken on February 2007 in Tucson, Arizona and are scheduled for February 20, 2007 in Salt Lake City.

### C. EXPERT WITNESS DISCOVERY

Plaintiff has identified five (5) experts on liability and damages. Two of the Plaintiff's experts (neuropsychology and vocational rehabilitation) base their opinions on their testing/evaluation of Thomas Waite.

Defendants will identify six (6) experts on liability and damages. As with Plaintiff, the defense neuropsychological opinions need to follow evaluation and

MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION
TO EXTEND EXPERT DISCLOSURE DATES FOR
NEUROPSYCHOLOGY OPINIONS ...- 2
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion (2nd) to Continue Expert Disclosure\Memo in Support of Motion to Extend Expert Disclosure Date 021307 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

1  testing. For this reason, Defendants request that the date for this disclosure be
2  extended.

### III. AUTHORITY AND ARGUMENT

4  The Amended Scheduling Order, FRCP 6, FRCP 26 and the inherent power of the Court to manage discovery provide this Court authority to revise the Scheduling Order. In particular, the Defendants have worked diligently and in good faith to conduct discovery to date and intend to continue to do so. The complexities of this case and scheduling, however, present difficulties in complying with the current Amended Scheduling Order as the disclosure of defense expert neuropsychological opinions that cannot be overcome by the Defendants, despite their best efforts.

### IV. CONCLUSION

Based on the good cause shown, Defendants respectfully request the Court revise the Amended Scheduling Order from February 16, 2007 to March 5, 2007.

DATED this 14th day of February, 2007.

**WITHERSPOON, KELLEY, DAVENPORT & TOOLE**

By: /s/ Ross P. White
Brian T. Rekofke, WSBA No. 13260
Ross P. White, WSBA No. 12136
Attorneys for LDS and Donald Fossum

**PAINE, HAMBLEN, COFFIN, BROOKE & MILLER**

By: /s/ Andrew Smythe
Andrew C. Smythe, WSBA No. 7948
Attorneys for Steven D. Brodhead

MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION
TO EXTEND EXPERT DISCLOSURE DATES FOR
NEUROPSYCHOLOGY OPINIONS ...- 3
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion (2nd) to Continue Expert Disclosure\Memo in Support of Motion to Extend Expert Disclosure Date 021307 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

# CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of February, 2007:

1. I electronically filed the foregoing **Memorandum of Points and Authorities In Support of Defendants' Motion To Extend Expert Disclosure Date Concerning Neuropsychology Opinions** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

   (for Waite) Richard C. Eymann and Stephen L. Nordstrom;
   (for Brodhead) Andrew C. Smythe

2. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at the address listed below: **None.**

3. I hereby certify that I have hand delivered the document to the following participants at the addresses listed below: **None.**

/s/ Ross P. White
Ross P. White
Witherspoon, Kelley, Davenport & Toole, P.S.
422 W. Riverside Ave., #1100
Spokane, WA 99201-0300
Phone: 509-624-5265
Fax: 509-478-2728
rpw@wkdtlaw.com

MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION
TO EXTEND EXPERT DISCLOSURE DATES FOR
NEUROPSYCHOLOGY OPINIONS ...- 4
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion (2nd) to Continue Expert Disclosure\Memo in Support of Motion to Extend Expert Disclosure Date 021307 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265