Brian T. Rekofke
Ross P. White
Witherspoon, Kelley, Davenport & Toole
1100 US Bank Building
422 West Riverside
Spokane, WA 99201
(509) 624-5265

Attorneys for LDS and Donald C. Fossum

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS A. WAITE,<br><br>Plaintiff,<br><br>vs.<br><br>THE CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD,<br><br>Defendants. | Case No.: CV-05-399-EFS<br><br>AFFIDAVIT OF ROSS P. WHITE IN SUPPORT OF DEFENDANTS' MOTION TO EXTEND EXPERT DISCLOSURE DATES FOR NEUROPSYCHOLOGY OPINIONS |

STATE OF WASHINGTON  )
                     :ss
County of Spokane    )

Ross P. White, being first duly sworn upon oath, deposes and says:

1. I am one of the attorneys for the LDS Defendants and Donald Fossum and make this affidavit on personal knowledge.

2. Plaintiff has identified five (5) experts, including a forensic neuropsychologist, William Burkhart.

AFFIDAVIT OF ROSS P. WHITE IN SUPPORT OF
DEFENDANTS' MOTION TO EXTEND
EXPERT DISCLOSURE DATES FOR NEUROPSYCHOLOGY ...- 1
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion (2nd) to Continue Expert Disclosure\Aff of RPW in Support of Motion to Contine 021307 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

3. Dr. Burkhart's opinions are based on his testing/evaluation of plaintiff, Thomas Waite.

4. To respond to Plaintiff's neuropsychological expert, Defendants have retained neuropsychologist Dr. Frederick Wise.

5. As with Plaintiff's expert, Dr. Wise needs to test/evaluate Thomas Waite prior to being able to render opinions.

6. Dr. Wise was originally scheduled to conduct his examination of Thomas Waite on February 7-8, 2007, in Seattle, and provide his IME report no later than February 16, 2007.

7. Due to no fault of the parties, Dr. Wise had a scheduling error. The IME has therefore been re-scheduled to February 23-24, 2007.

8. This is the earliest that Dr. Wise can test and evaluate Thomas Waite.

9. Dr. Wise has promised to compete his IME report by March 5, 2007.

10. Defendants request the disclosure of Dr. Wise's opinions be extended from February 16, 2007 to March 5, 2007.

11. This extension will not impact the discovery cut-off of May 11, 2007.

12. This extension will not impact the trial date of September 7, 2007.

13. Defendants will stipulate to an extension of time for Plaintiff to designate rebuttal experts, should that become necessary.

14. Counsel for Defendants has conferred with Mr. Eymann who has no objection to the requested extension.

_/s/ Ross P. White_
Ross P. White

AFFIDAVIT OF ROSS P. WHITE IN SUPPORT OF
DEFENDANTS' MOTION TO EXTEND
EXPERT DISCLOSURE DATES FOR NEUROPSYCHOLOGY ...- 2
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion (2nd) to Continue Expert Disclosure\Aff of RPW in Support of Motion to Contine 021307 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

1  SUBSCRIBED AND SWORN to before me this 14th day of February,
2  2007.

Print Name: Kimberley Lee Hunter
NOTARY PUBLIC in and for the
State of Washington, residing in Spokane
My Commission expires: 3/15/09

[Notary seal: KIMBERLEY LEE HUNTER, COMMISSION EXPIRES MARCH 15, 2009, NOTARY PUBLIC, STATE OF WASHINGTON]

27  AFFIDAVIT OF ROSS P. WHITE IN SUPPORT OF
    DEFENDANTS' MOTION TO EXTEND
28  EXPERT DISCLOSURE DATES FOR NEUROPSYCHOLOGY ...- 3
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion (2nd) to Continue Expert Disclosure\Aff of RPW in Support of Motion to Contine 021307 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

# CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of February, 2007:

1. I electronically filed the foregoing **Affidavit of Ross P. White in Support of Defendants' Motion to Extend Expert Disclosure Dates for Neuropsychology Opinions** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

   (for Waite) Richard C. Eymann and Stephen L. Nordstrom;
   (for Brodhead) Andrew C. Smythe

2. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at the address listed below: **None.**

3. I hereby certify that I have hand delivered the document to the following participants at the addresses listed below: **None.**

/s/ Ross P. White
Ross P. White
Witherspoon, Kelley, Davenport & Toole, P.S.
422 W. Riverside Ave., #1100
Spokane, WA 99201-0300
Phone: 509-624-5265
Fax: 509-478-2728
rpw@wkdtlaw.com

AFFIDAVIT OF ROSS P. WHITE IN SUPPORT OF
DEFENDANTS' MOTION TO EXTEND
EXPERT DISCLOSURE DATES FOR NEUROPSYCHOLOGY ...- 4
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion (2nd) to Continue Expert Disclosure\Aff of RPW in Support of Motion to Contine 021307 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265