1 | RICHARD C. EYMANN
Eymann Allison Hunter Jones, P.S.
2 | 2208 West Second Avenue
Spokane, WA 99201-5417
3 | (509) 747-0101

4 | STEPHEN L. NORDSTROM
Nordstrom & Nees, P.S.
5 | 323 South Pines Road
Spokane, WA 99206
6 | (509) 924-9800

7 | Attorneys for Plaintiff

8 | UNITED STATES DISTRICT COURT FOR THE

9 | EASTERN DISTRICT OF WASHINGTON

10 | THOMAS A. WAITE,                          No. CV-05-399-EFS

11 |                              Plaintiff,   **PLAINTIFF'S MOTION AND
                                              AFFIDAVIT FOR EXTENSION
12 |     vs.                                   OF TIME TO FILE PLAINTIFF'S
                                              REPLY TO DEFENDANTS'
13 | THE CHURCH OF JESUS CHRIST OF             RESPONSES TO PLAINTIFF'S
LATTER DAY SAINTS d/b/a                        MOTION FOR PARTIAL
14 | CORPORATION OF THE PRESIDING              SUMMARY JUDGMENT RE:
BISHOP OF THE CHURCH OF JESUS                  AFFIRMATIVE DEFENSES**
15 | CHRIST OF LATTER DAY SAINTS, a
Utah corporation, d/b/a
16 | CORPORATION OF THE PRESIDENT
OF THE CHURCH OF JESUS CHRIST
17 | OF LATTER DAY SAINTS, a Utah
corporation; DONALD C. FOSSUM;
18 | and STEVEN D. BRODHEAD,

19 |                              Defendants.

20 |     Plaintiff, by and through his undersigned attorneys, hereby moves that the Court

21 | enter an order extending the time in which plaintiff must file and serve on defendants

22 | Plaintiff's Reply to Defendants' Responses to Plaintiff's Motion for Partial Summary

23 | Judgment Re: Affirmative Defenses. Plaintiff respectfully requests a seven (7) day

24 | extension to Wednesday, February 28, 2007.

25 |

26 | PLAINTIFF'S MOTION AND AFFIDAVIT FOR
EXTENSION OF TIME TO FILE PLAINTIFF'S          **EYMANN ALLISON HUNTER JONES P.S.**
27 | REPLY TO DEFENDANTS' RESPONSES TO
PLAINTIFF'S MOTION FOR PARTIAL SUMMARY         2208 WEST SECOND AVENUE• SPOKANE, WA 99201-5417
28 | JUDGMENT RE: AFFIRMATIVE DEFENSES - 1       TELEPHONE: (509) 747-0101 • FAX: (509) 458-5977
(motion for extension of time to file reply re plaintiff psj motion.wpd)

Dockets.Justia.com

This Motion is made pursuant to the Federal Rules of Civil Procedure and is supported by the annexed Affidavit of Richard C. Eymann.

DATED this 20th day of February, 2007.

EYMANN ALLISON HUNTER JONES, P.S.

BY   s/ Richard C. Eymann
          RICHARD C. EYMANN, WSBA #7470
          Co-counsel for Plaintiff

STATE OF WASHINGTON   )
                      ) ss.
County of Spokane     )

Richard C. Eymann, being first duly sworn under oath, deposes and states:

1.     I am one of the attorneys for plaintiff, I am competent to testify in this matter, and I make this Affidavit of my own personal knowledge in support of plaintiff's Motion for Extension of Time.

2.     On February 12, 2007, defense counsel caused to be served on plaintiff's counsel defendants' responses to Plaintiff's Motion for Partial Summary Judgment Re: Affirmative Defenses.  Pursuant to Local Rule 7.1(c) and the Court's Amended Scheduling Order, the reply memorandum shall be filed and served five (5) court days following service of the responsive memoranda.  As such, plaintiff's reply memorandum is due today, February 20, 2007.  Last week, your affiant was out of town four (4) of the five (5) working days preparing for and attending depositions in this case and another case.  Plaintiff's co-counsel, Stephen L. Nordstrom, is currently in Salt Lake City attending three (3) discovery depositions in this case today.  Plaintiff's counsel conferred today via telephone regarding the anticipated reply but

PLAINTIFF'S MOTION AND AFFIDAVIT FOR
EXTENSION OF TIME TO FILE PLAINTIFF'S
REPLY TO DEFENDANTS' RESPONSES TO
PLAINTIFF'S MOTION FOR PARTIAL SUMMARY
JUDGMENT RE: AFFIRMATIVE DEFENSES - 2
(motion for extension of time to file reply re plaintiff psj motion.wpd)

EYMANN ALLISON HUNTER JONES P.S.

2208 WEST SECOND AVENUE• SPOKANE, WA 99201-5417
TELEPHONE: (509) 747-0101 • FAX: (509) 458-5977

have not been able to complete the briefing. As such, your affiant hereby files this request for an extension of time.

3.     Plaintiff contends that defendants are not unduly prejudiced by the granting of this extension on the reply briefing as the hearing date for this motion is currently set for March 22, 2007. No response from either defendant is necessitated. Further, plaintiff is informed that defense counsel Brian Rekofke has a conflict with the March 22nd hearing date and has requested that it be moved.

4.     Plaintiff respectfully requests that the Court grant his Motion for this Extension of Time so that his reply memorandum may be timely filed on Wednesday, February 28, 2007.

5.     A proposed Order Granting Plaintiff's Motion for Extension of Time to File Plaintiff's Reply to Defendants' Responses to Plaintiff's Motion for Partial Summary Judgment is attached hereto as Exhibit "A."


_____s/Richard C. Eymann_____
RICHARD C. EYMANN

SUBSCRIBED AND SWORN to before me this 20th day of February, 2007.


_____s/Diane R. Latta_____
NOTARY PUBLIC in and for the State of
Washington, residing at Spokane.
My commission expires:  _7-10-07_

PLAINTIFF'S MOTION AND AFFIDAVIT FOR
EXTENSION OF TIME TO FILE PLAINTIFF'S
REPLY TO DEFENDANTS' RESPONSES TO
PLAINTIFF'S MOTION FOR PARTIAL SUMMARY
JUDGMENT RE: AFFIRMATIVE DEFENSES - 3
(motion for extension of time to file reply re plaintiff psj motion.wpd)

**EYMANN ALLISON HUNTER JONES P.S.**

2208 WEST SECOND AVENUE• SPOKANE, WA 99201-5417
TELEPHONE: (509) 747-0101 • FAX: (509) 458-5977

1

## CERTIFICATE OF SERVICE

2      I, RICHARD C. EYMANN, hereby certify that on the 20th day of February,
3  2007, I electronically filed the foregoing with the Clerk of the Court using the
   CM/ECF System which will send notification of such filing to the following
4  participants:

5  Brian T. Rekofke
   Witherspoon Kelley Davenport & Toole
   1100 U.S. Bank Building
6  422 W. Riverside Avenue
   Spokane, WA 99201
7
   Andrew C. Smythe
8  Paine Hamblen Coffin Brooke & Miller
   717 W. Sprague Avenue, Suite 1200
9  Spokane, WA 99201

10

11                        _____s/Richard C. Eymann_____
                          **RICHARD C. EYMANN**
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  PLAINTIFF'S MOTION AND AFFIDAVIT FOR
    EXTENSION OF TIME TO FILE PLAINTIFF'S            **EYMANN ALLISON HUNTER JONES P.S.**
27  REPLY TO DEFENDANTS' RESPONSES TO
    PLAINTIFF'S MOTION FOR PARTIAL SUMMARY           2208 WEST SECOND AVENUE• SPOKANE, WA 99201-5417
28  JUDGMENT RE: AFFIRMATIVE DEFENSES - 4            TELEPHONE: (509) 747-0101 • FAX: (509) 458-5977
    (motion for extension of time to file reply re plaintiff psj motion.wpd)

# Exhibit "A"

5

1  RICHARD C. EYMANN
   Eymann Allison Hunter Jones, P.S.
2  2208 West Second Avenue
   Spokane, WA  99201-5417
3  (509) 747-0101

4  STEPHEN L. NORDSTROM
   Nordstrom & Nees, P.S.
5  323 South Pines Road
   Spokane, WA 99206
6  (509) 924-9800

7  Attorneys for Plaintiff

8           UNITED STATES DISTRICT COURT FOR THE

9              EASTERN DISTRICT OF WASHINGTON

10 THOMAS A. WAITE,                    No. CV-05-399-EFS

11                         Plaintiff,  **ORDER GRANTING**
                                       **PLAINTIFF'S MOTION FOR**
12      vs.                            **EXTENSION OF TIME TO FILE**
                                       **PLAINTIFF'S REPLY TO**
13 THE CHURCH OF JESUS CHRIST OF       **DEFENDANTS' RESPONSES TO**
   LATTER DAY SAINTS d/b/a             **PLAINTIFF'S PARTIAL**
14 CORPORATION OF THE PRESIDING        **SUMMARY JUDGMENT RE:**
   BISHOP OF THE CHURCH OF JESUS       **AFFIRMATIVE DEFENSES**
15 CHRIST OF LATTER DAY SAINTS, a
   Utah corporation, d/b/a
16 CORPORATION OF THE PRESIDENT
   OF THE CHURCH OF JESUS CHRIST
17 OF LATTER DAY SAINTS, a Utah
   corporation; DONALD C. FOSSUM;
18 and STEVEN D. BRODHEAD,

19                        Defendants.

20      THIS MATTER, having come on for expedited hearing on plaintiff's Motion

21 for Extension of Time; and the Court finding good cause for the granting of said

22 Motion, now, therefore, it is

23      ORDERED that Plaintiff's Reply to Defendants' Responses to Plaintiff's Motion

24 for Partial Summary Judgment Re: Affirmative Defenses shall be deemed as timely

25 filed on Wednesday, February 28, 2007.

26 ORDER GRANTING PLAINTIFF'S MOTION FOR
   EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY      **EYMANN ALLISON HUNTER JONES P.S.**
27 TO DEFENDANTS' RESPONSES TO PLAINTIFF'S
   MOTION FOR PARTIAL SUMMARY JUDGMENT             2208 WEST SECOND AVENUE• SPOKANE, WA 99201-5417
28 RE: AFFIRMATIVE DEFENSES  - 1                    TELEPHONE:  (509) 747-0101 • FAX: (509) 458-5977
   (order on motion for extension of time re psj motion.wpd)

DONE IN OPEN COURT this _____ day of _____, 2007.

_____
HONORABLE EDWARD F. SHEA
U.S. District Court Judge

Presented by:

EYMANN ALLISON HUNTER JONES, P.S.

BY:   s/Richard C. Eymann
      RICHARD C. EYMANN, WSBA #7470
      Co-counsel for Plaintiff

ORDER GRANTING PLAINTIFF'S MOTION FOR
EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY
TO DEFENDANTS' RESPONSES TO PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY JUDGMENT
RE: AFFIRMATIVE DEFENSES  - 2
(order on motion for extension of time re psj motion.wpd)