RICHARD C. EYMANN
Eymann Allison Hunter Jones, P.S.
2208 West Second Avenue
Spokane, WA 99201-5417
(509) 747-0101

STEPHEN L. NORDSTROM
Nordstrom & Nees, P.S.
323 South Pines Road
Spokane, WA 99206
(509) 924-9800

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS A. WAITE,<br><br>                              Plaintiff,<br><br>vs.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS d/b/a CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation, d/b/a CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD,<br><br>                            Defendants. | No. CV-05-399-EFS<br><br>**NOTICE OF EXPEDITED HEARING ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME**<br><br>**Oral Argument Not Requested** |

TO:   CLERK OF THE COURT, and

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

      Notice is hereby given that Plaintiff's Motion for Extension of Time to File will be brought for expedited hearing on February 21, 2007 before the Honorable

NOTICE OF EXPEDITED HEARING ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME - 1
(notice of expedited hearing on motion for extension.wpd)

**EYMANN ALLISON HUNTER JONES P.S.**
2208 WEST SECOND AVENUE• SPOKANE, WA 99201-5417
TELEPHONE: (509) 747-0101 • FAX: (509) 458-5977

1  Edward F. Shea of the United States District Court for the Eastern District of
2  Washington. Oral argument is not requested.
3  　　　　DATED this 20th day of February, 2007.
4
5  　　　　　　　　　　　　　EYMANN ALLISON HUNTER JONES, P.S.
6  　　　　　　　　　　BY   s/ Richard C. Eymann
　　　　　　　　　　　　　RICHARD C. EYMANN, WSBA #7470
7  　　　　　　　　　　　　　Co-counsel for Plaintiff

NOTICE OF EXPEDITED HEARING ON PLAINTIFF'S
MOTION FOR EXTENSION OF TIME - 2
(notice of expedited hearing on motion for extension.wpd)

**EYMANN ALLISON HUNTER JONES P.S.**

2208 WEST SECOND AVENUE• SPOKANE, WA 99201-5417
TELEPHONE:  (509) 747-0101 • FAX: (509) 458-5977

# CERTIFICATE OF SERVICE

I, RICHARD C. EYMANN, hereby certify that on the 20th day of February, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following participants:

Brian T. Rekofke
Witherspoon Kelley Davenport & Toole
1100 U.S. Bank Building
422 W. Riverside Avenue
Spokane, WA 99201

Andrew C. Smythe
Paine Hamblen Coffin Brooke & Miller
717 W. Sprague Avenue, Suite 1200
Spokane, WA 99201

          s/Richard C. Eymann
**RICHARD C. EYMANN**

NOTICE OF EXPEDITED HEARING ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME - 3
(notice of expedited hearing on motion for extension.wpd)

**EYMANN ALLISON HUNTER JONES P.S.**
2208 WEST SECOND AVENUE• SPOKANE, WA 99201-5417
TELEPHONE: (509) 747-0101 • FAX: (509) 458-5977