```
 1  RICHARD C. EYMANN
    Eymann Allison Hunter Jones, P.S.
 2  2208 West Second Avenue
    Spokane, WA  99201-5417
 3  (509) 747-0101

 4  STEPHEN L. NORDSTROM
    Nordstrom & Nees, P.S.
 5  323 South Pines Road
    Spokane, WA 99206
 6  (509) 924-9800

 7  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF WASHINGTON

| THOMAS A. WAITE,<br><br>                    Plaintiff,<br><br>vs.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS d/b/a CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation, d/b/a CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD,<br><br>                    Defendants. | No. CV-05-399-EFS<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO EXTEND EXPERT DISCLOSURE DATE FOR NEUROPSYCHOLOGY OPINIONS** |
|---|---|

Plaintiff, by and through his undersigned attorneys, does not object to Defendants' Motion to Extend Expert Disclosure Date for Neuropsychology Opinions.

DATED this 21st day of February, 2007.

EYMANN ALLISON HUNTER JONES, P.S.


BY  s/ Richard C. Eymann
    RICHARD C. EYMANN, WSBA #7470
    Co-counsel for Plaintiff

PLAINTIFF'S RESPONSE TO DEFENDANTS'
MOTION TO EXTEND EXPERT DISCLOSURE DATE
FOR NEUROPSYCHOLOGY OPINIONS - 1
(plaintiff's response to def motion to extend expert disclosure date.wpd)

**EYMANN ALLISON HUNTER JONES P.S.**
2208 WEST SECOND AVENUE• SPOKANE, WA 99201-5417
TELEPHONE:  (509) 747-0101 • FAX: (509) 458-5977

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I, RICHARD C. EYMANN, hereby certify that on the 21st day of February, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following participants:

Brian T. Rekofke
Witherspoon Kelley Davenport & Toole
1100 U.S. Bank Building
422 W. Riverside Avenue
Spokane, WA 99201

Andrew C. Smythe
Paine Hamblen Coffin Brooke & Miller
717 W. Sprague Avenue, Suite 1200
Spokane, WA 99201

s/Richard C. Eymann
**RICHARD C. EYMANN**

PLAINTIFF'S RESPONSE TO DEFENDANTS'
MOTION TO EXTEND EXPERT DISCLOSURE DATE
FOR NEUROPSYCHOLOGY OPINIONS - 2
(plaintiff's response to def motion to extend expert disclosure date.wpd)

**EYMANN ALLISON HUNTER JONES P.S.**

2208 WEST SECOND AVENUE• SPOKANE, WA 99201-5417
TELEPHONE:  (509) 747-0101 • FAX: (509) 458-5977