| | |
|---|---|
| 1<br>2<br>3<br>4 | Brian T. Rekofke<br>Ross P. White<br>Witherspoon, Kelley, Davenport & Toole<br>1100 US Bank Building<br>422 West Riverside<br>Spokane, WA 99201<br>(509) 624-5265 |
| 5<br>6 | Attorneys for The Church of Jesus Christ of<br>    Latter-day Saints and Donald C. Fossum |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS A. WAITE,<br><br>    Plaintiff,<br><br>vs.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS d/b/a CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation, d/b/a CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD,<br><br>    Defendants. | Case No.: CV-05-399-EFS<br><br>LDS AND DONALD C. FOSSUM'S IDENTIFICATION OF EXPERT WITNESSES AND DISCLOSURE OF EXPERTS' PRELIMINARY REPORTS |

The above-named defendants hereby submit the following expert disclosures:

    3.    Frederick Wise, Ph.D.
           Department of Psychiatry and Behavioral Sciences
           University of Washington, HMC
           Seattle, WA 98195

Dr. Wise is a neuropsychologist. He will testify concerning his neuropsychological evaluation of Plaintiff, as well as comment on other neuropsychological and psychological evaluations performed on Mr. Waite. Dr. Wise's preliminary expert report is attached as Exhibit 3A. Dr. Wise will be

LDS AND DONALD C. FOSSUM'S IDENTIFICATION OF
EXPERT WITNESSES AND DISCLOSURE OF EXPERTS'
PRELIMINARY REPORTS - 1

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Disclosure of Experts and
Experts Preliminary Rpts (with Wise report) 030507.wpd

1  available for deposition within 30 days after the deposition of Plaintiff's expert,
2  Dr. William Burkhart, which is scheduled for March 15, 2007.
3      Defendants reserve the right to supplement these disclosures listed above
4  as the discovery process proceeds.
5      DATED this 5th day of March, 2007.

                  **WITHERSPOON, KELLEY, DAVENPORT & TOOLE**

        By:    /s/ Ross P. White
              Brian T. Rekofke, WSBA No. 13260
              Ross P. White, WSBA No. 12136
              Attorneys for The Church of Jesus Christ of Latter-day Saints and Donald C. Fossum

LDS AND DONALD C. FOSSUM'S IDENTIFICATION OF EXPERT WITNESSES AND DISCLOSURE OF EXPERTS' PRELIMINARY REPORTS - 2

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Disclosure of Experts and Experts Preliminary Rpts (with Wise report) 030507.wpd

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of March, 2007:

1. I electronically filed the foregoing **LDS AND DONALD C. FOSSUM'S IDENTIFICATION OF EXPERT WITNESSES AND DISCLOSURE OF EXPERTS' PRELIMINARY REPORTS** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

   (for Waite) Richard C. Eymann and Stephen L. Nordstrom;
   (for Brodhead) Andrew C. Smythe

2. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at the address listed below: **None.**

3. I hereby certify that I have hand delivered the document to the following participants at the addresses listed below: **None.**

Kimberley L. Hunter, Legal Assistant
Witherspoon, Kelley, Davenport & Toole, P.S.
422 W. Riverside Ave., #1100
Spokane, WA 99201-0300
Phone: 509-624-5265
Fax: 509-478-2728
kimh@wkdtlaw.com

LDS AND DONALD C. FOSSUM'S IDENTIFICATION OF EXPERT WITNESSES AND DISCLOSURE OF EXPERTS' PRELIMINARY REPORTS - 3

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Disclosure of Experts and Experts Preliminary Rpts (with Wise report) 030507.wpd