1  RICHARD C. EYMANN
   Eymann Allison Hunter Jones, P.S.
2  2208 West Second Avenue
   Spokane, WA 99201-5417
3  (509) 747-0101

4  STEPHEN L. NORDSTROM
   Nordstrom & Nees, P.S.
5  323 S. Pines Road
   Spokane, WA 99206
6  (509) 924-9800

7  Attorneys for Plaintiff

8        UNITED STATES DISTRICT COURT FOR THE
9          EASTERN DISTRICT OF WASHINGTON

10 THOMAS A. WAITE,                  | No. CV-05-399-EFS
11                      Plaintiff,   | PLAINTIFF'S THIRD
12    vs.                            | SUPPLEMENTAL
                                     | IDENTIFICATION OF EXPERT
13 THE CHURCH OF JESUS CHRIST OF     | WITNESSES AND DISCLOSURE
   LATTER DAY SAINTS d/b/a           | OF EXPERTS' PRELIMINARY
14 CORPORATION OF THE PRESIDING      | REPORTS
   BISHOP OF THE CHURCH OF JESUS
15 CHRIST OF LATTER DAY SAINTS, a
   Utah corporation, d/b/a
16 CORPORATION OF THE PRESIDENT
   OF THE CHURCH OF JESUS CHRIST
17 OF LATTER DAY SAINTS, a Utah
   corporation; DONALD C. FOSSUM;
18 and STEVEN D. BRODHEAD,
19                      Defendants.

20    Plaintiff, by and through his undersigned attorneys, hereby supplements his
21 original and first supplemental expert witness disclosure as follows:

22    1.   Anthony J. Choppa, M.Ed., C.R.C.
23         Vocational Rehabilitation Counselor
           OSC Vocational Systems, Inc.
24         10132 NE 185th
           Bothell, WA 98011
25
26
27 PLAINTIFF'S THIRD SUPPLEMENTAL                EYMANN ALLISON HUNTER JONES P.S.
   IDENTIFICATION OF EXPERT WITNESSES...-1       2208 WEST SECOND AVENUE• SPOKANE, WA 99201-5417
28 (Plaintiff's 3rd supp Identification of Expert Witnesses.wpd)  TELEPHONE: (509) 747-0101 • FAX: (509) 458-5977

Mr. Choppa's Revised February 2007 Life Care Plan is attached as Exhibit "A."

Plaintiff reserves the right to further supplement his disclosures as discovery is ongoing.

DATED this 6th day of March, 2007.

EYMANN ALLISON HUNTER JONES, P.S.

BY   s/ Richard C. Eymann
     RICHARD C. EYMANN, WSBA #7470
     Co-counsel for Plaintiff

NORDSTROM & NEES, P.S.

BY   *Telephonically approved 3/6/07*
     STEPHEN L. NORDSTROM, WSBA #11267
     Co-counsel for Plaintiff

---

PLAINTIFF'S THIRD SUPPLEMENTAL
IDENTIFICATION OF EXPERT WITNESSES...-2
(Plaintiff's 3rd supp Identification of Expert Witnesses.wpd)

EYMANN ALLISON HUNTER JONES P.S.

2208 WEST SECOND AVENUE• SPOKANE, WA 99201-5417
TELEPHONE: (509) 747-0101 • FAX: (509) 458-5977

## CERTIFICATE OF SERVICE

I, RICHARD C. EYMANN, hereby certify that on the 6th day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following participants:

Brian T. Rekofke
Witherspoon Kelley Davenport & Toole
1100 U.S. Bank Building
422 W. Riverside Avenue
Spokane, WA 99201

Andrew C. Smythe
Paine Hamblen Coffin Brooke & Miller
717 W. Sprague Avenue, Suite 1200
Spokane, WA 99201

s/Richard C. Eymann
RICHARD C. EYMANN

PLAINTIFF'S THIRD SUPPLEMENTAL
IDENTIFICATION OF EXPERT WITNESSES...-3
(Plaintiff's 3rd supp Identification of Expert Witnesses.wpd)

EYMANN ALLISON HUNTER JONES P.S.

2208 WEST SECOND AVENUE • SPOKANE, WA 99201-5417
TELEPHONE: (509) 747-0101 • FAX: (509) 458-5977

# Exhibit "A"

4


**VOCATIONAL SYSTEMS, INC.**

February 27, 2007

William Burkhardt, Ph.D.
10704 Meridian Ave. N., Suite 104
Seattle, WA 98133-9010

Re:   Thomas Waite

DOI:  08/21/03

Dear Dr. Burkhardt:

I have had the opportunity to review your neuropsychological report dated November 15, 2006. The following revisions have been added to Mr. Waite's Care Plan based on your recommendations on page 15, paragraph 7. You recommend Mr. Waite be followed by a psychiatrist monthly for medication management, and then less frequently as long as a rehabilitation psychologist or neuropsychologist is involved with ongoing psychotherapy and medication monitoring, and more comprehensive neuropsychological monitoring and re-evaluation. Further, you recommend he have access to a cognitive remediation therapist (preferably a speech language therapist who understands brain injury related executive skill deficits and who is geared toward practical or functional compensatory strategies). This therapy should be available for 3 - 6 sessions every 3 – 5 years coinciding with for example change in jobs and/or changing circumstances with regard to relationships or living arrangements.

Upon your review, please provide your concurrence and/or comments as to whether the following updates are appropriate and reflect your recommendations for Mr. Waite.

Please feel free to contact me if you have any questions or require additional information.

_____   The rehabilitation recommendations contained in the Care Plan are necessary and appropriate for Thomas Waite.

Comments: _____

_____

William Burkhart, Ph.D.                                                          Date

√ Main Office (Bothell) • 10132 N.E. 185th
Bothell, WA 98011 • (425) 486-4040
Fax: (425) 486-8701

⌐ Mt. Vernon Office • 1419 E. College Way
Mt. Vernon, WA 98273 • (360) 424-6239
Fax: (360) 428-4161

⌐ Olympia Office • 2101 4th Ave Suite 101
Olympia, WA 98506 • (360) 352-5078
Fax: (360) 352-5417

⌐ Wenatchee Office • 7 North Wenatchee Ave, Suite 402
Wenatchee, WA 98801 • (509) 665-8382
Fax: (509) 665-8389

⌐ Edmonds Office • 7500 212th St. S.W., Suite 110
Edmonds, WA 98026 • (425) 672-9600
Fax: (425) 776-5375

⌐ Burien Office • 601 SW 152nd St
Burien, WA 98166 • (206) 243-1300
Fax: (206) 243-0366

⌐ Kingston Office • 26127 Calvary Lane Suite 300
Kingston, WA 98346 • (360) 297-0531
Fax: (360) 297-0532

⌐ Bellingham Office • 114 W. Magnolia St., #303
Bellingham, WA 98225 • (360) 734-9163
Fax: (360) 738-9524

⌐ Tacoma Office • 917 Pacific Ave #308
Tacoma, WA 98402 • (253) 779-5485
Fax: (253) 779-5486

⌐ Spokane Office • 1814 N. Normandie
Spokane, WA 99205 • (509) 325-7766
Fax: (509) 325-7666

⌐ Moses Lake Office • 406 W. Broadway, Suite G
Moses Lake, WA 98837 • (509) 766-0379
Fax: (509) 765-1392

5

Thomas Waite
February 27, 2007
Page 2

Please return the signature page with your signature via facsimile at 425-486-8701 or in the enclosed self-addressed, stamped envelope. Thank you for your assistance.

Very truly yours,

*Tony Choppa*

Anthony J. Choppa, M.Ed., C.R.C., C.C.M.
Rehabilitation Counselor/Case Manager

Encl.: Care Plan
      SASE

cc: Richard Eymann
    Thomas Waite c/o Richard Eymann
    Susan Skinner, M.D.

6

# CARE PLAN

# FOR

# THOMAS WAITE

# CURRENT AGE TO LIFE EXPECTANCY

---

**REVISED FEBRUARY 2007**

---

Anthony J. Choppa, M.Ed., C.R.C., C.C.M.
OSC Vocational Systems, Inc.
10132 NE 185th St.
Bothell, WA 98011

7

# TABLE OF CONTENTS

| | |
|---|---|
| PROJECTED EVALUATIONS | 1 |
| PROJECTED THERAPEUTIC MODALITIES | 2 |
| DIAGNOSTICS | 3 |
| MEDICATIONS | 4 |
| HOME CARE/RESIDENTIAL CARE | 5 |
| EDUCATIONAL/VOCATIONAL NEEDS | 6 |

8

**VOCATIONAL SYSTEMS, INC.**

CARE PLAN
NAME: THOMAS WAITE
DOI: 8/21/03

| ITEM | PURPOSE | PROVIDER | AGE/INITIATED AGE/SUSPENDED | REPLACEMENT RATE | BASE COST |
|---|---|---|---|---|---|
| Neurological Evaluation, Monitoring and Treatment | Monitor neurological sequelae including cognitive deficits and seizure status. Management of pharmacologic intervention. | Susan Skinner, M.D. or local provider | Current Age to Life Expectancy | Office visit in approximately 6 months, then average yearly | $144.00 - $202.00 per visit |
| Neuropsychological Re-evaluations | Ongoing monitoring of cognitive and emotional status, provide recommendations to address treatment options and/or appropriate accommodations with regard to educational/vocational pursuits and other challenges. | William Burkhart, Ph.D. or local provider | Current Age to Life Expectancy | Average every 3 – 5 years | $1,750.00 per evaluation |
| Psychiatric Monitoring | Medication management. | Local Psychiatrist | Current Age for 1 year | Monthly | $150.00 per session |

PROJECTED EVALUATIONS

Page 1

9



CARE PLAN
NAME: THOMAS WAITE
DOI: 8/21/03

| ITEM | PURPOSE | PROVIDER | AGE/INITIATED AGE/SUSPENDED | REPLACEMENT RATE | BASE COST |
|---|---|---|---|---|---|
| Psychotherapy (Individual) | Address cognitive behavioral intervention for symptoms of depression and anxiety, and assist with attention, concentration and ability to focus. (and medication monitoring?) | Barry Moss, Ph.D., Lauren Schwartz, Ph.D., or local provider | Current Age to Life Expectancy | Average 2 times per week for 18 months<br>Then 1 time per week for 3 – 5 years<br>Then 6 – 12 times per year to Life Expectancy | $135.00 - $150.00 per session |
| Cognitive Remediation Evaluation, Monitoring and Treatment | Periodic consultation with a Speech Language Pathologist to assist Thomas with maintaining and updating his compensatory strategies during major life changes including job and relationship changes. Communication and coordination with Psychotherapist. | Rancho Los Amigos, Newport Language & Speech Center, or local provider | Current Age to Life Expectancy | 3 – 6 sessions every 3 – 5 years | $60.00 - $120.00 per session |

PROJECTED THERAPEUTIC MODALITIES

Page 2

10

**ABC VOCATIONAL SYSTEMS, INC.**

CARE PLAN
NAME: THOMAS WAITE

DOI: 8/21/03

| ITEM | PURPOSE | PROVIDER | AGE/INITIATED AGE/SUSPENDED | REPLACEMENT RATE | BASE COST |
|---|---|---|---|---|---|
| Dilantin Level | Monitor therapeutic medication levels and health status. | Lakeview Medical Offices, Anaheim, CA, or local provider | Current Age to Life Expectancy | In approximately 6 months, then average 1 time per year | $121.00 each |
| Complete Blood Count (CBC) | Monitor for general health status. | Lakeview Medical Offices, Anaheim, CA, or local provider | Current Age to Life Expectancy | In approximately 6 months, then average 1 time per year | $71.00 each |
| Alanine Aminotransferase (ALT) | Monitor liver function. | Lakeview Medical Offices, Anaheim, CA, or local provider | Current Age to Life Expectancy | In approximately 6 months, then average 1 time per year | $49.00 each |
| Aspartate Aminotransferase (AST) | Monitor liver function. | Lakeview Medical Offices, Anaheim, CA, or local provider | Current Age to Life Expectancy | In approximately 6 months, then average 1 time per year | $47.00 each |
| Venipuncture | Blood draw | Lakeview Medical Offices, Anaheim, CA, or local provider | Current Age to Life Expectancy | In approximately 6 months, then average 1 time per year | $15.00 each |

DIAGNOSTICS

//

**OSC VOCATIONAL SYSTEMS, INC.**

CARE PLAN
NAME: THOMAS WAITE
DOI: 8/21/03

| ITEM | PURPOSE | PROVIDER | AGE/INITIATED AGE/SUSPENDED | REPLACEMENT RATE | BASE COST |
|---|---|---|---|---|---|
| Dilantin* (400 mg) night | Manage and reduce risk of seizures. | Walgreens or local pharmacy | Current Age to Life Expectancy | Monthly | $48.00 |
| Celexa | Manage depression. | Walgreens or local pharmacy | Current Age to Life Expectancy | Monthly | Pending |

MEDICATIONS[1]

---

[1] Reflects current use. Physician may choose to alter or change medication over time. Dr. Burkhart recommends antidepressant medication such as Celexa be included.

Page 4

12



**VOCATIONAL SYSTEMS, INC.**

CARE PLAN
NAME: THOMAS WAITE

DOI: 8/21/03

| ITEM | PURPOSE | PROVIDER | AGE/INITIATED AGE/SUSPENDED | REPLACEMENT RATE | BASE COST |
|---|---|---|---|---|---|
| Case Management | Coordinate medical and rehabilitation providers, identify appropriate providers, and access resources to assure cost effectiveness, quality of services and crisis intervention. | Local Certified Rehabilitation Counselor or Certified Case Manager | Current Age to Life Expectancy | Average 1 time per month (2 – 3 hours) for the first year upon completion of school -------- Then 1 time per quarter (2 – 3 hours) for life | $115.00 - $165.00 per hour |
| | | | | | |
| HOME CARE/RESIDENTIAL CARE | | | | | |

\* Services currently being provided by mother.

Page 5

13

CARE PLAN
NAME: THOMAS WAITE
DOI: 8/21/03

| ITEM | PURPOSE | PROVIDER | AGE/INITIATED AGE/SUSPENDED | REPLACEMENT RATE | BASE COST |
|---|---|---|---|---|---|
| Tutoring | Specific one-on-one assistance with study skills due to continued memory and organizational impairment. | Fullerton College or local provider | Current Age for 2 – 3 years | Weekly (1 – 2 hours) (Professional intervention above and beyond peer tutoring) | $60.00 per hour |
| Functional Vocational Assessment/Counseling | Provide informational input for curriculum planning and transition from school to post schoolwork. Provide and determine vocational skills, information regarding interests, time management, self-regulation on the job, and appropriate behavior. | Local Certified Rehabilitation Counselor | Current Age to Life Expectancy | Minimum 1 – 2 times (15 – 20 hours each) | $130.00 - $165.00 per hour |

EDUCATIONAL/VOCATIONAL NEEDS

OSC VOCATIONAL SYSTEMS, INC.

14

Page 6