1  RICHARD C. EYMANN
   Eymann Allison Hunter Jones, P.S.
2  2208 West Second Avenue
   Spokane, WA 99201-5417
3  (509) 747-0101

4  STEPHEN L. NORDSTROM
   Nordstrom & Nees, P.S.
5  323 S. Pines Road
   Spokane, WA 99206
6  (509) 924-9800

7  Attorneys for Plaintiff

8  UNITED STATES DISTRICT COURT FOR THE

9  EASTERN DISTRICT OF WASHINGTON

10 | THOMAS A. WAITE,                                      | No. CV-05-399-EFS
11 |                                         Plaintiff,    | **PLAINTIFF'S FOURTH SUPPLEMENTAL IDENTIFICATION OF EXPERT WITNESSES AND DISCLOSURE OF EXPERTS' PRELIMINARY REPORTS**
12 | vs.
13 | THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS d/b/a CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation, d/b/a CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD,
19 |                                       Defendants.

20  Plaintiff, by and through his undersigned attorneys, hereby supplements his

21  prior expert witness disclosures as follows:

22    1.  Anthony J. Choppa, M.Ed., C.R.C.
23        Vocational Rehabilitation Counselor
          OSC Vocational Systems, Inc.
24        10132 NE 185th
          Bothell, WA 98011

25

26                                                    **EYMANN ALLISON HUNTER JONES P.S.**

27  PLAINTIFF'S FOURTH SUPPLEMENTAL            2208 WEST SECOND AVENUE• SPOKANE, WA 99201-5417
    IDENTIFICATION OF EXPERT WITNESSES…-1       TELEPHONE: (509) 747-0101 • FAX: (509) 458-5977
28  (Plaintiff's 4th supp Identification of Expert Witnesses.wpd)

A fully executed copy of Mr. Choppa's February 27, 2007 correspondence to William Burkhart, Ph.D., reflecting Dr. Burkhart's written concurrence with the Revised February 2007 Life Care Plan is attached as Exhibit "A."

Plaintiff reserves the right to further supplement his disclosures as discovery is ongoing.

DATED this 14th day of March, 2007.

EYMANN ALLISON HUNTER JONES, P.S.

BY   s/ Richard C. Eymann
     RICHARD C. EYMANN, WSBA #7470
     Co-counsel for Plaintiff

NORDSTROM & NEES, P.S.

BY   *Telephonically approved 3/14/07*
     STEPHEN L. NORDSTROM, WSBA #11267
     Co-counsel for Plaintiff

PLAINTIFF'S FOURTH SUPPLEMENTAL
IDENTIFICATION OF EXPERT WITNESSES...-2
(Plaintiff's 4th supp Identification of Expert Witnesses.wpd)

EYMANN ALLISON HUNTER JONES P.S.
2208 WEST SECOND AVENUE• SPOKANE, WA 99201-5417
TELEPHONE: (509) 747-0101 • FAX: (509) 458-5977

# CERTIFICATE OF SERVICE

I, RICHARD C. EYMANN, hereby certify that on the 14th day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following participants:

Brian T. Rekofke
Witherspoon Kelley Davenport & Toole
1100 U.S. Bank Building
422 W. Riverside Avenue
Spokane, WA 99201

Andrew C. Smythe
Paine Hamblen Coffin Brooke & Miller
717 W. Sprague Avenue, Suite 1200
Spokane, WA 99201

                                                          s/Richard C. Eymann
                                                     RICHARD C. EYMANN

EYMANN ALLISON HUNTER JONES P.S.
2208 WEST SECOND AVENUE • SPOKANE, WA 99201-5417
TELEPHONE: (509) 747-0101 • FAX: (509) 458-5977

PLAINTIFF'S FOURTH SUPPLEMENTAL
IDENTIFICATION OF EXPERT WITNESSES...-3
(Plaintiff's 4th supp Identification of Expert Witnesses.wpd)

# Exhibit "A"

4



**OSC VOCATIONAL SYSTEMS, INC.**

February 27, 2007

William Burkhardt, Ph.D.
10704 Meridian Ave. N., Suite 104
Seattle, WA 98133-9010

Re:   Thomas Waite

DOI:  08/21/03

Dear Dr. Burkhardt:

I have had the opportunity to review your neuropsychological report dated November 15, 2006. The following revisions have been added to Mr. Waite's Care Plan based on your recommendations on page 15, paragraph 7. You recommend Mr. Waite be followed by a psychiatrist monthly for medication management, and then less frequently as long as a rehabilitation psychologist or neuropsychologist is involved with ongoing psychotherapy and medication monitoring, and more comprehensive neuropsychological monitoring and re-evaluation. Further, you recommend he have access to a cognitive remediation therapist (preferably a speech language therapist who understands brain injury related executive skill deficits and who is geared toward practical or functional compensatory strategies). This therapy should be available for 3 - 6 sessions every 3 – 5 years coinciding with for example change in jobs and/or changing circumstances with regard to relationships or living arrangements.

Upon your review, please provide your concurrence and/or comments as to whether the following updates are appropriate and reflect your recommendations for Mr. Waite.

Please feel free to contact me if you have any questions or require additional information.

_✓_ The rehabilitation recommendations contained in the Care Plan are necessary and appropriate for Thomas Waite.

Comments: _____

_____         3-13-07
William Burkhart, Ph.D.                   Date

✓ Main Office (Bothell) • 10132 N.E. 185th
Bothell, WA 98011 • (425) 486-4040
Fax: (425) 486-8701

❏ Mt. Vernon Office • 1419 E. College Way
Mt. Vernon, WA 98273 • (360) 424-6239
Fax: (360) 428-4161

❏ Olympia Office • 2101 4th Ave Suite 101
Olympia, WA 98506 • (360) 352-5078
Fax: (360) 352-5417

❏ Edmonds Office • 7500 212th St. S.W., Suite 110
Edmonds, WA 98026 • (425) 672-9600
Fax: (425) 776-5375

❏ Burien Office • 601 SW 152nd St
Burien, WA 98166 • (206) 243-1300
Fax: (206) 243-0366

❏ Kingston Office • 26137 Calvary Lane Suite 300
Kingston, WA 98346 • (360) 297-0531
Fax: (360) 297-0532

❏ Wenatchee Office • 7 North Wenatchee Ave. Suite 402
Wenatchee, WA 98801 • (509) 665-8382
Fax: (509) 665-8399

❏ Bellingham Office • 114 W. Magnolia St. #303
Bellingham, WA 98225 • (360) 734-9163
Fax: (360) 738-9524

❏ Tacoma Office • 917 Pacific Ave #308
Tacoma, WA 98402 • (253) 779-5485
Fax: (253) 779-5486

❏ Spokane Office • 1814 N. Normandie
Spokane, WA 99205 • (509) 325-7766
Fax: (509) 325-7656

❏ Moses Lake Office • 406 W. Broadway, Suite G
Moses Lake, WA 98837 • (509) 766-0379
Fax: (509) 765-1392

5

Thomas Waite
February 27, 2007
Page 2

Please return the signature page with your signature via facsimile at 425-486-8701 or in the enclosed self-addressed, stamped envelope. Thank you for your assistance.

Very truly yours,

*Tony Choppa*

Anthony J. Choppa, M.Ed., C.R.C., C.C.M.
Rehabilitation Counselor/Case Manager

Encl.: Care Plan
       SASE

cc: Richard Eymann
    Thomas Waite c/o Richard Eymann
    Susan Skinner, M.D.

6