1  RICHARD C. EYMANN
   Eymann Allison Hunter Jones, P.S.
2  2208 West Second Avenue
   Spokane, WA 99201-5417
3  (509) 747-0101

4  STEPHEN L. NORDSTROM
   Nordstrom & Nees, P.S.
5  323 South Pines Road
   Spokane, WA 99206
6  (509) 924-9800

7  Attorneys for Plaintiff

8  UNITED STATES DISTRICT COURT FOR THE

9  EASTERN DISTRICT OF WASHINGTON

10 | THOMAS A. WAITE,                              | No. CV-05-399-EFS
11 |                                   Plaintiff,  | **JOINT STATEMENT OF UNCONTROVERTED FACTS RE: PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: AFFIRMATIVE DEFENSES**
12 | vs.
13 | THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS d/b/a CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation, d/b/a CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD,
19 |                                   Defendants.

20     The parties, by and through their respective counsel of record, stipulate that the

21 following specific facts are uncontroverted as to Plaintiff's Motion for Partial

22 Summary Judgment Re: Affirmative Defenses:

23     1.  Plaintiff was a missionary for the Church of Jesus Christ of Latter Day

24 Saints. Attachment A (Thomas A. Waite deposition, p. 39, ln. 14-25; p. 40, ln.

25 1-16.)

26 JOINT STATEMENT OF UNCONTROVERTED FACTS
27 RE: PLAINTIFF'S MOTION FOR PARTIAL
   SUMMARY JUDGMENT RE: AFFIRMATIVE
   DEFENSES - 1
28 (joint statement of facts re p's psj motion re affirmative defenses.wpd)

**EYMANN ALLISON HUNTER JONES P.S.**

2208 WEST SECOND AVENUE• SPOKANE, WA 99201-5417
TELEPHONE: (509) 747-0101 • FAX: (509) 458-5977

2. Missionaries were required to sign a "Driving Contract." Attachment B (Donald C. Fossum deposition, p. 43, ln. 24-25; p. 44, ln. 1-25; p. 45, ln. 1-2; Fossum deposition, Exhibit 1).

3. Plaintiff signed a "Driving Contract." Attachment C (Waite deposition, p. 98, ln. 8-25; Exhibit 3).

4. The "Driving Contract" required that missionaries wear seatbelts whenever riding in a vehicle. Attachment B (Fossum deposition, Exhibit 1).

5. At the time of the collision, plaintiff was riding without a seatbelt in the bed of a church-owned pickup. Attachment D (Declaration of James T. Ross, p. 1, ln. 27-32; p. 2, ln. 1-22); and Attachment E (Mark Tyler Ryan deposition, p. 12, ln. 4-25; p. 13, ln. 1).[1]

6. Prior to becoming a missionary, Mr. Waite knew riding in the back of a pickup truck was "obviously not the safest place to be." Aff. of White, Exh. A. (Depo. of Thomas Waite 90:15-25; 91:15-20.)

7. Mr. Waite signed a contract agreeing to abide by certain rules relative to vehicles while a missionary. Aff. of Ross White Exh. B. (Thomas Waite Deposition, 100:15-101:14; 102:7-14, Exhibit 3.)

8. The missionaries' truck was struck by defendant Steven Brodhead. Aff. of White, Exh. D. (Deposition of Stephen Brodhead, 40:4-16.)[2]

---

[1] Defendants admitted this fact but objected to the citation of the Ross declaration as incomplete and unsigned.

[2] Plaintiff objects to the description of the truck as the "missionaries' truck" as the subject pickup truck was owned by the defendant church.

JOINT STATEMENT OF UNCONTROVERTED FACTS
RE: PLAINTIFF'S MOTION FOR PARTIAL
SUMMARY JUDGMENT RE: AFFIRMATIVE
DEFENSES - 2
(joint statement of facts re p's psj motion re affirmative defenses.wpd)

**EYMANN ALLISON HUNTER JONES P.S.**

2208 WEST SECOND AVENUE• SPOKANE, WA 99201-5417
TELEPHONE: (509) 747-0101 • FAX: (509) 458-5977

9. Mr. Waite was ejected from the truck cargo hold and suffered injuries. Aff. of White, Exh. E. (Depo. Of Brodhead, 42:2-21.)

10. For purposes of this motion, the parties stipulate that the terms "back of a pickup truck," "cargo hold" and "bed of a pickup truck" are interchangeable.

DATED this 15th day of March, 2007.

EYMANN ALLISON HUNTER JONES, P.S.

By:     s/Richard C. Eymann
    RICHARD C. EYMANN, WSBA #7470
    Co-Counsel for Plaintiff

NORDSTROM & NEES, P.S.

By:     *Telephonically Approved 3/15/07*
    STEPHEN L. NORDSTROM, WSBA #11267
    Co-Counsel for Plaintiff

WITHERSPOON-KELLEY, P.S.

By:     *Telephonically Approved 3/15/07*
    BRIAN T. REKOFKE, WSBA #13260
    ROSS P. WHITE, WSBA #12136
    Attorneys for Defendants LDS Church and Fossum

JOINT STATEMENT OF UNCONTROVERTED FACTS
RE: PLAINTIFF'S MOTION FOR PARTIAL
SUMMARY JUDGMENT RE: AFFIRMATIVE
DEFENSES - 3
(joint statement of facts re p's psj motion re affirmative defenses.wpd)

**EYMANN ALLISON HUNTER JONES P.S.**
2208 WEST SECOND AVENUE• SPOKANE, WA 99201-5417
TELEPHONE: (509) 747-0101 • FAX: (509) 458-5977

PAINE HAMBLEN COFFIN BROOKE & MILLER, LLP

By: *Telephonically Approved 3/15/07*
ANDREW C. SMYTHE, WSBA #7948
Attorneys for Defendant Brodhead

## CERTIFICATE OF SERVICE

I, RICHARD C. EYMANN, hereby certify that on the 15th day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following participants:

Brian T. Rekofke
Ross P. White
Witherspoon Kelley Davenport & Toole
1100 U.S. Bank Building
422 W. Riverside Avenue
Spokane, WA 99201

Andrew C. Smythe
Paine Hamblen Coffin Brooke & Miller
717 W. Sprague Avenue, Suite 1200
Spokane, WA 99201

s/Richard C. Eymann
**RICHARD C. EYMANN**

JOINT STATEMENT OF UNCONTROVERTED FACTS
RE: PLAINTIFF'S MOTION FOR PARTIAL
SUMMARY JUDGMENT RE: AFFIRMATIVE
DEFENSES - 4
(joint statement of facts re p's psj motion re affirmative defenses.wpd)

**EYMANN ALLISON HUNTER JONES P.S.**

2208 WEST SECOND AVENUE• SPOKANE, WA 99201-5417
TELEPHONE: (509) 747-0101 • FAX: (509) 458-5977