# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS A. WAITE,<br><br>                              Plaintiff,<br><br>vs.<br><br>CHURCH OF JESUS CHRIST, LATTERDAY SAINTS, et al,<br><br>                              Defendants. | **Case No.** CV-05-399-EFS<br><br>**CIVIL MINUTES**<br><br>**DATE:** 03/20/2007    **LOCATION:** Spokane<br><br>**MOTION HEARING** |

| **Judge   Edward F. Shea** |||
|---|---|---|
| Debbie Brasel<br>**Courtroom Deputy** | 01<br>**Law Clerk** | Stephanie Smithson<br>**Court Reporter** |
| Stephen Layne Nordstrom<br><br>**Plaintiff's Counsel** || Brian T. Rekofke<br>Andrew Campbell Smythe<br>**Defendants' Counsel** |

**[ XX ] Open Court          [  ] Chambers          [  ] Telecon          By:**

Mr. Nordstrom moves Court for Partial Summary Judgment Re: *Affirmative Defenses* (Ct Rec 49)
Mr. Rekofke argues resisting
Rebuttal argument by Mr. Nordstrom

**Court:**          Plaintiff's Motion for Partial Summary Judgment Re: *Affirmative Defenses* (Ct Rec 49) **granted**


**[ X ] ORDER FORTHCOMING**

| CONVENED: 8:00 AM | ADJOURNED: 8:25 AM | TIME:  25/ MINUTES | CALENDARED [  ] |
|---|---|---|---|