

**EYMANN
ALLISON
FENNESSY
HUNTER
JONES·PS**

ATTORNEYS AT LAW
Richard C. Eymann
John D. Allison [WA & ID]
Timothy B. Fennessy
Carol J. Hunter
Steven L. Jones
Richard M. Leland [WA & ID]
Jonathan H. Neill

STAFF ATTORNEY
Connie L. Powell

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 03 2007

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

March 30, 2007

**VIA FACSIMILE (509) 372-3051 AND U.S. MAIL**
Honorable Edward F. Shea
United States District Court for the
 Eastern District of Washington
825 Jadwin Avenue
Richland, WA 99352

Re:  *Waite v. LDS Church, et al.*
     USDC, ED Washington Cause No.: CV-05-399-EFS
     Our File No. 1.12256

Dear Judge Shea:

Please be advised that the parties have agreed that plaintiff's deadline to make any expert neuropsychology disclosure in rebuttal may be extended past the current deadline of April 3, 2007. As you will recall, the Court entered a text order (Doc. No. 68) extending the deadline for defendants' disclosure of their neuropsychological opinions with regard to defense expert Frederick Wise, Ph.D. Dr. Wise's deposition is currently scheduled for Friday, April 13, 2007. The parties represent that an extension of plaintiff's deadline to May 4, 2007 will not impact the trial date or other deadlines in this matter. Thank you.

Yours very truly,

RICHARD C. EYMANN

RCE/drl
cc:   Stephen L. Nordstrom (via facsimile)
      Brian T. Rekofke (via facsimile)
      Andrew C. Smythe (via facsimile)