Brian T. Rekofke
Ross P. White
Witherspoon, Kelley, Davenport & Toole
1100 US Bank Building
422 West Riverside
Spokane, WA 99201
(509) 624-5265

Attorneys for Church Defendants and Fossum

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS A. WAITE,<br><br>Plaintiff,<br><br>vs.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS d/b/a CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation, d/b/a CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD,<br><br>Defendants. | Case No.: CV-05-399-EFS<br><br>THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND DONALD C. FOSSUM'S MOTION TO COMPEL |

1.  **Relief Sought.** Defendants Church of Jesus Christ of Latter-day Saints and Donald C. Fossum ("Church Defendants") move the Court for an Order compelling Plaintiff to fully answer Church Defendants Interrogatories 2 - 5 and Request for Production No. 8 served on February 26, 2007.

2.  **Grounds.** Plaintiff has failed and refused to answer relevant questions and to provide discoverable information. Plaintiff's refusal is a violation of the rules of discovery.

3.  **Basis.** This motion is made pursuant to FRCP 26 and FRCP 37,

CHURCH AND FOSSUM'S MOTION
TO COMPEL DOCUMENTS - 1
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion to Compel Documents\Motion to Compel Documents 040507.wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

1  Church Defendants' Memorandum in Support of Motion to Compel, the Affidavit
2  of Brian T. Rekofke in Support of Motion to Compel, and the files and records
3  herein.

4      DATED this 11th day of April, 2007.

5                 **WITHERSPOON, KELLEY, DAVENPORT & TOOLE**

8      By:    /s/ Brian T. Rekofke
                  Brian T. Rekofke, WSBA No. 13260
9                   Ross P. White, WSBA No. 12136
                  Attorneys for LDS and Donald C. Fossum

CHURCH AND FOSSUM'S MOTION
TO COMPEL DOCUMENTS - 2
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion to Compel Documents\Motion to Compel Documents 040507.wpd

WITHERSPOON. KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

# CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of April, 2007:

1. I electronically filed the foregoing **THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND DONALD C. FOSSUM'S MOTION TO COMPEL** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

   (for Waite) Richard C. Eymann and Stephen L. Nordstrom;
   (for Brodhead) Andrew C. Smythe

2. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at the address listed below: **None.**

3. I hereby certify that I have hand delivered the document to the following participants at the addresses listed below: **None.**

Kimberley L. Hunter, Legal Assistant
Witherspoon, Kelley, Davenport & Toole, P.S.
422 W. Riverside Ave., #1100
Spokane, WA 99201-0300
Phone: 509-624-5265
Fax: 509-478-2728
kimh@wkdtlaw.com

CHURCH AND FOSSUM'S MOTION
TO COMPEL DOCUMENTS - 3
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion to Compel Documents\Motion to Compel Documents 040507.wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265