```
1  Brian T. Rekofke
   Ross P. White
2  Witherspoon, Kelley, Davenport & Toole
   1100 US Bank Building
3  422 West Riverside
   Spokane, WA 99201
4  (509) 624-5265

5  Attorneys for LDS Church and Donald C. Fossum
```

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS A. WAITE,<br><br>Plaintiff,<br><br>vs.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS d/b/a CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation, d/b/a CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD,<br><br>Defendants. | Case No.: CV-05-399-EFS<br><br>AFFIDAVIT OF BRIAN T. REKOFKE IN SUPPORT OF MOTION TO COMPEL |

STATE OF WASHINGTON   )
                     :ss
County of Spokane     )

BRIAN T. REKOFKE, being first duly sworn, upon oath, deposes and says:

1. I am one of the attorneys for the Church defendant and Donald Fossum, and make this Affidavit on personal knowledge.

2. On February 26, 2007, I caused to be served on plaintiff's counsel Interrogatories and Third Request for Production concerning Mr. Nordstrom's contacts with missionaries or former missionaries of the Church.

AFFIDAVIT OF BRIAN T. REKOKFE IN SUPPORT
OF MOTION TO COMPEL - 1
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion to Compel Documents\Affidavit of BTR in Support 040907 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

3. This discovery was served because there had been agreement reached among counsel on or about November 8, 2006, that there would be no ex parte contact by Plaintiff's counsel with former Church missionaries or other individuals affiliated with the LDS Church, unless and until the contact issue was framed and decided by the Court.

4. Subsequent to this agreement, Plaintiff's counsel filed the Declaration of James Ross, a former missionary.

5. Not only was the Ross declaration signed and filed after the agreement of no ex parte contact, the body of the declaration reveals there were other contacts and perhaps even taped conversations.

6. Plaintiff answered the interrogatories on March 27, 2007, a copy of which is attached hereto as Exhibit A.

7. Plaintiff provided no information as requested in Interrogatories 2 - 5 regarding the date, location, type of contact and whether any documents were created. No documents or privilege log were produced.

8. On April 2, 2007, I wrote a letter to Mr. Nordstrom requesting answers to the interrogatories.

9. By letter dated April 5, 2007, Plaintiff's counsel indicated memoranda of witness' oral statements were work product and therefore not discoverable.

10. Information concerning when the contacts occurred, who made them, what was discussed is not protected and defendants are entitled to information in that regard, particularly in view of the apparent breach of an agreement to have no ex-parte contact with former missionaries.

11. Accordingly, Defendants seek answers to Interrogatories No. 2-5 and respectfully reserve the right to move to compel production of documents generated depending on the facts and circumstances of the contacts.

AFFIDAVIT OF BRIAN T. REKOKFE IN SUPPORT
OF MOTION TO COMPEL - 2
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion to Compel Documents\Affidavit of BTR in Support 040907 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

| | |
|---|---|
| 1 | |
| 2 | _____<br>Brian T. Rekofke |
| 3 | |
| 4 | SUBSCRIBED AND SWORN to before me this \\\\th day of April, 2007. |
| 5 | |
| 6 | [Notary Seal: KIMBERLEY LEE HUNTER, COMMISSION EXPIRES MARCH 15, 2009, NOTARY PUBLIC, STATE OF WASHINGTON] |
| 7 | _____<br>Print Name: Kimberley Lee Hunter |
| 8 | NOTARY PUBLIC in and for the State |
| 9 | of Washington, residing in Spokane<br>My Commission expires: 3/15/09 |

AFFIDAVIT OF BRIAN T. REKOKFE IN SUPPORT
OF MOTION TO COMPEL - 3
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion to Compel Documents\Affidavit of BTR in Support 040907 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

# CERTIFICATE OF SERVICE

I hereby certify that on the \_\_\_ day of April, 2007:

1. I electronically filed the foregoing **AFFIDAVIT OF BRIAN T. REKOFKE IN SUPPORT OF MOTION TO COMPEL** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

   (for Waite) Richard C. Eymann and Stephen L. Nordstrom;
   (for Brodhead) Andrew C. Smythe

2. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at the address listed below: **None**.

3. I hereby certify that I have hand delivered the document to the following participants at the addresses listed below: **None**

_____
Kimberley L. Hunter
Witherspoon, Kelley, Davenport & Toole, P.S.
422 W. Riverside Ave., #1100
Spokane, WA 99201-0300
Phone: 509-624-5265
Fax: 509-478-2728
kimh@wkdtlaw.com

AFFIDAVIT OF BRIAN T. REKOKFE IN SUPPORT
OF MOTION TO COMPEL - 4
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion to Compel Documents\Affidavit of BTR in Support 040907 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265