1 Brian T. Rekofke
2 William D. Symmes
Witherspoon, Kelley, Davenport & Toole
3 1100 US Bank Building
422 West Riverside
4 Spokane, WA 99201
(509) 624-5265
5
Attorneys for LDS and Donald C. Fossum
6

7
UNITED STATES DISTRICT COURT
8 FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS A. WAITE,<br><br>    Plaintiff,<br><br>vs.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS d/b/a CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation, d/b/a CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD,<br><br>    Defendants. | Case No.: CV-05-399-EFS<br><br>NOTICE OF HEARING<br><br>(Without Oral Argument)<br><br>May 7, 2007<br>to be heard at 6:30 pm |

PLEASE TAKE NOTICE that The Church of Jesus Christ of Latter-day Saints and Donald C. Fossum's Motion to Compel is hereby noted for hearing without oral argument for May 7, 2007, at 6:30 p.m. or as soon thereafter as may be heard, before the Honorable Edward F. Shea.

///

///

///

NOTE FOR HEARING RE
MOTION TO COMPEL - 1
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion to Compel Documents\Note for Hearing 040507 .wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

1  DATED this 11th day of April, 2007.

2
3                    **WITHERSPOON, KELLEY, DAVENPORT & TOOLE**

4

5          By:   /s/ Brian T. Rekofke
                Brian T. Rekofke, WSBA No. 1326
6               Ross P. White, WSBA No. 12136
                Attorneys LDS and Donald C. Fossum
7

8

...

28 NOTE FOR HEARING RE
   MOTION TO COMPEL - 2
   G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion to Compel Documents\Note for Hearing 040507 .wpd

WITHERSPOON. KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

# CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of April, 2007:

1. I electronically filed the foregoing **Note For Hearing** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

   (for Waite) Richard C. Eymann and Stephen L. Nordstrom;
   (for Brodhead) Andrew C. Smythe.

2. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at the address listed below: **None.**

3. I hereby certify that I have hand delivered the document to the following participants at the addresses listed below: **None.**

_____
Kimberley L. Hunter, Legal Assistant
Witherspoon, Kelley, Davenport & Toole, P.S.
422 W. Riverside Ave., #1100
Spokane, WA 99201-0300
Phone: 509-624-5265
Fax: 509-478-2728
kimh@wkdtlaw.com

NOTE FOR HEARING RE
MOTION TO COMPEL - 3
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion to Compel Documents\Note for Hearing 040507 .wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265