Brian T. Rekofke
Ross P. White
Witherspoon, Kelley, Davenport & Toole
1100 US Bank Building
422 West Riverside
Spokane, WA 99201
(509) 624-5265

Attorneys for Church Defendants

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

THOMAS A. WAITE,

Plaintiff,

vs.

THE CHURCH OF JESUS CHRIST OF
LATTER DAY SAINTS d/b/a
CORPORATION OF THE PRESIDING
BISHOP OF THE CHURCH OF JESUS
CHRIST OF LATTER DAY SAINTS, a
Utah corporation, d/b/a CORPORATION
OF THE PRESIDENT OF THE CHURCH
OF JESUS CHRIST OF LATTER DAY
SAINTS, a Utah corporation; DONALD C.
FOSSUM; and STEVEN D. BRODHEAD,

Defendants.

Case No.: CV-05-399-EFS

AGREED FACTS AND
STIPULATION IN SUPPORT
OF JOINT MOTION FOR
DISMISSAL OF THE
CHURCH OF JESUS CHRIST
OF LATTER-DAY SAINTS

## I. AGREED FACTS

1.     Plaintiff filed his Complaint on December 12, 2005.

2.     The Complaint names as defendant The Church of Jesus Christ of Latter-day Saints ("The Church").

3.     The Complaint also lists in the caption Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-day Saints ("CPB") as a dba of The Church.

4.     The Complaint also lists in the caption Corporation of the President

AGREED FACTS AND STIPULATION IN SUPPORT OF
JOINT MOTION FOR DISMISSAL ... - 1
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Joint Stipulation to Dismiss Church 041707 FINAL.wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

1  of The Church of Jesus Christ of Latter-day Saints ("COP") as a dba of The

2  Church.

3        5.      COP is not a dba of The Church; it is a Utah corporation.

4        6.      CPB is not a dba of The Church;  it is a Utah corporation.

5        7.      Plaintiff attempted to serve The Church by delivering a copy of the

6  Summons and Complaint to Alisia Johansen at 60 E. South Temple, #1800, in Salt

7  Lake City, Utah.

8        8.      Alisia Johansen is the former legal assistant to Von G. Keetch, an

9  attorney at Kirton & McConkie, located at 60 E. South Temple, #1800, Salt Lake

10  City, Utah.

11       9.      Mr. Keetch is the registered agent for both COP and CPB, not The

12  Church.

13       10.     The Church is not a corporation and has no registered agent, and has

14  never been served in this lawsuit.

15       11.     Witherspoon, Kelley, Davenport & Toole in error filed a Notice of

16  Appearance for The Church on February 1, 2006.  The notice does not mention

17  COP or CPB.

18       12.     Witherspoon, Kelley, Davenport & Toole's Answer erroneously

19  admits that The Church is a corporation headquartered in Salt Lake City which

20  operates and does business in the State of Washington, County of Spokane.

21       13.     On June 30, 2006, Judge Thomas Zilly in the United States District

22  Court for the Western District of Washington filed an order in <u>Rinde v. COP, et</u>

23  <u>al.,</u> Case No.: C 06-556Z , in which he found that the Mormon Church was an

24  unincorporated association with members in all 50 states.

25       14.     Based on this, Judge Zilly found The Church to be a non-diverse

26  defendant, which precluded federal jurisdiction in the <u>Rinde</u> case.  That upon

27

28  AGREED FACTS AND STIPULATION IN SUPPORT OF
    JOINT MOTION FOR DISMISSAL ... - 2
    G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Joint Stipulation to Dismiss Church 041707 FINAL.wpd

WITHERSPOON. KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

1  remand to the state court, COP brought a motion to dismiss the Church as an
2  improper party. The motion was granted, and the case is now back in Federal
3  Court. The Church is not a party to the litigation.

4      15.    As a religious organization, there exist issues whether The Church
5  does, in fact, have a capacity to be sued under FRCP 17.

6      16.    The Church is not a proper party to this litigation as it has taken
7  corporate form through COP and CPB, and therefore, does not exist as a legal
8  entity.

9      17.    If the Church is an unincorporated association, then its presence may
10 destroy diversity jurisdiction.

11                          **II. STIPULATION**

12     Based on the foregoing, the parties, by and through their counsel, hereby
13 stipulate as follows:

14     1.    Although not dba's of The Church, COP and CPB received actual
15 notice of this lawsuit, are proper parties defendant and have defended the case.

16     2.    The Church of Jesus Christ of Latter-day Saints may be dismissed
17 from this action with prejudice and without costs to any party.

18     3.    Dismissal of The Church of Jesus Christ of Latter-day Saints does not
19 impact any claim or cause of action plead in the Complaint and both CPB and
20 COP will remain as defendants in the case.

21     4.    CPB and COP, either or both, will be vicariously liable for any
22 negligence attributed to defendant Donald Fossum under the doctrine of
23 *respondeat superior*.

24 ///

25 ///

26 ///

27

28 AGREED FACTS AND STIPULATION IN SUPPORT OF
   JOINT MOTION FOR DISMISSAL ... - 3
   G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Joint Stipulation to Dismiss Church 041707 FINAL.wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

1    DATED this 18th day of April 2007.

2
                                    **WITHERSPOON, KELLEY, DAVENPORT**
3                                        **& TOOLE**

4

5                    By:    /s/ Brian T. Rekofke
                           Brian T. Rekofke, WSBA No. 13260
6                          Ross P. White, WSBA No. 12136
                           Attorneys for Church Defendants and Fossum
7

8                            **EYMANN, ALLISON, FENNESSY,**
                                 **HUNTER & JONES, P.S.**
9

10

11                   By:    /s/ Richard C. Eymann - approved  4/18/07
                           Richard C. Eymann, WSBA No. 7470
12                         Attorneys for Plaintiff

13                           **NORDSTROM & NEES, P.S.**

14

15                   By:    /s/ Stephen Nordstrom - approved 4/18/07
                           Stephen Nordstrom, WSBA No. 11267
16                         Attorneys for Plaintiff

17

18                           **PAINE, HAMBLEN, COFFIN,**
                                 **BROOKE & MILLER, P.S.**
19

20

21                   By:    /s/ Andrew C. Smythe - approved 4/18/07
                           Andrew C. Smythe, WSBA No. 7498
22                         Attorneys for Defendant Brodhead

23

24

25

26

27
     AGREED FACTS AND STIPULATION IN SUPPORT OF
28   JOINT MOTION FOR DISMISSAL ... - 4
     G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Joint Stipulation to Dismiss Church 041707 FINAL.wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

1

# CERTIFICATE OF SERVICE

2

3    I hereby certify that on the 18th day of April, 2007:

4

5    1.    I electronically filed the foregoing    **AGREED FACTS AND
      STIPULATION IN SUPPORT OF JOINT MOTION FOR
6      DISMISSAL OF THE CHURCH OF JESUS CHRIST OF
7      LATTER-DAY SAINTS** with the Clerk of the Court using the
      CM/ECF System which will send notification of such filing to the
8      following:

9

10        (for Waite) Richard C. Eymann and Stephen L. Nordstrom;
        (for Brodhead) Andrew C. Smythe
11

12    2.    I hereby certify that I have mailed by United States Postal Service the
13      document to the following non-CM/ECF participants at the address
      listed below: **None.**
14

15    3.    I hereby certify that I have hand delivered the document to the
16      following participants at the addresses listed below: **None**.

17

18

19

20        _____
      Kimberley L. Hunter, Legal Assistant
21      Witherspoon, Kelley, Davenport & Toole, P.S.
22      422 W. Riverside Ave., #1100
      Spokane, WA 99201-0300
23      Phone: 509-624-5265
24      Fax: 509-478-2728
      kimh@wkdtlaw.com
25

26

27
    AGREED FACTS AND STIPULATION IN SUPPORT OF
28    JOINT MOTION FOR DISMISSAL ... - 5
    G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Joint Stipulation to Dismiss Church 041707 FINAL.wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265