Brian T. Rekofke
Ross P. White
Witherspoon, Kelley, Davenport & Toole
1100 US Bank Building
422 West Riverside
Spokane, WA 99201
(509) 624-5265

Attorneys for The Church of Jesus Christ of
    Latter-day Saints and Donald C. Fossum

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS A. WAITE,<br><br>    Plaintiff,<br><br>vs.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS d/b/a CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation, d/b/a CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD,<br><br>    Defendants. | Case No.: CV-05-399-EFS<br><br>ORDER GRANTING DISMISSAL OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS |

Based on the parties' Stipulation concerning dismissal of the Church of Jesus Christ of Latter-day Saints, it is hereby

ORDERED, ADJUDGED AND DECREED:

1.  The Church of Jesus Christ of Latter-day Saints is dismissed from this action with prejudice and without costs to any party.

2.  Dismissal of The Church of Jesus Christ of Latter-day Saints does not impact any claim or cause of action plead in the Complaint and both CPB and COP will remain as defendants in the case.

ORDER GRANTING DISMISSAL ... - 1
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion (Joint) to Dismiss Church\Order Granting Dismissal 041807 FINAL.wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

3. CPB and COP, either or both, will be vicariously liable for any negligence attributed to defendant Donald Fossum under the doctrine of *respondeat superior*.

DONE IN OPEN COURT this ____ day of April, 2007.

_____
EDWARD SHEA, DISTRICT COURT JUDGE

ORDER GRANTING DISMISSAL ... - 2
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion (Joint) to Dismiss Church\Order Granting Dismissal 041807 FINAL.wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

1 | Presented By:
2 |     **WITHERSPOON, KELLEY, DAVENPORT & TOOLE**
3 |
4 | By: _____
5 |     Brian T. Rekofke, WSBA No. 13260
6 |     Ross P. White, WSBA No. 12136
    Attorneys for Fossum, The Church of
7 |     Jesus Christ Of Latter Day Saints,
    Corporation of Presiding Bishop and
8 |     Corporation of the President

ORDER GRANTING DISMISSAL ... - 3
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion (Joint) to Dismiss Church\Order Granting Dismissal 041807 FINAL.wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265