```
 1  Brian T. Rekofke
    Ross P. White
 2  Witherspoon, Kelley, Davenport & Toole
    1100 US Bank Building
 3  422 West Riverside
    Spokane, WA 99201
 4  (509) 624-5265
 5
    Attorneys for Church Defendants and Fossum
 6
 7
              UNITED STATES DISTRICT COURT
 8         FOR THE EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| THOMAS A. WAITE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS d/b/a CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation, d/b/a CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD,<br><br>　　　　Defendants. | Case No.: CV-05-399-EFS<br><br>NOTICE OF HEARING<br><br>(Without Oral Argument)<br><br>April 25, 2007<br>to be heard at 6:30 pm |

PLEASE TAKE NOTICE that Defendants' Agreed Facts and Stipulation in Support of Joint Motion for Dismissal of the Church of Jesus Christ of Latter-day Saints is hereby noted for hearing without oral argument for April 25, 2007, at 6:30 p.m. or as soon thereafter as may be heard, before the Honorable Edward F. Shea.

///

///

///

NOTE FOR HEARING RE
MOTION TO DISMISS CHURCH - 1
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Note for Hearing re Motion to Dismiss Church 041807 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

1  DATED this <u>18th</u> day of April, 2007.

2
3                              **WITHERSPOON, KELLEY, DAVENPORT**
                               **& TOOLE**
4
5              By:   /s/ Brian T. Rekofke
                    Brian T. Rekofke, WSBA No. 13260
6                   Ross P. White, WSBA No.
                    Attorneys for Church Defendants and Fossum
7

NOTE FOR HEARING RE
MOTION TO DISMISS CHURCH - 2
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Note for Hearing re Motion to Dismiss Church 041807 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

# CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of April, 2007:

1. I electronically filed the foregoing **Note For Hearing** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

   (for Waite) Richard C. Eymann and Stephen L. Nordstrom;
   (for Brodhead) Andrew C. Smythe**.**

2. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at the address listed below: **None.**

3. I hereby certify that I have hand delivered the document to the following participants at the addresses listed below: **None.**

Kimberley L. Hunter, Legal Assistant
Witherspoon, Kelley, Davenport & Toole, P.S.
422 W. Riverside Ave., #1100
Spokane, WA 99201-0300
Phone: 509-624-5265
Fax: 509-478-2728
kimh@wkdtlaw.com

NOTE FOR HEARING RE
MOTION TO DISMISS CHURCH - 3
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Note for Hearing re Motion to Dismiss Church 041807 (klh).wpd

WITHERSPOON. KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265