# CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of April, 2007:

1. I electronically filed the foregoing **AGREED FACTS AND STIPULATION IN SUPPORT OF JOINT MOTION FOR DISMISSAL OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

   (for Waite) Richard C. Eymann and Stephen L. Nordstrom;
   (for Brodhead) Andrew C. Smythe

2. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at the address listed below: **None.**

3. I hereby certify that I have hand delivered the document to the following participants at the addresses listed below: **None.**

*[signature]*

Kimberley L. Hunter, Legal Assistant
Witherspoon, Kelley, Davenport & Toole, P.S.
422 W. Riverside Ave., #1100
Spokane, WA 99201-0300
Phone: 509-624-5265
Fax: 509-478-2728
kimh@wkdtlaw.com

AGREED FACTS AND STIPULATION IN SUPPORT OF
JOINT MOTION FOR DISMISSAL ... - 5
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion (Joint) to Dismiss Church\Joint Stipulation to Dismiss Church 041707 FINAL.wpd

WITHERSPOON. KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265