UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS A. WAITE,<br><br>      Plaintiff,<br><br>    v.<br><br>CHURCH OF JESUS CHRIST, LATTER-DAY SAINTS d/b/a Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter Day Saints, a Utah corporation, d/b/a Corporation of the President of the Church of Jesus Christ of Latter Day Saints, a Utah Corporation; DONALD C. FOSSUM, and STEVEN D. BRODHEAD,<br><br>      Defendants. | NO. CV-05-0399-EFS<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS** |

Before the Court, without oral argument, is the parties' Joint Motion for Dismissal of Church of Jesus Christ of Latter-Day Saints (Ct. Rec. 87). After reviewing the parties' Agreed Facts and Stipulation, the Court finds good cause grant the motion. Accordingly, **IT IS HEREBY ORDERED:**

    1.   The Joint Motion for Dismissal of Church of Jesus Christ of Latter-Day Saints **(Ct. Rec. 87)** is **GRANTED.**

1

  2.   The Church of Jesus Christ of Latter-Day Saints is dismissed from this action with prejudice and without costs to any party.

  3.   Dismissal of The Church of Jesus Christ of Latter-Day Saints does not impact any claim or cause of action plead in the Complaint and both Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter Day Saints ("CPB") and Corporation of the President of the Church of Jesus Christ of Latter Day Saints ("COP") will remain as Defendants in the case.

  4.   The caption is hereby AMENDED to reflect the dismissal of the Church of Jesus Christ of Latter-Day Saints and the continuance of the lawsuit against Defendants CPB and COP (remove d/b/a labels).

  5.   CPB and COP, either or both, will be vicariously liable for any negligence attributed to defendant Donald Fossum under the doctrine of *respondeat superior*.

  **IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and provide copies to counsel.

  **DATED** this  19th   day of April 2007.


                            S/ Edward F. Shea
                            EDWARD F. SHEA
                        United States District Judge

Q:\Civil\2005\0399.joint.stip.lds.wpd