1  Brian T. Rekofke
   Ross P. White
2  Witherspoon, Kelley, Davenport & Toole
   1100 US Bank Building
3  422 West Riverside
   Spokane, WA 99201
4  (509) 624-5265

5  Attorneys for Corporation of the President and
   Corporation of the Presiding Bishop and Donald C. Fossum
6

7
                UNITED STATES DISTRICT COURT
8            FOR THE EASTERN DISTRICT OF WASHINGTON

9  
   THOMAS A. WAITE,
10
        Plaintiff,                    Case No.: CV-05-399-EFS
11
   vs.                                COP, CPB and FOSSUM'S
12                                    SUPPLEMENTAL
   CORPORATION OF THE PRESIDING       IDENTIFICATION OF
13 BISHOP OF THE CHURCH OF JESUS      EXPERT WITNESSES AND
   CHRIST OF LATTER DAY SAINTS, a     DISCLOSURE OF EXPERTS'
14 Utah corporation, CORPORATION OF   PRELIMINARY REPORTS
   THE PRESIDENT OF THE CHURCH OF
15 JESUS CHRIST OF LATTER DAY
   SAINTS, a Utah corporation; DONALD C.
16 FOSSUM; and STEVEN D. BRODHEAD,

17      Defendants.

18
        The above-named defendants hereby submit the following supplemental
19
   expert disclosures:
20
        5.   William H. Burke, Ph.D.
21           William H. Burke & Associates
             Nobles Island, #7
22           500 Market Street, Suite 6
             Portsmouth, New Hampshire 03801
23
        Dr. Burke is a certified rehabilitation counselor and life care planner. He
24
   is expected to testify concerning Mr. Waite's residual impairments and disabilities
25
   as well as future care needs. Dr. Burke will also comment on the conclusions and
26
   opinions of Anthony Choppa. Dr. Burke's preliminary expert report, curriculum
27
   COP, CPB AND FOSSUM SUPPLEMENTAL            WITHERSPOON. KELLEY, DAVENPORT & TOOLE
28 IDENTIFICATION OF EXPERT WITNESSES AND DISCLOSURE    A PROFESSIONAL SERVICE CORPORATION
                                                              ATTORNEYS & COUNSELORS
   OF EXPERTS' PRELIMINARY REPORTS - 1                        1100 U.S. BANK BUILDING
                                                              422 WEST RIVERSIDE AVENUE
                                                           SPOKANE, WASHINGTON 99201-0302
                                                                   (509) 624-5265

vitae, case listings and fee schedule have been previously filed. Dr. Burke's supplemental report is attached as Exhibit 5A. Dr. Burke made himself available for deposition. However, counsel for Plaintiff decided not to depose Dr. Burke.

Defendants reserve the right to supplement these disclosures listed above as the discovery process proceeds.

DATED this 23rd day of April, 2007.

WITHERSPOON, KELLEY, DAVENPORT & TOOLE

By: _____
Brian T. Rekofke, WSBA No. 13260
Ross P. White, WSBA No. 12136
Attorneys for COP, CPB and Fossum

COP, CPB AND FOSSUM SUPPLEMENTAL IDENTIFICATION OF EXPERT WITNESSES AND DISCLOSURE OF EXPERTS' PRELIMINARY REPORTS - 2

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Disclosure (Supplemental) of Burke Report 042307 (klh).wpd

# CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of April, 2007:

1. I electronically filed the foregoing **COP, CPB and FOSSUM'S SUPPLEMENTAL IDENTIFICATION OF EXPERT WITNESSES AND DISCLOSURE OF EXPERTS' PRELIMINARY REPORTS** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

   (for Waite) Richard C. Eymann and Stephen L. Nordstrom;
   (for Brodhead) Andrew C. Smythe

2. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at the address listed below: **None.**

3. I hereby certify that I have hand delivered the document to the following participants at the addresses listed below: **None.**

_____
Kimberley L. Hunter, Legal Assistant
Witherspoon, Kelley, Davenport & Toole, P.S.
422 W. Riverside Ave., #1100
Spokane, WA 99201-0300
Phone: 509-624-5265
Fax: 509-478-2728
kimh@wkdtlaw.com

COP, CPB AND FOSSUM SUPPLEMENTAL IDENTIFICATION OF EXPERT WITNESSES AND DISCLOSURE OF EXPERTS' PRELIMINARY REPORTS - 3

WITHERSPOON. KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Disclosure (Supplemental) of Burke Report 042307 (klh).wpd