1  Brian T. Rekofke
   Ross P. White
2  Witherspoon, Kelley, Davenport & Toole
   1100 US Bank Building
3  422 West Riverside
   Spokane, WA 99201
4  (509) 624-5265

5
   Attorneys for Corporation of the President and
6  Corporation of the Presiding Bishop and Donald C. Fossum

7
                    UNITED STATES DISTRICT COURT
8            FOR THE EASTERN DISTRICT OF WASHINGTON

9  | THOMAS A. WAITE, | |
   | --- | --- |
10 | Plaintiff, | Case No.: CV-05-399-EFS |
11 | vs. | |
12 | CORPORATION OF THE PRESIDING | MOTION TO EXPEDITE HEARING ON DEFENDANTS' |
13 | BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a | MOTION TO EXTEND DISCOVERY CUTOFF FOR |
14 | Utah corporation; CORPORATION OF THE PRESIDENT OF THE CHURCH OF | FOUR DAYS |
15 | JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. | |
16 | FOSSUM; and STEVEN D. BRODHEAD, | |
17 | Defendants. | |

18      **1.     Relief Sought**. Corporate defendants and Fossum request their
19 Motion to Extend Discovery Cutoff For Four Days be set for hearing on Friday,
20 April 27, 2007, at 6:30 p.m.
21      **2.     Grounds**. If hearing is set with the full 25 days notice, the motion
22 to extend will not be heard until May 21, 2007.
23      **3.     Basis**. The motion to expedite is based on the Affidavit of Brian T.
24 Rekofke.
25 ///
26 ///
27
28 DEFENDANTS' MOTION TO EXPEDITE - 1
   G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion to Extend Discovery Deadline\Motion for Expedited Hearing 042507 (klh).wpd

WITHERSPOON. KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

1    DATED this 25th day of April, 2007.

2                                    **WITHERSPOON, KELLEY, DAVENPORT**
                                     **& TOOLE**

3

4                        By:

5                                    Brian T. Rekofke, WSBA No. 13260
                                     Ross P. White, WSBA No. 12136
6                                    Attorneys for Corporation of the President
                                     And Corporation of the Presiding Bishop
7                                    and Donald C. Fossum

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    DEFENDANTS' MOTION TO EXPEDITE - 2
      G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion to Extend Discovery Deadline\Motion for Expedited Hearing 042507 (klh).wpd

                                    WITHERSPOON, KELLEY, DAVENPORT & TOOLE
                                    A PROFESSIONAL SERVICE CORPORATION
                                    ATTORNEYS & COUNSELORS

                                    1100 U.S. BANK BUILDING
                                    422 WEST RIVERSIDE AVENUE
                                    SPOKANE, WASHINGTON 99201-0302
                                    (509) 624-5265

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of April, 2007:

1.    I electronically filed the foregoing **Motion To Expedite Hearing On Defendants' Motion To Extend Discovery Cutoff For Four Days** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

(for Waite) Richard C. Eymann and Stephen L. Nordstrom;
(for Brodhead) Andrew C. Smythe

2.    I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at the address listed below: **None.**

3.    I hereby certify that I have hand delivered the document to the following participants at the addresses listed below: **None.**

Kimberley L. Hunter, Legal Assistant
Witherspoon, Kelley, Davenport & Toole, P.S.
422 W. Riverside Ave., #1100
Spokane, WA 99201-0300
Phone: 509-624-5265
Fax: 509-478-2728
kimh@wkdtlaw.com

DEFENDANTS' MOTION TO EXPEDITE - 3
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion to Extend Discovery Deadline\Motion for Expedited Hearing 042507 (klh).wpd

WITHERSPOON. KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265