1   Brian T. Rekofke
    Ross P. White
2   Witherspoon, Kelley, Davenport & Toole
    1100 US Bank Building
3   422 West Riverside
    Spokane, WA 99201
4   (509) 624-5265

5   Attorneys for Corporation of the Presiding Bishop,
6   Corporation of the President and Donald C. Fossum

7

8                   UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF WASHINGTON
9

10  THOMAS A. WAITE,

11          Plaintiff,                    Case No.: CV-05-399-EFS

12  vs.
                                          MOTION   TO   EXTEND
13  CORPORATION OF THE PRESIDING          DISCOVERY  CUTOFF  FOR
    BISHOP OF THE CHURCH OF JESUS         FOUR DAYS
14  CHRIST OF LATTER DAY SAINTS, a
    Utah corporation, CORPORATION OF
15  THE PRESIDENT OF THE CHURCH OF
    JESUS  CHRIST  OF  LATTER  DAY
16  SAINTS, a Utah corporation; DONALD C.
    FOSSUM; and STEVEN D. BRODHEAD,
17
            Defendants.
18

19          1.    **Relief Sought:** The Corporate defendants and Fossum move the

20  Court for an Order extending discovery cutoff four days, from May 11, 2007, to

21  May 15, 2007.

22          2.    **Grounds:** Plaintiff's rebuttal expert, Richard Gill, is not available for

23  deposition until May 15, 2007.

24          3.    **Basis:** This Motion is based upon the Affidavit of Brian T. Rekofke

25  filed in conjunction with this Motion as well as FRCP 6(b).

26

27

28  MOTION TO EXTEND DISCOVERY
    CUTOFF FOR FOUR DAYS - 1
    G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion to Extend Discovery Deadline\Motion to Extend Discovery Cutoff 4 Days.wpd:ks

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

1  DATED this 25th day of April, 2007.

2

3                                    **WITHERSPOON, KELLEY, DAVENPORT & TOOLE**

4

5                    By: _____

6                         Brian T. Rekofke, WSBA No. 13260
                          Ross P. White, WSBA No. 12136
7                         Attorneys for Corporation of the President and
                          Corporation of the Presiding Bishop and Donald
8                         C. Fossum

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  MOTION TO EXTEND DISCOVERY
    CUTOFF FOR FOUR DAYS - 2
    G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion to Extend Discovery Deadline\Motion to Extend Discovery Cutoff 4 Days.wpd:ks

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

1

2                              **CERTIFICATE OF SERVICE**

3
        I hereby certify that on the 25 day of April, 2007:
4

5       1.     I electronically filed the foregoing     **MOTION TO EXTEND
               DISCOVERY CUTOFF FOR FOUR DAYS** with the Clerk of the
6              Court using the CM/ECF System which will send notification of
               such filing to the following:

7              (for Waite) Richard C. Eymann and Stephen L. Nordstrom;
               (for Brodhead) Andrew C. Smythe**.**
8

9       2.     I hereby certify that I have mailed by United States Postal Service
               the document to the following non-CM/ECF participants at the
10             address listed below: **None.**

11      3.     I hereby certify that I have hand delivered the document to the
               following participants at the addresses listed below: **None.**
12

13

14

15                                  Kimberley L. Hunter, Legal Assistant
                                    Witherspoon, Kelley, Davenport & Toole, P.S.
16                                  422 W. Riverside Ave., #1100
                                    Spokane, WA 99201-0300
17                                  Phone: 509-624-5265
                                    Fax: 509-478-2728
18                                  kimh@wkdtlaw.com

19

20

21

22

23

24

25

26

27
        MOTION TO EXTEND DISCOVERY
28      CUTOFF FOR FOUR DAYS - 3
        G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion to Extend Discovery Deadline\Motion to Extend Discovery Cutoff 4 Days.wpd:ks

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265