Brian T. Rekofke
Ross P. White
Witherspoon, Kelley, Davenport & Toole
1100 US Bank Building
422 West Riverside
Spokane, WA 99201
(509) 624-5265

Attorneys for Corporation of the Presiding Bishop,
Corporation of the President and Donald C. Fossum

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS A. WAITE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation, CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD,<br><br>　　　　Defendants. | Case No.: CV-05-399-EFS<br><br>ORDER (PROPOSED) RE MOTION TO EXTEND DISCOVERY CUTOFF FOR FOUR DAYS |

## I. RELIEF SOUGHT

Defendants Corporation of the President and Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter-day Saints move the Court for a short extension of discovery cutoff so that plaintiff's rebuttal expert may be deposed in accordance with the Court's scheduling order.

## II. FINDINGS

The Court finds that good cause exists for a brief extension of the discovery cutoff.

ORDER (PROPOSED) RE MOTION TO
EXTEND DISCOVERY CUTOFF FOR FOUR DAYS - 1
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion to Extend Discovery Deadline\Order Granting Motion to Extend Discovery Cutoff 4 Days.wpd:ks

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265


## III. ORDER

Based on the foregoing, it is hereby ORDERED, ADJUDGED AND DECREED:

1. The discovery cutoff in this case is extended from May 11, 2007, to May 15, 2007, to allow for the deposition of plaintiff's rebuttal expert.

DONE IN OPEN COURT this ____ day of April, 2007.

_____
HONORABLE EDWARD SHEA

Presented By:

**WITHERSPOON, KELLEY, DAVENPORT & TOOLE**

By: _____
Brian T. Rekofke, WSBA No. 13260
Ross P. White, WSBA No. 12136
Attorneys for Corporation of the President and Corporation of the Presiding Bishop and Donald C. Fossum

ORDER (PROPOSED) RE MOTION TO
EXTEND DISCOVERY CUTOFF FOR FOUR DAYS - 2
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion to Extend Discovery Deadline\Order Granting Motion to Extend Discovery Cutoff 4 Days.wpd:ks

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265