Brian T. Rekofke
Ross P. White
Witherspoon, Kelley, Davenport & Toole
1100 US Bank Building
422 West Riverside
Spokane, WA 99201
(509) 624-5265

Attorneys for Corporation of the Presiding Bishop,
Corporation of the President and Donald C. Fossum

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS A. WAITE,<br><br>    Plaintiff,<br><br>vs.<br><br>CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation, CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD,<br><br>    Defendants. | Case No.: CV-05-399-EFS<br><br>AFFIDAVIT OF BRIAN T. REKOFKE IN SUPPORT OF MOTION TO EXTEND DISCOVERY CUTOFF FOR FOUR DAYS AND IN SUPPORT OF MOTION TO EXPEDITE |

STATE OF WASHINGTON    )
                       :ss
County of Spokane      )

      BRIAN T. REKOFKE, being first duly sworn, upon oath, deposes and says:

      1.    I am one of the attorneys for the Corporate defendants and Donald Fossum and make this Affidavit on personal knowledge.

      2.    According to the Court's scheduling order discovery cutoff is May 11th.

AFFIDAVIT OF BRIAN T. REKOFKE IN
SUPPORT OF MOTION ... - 1
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion to Extend Discovery Deadline\Affidavit of BTR re Motion to Extend Discovery Cutoff 4 Days.wpd:ks

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

3. On March 14, 2007, plaintiff identified Richard Gill as a rebuttal expert.

4. Between the schedules of Mr. Gill and plaintiff's counsel, Mr. Gill cannot be deposed until May 15, 2007, which is four days after the discovery cutoff.

5. Accordingly, an extension of the discovery cutoff from Friday, May 11 to Tuesday, May 15 is respectfully requested so that Mr. Gill may be deposed prior to discovery cutoff.

6. Given that the 25 day notice requirement results in a hearing date of May 21, Defendants request an expedited hearing on this motion.

_____
Brian T. Rekofke

SUBSCRIBED AND SWORN to before me this 25th day of April, 2007.

_____
Print Name: Kimberley Lee Hunter
Notary Public in and for the State
of Washington, residing in Spokane
My Commission expires: 3\15\09

AFFIDAVIT OF BRIAN T. REKOFKE IN
SUPPORT OF MOTION ... - 2
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion to Extend Discovery Deadline\Affidavit of BTR re Motion to Extend Discovery Cutoff 4 Days.wpd:ks

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of April, 2007:

1. I electronically filed the foregoing **AFFIDAVIT OF BRIAN T. REKOFKE IN SUPPORT OF MOTION TO EXTEND DISCOVERY CUTOFF FOR FOUR DAYS** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

   (for Waite) Richard C. Eymann and Stephen L. Nordstrom;
   (for Brodhead) Andrew C. Smythe.

2. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at the address listed below: **None**.

3. I hereby certify that I have hand delivered the document to the following participants at the addresses listed below: **None**.

Kimberley L. Hunter, Legal Assistant
Witherspoon, Kelley, Davenport & Toole, P.S.
422 W. Riverside Ave., #1100
Spokane, WA 99201-0300
Phone: 509-624-5265
Fax: 509-478-2728
kimh@wkdtlaw.com

AFFIDAVIT OF BRIAN T. REKOFKE IN
SUPPORT OF MOTION ... - 3
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion to Extend Discovery Deadline\Affidavit of BTR re Motion to Extend Discovery Cutoff 4 Days.wpd:ks

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265