1  Brian T. Rekofke
   Ross P. White
2  Witherspoon, Kelley, Davenport & Toole
   1100 US Bank Building
3  422 West Riverside
   Spokane, WA 99201
4  (509) 624-5265

5  Attorneys for Corporation of the President and
6  Corporation of the Presiding Bishop and Donald C. Fossum

7

8              UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF WASHINGTON
9

10 | THOMAS A. WAITE,

11 |      Plaintiff,                    | Case No.: CV-05-399-EFS

12 | vs.                               |
                                       | NOTICE OF HEARING
13 | CORPORATION OF THE PRESIDING      |
   | BISHOP OF THE CHURCH OF JESUS     | (Without Oral Argument)
14 | CHRIST OF LATTER DAY SAINTS, a    |
   | Utah corporation, CORPORATION OF  | April 27, 2007
15 | THE PRESIDENT OF THE CHURCH OF    | to be heard at 6:30 pm
   | JESUS CHRIST OF LATTER DAY        |
16 | SAINTS, a Utah corporation; DONALD C. |
   | FOSSUM; and STEVEN D. BRODHEAD,   |
17 |      Defendants.                  |

18

19 TO:    THE CLERK OF THE COURT, and

20 TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

21        **Notice is hereby given** that Corporate defendants and Fossum's Motion

22 For Expedited Hearing on Defendants' Motion to Extend Discovery Cutoff For

23 Four Days will be brought for hearing on Friday, April 27, 2007, at 6:30 p.m.,

24 before the Honorable Edward F. Shea of the United States District Court for the

25 Eastern District of Washington. Oral argument is not requested

26 ///

27
   NOTE FOR HEARING RE MOTION TO
28 EXTEND DISCOVERY CUTOFF - 1
   G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion to Extend Discovery Deadline\Note for Hearing 042507 (klh).wpd

WITHERSPOON. KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

1    DATED this 25th day of April, 2007.

2
                                    **WITHERSPOON, KELLEY, DAVENPORT**
3                                            **& TOOLE**

4

5              By:    _____
                      Brian T. Rekofke, WSBA No. 1326
6                     Ross P. White, WSBA No. 12136
                      Attorneys for Corporation of the President and
7                     Corporation of the Presiding Bishop and Donald
                      C. Fossum
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

# CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of April, 2007:

1.  I electronically filed the foregoing **Note For Hearing** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

    (for Waite) Richard C. Eymann and Stephen L. Nordstrom; (for Brodhead) Andrew C. Smythe**.**

2.  I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at the address listed below: **None.**

3.  I hereby certify that I have hand delivered the document to the following participants at the addresses listed below: **None**.


Kimberley L. Hunter, Legal Assistant
Witherspoon, Kelley, Davenport & Toole, P.S.
422 W. Riverside Ave., #1100
Spokane, WA 99201-0300
Phone: 509-624-5265
Fax: 509-478-2728
kimh@wkdtlaw.com

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265