RICHARD C. EYMANN
Eymann Allison Hunter Jones, P.S.
2208 West Second Avenue
Spokane, WA 99201
(509) 747-0101

STEPHEN L. NORDSTROM
Nordstrom & Nees, P.S.
323 South Pines Road
Spokane, WA 99206
(509) 924-9800

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS A. WAITE,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD,<br><br>　　　　　　Defendants. | No. CV-05-399-EFS<br><br>**PLAINTIFF'S RESPONSE TO MOTIONS TO EXPEDITE HEARING AND TO EXTEND DISCOVERY CUTOFF FOR FOUR DAYS** |

　　Plaintiff, by and through his undersigned attorneys, does not object to Defendants' Motions to Expedite Hearing and to Extend Discovery Cutoff for Four Days [Ct. Rec. 95 and 96].

PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTIONS TO
EXPEDITE HEARING AND TO EXTEND DISCOVERY CUTOFF
FOR FOUR DAYS - 1

**EYMANN ALLISON HUNTER JONES, P.S.**
2208 West Second Avenue
Spokane, WA 99201-5417
509-747-0101 / 509-458-5977 fax

1  DATED this 26th day of April, 2007.

2                                            EYMANN ALLISON HUNTER JONES, P.S.

3

4          BY:   s/Richard C. Eymann
                RICHARD C. EYMANN, WSBA #7470
5

6          CERTIFICATE OF SERVICE

7  I hereby certify that on the 26th day of April, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following participants:

Brian T. Rekofke
Witherspoon Kelley Davenport & Toole
422 W. Riverside Avenue, Suite 1100
Spokane, WA  99201-0302

Andrew C. Smythe
Paine Hamblen Coffin Brooke & Miller
717 W. Sprague Avenue, Suite 1200
Spokane, WA  99201-3503


                           s/Richard C. Eymann
                          RICHARD C. EYMANN

PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTIONS TO
EXPEDITE HEARING AND TO EXTEND DISCOVERY CUTOFF
FOR FOUR DAYS - 2

**EYMANN ALLISON HUNTER JONES, P.S.**
2208 West Second Avenue
Spokane, WA  99201-5417
509-747-0101 / 509-458-5977 fax