| | |
|---|---|
| 1 | RICHARD C. EYMANN |
| | Eymann Allison Hunter Jones, P.S. |
| 2 | 2208 West Second Avenue |
| | Spokane, WA 99201-5417 |
| 3 | (509) 747-0101 |
| 4 | STEPHEN L. NORDSTROM |
| | Nordstrom & Nees, P.S. |
| 5 | 323 S. Pines Road |
| | Spokane, WA 99206 |
| 6 | (509) 924-9800 |
| 7 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS A. WAITE, | No. CV-05-399-EFS |
| Plaintiff, | **PLAINTIFF'S FIFTH SUPPLEMENTAL IDENTIFICATION OF EXPERT WITNESSES AND DISCLOSURE OF EXPERTS' PRELIMINARY REPORTS** |
| vs. | |
| THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS d/b/a CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation, d/b/a CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD, | |
| Defendants. | |

Plaintiff, by and through his undersigned attorneys, hereby supplements his prior expert witness disclosures as follows:

1.  John Hunter
    Investigative Training Service
    P.O. Box 1724
    Woodinville, WA 98072

PLAINTIFF'S FIFTH SUPPLEMENTAL
IDENTIFICATION OF EXPERT WITNESSES…-1
(Plaintiff's 5th supp Identification of Expert Witnesses.wpd)

**EYMANN ALLISON HUNTER JONES P.S.**
2208 WEST SECOND AVENUE• SPOKANE, WA 99201-5417
TELEPHONE: (509) 747-0101 • FAX: (509) 458-5977

1   Mr. Hunter's supplemental report dated April 26, 2007 and the aerial photographs are attached as Exhibit "A."

2   Plaintiff reserves the right to further supplement his disclosures as discovery is ongoing.

DATED this 27th day of April, 2007.

        EYMANN ALLISON HUNTER JONES, P.S.

        BY   s/ Richard C. Eymann
               RICHARD C. EYMANN, WSBA #7470
               Co-counsel for Plaintiff

        NORDSTROM & NEES, P.S.

        BY   *Telephonically approved 4/27/07*
               STEPHEN L. NORDSTROM, WSBA #11267
               Co-counsel for Plaintiff

PLAINTIFF'S FIFTH SUPPLEMENTAL
IDENTIFICATION OF EXPERT WITNESSES…-2
(Plaintiff's 5th supp Identification of Expert Witnesses.wpd)

**EYMANN ALLISON HUNTER JONES P.S.**
2208 WEST SECOND AVENUE• SPOKANE, WA 99201-5417
TELEPHONE: (509) 747-0101 • FAX: (509) 458-5977

# CERTIFICATE OF SERVICE

I, RICHARD C. EYMANN, hereby certify that on the 27th day of April, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following participants:

Brian T. Rekofke
Witherspoon Kelley Davenport & Toole
1100 U.S. Bank Building
422 W. Riverside Avenue
Spokane, WA 99201

Andrew C. Smythe
Paine Hamblen Coffin Brooke & Miller
717 W. Sprague Avenue, Suite 1200
Spokane, WA 99201

                                                  s/Richard C. Eymann
                                      **RICHARD C. EYMANN**

PLAINTIFF'S FIFTH SUPPLEMENTAL IDENTIFICATION OF EXPERT WITNESSES…-3
(Plaintiff's 5th supp Identification of Expert Witnesses.wpd)

**EYMANN ALLISON HUNTER JONES P.S.**
2208 WEST SECOND AVENUE• SPOKANE, WA 99201-5417
TELEPHONE: (509) 747-0101 • FAX: (509) 458-5977