# Exhibit "A"

4

Dockets.Justia.com

# Investigative Training Service



I.T.S.
P. O. Box 1724
Woodinville, Washington 98072
Email: hunterits@comcast.net
Phone: 425.788.7590
Fax: 206.374.2456

April 26, 2007

Mr. Stephen L. Nordstrom
Nordstrom & Nees, P.S.
323 S. Pines Road
Spokane Valley, Washington 99206

      RE:    Waite v. LDS Church, et al

Dear Stephen:

As I indicated in my deposition, it is my opinion that Mr. Fossum violated RCW 46.61.190(2). It is my opinion that Mr. Brodhead's vehicle constituted an "immediate hazard" as it was skidding toward the intersection, and therefore Mr. Fossum was required to yield the right-of-way to the Brodhead vehicle as it was so close and traveling at a speed that constituted an "immediate hazard".

Further, pursuant to RCW 46.61.190 (2), Mr. Fossum was required to stop at the point nearest the intersecting roadway (8th Avenue), where he had a clear view of traffic approaching from the west on 8th Avenue. I have reviewed the aerials of the intersection in conjunction with the view obstruction presented by the tree to the west of the intersection. It is my opinion that the point where Mr. Fossum had a view of the Brodhead vehicle and therefore, at a minimum, where Mr. Fossum was required to stop by statute, was three feet south of the intersecting roadway (8th Avenue). It is likely that Mr. Fossum would have had a view of the Brodhead vehicle prior to this point, but at three feet he would have had a clear view of the Brodhead vehicle.

Should you need anything further, please let me know.

Sincerely,

John Hunter, ITS

5



6


**Washington State
Department of Transportation**

TO WHOM IT MAY CONCERN:

I hereby certify that the following numbered photograph are true and correct copies produced from aerial negatives owned by
Washington State Department of Natural Resources, and currently in my custody at the Washington State Department of
Transportation, Aerial Photography Branch, 1655 South Second Ave, Tumwater, Washington 98512.

Photo ID: NE-C-2000
Negative Number: 36-153-157
Date of Photography: 7-29-00
Approximate scale of negative:  I"= 1000'
Approximate scale of enlargement:  I"= 100'

_James A. Walker_
MANAGER, WSDOT AERIAL PHOTOGRAPHY BRANCH

_James A. Walker_
NAME PRINTED

_4-4-07_
DATE



Subscribed and sworn to before me this ____ day of _____, 2007

STATE OF WASHINGTON }
                                              } ss.
COUNTY OF THURSTON }

_____
Signature of Notary

Dianne Trask
Name Printed

Notary Public in and for the State of Washington
Residing at _Tumwater_
My appointment expires: _9/25/09_

**Washington State Department of
Natural Resources**

**Engineering Division, Resource Mapping Section**
© Copyright, All Rights Reserved
This image was produced from DNR aerial negatives.
No reproduction of this image is to be made in any form without
the written permission of the Department of Natural Resources.
For further assistance contact Terry Curtis (360) 902-1210



8


**Washington State
Department of Transportation**

TO WHOM IT MAY CONCERN:

I hereby certify that the following numbered photograph was taken at the direction of the manager of the Washington State Department of Transportation Geographic Services Branch. The original negatives are on file in my custody at the Department of Transportation, Geographic Services Branch, 1655 South Second Ave, Tumwater, Washington 98512.

Photo ID: NEC-QT-04
Negative Number: 2-520-023
Date of Photography: 6-16-04
Approximate scale of negative: 1"= 2667 '
Approximate scale of enlargement: 1"= 100 '

*James A. Walker*
MANAGER, WSDOT AERIAL PHOTOGRAPHY BRANCH

*James A. Walker*
NAME PRINTED

4-4-07
DATE

Subscribed and sworn to before me this day of , 2007

STATE OF WASHINGTON }
 } ss.
COUNTY OF THURSTON }

Signature of Notary

Name Printed

Notary Public in and for the State of Washington
Residing at
My appointment expires:

9