Brian T. Rekofke
Ross P. White
Witherspoon, Kelley, Davenport & Toole
1100 US Bank Building
422 West Riverside
Spokane, WA 99201
(509) 624-5265

Attorneys for Corporation of the President and Corporation of the Presiding Bishop and Donald C. Fossum

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS A. WAITE,<br><br>Plaintiff,<br><br>vs.<br>CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation, CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD,<br><br>Defendants. | Case No.: CV-05-399-EFS<br><br>AFFIDAVIT OF THOMAS D. WALK |

STATE OF UTAH )
:ss
County of Salt Lake )

Thomas D. Walk, being first duly sworn, upon oath, deposes and says:

**A. BACKGROUND**

1. I am an attorney licensed by the State of Utah, and I am a shareholder/partner with the law firm of Kirton & McConkie in Salt Lake City, Utah. Kirton & McConkie provides outside legal counsel to The Church of Jesus Christ of Latter-day Saints, its corporate entities, affiliates, etc. I have been involved in the defense of this case and attended a number of the depositions. I make this Affidavit based upon my personal knowledge.

AFFIDAVIT OF THOMAS D. WALK - 1
C:\Documents and Settings\twalk\Local Settings\Temporary Internet Files\OLK63\Affidavit of Thom Walk 042707 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

2. I was present during depositions of defendant Fossum and other representatives of the Church corporate defendants on November 9 and 10, 2006 in Salt Lake City.

3. At these depositions referenced above, the topic of ex-parte contact by plaintiff's counsel directly with other witnesses/former missionaries was discussed between counsel.

4. At these depositions and present for the discussions mentioned above were myself, Brian Rekofke, defendants' lead trial counsel from Spokane, Mr. Eymann, and Mr. Nordstrom (both plaintiff's counsel). The deponents at Salt Lake City were all affiliated with the Church corporate defendants. They included former missionaries, (Donald Fossum and Tyler Ryan), the former Mission President of the Spokane Mission (Kevin Ludlow), and an area fleet manager employed by Corporation of the Presiding Bishop (Irv Rencher).

5. During the deposition of Donald Fossum questions were asked of him concerning the specifics topics of discussion at a meeting between myself and Donald Fossum. Mr. Rekofke objected to the line of questioning and a discussion was had on and off the record concerning the plaintiff's counsels' inquiry as to discussions between defense counsel, Donald Fossum and other Church corporate defendant deponents.

6. Moreover, during the deposition of another former missionary, Tyler Ryan, plaintiff's counsel quoted from a prior statement of Mr. Ryan and used the prior statement to frame other questions.

7. Following these events, a major discussion was held with plaintiff's counsel, myself and Mr. Rekofke, for all defendants. Specifically, two things were discussed and agreed to by all present and concerned. First, plaintiff's counsel agreed that they would not ask any further questions of the Church deponents concerning any meetings or discussions they had with defense counsel. Second, plaintiff's counsel admitted that they had prior ex-parte contact with

AFFIDAVIT OF THOMAS D. WALK - 2
C:\Documents and Settings\twalk\Local Settings\Temporary Internet Files\OLK63\Affidavit of Thom Walk 042707 (klh).wpd

WITHERSPOON. KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

Church missionaries, and plaintiff's counsel agreed not to have further ex-parte contact with Church missionaries, including James Ross, Dillon Hansen and Tyler Ryan. Mr. Rekofke asked both plaintiff's counsel if this agreement needed to placed on the record - and they said, No, that it did not need to be placed on the record.

8. After the discussion and agreement, plaintiff's counsel made no further inquiry at the Salt Lake City depositions concerning any meetings or discussions between the Church deponents and defense counsel.

9. Furthermore, there have been other depositions of Church deponents. At each of those depositions, again plaintiff's counsel abided by the agreement reached earlier that they would not inquire into any meetings or discussions between the Church deponents and defense counsel.

10. Following the depositions in Salt Lake City in early November 2006, I learned in late November 2006 from James Ross, a former missionary in the Washington Spokane Mission, that plaintiff's counsel had directly contacted him and interviewed him without advising defense counsel of this ex-parte communication.

11. In my discussion with James Ross I learned that he had recently signed a Declaration prepared by plaintiff's counsel. I learned that James Ross had not been given a copy of his declaration.

12. Further affiant sayeth not.

Thomas D. Walk

AFFIDAVIT OF THOMAS D. WALK - 3
C:\Documents and Settings\twalk\Local Settings\Temporary Internet Files\OLK63\Affidavit of Thom Walk 042707 (klh).wpd

WITHERSPOON. KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

SUBSCRIBED AND SWORN to before me this 27th day of April, 2007.

Notary Public
CRAIG A. BLISS
60 East South Temple, Suite 1800
Salt Lake City, Utah 84111
My Commission Expires
October 20, 2008
State of Utah

Print Name: CRAIG A. BLISS
Notary Public in and for the State of Utah, residing in Salt Lake County
My Commission expires: 10-20-2008

AFFIDAVIT OF THOMAS D. WALK - 4
C:\Documents and Settings\twalk\Local Settings\Temporary Internet Files\OLK63\Affidavit of Thom Walk 042707 (klh).wpd

WITHERSPOON. KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of April, 2007:

1. I electronically filed the foregoing **AFFIDAVIT OF THOMAS D. WALK** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

   (for Waite) Richard C. Eymann and Stephen L. Nordstrom;
   (for Brodhead) Andrew C. Smythe

2. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at the address listed below: **None**.

3. I hereby certify that I have hand delivered the document to the following participants at the addresses listed below: **None**

Kimberley L. Hunter
Witherspoon, Kelley, Davenport & Toole, P.S.
422 W. Riverside Ave., #1100
Spokane, WA 99201-0300
Phone: 509-624-5265
Fax: 509-478-2728
kimh@wkdtlaw.com

AFFIDAVIT OF THOMAS D. WALK - 5
C:\Documents and Settings\twalk\Local Settings\Temporary Internet Files\OLK63\Affidavit of Thom Walk 042707 (klh).wpd

WITHERSPOON. KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265