Brian T. Rekofke
Ross P. White
Witherspoon, Kelley, Davenport & Toole
1100 US Bank Building
422 West Riverside
Spokane, WA 99201
(509) 624-5265

Attorneys for Corporation of the President and
Corporation of the Presiding Bishop and Donald C. Fossum

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS A. WAITE,<br><br>Plaintiff,<br><br>vs.<br><br>CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation, CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD,<br><br>Defendants. | Case No.: CV-05-399-EFS<br><br>COP, CPB and FOSSUM'S SECOND SUPPLEMENTAL IDENTIFICATION OF EXPERT WITNESSES AND DISCLOSURE OF EXPERTS' PRELIMINARY REPORTS |

The above-named defendants hereby submit the following second supplemental expert disclosures:

6.  David Knowles, Ph.D.
    3302 Fuhrman Avenue East, #111
    Seattle, WA 98102

Dr. Knowles is an economist. He is expected to testify concerning the economic loss of Thomas Waite and other issues bearing upon economic damages. Dr. Knowles will also comment on the opinions of Dan Harper. Dr. Knowles' preliminary report, curriculum vitae, case listings and fee schedule have been previously filed. Dr. Knowles' supplemental report dated April 30,

COP, CPB AND FOSSUM SECOND SUPPLEMENTAL IDENTIFICATION OF EXPERT WITNESSES AND DISCLOSURE OF EXPERTS' PRELIMINARY REPORTS - 1

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Disclosure (Second Supplemental) of Knowles Report 043007 (klh).wpd

Case 2:05-cv-00399-EFS    Document 106    Filed 05/02/2007

1  2007 is attached as Exhibit 6A. Dr. Knowles made himself available for
2  deposition. However, counsel for Plaintiff decided not to depose Dr. Knowles.
3      Defendants reserve the right to supplement these disclosures listed above
4  as the discovery process proceeds.
5      DATED this _____ day of May, 2007.

                                **WITHERSPOON, KELLEY, DAVENPORT & TOOLE**

                      By: _____
                            Brian T. Rekofke, WSBA No. 13260
                            Ross P. White, WSBA No. 12136
                            Attorneys for COP, CPB and Fossum
COP, CPB AND FOSSUM SECOND SUPPLEMENTAL IDENTIFICATION OF EXPERT WITNESSES AND DISCLOSURE OF EXPERTS' PRELIMINARY REPORTS - 2

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Disclosure (Second Supplemental) of Knowles Report 043007 (klh).wpd

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of May, 2007:

1. I electronically filed the foregoing **COP, CPB and FOSSUM'S SECOND SUPPLEMENTAL IDENTIFICATION OF EXPERT WITNESSES AND DISCLOSURE OF EXPERTS' PRELIMINARY REPORTS** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

   (for Waite) Richard C. Eymann and Stephen L. Nordstrom;
   (for Brodhead) Andrew C. Smythe

2. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at the address listed below: **None.**

3. I hereby certify that I have hand delivered the document to the following participants at the addresses listed below: **None.**

_____
Kimberley L. Hunter, Legal Assistant
Witherspoon, Kelley, Davenport & Toole, P.S.
422 W. Riverside Ave., #1100
Spokane, WA 99201-0300
Phone: 509-624-5265
Fax: 509-478-2728
kimh@wkdtlaw.com

COP, CPB AND FOSSUM SECOND SUPPLEMENTAL IDENTIFICATION OF EXPERT WITNESSES AND DISCLOSURE OF EXPERTS' PRELIMINARY REPORTS - 3

WITHERSPOON. KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Disclosure (Second Supplemental) of Knowles Report 043007 (klh).wpd