EXHIBIT 6-A



===== DAVID R. KNOWLES, Ph.D. =====
*Economist*

3302 Fuhrman Avenue East, Suite 111 • Seattle, WA 98102
Phone (206) 860-9477 • Fax (206) 323-3952

April 30, 2007

Brian T. Rekofke
Witherspoon, Kelley,
 Davenport & Toole
Attorneys & Counselors
1100 U.S. Bank Building
422 West Riverside
Spokane, kWA 99201-0302

   Re: Waite v. LDS Church

Dear Mr. Rekofke:

This is an addendum to my report authored on January 18, 2007. Since the report was authored I have received additional information in my file. Specifically, I have received Mr. Choppa's deposition in this matter, Mr. Harper's work file, the deposition of Dr. Burkhart, the IME report of Dr. Wisc, and the complete copies of Thomas Waite's school grades.

Based on the additional information listed above, these are my observations:

- As a labor economist (who has studied human capitol theory-the academic area that is relevant for this area of discussion), it is difficult to understand Mr. Choppa's insistence that Mr. Waite's pre-incident earnings capacity was either that of a civil engineer or of a college graduate. While certainly Mr. Waite had the opportunity to attend and graduate from college, objective records belie the assumption that this would have occurred on a more probably than not basis. Mr. Waite's high school transcripts list him either as number 208 or 196th in a class of 360 students. At best this implies an "average" student (his grade average was 2.62). The average level of grade attainment in the United States is in the "some college" category.

- There is no credible evidence that would allow an expert to assume Mr. Waite would have, on a more probable than not basis, ultimately received a civil engineering degree had the incident in question not occurred. After reading Mr. Choppa's deposition, it is not clear why that "vocational benchmark" was ever selected (and incorporated in Mr. Harper's report). The only reference stated in

Mr. Choppa's deposition was Mr. Waite's apparent desire to become an engineer (and working for his uncle's engineering firm). This is unusual foundation for an expert to use for assuming such a academically rigorous vocational profession.

- Mr. Harper's work file includes research on the growth rates of numerous components of the economy. Given economic theory, it is difficult to opine that one component of human services will change relative to another for a long period of time (i.e. life expectancy). In addition, it appears that Mr. Harper determines the appropriate discount rate by focusing on current yields rather than examining historical discount rates relative to historical growth trends. This is an inappropriate methodology.

If you have any questions with regard to this discussion, please contact my office.

Sincerely,

David Knowles

David R Knowles, Ph.D.

6