RICHARD C. EYMANN
Eymann Allison Hunter Jones, P.S.
2208 West Second Avenue
Spokane, WA 99201-5417
(509) 747-0101

STEPHEN L. NORDSTROM
Nordstrom & Nees, P.S.
323 South Pines Road
Spokane, WA 99206
(509) 924-9800

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

THOMAS A. WAITE,

    Plaintiff,

vs.

CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; CORPORAITON OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD,

    Defendants.

Case No.: CV-05-399-EFS

**SECOND DECLARATION OF STEPHEN L. NORDSTROM IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL**

SECOND DECLARATION OF STEPHEN L. NORDSTROM IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL - 1

NORDSTROM & NEES, P.S.
ATTORNEYS AT LAW
323 South Pines Road
Spokane, Washington 99206
(509) 924-9800

I, Stephen L. Nordstrom, declare under penalty of perjury under the laws of the State of Washington that the following is true and correct:

1. That I am one of the attorneys for the Plaintiff in the above-entitled matter, and make this Declaration from my own personal knowledge.

2. That I reiterate that I was not present nor privy to any of the discussions between Mr. Rekofke and Mr. Eymann regarding contact with the missionaries who were eyewitnesses to the motor vehicle collision at issue in this matter, nor would I have ever agreed to the premise that Plaintiff's counsel were prohibited from contacting these missionary witnesses once they were released from their missions.

DATED this 11th of May, 2007.

                                            s/Stephen L. Nordstrom
                                            STEPHEN L. NORDSTROM

SECOND DECLARATION OF STEPHEN L. NORDSTROM IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL - 2

NORDSTROM & NEES, P.S.
ATTORNEYS AT LAW
323 South Pines Road
Spokane, Washington 99206
(509) 924-9800

## CERTIFICATE OF SERVICE

I, Richard C. Eymann, hereby certify that on the 11th day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following participants:

Brian T. Rekofke
Witherspoon Kelley Davenport & Toole
422 W. Riverside Avenue, Suite 1100
Spokane, WA  99201-0302

Andrew C. Smythe
Paine Hamblen Coffin Brooke & Miller
717 W. Sprague Avenue, Suite 1200
Spokane, WA  99201-3503

                                              s/Richard C. Eymann
                                      RICHARD C. EYMANN

SECOND DECLARATION OF STEPHEN L. NORDSTROM IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL - 3

NORDSTROM & NEES, P.S.
ATTORNEYS AT LAW
323 South Pines Road
Spokane, Washington 99206
(509) 924-9800