1  Brian T. Rekofke
   Ross P. White
2  Witherspoon, Kelley, Davenport & Toole
   1100 US Bank Building
3  422 West Riverside
   Spokane, WA 99201
4  (509) 624-5265

5  Attorneys for Church Defendants and Donald C. Fossum

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| THOMAS A. WAITE, | |
|---|---|
| Plaintiff, | Case No.: CV-05-399-EFS |
| vs. | |
| THE CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD, | DEFENDANT CHURCH DEFENDANTS AND FOSSUM'S LR 56 STATEMENT OF FACTS |
| Defendants. | |

Defendants, The Corporation of The Presiding Bishop, Corporation of the President, (the "Church Defendants"), by and through their attorneys, Witherspoon, Kelley, Davenport & Toole, P.S., hereby submit the following LR 56.1 Statement of Material Facts in Support of its Motion for Partial Summary Judgment.

///
///
///

CHURCH DEFENDANTS AND FOSSUM LR 56
STATEMENT OF FACTS - 1
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion SJ re Specific Claims\LR 56 Statement of Facts 033007.wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

# STATEMENT OF FACTS

## I. Church's Material Facts

1. Mr. Waite alleges in his Complaint (Ct. Rec. 1) that he had a "special relationship" with the Church which made the Church his fiduciary. Complaint, ¶ 7.2 - 7.3.

2. Based on the "expectations" of a fiduciary relationship, Mr. Waite claims that he, "could not and did not question riding in the bed of the canopied pickup truck". Complaint, ¶ 7.4.

3. Mr. Waite further alleges that, "As a result of the negligent failure of Defendant LDS Church to adequately supervise, train, and otherwise protect plaintiff Thomas Waite, he suffered injuries and damages arising from this motor vehicle collision". Complaint, ¶ 7.5.

4. Mr. Waite specifically claims that the Church was negligent as follows:

"(a) The LDS Church knew or should have known that allowing missionaries to ride unrestrained in the bed of the canopied pickup truck greatly increased the likelihood of injury in the event of collision;"

"(b) In failing to exercise reasonable care to protect its missionaries, including Thomas Waite, by providing adequate transportation;"

"(c) In failing to have a policy in place prohibiting missionaries from riding in beds of pickups or for having a policy which created the inference that such conduct was acceptable;"

"(d) For failure to exercise reasonable care in the training of its driver missionaries;"

CHURCH DEFENDANTS AND FOSSUM LR 56
STATEMENT OF FACTS - 2
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion SJ re Specific Claims\LR 56 Statement of Facts 033007.wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

1  "(e) In failing to exercise reasonable care in the entrustment of the pickup to defendant Fossum ... ."

Complaint ¶ 6.2.

5. On February 27, 2007, Defendant served six contention interrogatories seeking the specific facts which Mr. Waite claimed supported each of the allegations in paragraphs 6.2 and 7.5 of the Complaint.

6. As to the Church defendants, the interrogatory answers for each specific allegation were identical:

> Mission leaders were aware that Donald Fossum was carrying passengers in the bed of the pickup and failed to take any action to warn, train, or protect its missionaries, including Mr. Waite. Moreover, Mr. Waite was trained always to remain with a companion.

Aff. of Rekofke, Exh. A.

7. As to Mr. Fossum's alleged negligence, Mr. Waite answered:

> Donald Fossum received no training or direction regarding missionaries riding in the bed of the pickup to which he was assigned. He was neither advised to read the owner's manual nor the warnings contained within the manual.

Aff. of Rekofke, Exh. A.

8. In its March 27, 2007, Order (Ct. Rec. 80) the Court held that:

- RCW 46.61.688 creates a substantive rule of evidence.
- Under Washington law, riding unrestrained in the bed of a pickup is not inherently risky.
- The failure of Mr. Waite to use a seatbelt in the bed of the pickup could not be introduced as evidence of his comparative negligence, thereby barring a number of affirmative defenses, including assumption of risk, estoppel, and violation of Church training, rules and policies.

CHURCH DEFENDANTS AND FOSSUM LR 56
STATEMENT OF FACTS - 3
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion SJ re Specific Claims\LR 56 Statement of Facts 033007.wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

1  DATED this 11th day of May, 2007.

2                           **WITHERSPOON, KELLEY, DAVENPORT & TOOLE**

5            By: _____
             Brian T. Rekofke, WSBA No. 13260
6            Ross P. White, WSBA No. 12136
             Attorneys for Church Defendants and
7            Donald Fossum

CHURCH DEFENDANTS AND FOSSUM LR 56
STATEMENT OF FACTS - 4
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion SJ re Specific Claims\LR 56 Statement of Facts 033007.wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

# CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of May, 2007:

1. I electronically filed the foregoing **CHURCH DEFENDANTS AND FOSSUM'S LR 56 STATEMENT OF FACTS** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

   (for Waite) Richard C. Eymann and Stephen L. Nordstrom;
   (for Brodhead) Andrew C. Smythe

2. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at the address listed below: **None.**

3. I hereby certify that I have hand delivered the document to the following participants at the addresses listed below: **None.**

Kimberley L. Hunter
Witherspoon, Kelley, Davenport & Toole, P.S.
422 W. Riverside Ave., #1100
Spokane, WA 99201-0300
Phone: 509-624-5265
Fax: 509-478-2728
kimh@wkdtlaw.com

CHURCH DEFENDANTS AND FOSSUM LR 56
STATEMENT OF FACTS - 5
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion SJ re Specific Claims\LR 56 Statement of Facts 033007.wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265