Brian T. Rekofke
Ross P. White
Witherspoon, Kelley, Davenport & Toole
1100 US Bank Building
422 West Riverside
Spokane, WA 99201
(509) 624-5265

Attorneys for Church Defendants and Donald C. Fossum

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS A. WAITE,<br><br>    Plaintiff,<br><br>vs.<br><br>THE CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD,<br><br>    Defendants. | Case No.: CV-05-399-EFS<br><br>AFFIDAVIT OF BRIAN T. REKOFKE |

STATE OF WASHINGTON  )
                                  :ss
County of Spokane       )

      BRIAN T. REKOFKE, being first duly sworn, upon oath, deposes and says:

      1.    I am one of the attorneys for the Church defendant and Donald Fossum, and make this Affidavit on personal knowledge.

      2.    Attached hereto as Exhibit A is a true and correct copy of the Church Defendants and Fossum's Second Interrogatories to Thomas Waite, And Answers

AFFIDAVIT OF BRIAN T. REKOFKE - 1

G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion SJ re Specific Claims\Affidavit of BTR in Support 033007.wpd:ks

WITHERSPOON. KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

1 | Thereto, dated March 27, 2007.

BRIAN T. REKOFKE

SUBSCRIBED AND SWORN to before me this \_\_\_\_ day of May, 2007.

Print Name: Kimberley Lee Hunter
NOTARY PUBLIC in and for the State
of Washington, residing in Spokane
My Commission expires: 3\15\09

AFFIDAVIT OF BRIAN T. REKOFKE - 2

G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion SJ re Specific
Claims\Affidavit of BTR in Support 033007.wpd:ks

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

## CERTIFICATE OF SERVICE

I hereby certify that on the \_\_\_ day of May, 2007:

1. I electronically filed the foregoing **AFFIDAVIT OF BRIAN T. REKOFKE** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

    (for Waite) Richard C. Eymann and Stephen L. Nordstrom;
    (for Brodhead) Andrew C. Smythe

2. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at the address listed below: **None**.

3. I hereby certify that I have hand delivered the document to the following participants at the addresses listed below: **None**

_____
Kimberley L. Hunter
Witherspoon, Kelley, Davenport & Toole, P.S.
422 W. Riverside Ave., #1100
Spokane, WA 99201-0300
Phone: 509-624-5265
Fax: 509-478-2728
kimh@wkdtlaw.com

AFFIDAVIT OF BRIAN T. REKOFKE - 3

G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion SJ re Specific
Claims\Affidavit of BTR in Support 033007.wpd:ks

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265