1  Brian T. Rekofke
   Ross P. White
2  Witherspoon, Kelley, Davenport & Toole
   1100 US Bank Building
3  422 West Riverside
   Spokane, WA 99201
4  (509) 624-5265

RECEIVED

MAR 2 8 2007

WITHERSPOON, KELLEY
DAVENPORT, TOOLE, P.S.

5  Attorneys for The Church of Jesus Christ of
        Latter-day Saints and Donald C. Fossum

6

7
                UNITED STATES DISTRICT COURT
8           FOR THE EASTERN DISTRICT OF WASHINGTON

9   THOMAS A. WAITE,

10         Plaintiff,                      Case No.: CV-05-399-EFS

11  vs.                                    THE   CHURCH   OF   JESUS
                                           CHRIST   OF   LATTER   DAY
12  THE CHURCH OF JESUS CHRIST OF          SAINTS   AND   DONALD   C.
    LATTER    DAY    SAINTS    d/b/a       FOSSUM'S     SECOND
13  CORPORATION OF THE PRESIDING           INTERROGATORIES    TO
    BISHOP OF THE CHURCH OF JESUS          THOMAS A. WAITE
14  CHRIST OF LATTER DAY SAINTS, a
    Utah corporation, d/b/a CORPORATION    AND ANSWERS THERETO
15  OF THE PRESIDENT OF THE CHURCH
    OF JESUS CHRIST OF LATTER DAY
16  SAINTS, a Utah corporation; DONALD C.
    FOSSUM; and STEVEN D. BRODHEAD,
17
18         Defendants.

19  TO:   The above-named Plaintiff; and

20  TO:   Richard C. Eymann and Stephen Nordstrom, his attorneys

21         Pursuant to FRCP 33, defendants The Church of Jesus Christ of Latter Day
22  Saints and Donald C. Fossum herewith submit the following interrogatories to be
    answered separately and fully under oath within thirty (30) days from the date of
23  service of said interrogatories upon you. In answering the interrogatories, you are
    required to furnish such information as is available to you, not merely the
24  information which you know of your personal knowledge. This is intended to
    include any information in the possession of the agent or attorney or investigator
25  for the answering party.

26

27  LDS Church/Fossum Second
    Interrogatories to Thomas Waite
28  AND ANSWERS THERETO - 1
    C:\Documents and Settings\Owner\Desktop\My Documents\P1 FILES\Waite\US DIST CT PLEADINGS\DISCOVERY\Church & Fossum's 2d IROGs to Waite beginning with #13 -
    3-8-07.wpd

**EXHIBIT**

tabbies

**A**

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

4

1

Court rules require the answers be preceded by the questions and thus extra copies of these interrogatories are being served upon you in order to expedite the answer thereof. You may type your answers immediately after the question and thus avoid retyping the question.

THESE INTERROGATORIES ARE CONTINUING IN NATURE AND DEFENDANTS THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS AND DONALD C. FOSSUM HEREBY REQUEST THAT ANY INFORMATION COMING INTO THE POSSESSION OF PLAINTIFF OR PLAINTIFFS' COUNSEL THAT WOULD CHANGE THE ANSWER IN ANY WAY BE PROMPTLY FURNISHED TO DEFENDANTS THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS' AND DONALD C. FOSSUM'S COUNSEL, IN ANY EVEN NO LATER THAN THIRTY (30) days after receipt of such information.

DATED this _____ day of February, 2007.

**WITHERSPOON, KELLEY, DAVENPORT & TOOLE**

By: _____

Brian T. Rekofke, WSBA No. 13260

Ross P. White, WSBA No. 12136

Attorneys for The Church of Jesus Christ of Latter-day Saints and Donald C. Fossum

**INTERROGATORIES**

**INTERROGATORY NO. 13**: At pages 3-4, paragraph number 6.2(a) of your complaint, it is alleged:

The injuries and damages as hereinafter alleged occurred as a proximate result of negligence on the part of defendant LDS Church including, but not limited to, the following particulars:

(a) The LDS Church knew or should have known that allowing missionaries to ride unrestrained in the bed of the canopied pickup

LDS CHURCH/FOSSUM SECOND
INTERROGATORIES TO THOMAS WAITE
AND ANSWERS THERETO - 2
C:\Documents and Settings\Owner\Desktop\My Documnts\PI FILES\Waite\US DIST CT PLEADINGS\DISCOVERY\Church & Fossum's 2d IROGs to Waite beginning with #13 - 3-8-07.wpd

WITHERSPOON. KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

5

1   truck greatly increased the likelihood of injury in the event of any
2   collision;

3   With referenced to the above allegation, set forth all facts, information and
4   evidence you have or know of relating to said allegation or which you intend to
5   offer at trial to prove said allegation, including, but not limited to:

6       a.  The contents of or copies of all documents containing or referring to
7   such facts, information and evidence.
8       b.  The names, addresses and employment of all persons known or believed
    to have facts, information or evidence relating to or tending to prove said
9   allegation; and
10      c.  For each of said persons, set forth a brief narrative of the facts,
11  information and evidence known or possessed by said person, including the
    testimony which would be offered at trial if said person were called as a witness.
12

13  **ANSWER:**

14
        OBJECTION.  Work product. Without waiving objection, please refer to the
15  depositions of Donald Fossum, Dillon Hansen, Paul Hyde, Ronald Funk, Kevin
16  Ludlow, Clifton Skaggs, Irv Rencher, and Tyler Ryan. Please refer to Declaration
17  of James Ross.  Please refer to the Dodge Dakota Owner's Manual, which
    provides several warnings concerning passengers in the bed of the pickup.
18
        Further, Mission leaders were aware that Donald Fossum was carrying
19  passengers in the bed of the pickup and failed to take any action to warn, train,
20  or protect the Missionaries, including Mr. Waite. Moreover, Mr. Waite was
    trained to always remain with a companion.
21

22
                        STEPHEN L. NORDSTROM
23

24  **INTERROGATORY NO. 14**: At pages 3-4, paragraph number 6.2(b) of your
25  complaint, it is alleged:

26

27  LDS CHURCH/FOSSUM SECOND
    INTERROGATORIES TO THOMAS WAITE
28  AND ANSWERS THERETO - 3
    C:\Documents and Settings\Owner\Desktop\My Documents\PI FILES Waite\US DIST CT PLEADINGS\DISCOVERY\Church & Fossum's 2d IROGs to Waite beginning with #13 -
    3-8-07.wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

1
2
3

The injuries and damages as hereinafter alleged occurred as a proximate result of negligence on the part of defendant LDS Church including, but not limited to, the following particulars:

4
5
6

(b) In failing to exercise reasonable care to protect its missionaries, including plaintiff Thomas Waite, by providing adequate transportation;

7
8
9

With referenced to the above allegation, set forth all facts, information and evidence you have or know of relating to said allegation or which you intend to offer at trial to prove said allegation, including, but not limited to:

10
11

a.  The contents of or copies of all documents containing or referring to such facts, information and evidence.

12
13

b.  The names, addresses and employment of all persons known or believed to have facts, information or evidence relating to or tending to prove said allegation; and

14
15

c.  For each of said persons, set forth a brief narrative of the facts, information and evidence known or possessed by said person, including the testimony which would be offered at trial if said person were called as a witness.

16
17

**ANSWER**:

18
19

OBJECTION.  Work product.  Without waiving objection, please refer to answer to Interrogatory Nos. 13 and 16 regarding depositions and declaration.

20
21



STEPHEN L. NORDSTROM

22
23
24

**INTERROGATORY NO. 15**: At pages 3-4, paragraph number 6.2(c) of your complaint, it is alleged:

25
26

The injuries and damages as hereinafter alleged occurred as a proximate result of negligence on the part of defendant LDS Church

27
28

LDS CHURCH/FOSSUM SECOND
INTERROGATORIES TO THOMAS WAITE
AND ANSWERS THERETO - 4
C:\Documents and Settings\Owner\Desktop\My Documents\PI FILES\Waite\US DIST CT PLEADINGS\DISCOVERY\Church & Fossum's 2d IROGs to Waite beginning with #13 - 3-8-07.wpd

WITHERSPOON. KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

1    including, but not limited to, the following particulars:

2
3    (c) In failing to have a policy in place prohibiting missionaries from
     riding in beds of pickups or for having a policy which created the
4    inference that such conduct was acceptable;

5
6    With referenced to the above allegation, set forth all facts, information and
     evidence you have or know of relating to said allegation or which you intend to
7    offer at trial to prove said allegation, including, but not limited to:

8
9    a.  The contents of or copies of all documents containing or referring to
     such facts, information and evidence.
10   b.  The names, addresses and employment of all persons known or believed
11   to have facts, information or evidence relating to or tending to prove said
     allegation; and
12   c.  For each of said persons, set forth a brief narrative of the facts,
13   information and evidence known or possessed by said person, including the
14   testimony which would be offered at trial if said person were called as a witness.

15   **ANSWER**:

16
17   OBJECTION.  Work product. Without waiving Objection, please refer to
     answer to Interrogatory No. 13.

18
19   _____
20   STEPHEN L. NORDSTROM

21   **INTERROGATORY NO. 16**: At pages 3-4, paragraph number 6.2(d) of your
22   complaint, it is alleged:

23
24   The injuries and damages as hereinafter alleged occurred as a
     proximate result of negligence on the part of defendant LDS Church
25   including, but not limited to, the following particulars:

26
27   LDS CHURCH/FOSSUM SECOND
     INTERROGATORIES TO THOMAS WAITE
28   AND ANSWERS THERETO - 5
     C:\Documents and Settings\Owner\Desktop\My Documents\PI FILES\Waite\US DIST CT PLEADINGS\DISCOVERY\Church & Fossum's 2d IROGs to Waite beginning with #13 -
     3-8-07.wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

1    (d) For failure to exercise reasonable care in the training of its driver

2    missionaries;

3    With referenced to the above allegation, set forth all facts, information and

4    evidence you have or know of relating to said allegation or which you intend to

5    offer at trial to prove said allegation, including, but not limited to:

6    a.  The contents of or copies of all documents containing or referring to

7    such facts, information and evidence.

8    b. The names, addresses and employment of all persons known or believed

to have facts, information or evidence relating to or tending to prove said

9    allegation; and

10    c.  For each of said persons, set forth a brief narrative of the facts,

11    information and evidence known or possessed by said person, including the

testimony which would be offered at trial if said person were called as a witness.

12

13  **ANSWER**:

14

15    OBJECTION.  Work product. Without waiving Objection, please

16    refer to answer to Interrogatory No. 13.   Donald Fossum received no training or

direction regarding missionaries riding in the bed of the pickup to which he was

17    assigned. He was neither advised to read the owner's manual nor of the warnings

contained within the manual.

18

19   

20    STEPHEN L. NORDSTROM

21  **INTERROGATORY NO. 17**: At pages 3-4, paragraph number 6.2(e) of your

22  complaint, it is alleged:

23    The injuries and damages as hereinafter alleged occurred as a

24    proximate result of negligence on the part of defendant LDS Church

25    including, but not limited to, the following particulars:

26

27  LDS Church/Fossum Second
INTERROGATORIES TO THOMAS WAITE

28  AND ANSWERS THERETO - 6
C:\Documents and Settings\Owner\Desktop\My Documnts\PI FILES\Waite\US DIST CT PLEADINGS\DISCOVERY\Church & Fossum's 2d IROGs to Waite beginning with #13 -
3-8-07.wpd

WITHERSPOON. KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

1    (e) In failing to exercise reasonable care in the entrustment of the
2    pickup to defendant Fossum;

3    With referenced to the above allegation, set forth all facts, information and
4    evidence you have or know of relating to said allegation or which you intend to
5    offer at trial to prove said allegation, including, but not limited to:

6        a.  The contents of or copies of all documents containing or referring to
7    such facts, information and evidence.
8        b.  The names, addresses and employment of all persons known or believed
     to have facts, information or evidence relating to or tending to prove said
9    allegation; and
10       c.  For each of said persons, set forth a brief narrative of the facts,
11   information and evidence known or possessed by said person, including the
     testimony which would be offered at trial if said person were called as a witness.
12

13   **ANSWER**:

14
15       OBJECTION.  Work product.  Without waiving Objection, please refer to
     answer to Interrogatory No. 16.  Further, defendant failed to determine if Donald
16   Fossum understood that no one was to ride in the bed of the pickup, and failed to
17   determine at any time whether Donald Fossum had reviewed the owners manual,
     and whether he knew of the warnings contained within the manual.
18

19
                              _____
20                            STEPHEN L. NORDSTROM

21   **INTERROGATORY NO. 18**: At page 5, paragraph number 7.5 of your
22   complaint, it is alleged:

23
24       As a result of the negligent failure of defendant LDS Church to
         adequately supervise, train and otherwise protect plaintiff Thomas
25       Waite, he suffered injuries and damages arising from this motor
26       vehicle collision.  Thomas Waite has incurred medical expenses to

27   LDS CHURCH/FOSSUM SECOND
     INTERROGATORIES TO THOMAS WAITE
28   AND ANSWERS THERETO - 7
     C:\Documents and Settings\Owner\Desktop\My Documnts\PI FILES\Waite\US DIST CT PLEADINGS\DISCOVERY\Church & Fossum's 2d IROGs to Waite beginning with #13 -
     3-8-07.wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

10

1    the date of this Complaint in excess of $200,000.00.

2

3    With referenced to the above allegation, set forth all facts, information and
evidence you have or know of relating to said allegation, and specifically that part
4    of the allegation which claims that the Church was negligent in failing to
5    adequately supervise, train and otherwise protect plaintiff; or which you intend
to offer at trial to prove said allegation, including, but not limited to:
6

7        a. The contents of or copies of all documents containing or referring to
such facts, information and evidence.
8
        b. The names, addresses and employment of all persons known or believed
9    to have facts, information or evidence relating to or tending to prove said
10    allegation; and
11        c. For each of said persons, set forth a brief narrative of the facts,
information and evidence known or possessed by said person, including the
12    testimony which would be offered at trial if said person were called as a witness.

13

14    **ANSWER**:

15        OBJECTION. Work product. Without waiving Objection, please refer to
16    answers to prior interrogatories, including Nos. 13 and 16. Further, testimony
17    indicates that missionaries were riding in the bed of the pickup on a regular basis
before Mr. Waite arrived in the Spokane District. His zone leader, who was also
18    his companion and his district leader had each ridden in the bed of the pickup.
19    Neither the zone leader, the district leader, nor the driver to whom the pickup was
20    assigned, warned or indicated to Mr. Waite that he should not ride in the bed of
the pickup with a companion missionary. There is also no evidence that the zone
21    leader, district leader or driver were trained or instructed that riding in the bed of
22    the pickup was improper, but based on the example of the leaders within the
district, riding in the bed of the pickup was obviously appropriate.
23

24                            _____
25                            STEPHEN L. NORDSTROM

26

27    LDS CHURCH/FOSSUM SECOND
INTERROGATORIES TO THOMAS WAITE
28    AND ANSWERS THERETO - 8
C:\Documents and Settings\Owner\Desktop\My Documnts\PI FILES\Waite\US DIST CT PLEADINGS\DISCOVERY\Church & Fossum's 2d IROGs to Waite beginning with #13 -
3-8-07.wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

1

# CERTIFICATION

2

3    The undersigned attorney for Plaintiff has read the foregoing Interrogatories
and Requests for Production to Plaintiff and answers thereto and they are in
4    compliance with FRCP 26(g). Each objection above, if any, is made by the
5    undersigned.

6

7    _____
STEPHEN L. NORDSTROM, WSBA #11267
8    Attorneys for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27    LDS CHURCH/FOSSUM SECOND
INTERROGATORIES TO THOMAS WAITE
28    AND ANSWERS THERETO - 10
C:\Documents and Settings\Owner\Desktop\My Documnts\PI FILES\Waite\US DIST CT PLEADINGS\DISCOVERY\Church & Fossum's 2d IROGs to Waite beginning with #13 - 3-8-07.wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

12

## CERTIFICATE OF SERVICE

I certify that on the 27th day of March, 2007, I caused to be served via hand delivery/messenger service the original and two (2) true and correct copies of the foregoing document on the following:

Brian T. Rekofke
Witherspoon Kelley Davenport & Toole
1100 U.S. Bank Building
422 W Riverside Avenue
Spokane, WA 99201

and on said date I caused to be served via hand delivery/messenger service a true and correct copy of the aforesaid document on the following counsel:

Andrew C. Smythe
Paine Hamblen Coffin Brooke & Miller
717 W Sprague Avenue, Suite 1200
Spokane, WA 99201

SUSAN M. COYLE

LDS Church/Fossum Second
Interrogatories to Thomas Waite
AND ANSWERS THERETO - 11

C:\Documents and Settings\Owner\Desktop\My Documnts\PI FILES\Waite\US DIST CT PLEADINGS\DISCOVERY\Church & Fossum's 2d IROGs to Waite beginning with #13 - 3-27-07.wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

