Brian T. Rekofke
Ross P. White
Witherspoon, Kelley, Davenport & Toole
1100 US Bank Building
422 West Riverside
Spokane, WA 99201
(509) 624-5265

Attorneys for Church Defendants and Donald C. Fossum

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS A. WAITE,<br><br>    Plaintiff,<br><br>vs.<br><br>THE CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD,<br><br>    Defendants. | Case No.: CV-05-399-EFS<br><br>NOTICE OF HEARING<br><br>(Without Oral Argument)<br><br>June 25, 2007<br>to be heard at 6:30 p.m. |

PLEASE TAKE NOTICE that the Church Defendants and Donald C. Fossum's Motion for Summary Judgment Regarding Specific Claims is hereby noted for hearing, without oral argument, for June 25, 2007, at 6:30 p.m., or as soon thereafter as may be heard, before the Honorable Edward F. Shea.

///
///
///
///

NOTE FOR HEARING RE
MOTION TO DISMISS CHURCH - 1
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion SJ re Specific Claims\Note for Hearing 033007 .wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

DATED this 11 day of May, 2007.

<pre>
                          WITHERSPOON, KELLEY, DAVENPORT
                                    & TOOLE


                          By: _____
                              Brian T. Rekofke, WSBA No. 1326
                              Ross P. White, WSBA No. 12136
                              Attorneys Church Defendants and Donald C.
                              Fossum
</pre>

NOTE FOR HEARING RE
MOTION TO DISMISS CHURCH - 2
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion SJ re Specific Claims\Note for Hearing 033007 .wpd

WITHERSPOON. KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

# CERTIFICATE OF SERVICE

I hereby certify that on the \_\_\_ day of May, 2007:

1. I electronically filed the foregoing **Note For Hearing** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

   (for Waite) Richard C. Eymann and Stephen L. Nordstrom;
   (for Brodhead) Andrew C. Smythe.

2. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at the address listed below: **None.**

3. I hereby certify that I have hand delivered the document to the following participants at the addresses listed below: **None.**

_____
Kimberley L. Hunter, Legal Assistant
Witherspoon, Kelley, Davenport & Toole, P.S.
422 W. Riverside Ave., #1100
Spokane, WA 99201-0300
Phone: 509-624-5265
Fax: 509-478-2728
kimh@wkdtlaw.com

NOTE FOR HEARING RE
MOTION TO DISMISS CHURCH - 3
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion SJ re Specific Claims\Note for Hearing 033007 .wpd

WITHERSPOON. KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265