1  Brian T. Rekofke
   Ross P. White
2  Witherspoon, Kelley, Davenport & Toole
   1100 US Bank Building
3  422 West Riverside
   Spokane, WA 99201
4  (509) 624-5265

5  Attorneys for Church Defendants and Donald C. Fossum

6

7              UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF WASHINGTON
8

9  THOMAS A. WAITE,

10     Plaintiff,                          Case No.: CV-05-399-EFS

11  vs.                                    COP, CPB and FOSSUM'S
                                           THIRD SUPPLEMENTAL
12  CORPORATION OF THE PRESIDING           IDENTIFICATION OF
    BISHOP OF THE CHURCH OF JESUS          EXPERT WITNESSES AND
13  CHRIST OF LATTER DAY SAINTS, a         DISCLOSURE OF EXPERTS'
    Utah corporation, CORPORATION OF       PRELIMINARY REPORTS
14  THE PRESIDENT OF THE CHURCH OF
    JESUS CHRIST OF LATTER DAY
15  SAINTS, a Utah corporation; DONALD C.
    FOSSUM; and STEVEN D. BRODHEAD,
16
       Defendants.
17

18     The above-named defendants hereby submit the following third

19  supplemental expert disclosures:

20     1.   Matthew D. Mecham, MS, PE
            Motion Research Associates
21          125 West Burton
            Salt Lake City, UT 84115

22     Mr. Mecham is an engineer/accident reconstructionist. He is expected to

23  testify that defendant Brodhead was the sole cause of the motor vehicle accident

24  involved in this case. Mr. Mecham's preliminary expert report, curriculum vitae,

25  case listings and fee schedule were filed on January 22, 2007. Mr. Mecham's

26  supplemental report is attached as Exhibit 1A. Mr. Mecham made himself

27

28  COP, CPB AND FOSSUM THIRD SUPPLEMENTAL         WITHERSPOON. KELLEY, DAVENPORT & TOOLE
    IDENTIFICATION OF EXPERT WITNESSES AND DISCLOSURE    A PROFESSIONAL SERVICE CORPORATION
    OF EXPERTS' PRELIMINARY REPORTS - 1                  ATTORNEYS & COUNSELORS
                                                         1100 U.S. BANK BUILDING
                                                         422 WEST RIVERSIDE AVENUE
                                                         SPOKANE, WASHINGTON 99201-0302
                                                         (509) 624-5265

G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Disclosure (3rd Supp) with Wise, Mecham, Kimbrough 051507 (klh).wpd

available for deposition. However, counsel for Plaintiff decided not to depose Mr. Mecham.

2. Scott Kimbrough, Ph.D., PE
   Motion Research Associates
   125 West Burton
   Salt Lake City, UT 84115

Mr. Kimbrough is a forensic engineer, accident reconstructionist, and expert in human factors. Mr. Kimbrough is expected to testify that Mr. Brodhead was the sole cause of the accident and that based on human factors and the Rules of the Road for the State of Washington, defendant Fossum was fault free. Mr. Kimbrough's preliminary expert report, curriculum vitae, case listings and fee schedule were filed on January 22, 2007. Mr. Kimbrough's supplemental report is attached as Exhibit 2A. Mr. Kimbrough made himself available for deposition. However, counsel for Plaintiff decided not to depose Mr. Mecham.

3. Frederick Wise, Ph.D.
   Department of Psychiatry and Behavioral Sciences
   University of Washington, HMC
   Seattle, WA 98195

Dr. Wise is a neuropsychologist. He will testify concerning his neuropsychological evaluation of Plaintiff, as well as comment on other neuropsychological and psychological evaluations performed on Mr. Waite. Dr. Wise's preliminary expert report was filed on March 5, 2007. Dr. Wise's supplemental report is attached as Exhibit 3B. Dr. Wise had his deposition taken on April 13, 2007.

Defendants reserve the right to supplement these disclosures listed above as the discovery process proceeds.

///
///
///
///

COP, CPB AND FOSSUM THIRD SUPPLEMENTAL IDENTIFICATION OF EXPERT WITNESSES AND DISCLOSURE OF EXPERTS' PRELIMINARY REPORTS - 2

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Disclosure (3rd Supp) with Wise, Mecham, Kimbrough 051507 (klh).wpd

| | |
|---|---|
| 1 | DATED this 15 day of May, 2007. |
| 2 | WITHERSPOON, KELLEY, DAVENPORT & TOOLE |
| 3 | |
| 4 | |
| 5 | By: _____<br>Brian T. Rekofke, WSBA No. 13260<br>Ross P. White, WSBA No. 12136 |
| 6 | Attorneys for Church Defendants and Fossum |

COP, CPB AND FOSSUM THIRD SUPPLEMENTAL IDENTIFICATION OF EXPERT WITNESSES AND DISCLOSURE OF EXPERTS' PRELIMINARY REPORTS - 3

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Disclosure (3rd Supp) with Wise, Mecham, Kimbrough 051507 (klh).wpd

# CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of May, 2007:

1. I electronically filed the foregoing **COP, CPB and FOSSUM'S THIRD SUPPLEMENTAL IDENTIFICATION OF EXPERT WITNESSES AND DISCLOSURE OF EXPERTS' PRELIMINARY REPORTS** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

   (for Waite) Richard C. Eymann and Stephen L. Nordstrom;
   (for Brodhead) Andrew C. Smythe

2. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at the address listed below: **None.**

3. I hereby certify that I have hand delivered the document to the following participants at the addresses listed below: **None.**

_____
Kimberley L. Hunter, Legal Assistant
Witherspoon, Kelley, Davenport & Toole, P.S.
422 W. Riverside Ave., #1100
Spokane, WA 99201-0300
Phone: 509-624-5265
Fax: 509-478-2728
kimh@wkdtlaw.com

COP, CPB AND FOSSUM THIRD SUPPLEMENTAL IDENTIFICATION OF EXPERT WITNESSES AND DISCLOSURE OF EXPERTS' PRELIMINARY REPORTS - 4

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Disclosure (3rd Supp) with Wise, Mecham, Kimbrough 051507 (klh).wpd