1  RICHARD C. EYMANN
   Eymann Allison Hunter Jones, P.S.
2  2208 West Second Avenue
3  Spokane, WA 99201-5417
   (509) 747-0101
4

5  STEPHEN L. NORDSTROM
   Nordstrom & Nees, P.S.
6  323 South Pines Road
   Spokane, WA 99206
7  (509) 924-9800
8
9  Attorneys for the Plaintiff

10              UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF WASHINGTON
11

12  THOMAS A. WAITE,                    )
                                        )  **Case No.: CV-05-399-EFS**
13              Plaintiff,              )
                                        )
14  vs.                                 )
                                        )  **PLAINTIFF'S LR 56.1**
15                                      )  **STATEMENT OF MATERIAL**
    CORPORATION OF THE PRESIDING        )  **FACTS**
16  BISHOP OF THE CHURCH OF JESUS       )
    CHRIST OF LATTER DAY SAINTS, a      )
17  Utah corporation; CORPORAITON OF    )
18  THE PRESIDENT OF THE CHURCH OF      )
    JESUS CHRIST OF LATTER DAY          )
19  SAINTS, a Utah corporation; DONALD C.)
20  FOSSUM; and STEVEN D. BRODHEAD,     )
                                        )
21              Defendants.             )
                                        )
22                                      )
                                        )
23

24
25
26

27  **PLAINTIFF'S LR 56.1 STATEMENT OF**            NORDSTROM & NEES, P.S.
    **MATERIAL FACTS -** 1                          ATTORNEYS AT LAW
                                                    323 South Pines Road
                                                    Spokane, Washington 99206
                                                    (509) 924-9800

Dockets.Justia.com

Plaintiff, THOMAS A. WAITE, by and through his attorneys, STEPHEN L. NORDSTROM and RICHARD C. EYMANN, hereby submit the following LR 56.1 Statement of Material Facts in support of its opposition to Defendants' Motion for Partial Summary Judgment Re: Specific Claims.

**STATEMENT OF FACTS
AND RESPONSIVE STATEMENT OF FACTS**

**I.   PLAINTIFF'S RESPONSE TO DEFENDANTS' STATEMENT OF FACTS**

Defendants' Facts No. 1, 2, 3, 4 (a-e), 5, 6, 7 and 8 are admitted.

**II.   PLAINTIFF'S STATEMENT OF MATERIAL FACTS**

1. Defendant church acknowledged that while Mr. Waite was on his mission, a "special relationship" existed between he and the church. (Answer, paragraph 7.3; and Joint Status Certificate and Discovery Plan, page 5, lines 6-7).

2. The church denies that the special relationship between Mr. Waite and the church was fiduciary. (Joint Status Certificate and Discovery Plan, page 5, lines 7-8).

DATED this 22nd day of May, 2007.

                NORDSTROM & NEES, P.S.

                By:   s/Stephen L. Nordstrom
                      STEPHEN L. NORDSTROM, WSBA #11267
                      Co-Counsel for Plaintiff

PLAINTIFF'S LR 56.1 STATEMENT OF
MATERIAL FACTS - 2

NORDSTROM & NEES, P.S.
ATTORNEYS AT LAW
323 South Pines Road
Spokane, Washington 99206
(509) 924-9800

EYMANN ALLISON HUNTER JONES, P.S.

By: *Telephonically Approved 5/22/07*
    RICHARD C. EYMANN, WSBA #7470
    Co-Counsel for Plaintiff

### CERTIFICATE OF SERVICE

    I, Stephen L. Nordstrom, hereby certify that on the 22nd day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following participants:

Brian T. Rekofke
Witherspoon Kelley Davenport & Toole
422 W. Riverside Avenue, Suite 1100
Spokane, WA  99201-0302

Andrew C. Smythe
Paine Hamblen Coffin Brooke & Miller
717 W. Sprague Avenue, Suite 1200
Spokane, WA  99201-3503

    s/Stephen L. Nordstrom
STEPHEN L. NORDSTROM

**PLAINTIFF'S LR 56.1 STATEMENT OF MATERIAL FACTS -** 3

NORDSTROM & NEES, P.S.
ATTORNEYS AT LAW
323 South Pines Road
Spokane, Washington 99206
(509) 924-9800