1  Brian T. Rekofke
   Ross P. White
2  Witherspoon, Kelley, Davenport & Toole
   1100 US Bank Building
3  422 West Riverside
   Spokane, WA 99201
4  (509) 624-5265
5
   Attorneys for Church Defendants and Donald C. Fossum
6

7                    UNITED STATES DISTRICT COURT
8              FOR THE EASTERN DISTRICT OF WASHINGTON

9  THOMAS A. WAITE,
10         Plaintiff,                    Case No.: CV-05-399-EFS
11 vs.
                                         CHURCH DEFENDANTS AND
12 THE CORPORATION OF THE                DONALD C. FOSSUM'S
   PRESIDING BISHOP OF THE CHURCH        MOTION FOR SUMMARY
13 OF JESUS CHRIST OF LATTER DAY         JUDGMENT
   SAINTS, a Utah corporation; THE
14 CORPORATION OF THE PRESIDENT
   OF THE CHURCH OF JESUS CHRIST
15 OF LATTER DAY SAINTS, a Utah
   corporation; DONALD C. FOSSUM; and
16 STEVEN D. BRODHEAD,
17        Defendants.
18

19     1.   **Relief Sought**: The Church Defendants and Donald C. Fossum move

20 for summary judgment of dismissal.

21     2.   **Grounds**: The undisputed cause in fact of the motor vehicle accident

22 that injured Mr. Waite was the criminally reckless conduct of Steven Brodhead to

23 which defendant Fossum had no legal duty to foresee and prevent.

24     3.   **Basis**: This motion is based on the FRCP 56, Church Defendants'

25 LR 56 Statement of Facts, the Memorandum in Support of Motion, the Affidavit

26 of Ross White, and the records and files herein.

27

28 CHURCH AND FOSSUM'S MOTION
   FOR SUMMARY JUDGMENT - 1
   G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\MSJ re Causation\Motion for SJ re Causation 040507.wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

1 | DATED this 25th day of May, 2007.

2 | **WITHERSPOON, KELLEY, DAVENPORT & TOOLE**

3

4

5 | By: /s/ Brian T. Rekofke
Brian T. Rekofke, WSBA No. 13260
Ross P. White, WSBA No. 12136

6 | Attorneys for Church Defendants and Donald C. Fossum

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 | CHURCH AND FOSSUM'S MOTION
FOR SUMMARY JUDGMENT - 2
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\MSJ re Causation\Motion for SJ re Causation 040507.wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

# CERTIFICATE OF SERVICE

I hereby certify that on the 25 day of May, 2007:

1. I electronically filed the foregoing **THE CHURCH DEFENDANTS AND DONALD C. FOSSUM'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

   (for Waite) Richard C. Eymann and Stephen L. Nordstrom;
   (for Brodhead) Andrew C. Smythe

2. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at the address listed below: **None.**

3. I hereby certify that I have hand delivered the document to the following participants at the addresses listed below: **None.**

_____
Kimberley L. Hunter, Legal Assistant
Witherspoon, Kelley, Davenport & Toole, P.S.
422 W. Riverside Ave., #1100
Spokane, WA 99201-0300
Phone: 509-624-5265
Fax: 509-478-2728
kimh@wkdtlaw.com

CHURCH AND FOSSUM'S MOTION
FOR SUMMARY JUDGMENT - 3
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\MSJ re Causation\Motion for SJ re Causation 040507.wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265