Brian T. Rekofke
Ross P. White
Witherspoon, Kelley, Davenport & Toole
1100 US Bank Building
422 West Riverside
Spokane, WA 99201
(509) 624-5265

Attorneys for Church Defendants and Donald C. Fossum

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS A. WAITE,<br><br>    Plaintiff,<br><br>vs.<br><br>THE CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD,<br><br>    Defendants. | Case No.: CV-05-399-EFS<br><br>AFFIDAVIT OF ROSS P. WHITE |

STATE OF WASHINGTON   )
                     :ss
County of Spokane    )

ROSS P. WHITE, being first duly sworn, upon oath, deposes and says:

1. I am one of the attorneys for the Church defendant and Donald Fossum, and make this Affidavit on personal knowledge.

2. Attached to Defendants' LR 56 Statement of Facts as Exhibits A, B, C, D, F, G, H and K are true and correct copies of excerpts from the deposition of Steven Brodhead.

3. Attached to Defendants' LR 56 Statement of Facts as Exhibits E and

AFFIDAVIT OF ROSS P. WHITE - 1

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\MSJ re Causation\Affidavit of
RPW in Support 040507.wpd

1  L is a true and correct copy of Statement of Defendant on Plea of Guilty in State
2  of Washington v. Brodhead, Spokane County Superior Court Cause No. 03-1-
3  03883-8.
4      4.    Attached to Defendants' LR 56 Statement of Facts as Exhibits I, J, N,
5  O, P, Q, and R are true and correct copies of excerpts from the deposition of John
6  Hunter.
7      5.    Attached to Defendants' LR 56 Statement of Facts as Exhibit M is a
8  true and correct copy of an excerpt from the deposition of Donald Fossum.
9      6.    Attached to Defendants' LR 56 Statement of Facts as Exhibit S is a
10 true and correct copy of a letter from Steven Brodhead's counsel, Andrew
11 Smythe, to all other counsel dated April 4, 2007.

_____
ROSS P. WHITE

SUBSCRIBED AND SWORN to before me this 25th day of May, 2007.

_____
Print Name: Kimberley Lee Hunter
NOTARY PUBLIC in and for the State
of Washington, residing in Spokane
My Commission expires: 3/15/09

AFFIDAVIT OF ROSS P. WHITE - 2

G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\MSJ re Causation\Affidavit of RPW in Support 040507.wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of May, 2007:

1. I electronically filed the foregoing **AFFIDAVIT OF ROSS P. WHITE** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

   (for Waite) Richard C. Eymann and Stephen L. Nordstrom;
   (for Brodhead) Andrew C. Smythe

2. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at the address listed below: **None**.

3. I hereby certify that I have hand delivered the document to the following participants at the addresses listed below: **None**

_____
Kimberley L. Hunter
Witherspoon, Kelley, Davenport & Toole, P.S.
422 W. Riverside Ave., #1100
Spokane, WA 99201-0300
Phone: 509-624-5265
Fax: 509-478-2728
kimh@wkdtlaw.com

AFFIDAVIT OF ROSS P. WHITE - 3

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\MSJ re Causation\Affidavit of RPW in Support 040507.wpd