1  Brian T. Rekofke
   Ross P. White
2  Witherspoon, Kelley, Davenport & Toole
   1100 US Bank Building
3  422 West Riverside
   Spokane, WA 99201
4  (509) 624-5265

5  Attorneys for Church Defendants and Donald C. Fossum

6

7                    UNITED STATES DISTRICT COURT
8               FOR THE EASTERN DISTRICT OF WASHINGTON

9  THOMAS A. WAITE,
10     Plaintiff,                        Case No.: CV-05-399-EFS
11  vs.
                                         NOTICE OF HEARING
12  THE CORPORATION OF THE
    PRESIDING BISHOP OF THE CHURCH       (With Oral Argument)
13  OF JESUS CHRIST OF LATTER DAY
    SAINTS, a Utah corporation; THE      July 11, 2007
14  CORPORATION OF THE PRESIDENT         to be heard at 10:00 am in
    OF THE CHURCH OF JESUS CHRIST        Richland
15  OF LATTER DAY SAINTS, a Utah
    corporation; DONALD C. FOSSUM; and
16  STEVEN D. BRODHEAD,

17     Defendants.

18

19     PLEASE TAKE NOTICE that the Church Defendants and Donald C.
20  Fossum's Motion for Summary Judgment is hereby noted for hearing, with oral
21  argument, for July 11, 2007, at 10:00 a.m., or as soon thereafter as may be heard,
22  in Richland, Washington, before the Honorable Edward F. Shea.
23  ///
24  ///
25  ///
26  ///
27  ///
28  NOTE FOR HEARING - 1
    G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\MSJ re Causation\Note for Hearing 040507 .wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

1  DATED this 25th day of May, 2007.
2
3                     **WITHERSPOON, KELLEY, DAVENPORT**
                      **& TOOLE**
4
5
            By: _____
6                  Brian T. Rekofke, WSBA No. 1326
                   Ross P. White, WSBA No. 12136
7                  Attorneys for Church Defendants and
                   Donald Fossum
8

NOTE FOR HEARING - 2
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\MSJ re Causation\Note for Hearing 040507 .wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

## CERTIFICATE OF SERVICE

I hereby certify that on the ____ day of May, 2007:

1. I electronically filed the foregoing **Note For Hearing** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

   (for Waite) Richard C. Eymann and Stephen L. Nordstrom;
   (for Brodhead) Andrew C. Smythe.

2. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at the address listed below: **None.**

3. I hereby certify that I have hand delivered the document to the following participants at the addresses listed below: **None.**

_____
Kimberley L. Hunter, Legal Assistant
Witherspoon, Kelley, Davenport & Toole, P.S.
422 W. Riverside Ave., #1100
Spokane, WA 99201-0300
Phone: 509-624-5265
Fax: 509-478-2728
kimh@wkdtlaw.com

NOTE FOR HEARING - 3
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\MSJ re Causation\Note for Hearing 040507 .wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265