1   Brian T. Rekofke
    Ross P. White
2   Witherspoon, Kelley, Davenport & Toole
    1100 US Bank Building
3   422 West Riverside
    Spokane, WA 99201
4   (509) 624-5265

5   Attorneys for Church Defendants and Donald C. Fossum

6

7                    UNITED STATES DISTRICT COURT
8            FOR THE EASTERN DISTRICT OF WASHINGTON

9   THOMAS A. WAITE,

10       Plaintiff,                        Case No.: CV-05-399-EFS

11  vs.

12  THE   CORPORATION   OF   THE           JOINT   STATEMENT   OF
    PRESIDING BISHOP OF THE CHURCH         UNCONTROVERTED FACTS
13  OF JESUS CHRIST OF LATTER DAY          RE: CHURCH DEFENDANTS
    SAINTS,  a  Utah  corporation;  THE    AND DONALD C. FOSSUM'S
14  CORPORATION OF THE PRESIDENT           MOTION  FOR  PARTIAL
    OF THE CHURCH OF JESUS CHRIST          SUMMARY JUDGMENT
15  OF  LATTER  DAY  SAINTS,  a  Utah
    corporation; DONALD C. FOSSUM; and
16  STEVEN D. BRODHEAD,

17       Defendants.

18

19       The parties, by and through their respective counsel of record, stipulate that

20  the following specific facts are uncontroverted as to Church Defendants and

21  Donald C. Fossum's Motion for Partial Summary Judgment:

22       1.      The Church acknowledges that while Mr. Waite was on his mission,

23  a "special relationship" existed, but denies that the special relationship was that

24  of a fiduciary.  Complaint and Answer, ¶ 7.3.

25       2.      Based on the expectations of their "special relationship", Mr. Waite

26

27
    JOINT STATEMENT OF UNCONTROVERTED FACTS
28  RE: CHURCH DEFENDANTS AND FOSSUM MOTION
    FOR PARTIAL SUMMARY JUDGMENT - 1
    G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion SJ re Specific Claims (Seat belt)\Statement of Uncontroverted Facts 053107 (kfb) wpd
                                                        WITHERSPOON, KELLEY, DAVENPORT & TOOLE
                                                           A PROFESSIONAL SERVICE CORPORATION
                                                               ATTORNEYS & COUNSELORS

                                                            1100 U.S. BANK BUILDING
                                                           422 WEST RIVERSIDE AVENUE
                                                        SPOKANE, WASHINGTON 99201-0302
                                                                (509) 624-5265

1  claims that he "could not and did not question riding in the back of the canopied
2  pick up truck".

3      3.    Based on the "expectations" of the alleged fiduciary relationship, Mr.
4  Waite claims that he, "could not and did not question riding in the bed of the
5  canopied pickup truck". Complaint, ¶ 7.4.

6      4.    Mr. Waite further alleges that, "As a result of the negligent failure of
7  Defendant LDS Church to adequately supervise, train, and otherwise protect
8  plaintiff Thomas Waite, he suffered injuries and damages arising from this motor
9  vehicle collision". Complaint, ¶ 7.5.

10      5.    Mr. Waite specifically claims that the Church was negligent as
11  follows:

12      "(a) The LDS Church knew or should have known that allowing
13  missionaries to ride unrestrained in the bed of the canopied pickup truck greatly
14  increased the likelihood of injury in the event of collision;"

15      "(b) In failing to exercise reasonable care to protect its missionaries,
16  including Thomas Waite, by providing adequate transportation;"

17      "(c) In failing to have a policy in place prohibiting missionaries from riding
18  in beds of pickups or for having a policy which created the inference that such
19  conduct was acceptable;"

20      "(d) For failure to exercise reasonable care in the training of its driver
21  missionaries;"

22      "(e) In failing to exercise reasonable care in the entrustment of the pickup
23  to defendant Fossum ... ."

24      Complaint ¶ 6.2.

25

26

27
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion SJ re Specific Claims (Seat belt)\Statement of Uncontroverted Facts 053107 (klb).wpd
WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

1    6.    On February 27, 2007, Defendant served six contention

2  interrogatories seeking the specific facts which Mr. Waite claimed supported each

3  of the allegations in paragraphs 6.2 and 7.5 of the Complaint.

4    7.    As to the Church defendants, the interrogatory answers for each

5  specific allegation were identical:

6       Mission leaders were aware that Donald Fossum was carrying
        passengers in the bed of the pickup and failed to take any action to
7       warn, train, or protect its missionaries, including Mr. Waite.
        Moreover, Mr. Waite was trained always to remain with a companion.
8
   Aff. of Rekofke, Exh. A.
9
        8.    As to Mr. Fossum's alleged negligence, Mr. Waite answered:
10
        Donald Fossum received no training or direction regarding
11      missionaries riding in the bed of the pickup to which he was assigned.
        He was neither advised to read the owner's manual nor the warnings
12      contained within the manual.

13  Aff. of Rekofke, Exh. A.

14    9.    In its March 27, 2007, Order (Ct. Rec. 80) the Court held that:

15       •    RCW 46.61.688 creates a substantive rule of evidence.

16       •    Under Washington law, riding unrestrained in the bed of a

17            pickup is not inherently risky.

18       •    The failure of Mr. Waite to use a seatbelt in the bed of the

19            pickup could not be introduced as evidence of his

20            comparative negligence, thereby barring a number of

21            affirmative defenses, including assumption of risk, estoppel,

22            and violation of Church training, rules and policies.

23

24  ///

25  ///

26  ///

27
JOINT STATEMENT OF UNCONTROVERTED FACTS
28  RE: CHURCH DEFENDANTS AND FOSSUM MOTION
    FOR PARTIAL SUMMARY JUDGMENT - 3
    G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion SJ re Specific Claims (Seat belt)\Statement of Uncontroverted Facts 053107 (klb).wpd
                                                              WITHERSPOON, KELLEY, DAVENPORT & TOOLE
                                                              A PROFESSIONAL SERVICE CORPORATION
                                                              ATTORNEYS & COUNSELORS

                                                              1100 U.S. BANK BUILDING
                                                              422 WEST RIVERSIDE AVENUE
                                                              SPOKANE, WASHINGTON 99201-0302
                                                              (509) 624-5265

1    DATED this 5th day of June, 2007.

2                                    **WITHERSPOON, KELLEY, DAVENPORT**
                                          **& TOOLE**
3

4
                        By:      /s/ Brian T. Rekofke
5                               Brian T. Rekofke, WSBA No. 13260
                                Ross P. White, WSBA No. 12136
6                               Attorneys for Church Defendants and
                                Donald C. Fossum
7

8                                **EYMANN ALLISON HUNTER JONES, P.S.**

9

10                      By:      *Telephonically approved 06/05/07*
                                Richard C. Eymann, WSBA No. 7470
11                              Co-Counsel for Plaintiff

12                               **NORDSTROM & NEES, P.S.**

13

14                      By:      *Telephonically approved 06/05/07*
                                Stephen L. Nordstrom, WSBA No. 11267
15                              Co-Counsel for Plaintiff

16

17

18

19

20

21

22

23

24

25

26

27
28  RE: CHURCH DEFENDANTS AND FOSSUM MOTION
    FOR PARTIAL SUMMARY JUDGMENT - 4
    G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion SJ re Specific Claims (Seat belt)\Statement of Uncontroverted Facts 053107 (klb).wpd
                                                        WITHERSPOON, KELLEY, DAVENPORT & TOOLE
                                                              A PROFESSIONAL SERVICE CORPORATION
                                                                   ATTORNEYS & COUNSELORS

                                                                1100 U.S. BANK BUILDING
                                                                422 WEST RIVERSIDE AVENUE
                                                             SPOKANE, WASHINGTON 99201-0302
                                                                      (509) 624-5265

# CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of June, 2007.

1.   I electronically filed the foregoing JOINT STATEMENT OF UNCONTROVERTED FACTS RE: CHURCH DEFENDANTS AND DONALD C. FOSSUM'S MOTION FOR PARTIAL SUMMARY JUDGMENT with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

(for Waite) Richard C. Eymann and Stephen L. Nordstrom;
(for Brodhead) Andrew C. Smythe

2.   I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at the address listed below: **None.**

3.   I hereby certify that I have hand delivered the document to the following participants at the addresses listed below: **None.**

Kimberley L. Hunter, Legal Assistant
Witherspoon, Kelley, Davenport & Toole, P.S.
422 W. Riverside Ave., #1100
Spokane, WA 99201-0300
Phone: 509-624-5265
Fax: 509-478-2728
kimh@wkdtlaw.com

JOINT STATEMENT OF UNCONTROVERTED FACTS
RE: CHURCH DEFENDANTS AND FOSSUM MOTION
FOR PARTIAL SUMMARY JUDGMENT - 5
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\Motion SJ re Specific Claims (Seat belt)\Statement of Uncontroverted Facts 053107 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265