1  Brian T. Rekofke
   Ross P. White
2  Witherspoon, Kelley, Davenport & Toole
   1100 US Bank Building
3  422 West Riverside
   Spokane, WA 99201
4  (509) 624-5265

5  Attorneys for Church Defendants and Donald C. Fossum

6

7
                  UNITED STATES DISTRICT COURT
8            FOR THE EASTERN DISTRICT OF WASHINGTON

9  THOMAS A. WAITE,

10        Plaintiff,                      Case No.: CV-05-399-EFS

11  vs.
                                          NOTICE STRIKING
12  THE CORPORATION OF THE                SUMMARY JUDGMENT
    PRESIDING BISHOP OF THE CHURCH        HEARING
13  OF JESUS CHRIST OF LATTER DAY
    SAINTS, a Utah corporation; THE
14  CORPORATION OF THE PRESIDENT
    OF THE CHURCH OF JESUS CHRIST
15  OF LATTER DAY SAINTS, a Utah
    corporation; DONALD C. FOSSUM; and
16  STEVEN D. BRODHEAD,

17        Defendants.

18

19       PLEASE TAKE NOTICE that the parties have settled the above-referenced

20  matter. Accordingly, the Church Defendants and Donald C. Fossum's Motion for

21  Summary Judgment noted for hearing, with oral argument for July 10, 2007, at

22  1:30 p.m., is hereby stricken.

23  ///

24  ///

25  ///

26  ///

27

28  NOTICE STRIKING SUMMARY
    JUDGMENT HEARING - 1
    G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\MSJ re Causation\Notice Striking Summary Judgment Hearing 070307 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

1  DATED this 3rd day of July, 2007.

2  

3                  **WITHERSPOON, KELLEY, DAVENPORT & TOOLE**

4  

5          By: _/s/ Brian T. Rekofke_

6                  Brian T. Rekofke, WSBA No. 1326
                Ross P. White, WSBA No. 12136

7                  Attorneys for Church Defendants and Donald Fossum



NOTICE STRIKING SUMMARY
JUDGMENT HEARING - 2
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\MSJ re Causation\Notice Striking Summary Judgment Hearing 070307 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

# CERTIFICATE OF SERVICE

I hereby certify that on the 2rd day of July, 2007:

1. I electronically filed the foregoing **Notice Striking Summary Judgment Hearing** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

   (for Waite) Richard C. Eymann and Stephen L. Nordstrom;
   (for Brodhead) Andrew C. Smythe.

2. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at the address listed below: **None.**

3. I hereby certify that I have hand delivered the document to the following participants at the addresses listed below: **None.**

Kimberley L. Hunter, Legal Assistant
Witherspoon, Kelley, Davenport & Toole, P.S.
422 W. Riverside Ave., #1100
Spokane, WA 99201-0300
Phone: 509-624-5265
Fax: 509-478-2728
kimh@wkdtlaw.com

NOTICE STRIKING SUMMARY
JUDGMENT HEARING - 3
G:\C\Church of Jesus Christ 14061\Waite 3\Pleadings\MSJ re Causation\Notice Striking Summary Judgment Hearing 070307 (klh).wpd

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265