UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS A. WAITE,<br><br>    Plaintiff,<br><br>    v.<br><br>CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah Corporation; DONALD C. FOSSUM, and STEVEN D. BRODHEAD,<br><br>    Defendants. | No. CV-05-399-EFS<br><br>ORDER CLOSING FILE |

    The Court has been advised by the parties that this case has been settled.  Accordingly,

    IT IS HEREBY ORDERED:

    1.  That the District Court Executive is ordered to **CLOSE** this file, subject to reopening upon good cause shown. Counsel may file settlement documents without moving to reopen the file.

    2.  All pending motions are **DENIED as MOOT.**

    **IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

///

///

**DATED** this ___27th___ day of July, 2007.

　　　　　　　　　　　　　S/ Edward F. Shea
　　　　　　　　　　　　　　EDWARD F. SHEA
　　　　　　　　　　UNITED STATES DISTRICT JUDGE