HONORABLE EDWARD F. SHEA

ANDREW C. SMYTHE, WSBA #7948
PAINE HAMBLEN LLP
717 West Sprague Avenue, Suite 1200
Spokane, Washington 99201-3505
(509) 455-6000

Attorneys for Defendant Brodhead

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON

THOMAS A. WAITE,

    Plaintiff,

vs.

THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS d/b/a/ CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah Corporation, d/b/a CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD,

    Defendant.

No. CV-05-399-EFS

**STIPULATED MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE**

The parties stipulate through their counsel that the above-entitled action may be dismissed with prejudice and without costs to any party, and Notice of Presentment of the Stipulation and Order is hereby waived.

DATED at Spokane, Washington, this 21st day of August, 2007.

EYMANN, ALLISON, ET AL

By: _____
Richard C. Eymann, WSBA #7470
Attorneys for Plaintiff

NORDSTROM LAW FIRM

By: _____
Steven D. Nordstrom, WSBA #11267
Attorneys for Plaintiff

STIPULATED ORDER OF DISMISSAL WITH
PREJUDICE - 1

PAINE HAMBLEN LLP
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000

PAINE HAMBLEN LLP

By: _____
Andrew C. Smythe, WSBA #7948
Attorneys for Defendant Brodhead

WITHERSPOON, KELLEY,
DAVENPORT & TOOLE, P.S.

By: _____
Brian T. Rekofke, WSBA #13260
Ross White, WSBA #12136
Attorneys for Church Defendants
and Donald C. Fossum

STIPULATED ORDER OF DISMISSAL WITH
PREJUDICE - 2

PAINE HAMBLEN LLP
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000

# CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of August 2007, I electronically filed the foregoing STIPULATED MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE, with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Mr. Brian T. Rekofke
Mr. Ross P. White
Witherspoon, Kelley,
Davenport & Toole
1100 U.S. Bank Bldg.
422 W. Riverside
Spokane, WA 99201
btr@wkdtlaw.com

Mr. Richard C. Eymann
Eymann, Allison, et al
2208 West Second Avenue
Spokane, WA 99204-0917
eymann@eahjlaw.com

Mr. Stephen Layne Nordstrom
Nordstrom Law Firm
South 323 Pines Road
Spokane, WA 99206
nordstrom8@qwest.net

s/ ANDREW C. SMYTHE
Andrew C. Smythe, WSBA No. 7948
Attorney for Defendant Brodhead

I:\Spodocs\00016\00437\plead\00519599.DOC.DLP

HONORABLE EDWARD F. SHEA

ANDREW C. SMYTHE, WSBA #7948
PAINE HAMBLEN LLP
717 West Sprague Avenue, Suite 1200
Spokane, Washington 99201-3505
(509) 455-6000

Attorneys for Defendant Brodhead

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS A. WAITE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS d/b/a/ CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah Corporation, d/b/a CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation; DONALD C. FOSSUM; and STEVEN D. BRODHEAD,<br><br>　　　　Defendant. | No. CV-05-399-EFS<br><br>**PROPOSED ORDER OF DISMISSAL WITH PREJUDICE** |

On hearing the Stipulated Motion for Order of Dismissal With Prejudice, and the Court being fully advised in the premises, it is

**ORDERED** that the above action is hereby dismissed with prejudice and without costs to any party.

DONE IN OPEN COURT this ___ day of _____, 2007.

_____
JUDGE EDWARD F. SHEA