HONORABLE EDWARD F. SHEA

ANDREW C. SMYTHE, WSBA #7948
PAINE HAMBLEN LLP
717 West Sprague Avenue, Suite 1200
Spokane, Washington 99201-3505
(509) 455-6000

Attorneys for Defendant Brodhead

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS A. WAITE, | ) |
| Plaintiff, | ) No. CV-05-399-EFS |
| vs. | ) ~~PROPOSED~~ **ORDER OF**<br>**DISMISSAL WITH PREJUDICE** |
| THE CHURCH OF JESUS CHRIST OF | ) |
| LATTER DAY SAINTS d/b/a/ | ) |
| CORPORATION OF THE PRESIDING | ) |
| BISHOP OF THE CHURCH OF JESUS | ) |
| CHRIST OF LATTER DAY SAINTS, a | ) |
| Utah Corporation, d/b/a | ) |
| CORPORATION OF THE PRESIDENT | ) |
| OF THE CHURCH OF JESUS CHRIST | ) |
| OF LATTER DAY SAINTS, a Utah | ) |
| corporation; DONALD C. FOSSUM; | ) |
| and STEVEN D. BRODHEAD, | ) |
| Defendant. | ) |

On hearing the Stipulated Motion for Order of Dismissal With Prejudice,
and the Court being fully advised in the premises, it is

**ORDERED** that the above action is hereby dismissed with prejudice and
without costs to any party.

DONE IN OPEN COURT this 24th day of August, 2007.

s/ Edward F. Shea
JUDGE EDWARD F. SHEA

~~PROPOSED~~ ORDER OF DISMISSAL WITH
PREJUDICE - 1

PAINE HAMBLEN LLP
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000

Dockets.Justia.com